UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

```
INTERNATIONAL FLOOR CRAFTS, INC.  )
     Plaintiff                    )
                                  )
v.                                )
                                  )
DAVID W. ADAMS,                   )
TYRONE WILLIAMS, KEVIN BRITTO,    )
RONALD E. MITCHELL, Individually and )   05 CIVIL ACTION NO. 11654   NMG
d/b/a MANSFIELD RUG COMPANY       )
a/k/a MANSFIELD RUG DEPARTMENT and )
REMCO, MICHAEL E. BROWN, Individually)
and d/b/a DALTON PADDING and      )
EMPIRE WEAVERS, JANE DZIEMIT,     )
AGATHA ESPOSITO,                  )
DONALD SHOOP,                     )
CCC INTERNATIONAL, INC.,          )
JOHN D. SUN, DAVID D. SUN, and    )
PAUL SUN                          )
     Defendants                   )
                                  )
v.                                )
LOWELL FIVE CENT SAVINGS BANK et al)
     Trustee Process Defendants   )
                                  )
```

### AFFIDAVIT OF ROBERT O'NEIL

I, Robert O'Neil, under oath, depose and state as follows:

1.  I am the Director of Operations & Investigations of Data Quest Investigations, Ltd., a company located at 667 Boylston Street, Boston, Massachusetts, which provides, among other things, investigative services to protect client assets and personnel. Data Quest has been in business for more than twenty years.

2.  Data Quest, Ltd. is licensed to conduct investigations in the Commonwealth of Massachusetts.

3. I submit the within affidavit in support of International Floor Crafts, Inc.'s motion for real estate attachment.

4. In or around June, 2005, at the request of International Floor Crafts, Inc., I commenced an investigation regarding, among other things, the existing assets of the various individuals who are now named as defendants in the within action.

5. To date, as a result of asset searches, I have been able to determine that the following individuals own, or are likely to own, individually or jointly, real property located at the addresses listed below:

David Adams
5 Oxbow Drive
Wilmington, MA 01887

Tyrone Williams
171 Smith Street
New Bedford, MA 02740

Agatha Esposito
260 Hemingway Avenue
East Haven, CT 06512

Donald Shoop
225 Townsend Avenue
New Haven, CT 06512

Jane Dziemit
3745 Las Vegas Boulevard
Las Vegas, NV 89109

Jane Dziemit
48551 Shady View Drive
Palm Desert, CA 92260

Jane Dziemit
155 Huntington Road
New Haven, CT 06512

Ronald Mitchell
16 Jefferson Place
White Plains, NY 10603

Ronald Mitchell
8325 Glenrose Way, Unit 1421
Sarasota, FL 34238

David Darhaw Sun
7905 Bressingham Drive
Fairfax Station, VA 22039

John Sun
13614 Yellow Poplar Drive
Centreville, VA 20120

John Sun
7903 Kincannon Place
Lorton, VA 22079

Signed under the pains and penalties of perjury this 3rd day of August, 2005.

_____
Robert O'Neil