UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

_____
BUILDING #19, INC. and            )
INTERNATIONAL FLOOR CRAFTS, INC.  )
    Plaintiffs                    )
                                  )
v.                                )
                                  )
DAVID W. ADAMS,                   )
TYRONE WILLIAMS, KEVIN BRITTO,    )
RONALD E. MITCHELL, Individually and ) CIVIL ACTION NO. 05CA11654-NMG
d/b/a MANSFIELD RUG COMPANY       )
a/k/a MANSFIELD RUG DEPARTMENT and )
REMCO, MICHAEL E. BROWN, Individually)
and d/b/a DALTON PADDING and      )
EMPIRE WEAVERS, JANE DZIEMIT,     )
AGATHA ESPOSITO,                  )
DONALD SHOOP, and                 )
CCC INTERNATIONAL, INC.           )
    Defendants                    )
                                  )
v.                                )
LOWELL FIVE CENT SAVINGS BANK,    )
WACHOVIA BANK, NATIONAL           )
ASSOCIATION, f/k/a FIRST UNION BANK )
OF VIRGINIA,                      )
CITIZENS BANK,                    )
BANK OF AMERICA f/k/a             )
BANK OF BOSTON,                   )
PEOPLE'S BANK, and                )
FIRST UNION NATIONAL BANK         )
    Trustee Process Defendants    )
_____)

**PLAINTIFF'S MOTION TO CONTINUE HEARING ON SEALED MOTIONS
FROM AUGUST 19, 2005 TO SEPTEMBER 1, 2005 OR A DATE THEREAFTER
<u>CONVENIENT TO THE COURT</u>**

    Plaintiff International Floor Crafts, Inc. hereby moves this Court to continue the

hearing on various sealed motions from August 19, 2005 at 10:00 a.m. to September 1,

2005, or to a date thereafter convenient to the Court, so as to afford Plaintiff's counsel additional time within which (1) to retain local counsel in eight states in order to seek full faith and credit of the sealed orders issued, and (2) to effectuate service of process upon the various defendants and Trustee Process Defendants in various states, and, more particularly, for the reasons set forth below:

1.  On August 10, 2005, Plaintiff International Floor Crafts, Inc. (hereinafter, "IFC") filed a Complaint in the within matter and also sought various forms of injunctive relief through sealed motions. On that date, after hearing, the Court granted the requested temporary relief in sealed orders. The Court scheduled a further hearing for August 19, 2005 at 10:00 a.m.

2.  The relief granted requires IFC's counsel to retain local counsel in each of the eight states in order to seek full faith and credit of the orders issued.

3.  Additionally, IFC requires additional time within which to effectuate service on the numerous defendants and Trustee Process Defendants.

4.  IFC's counsel has made initial contact with local counsel in each of the states and is in the process of forwarding the necessary documentation to local counsel. Local counsel will require time in order to obtain full faith and credit orders and to complete service of process.

5.  With regard to the two Massachusetts Defendants and Trustee Process Defendant Lowell Five Cent Savings Bank, IFC's counsel has forwarded the necessary papers to the applicable deputy sheriffs for purposes of effectuating service. IFC has yet to learn whether those parties have been served.

6.  IFC respectfully requests that this Court continue the hearing on the sealed motions from August 19, 2005 to September 1, 2005, or to such date thereafter as is convenient to the Court, so as to afford IFC's counsel (and local counsel) additional time within which to obtain the necessary Court orders and to complete service of process.

7.	IFC further requests that all of the sealed orders of the Court entered on August 10, 2005 remain in full force and effect until further order of the Court.

**WHEREFORE**, for the above reasons, Plaintiff respectfully requests that this Court GRANT the within motion and (1) continue the hearing on the sealed motions from August 19, 2005 to September 1, 2005, or to such date thereafter as is convenient to the Court and (2) order that the sealed orders remain in full force and effect until further order of the Court.

|  |  |
|---|---|
|  | The Plaintiff<br>International Floor Crafts, Inc.<br>By Its Attorneys, |
|  | /s/ Paul J. Klehm<br>James B. Krasnoo (BBO#279300)<br>Paul J. Klehm (BBO#561605)<br>Law Offices of James B. Krasnoo<br>23 Main Street<br>Andover, MA  01810 |
| Dated:  August 17, 2005 | (978) 475-9955 |

## LOCAL RULE 7.1(A)(2) STATEMENT

In light of the nature of the motion, and since the parties are in the process of being served, I have not attempted to contact the parties.  I have also not served copies of the within motion upon the parties.

/s/ Paul J. Klehm
Paul J. Klehm

3