## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC.    ,
Plaintiff(s)

V.                                    CIVIL ACTION NO. 05 CA 11654

DAVID W. ADAMS and PAUL SUN, ET AL    ,
Defendant(s)

### WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and to _____, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on August 10, 2005        , in which the Plaintiff(s) is/are International Floor Crafts, Inc.

_____, of Hingham, Massachusetts

_____whose attorney is  James B. Krasnoo and Paul J. Klehm   of  Andover, Massachusetts

_____, and the defendant(s) is/are  Paul Sun

_____, of  7838 Preakness Ln, Fairfax Station, Virginia

_____, we command you to attach the real estate and/or personal property of the Defendant(s) Paul Sun

_____ in accordance with the following directions and/or limitations (if any): (none)

_____ to the value of $ 5 million dollars                          , and make due return of this writ with your doings thereon into said Court.

This attachment was approved on  August 10, 2005         by  Nathaniel M. Gorton _____ in the amount of $ 5 million dollars            .

Dated at  Boston, Massachusetts  this  11th  day of  August, 2005          .

SEAL                                SARAH A. THORNTON
                                     CLERK OF COURT

                                     By: _____
                                          Deputy Clerk

(Attachment.wpd - 3/7/2005)

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC.    ,
<br>Plaintiff(s)

V.    CIVIL ACTION NO. 05 CA 11654

DAVID W. ADAMS and PAUL SUN, *ET AL*    ,
<br>Defendant(s)

## WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and to _____ , Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on August 10, 2005 _____ , in which the Plaintiff(s) is/are International Floor Crafts, Inc. _____

____ , of Hingham, Massachusetts _____

____whose attorney is James B. Krasnoo and Paul J. Klehm of Andover, Massachusetts _____ , and the defendant(s) is/are Paul Sun _____

_____ , of 7838 Preakness Ln, Fairfax Station, Virginia _____

_____ , we command you to attach the real estate and/or personal property of the Defendant(s) Paul Sun _____

_____ in accordance with the following directions and/or limitations (if any): (none) _____

_____

_____

_____ to the value of $ 5 million dollars _____ , and make due return of this writ with your doings thereon into said Court.

This attachment was approved on August 10, 2005 _____ by Nathaniel M. Gorton _____ in the amount of $ 5 million dollars _____ .

Dated at Boston, Massachusetts this 11th day of August, 2005 _____ .


SEAL

SARAH A. THORNTON
<br>CLERK OF COURT

By: _____
<br>Deputy Clerk

(Attachment.wpd - 3/7/2005)

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC.       ,
                Plaintiff(s)

                V.                          CIVIL ACTION NO. 05 CA 11654

DAVID W. ADAMS and PAUL SUN, *ET AL*     ,
                Defendant(s)

## WRIT OF ATTACHMENT

        To the United States Marshal of the District of Massachusetts or either of his Deputies, and
to _____, Process Server appointed by the Court;

GREETINGS:

        In an action filed in this Court on August 10, 2005      , in which the Plaintiff(s) is/are
International Floor Crafts, Inc.
____, of Hingham, Massachusetts
____whose attorney is  James B. Krasnoo and Paul J. Klehm   of  Andover, Massachusetts
_____, and the defendant(s) is/are Paul Sun
_____, of 7838 Preakness Ln, Fairfax Station, Virginia
_____, we command you to attach the real estate and/or personal property of the Defendant(s)
Paul Sun
_____ in accordance with the following directions and/or limitations (if any): (none)
_____
_____
_____ to the value of $ 5 million dollars _____, and make due
return of this writ with your doings thereon into said Court.

        This attachment was approved on  August 10, 2005       by  Nathaniel M. Gorton
_____ in the amount of $ 5 million dollars            .

        Dated at  Boston, Massachusetts  this  11th  day of  August, 2005       .


        SEAL                              SARAH A. THORNTON
                                          CLERK OF COURT

                                          By: _____
                                                    Deputy Clerk

(Attachment.wpd - 3/7/2005)

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC.      ,
          Plaintiff(s)

          V.                          CIVIL ACTION NO. 05 CA 11654

DAVID W. ADAMS and DAVID D. SUN, *ET AL* ,
          Defendant(s)

## WRIT OF ATTACHMENT

          To the United States Marshal of the District of Massachusetts or either of his Deputies, and
to _____, Process Server appointed by the Court;

GREETINGS:

          In an action filed in this Court on August 10, 2005      , in which the Plaintiff(s) is/are
 International Floor Crafts, Inc.
____, of Hingham, Massachusetts
____whose attorney is  James B. Krasnoo and Paul J. Klehm   of  Andover, Massachusetts
_____, and the defendant(s) is/are  David D. Sun
_____, of 7905 Bressingham Drive, Fairfax Station, Virginia
_____, we command you to attach the real estate and/or personal property of the Defendant(s)
 David D. Sun, 7905 Bressingham Drive, Fairfax Station, VA 22039
_____ in accordance with the following directions and/or limitations (if any): (none)
_____
_____
_____ to the value of $ 5 million dollars _____, and make due
return of this writ with your doings thereon into said Court.

          This attachment was approved on  August 10, 2005          by  Nathaniel M. Gorton
_____ in the amount of $ 5 million dollars          .

          Dated at  Boston, Massachusetts  this  11th  day of  August, 2005          .

          SEAL                               SARAH A. THORNTON
                                             CLERK OF COURT

                                             By: _____
                                                    Deputy Clerk

(Attachment.wpd - 3/7/2005)

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC.          ,
                              Plaintiff(s)

                 V.                          CIVIL ACTION NO. 05 CA 11654

DAVID W. ADAMS and DAVID D. SUN, *ET AL.*,
                              Defendant(s)

### WRIT OF ATTACHMENT

        To the United States Marshal of the District of Massachusetts or either of his Deputies, and
to _____, Process Server appointed by the Court;

GREETINGS:

        In an action filed in this Court on August 10, 2005 _____, in which the Plaintiff(s) is/are
 International Floor Crafts, Inc. _____
_____, of Hingham, Massachusetts _____
_____whose attorney is  James B. Krasnoo and Paul J. Klehm   of  Andover, Massachusetts
_____, and the defendant(s) is/are  David D. Sun _____
_____, of  7905 Bressingham Drive, Fairfax Station, Virginia _____
_____, we command you to attach the real estate and/or personal property of the Defendant(s)
 David D. Sun, 7905 Bressingham Drive, Fairfax Station, VA 22039 _____
_____ in accordance with the following directions and/or limitations (if any): (none)_____
_____
_____
_____ to the value of $ 5 million dollars _____, and make due
return of this writ with your doings thereon into said Court.

        This attachment was approved on  August 10, 2005 _____ by  Nathaniel M. Gorton
_____ in the amount of $ 5 million dollars _____.

        Dated at  Boston, Massachusetts  this  11th  day of  August, 2005 _____.

        SEAL                                  SARAH A. THORNTON
                                              CLERK OF COURT

                                          By: _____
                                                  Deputy Clerk

(Attachment.wpd - 3/7/2005)

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC.     ,
Plaintiff(s)

V.                                    CIVIL ACTION NO. 05 CA 11654

DAVID W. ADAMS and DAVID D. SUN, *ET AL* ,
Defendant(s)

### WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and
to _____, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on August 10, 2005 _____, in which the Plaintiff(s) is/are
International Floor Crafts, Inc.
_____, of Hingham, Massachusetts
_____whose attorney is  James B. Krasnoo and Paul J. Klehm   of  Andover, Massachusetts
_____, and the defendant(s) is/are  David D. Sun
_____, of 7905 Bressingham Drive, Fairfax Station, Virginia
_____, we command you to attach the real estate and/or personal property of the Defendant(s)
 David D. Sun, 7905 Bressingham Drive, Fairfax Station, VA 22039
_____ in accordance with the following directions and/or limitations (if any): (none)_____
_____
_____
_____ to the value of $ 5 million dollars _____, and make due
return of this writ with your doings thereon into said Court.

This attachment was approved on  August 10, 2005 _____ by  Nathaniel M. Gorton
_____ in the amount of $ 5 million dollars _____.

Dated at  Boston, Massachusetts  this  11th  day of  August, 2005 _____.


SEAL                                SARAH A. THORNTON
                                    CLERK OF COURT

                                    By: _____
                                         Deputy Clerk

(Attachment.wpd - 3/7/2005)

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC.        ,
               Plaintiff(s)

        V.                           CIVIL ACTION NO. 05 CA 11654

DAVID W. ADAMS and JOHN D. SUN, *ET AL* ,
               Defendant(s)

## WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and to _____, Process Server appointed by the Court;

GREETINGS:

      In an action filed in this Court on August 10, 2005_____, in which the Plaintiff(s) is/are International Floor Crafts, Inc._____
_____, of Hingham, Massachusetts_____
_____whose attorney is  James B. Krasnoo and Paul J. Klehm   of  Andover, Massachusetts _____, and the defendant(s) is/are  John D. Sun _____
_____, of 13614 Yellow Poplar Drive, Centreville, Virginia_____
_____, we command you to attach the real estate and/or personal property of the Defendant(s)  John D. Sun, 13614 Yellow Poplar Drive, Centreville, VA  20120; 7903 Kincannon Place, Lorton, VA 22079  in accordance with the following directions and/or limitations (if any): (none)_____
_____
_____
_____ to the value of $ 5 million dollars_____, and make due return of this writ with your doings thereon into said Court.

      This attachment was approved on  August 10, 2005_____ by  Nathaniel M. Gorton _____ in the amount of $ 5 million dollars_____.

      Dated at  Boston, Massachusetts  this  11th  day of  August, 2005_____.

SEAL

                      SARAH A. THORNTON
                      CLERK OF COURT

                      By:_____
                          Deputy Clerk

(Attachment.wpd - 3/7/2005)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

INTERNATIONAL FLOOR CRAFTS, INC. _____,
                Plaintiff(s)

         V.                                CIVIL ACTION NO. 05 CA 11654

DAVID W. ADAMS and JOHN D. SUN, *ET AL* ,
                Defendant(s)

**WRIT OF ATTACHMENT**

To the United States Marshal of the District of Massachusetts or either of his Deputies, and to _____, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on August 10, 2005 _____, in which the Plaintiff(s) is/are International Floor Crafts, Inc. _____ _____, of Hingham, Massachusetts _____ _____ whose attorney is  James B. Krasnoo and Paul J. Klehm   of  Andover, Massachusetts _____, and the defendant(s) is/are  John D. Sun _____ _____, of 13614 Yellow Poplar Drive, Centreville, Virginia _____ _____, we command you to attach the real estate and/or personal property of the Defendant(s) John D. Sun, 13614 Yellow Poplar Drive, Centreville, VA  20120; 7903 Kincannon Place, Lorton, VA  22079  in accordance with the following directions and/or limitations (if any): (none) _____ _____ _____ _____ to the value of $ 5 million dollars _____, and make due return of this writ with your doings thereon into said Court.

This attachment was approved on  August 10, 2005 _____ by  Nathaniel M. Gorton _____ in the amount of $ 5 million dollars _____.

Dated at  Boston, Massachusetts  this  11th  day of  August, 2005 _____.

SEAL

                                SARAH A. THORNTON
                                CLERK OF COURT

                            By: _____
                                     Deputy Clerk

(Attachment.wpd - 3/7/2005)

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC.            ,
                    Plaintiff(s)

                V.                          CIVIL ACTION NO. 05 CA 11654

DAVID W. ADAMS and JOHN D. SUN, *ET AL*   ,
                    Defendant(s)

### WRIT OF ATTACHMENT

        To the United States Marshal of the District of Massachusetts or either of his Deputies, and
to _____, Process Server appointed by the Court;

GREETINGS:

        In an action filed in this Court on August 10, 2005        , in which the Plaintiff(s) is/are
 International Floor Crafts, Inc. _____
_____, of Hingham, Massachusetts _____
_____whose attorney is  James B. Krasnoo and Paul J. Klehm   of  Andover, Massachusetts
_____, and the defendant(s) is/are  John D. Sun _____
_____, of 13614 Yellow Poplar Drive, Centreville, Virginia _____
_____, we command you to attach the real estate and/or personal property of the Defendant(s)
 John D. Sun, 13614 Yellow Poplar Drive, Centreville, VA 20120; 7903 Kincannon Place, Lorton,
VA 22079  in accordance with the following directions and/or limitations (if any): (none)_____
_____
_____
_____ to the value of $ 5 million dollars _____, and make due
return of this writ with your doings thereon into said Court.

        This attachment was approved on  August 10, 2005         by  Nathaniel M. Gorton
_____ in the amount of $ 5 million dollars          .

        Dated at  Boston, Massachusetts  this  11th  day of  August, 2005          .


        SEAL                                SARAH A. THORNTON
                                            CLERK OF COURT

                                        By: _____
                                            Deputy Clerk

(Attachment.wpd - 3/7/2005)

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC._____,
                    Plaintiff(s)

V.                                    CIVIL ACTION NO. 05 CA 11654

DAVID W. ADAMS and JOHN D. SUN, *ET AL*_,
                    Defendant(s)

## WRIT OF ATTACHMENT

        To the United States Marshal of the District of Massachusetts or either of his Deputies, and
to _____, Process Server appointed by the Court;

GREETINGS:

        In an action filed in this Court on August 10, 2005_____, in which the Plaintiff(s) is/are
International Floor Crafts, Inc._____
_____, of Hingham, Massachusetts_____
_____whose attorney is _James B. Krasnoo and Paul J. Klehm_ of _Andover, Massachusetts_
_____, and the defendant(s) is/are _John D. Sun_____
_____, of 13614 Yellow Poplar Drive, Centreville, Virginia_____
_____, we command you to attach the real estate and/or personal property of the Defendant(s)
_John D. Sun, 13614 Yellow Poplar Drive, Centreville, VA 20120; 7903 Kincannon Place, Lorton,
VA 22079_ in accordance with the following directions and/or limitations (if any): (none)_____
_____
_____
_____ to the value of $ 5 million dollars_____, and make due
return of this writ with your doings thereon into said Court.

        This attachment was approved on _August 10, 2005_____ by _Nathaniel M. Gorton_
_____ in the amount of $ 5 million dollars_____.

        Dated at _Boston, Massachusetts__ this _11th_ day of _August, 2005_____.


SEAL                                    SARAH A. THORNTON
                                        CLERK OF COURT

                                    By:_____
                                        Deputy Clerk

(Attachment.wpd - 3/7/2005)

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC.    ,
Plaintiff(s)

V.                                    CIVIL ACTION NO. 05 CA 11654

DAVID W. ADAMS and JOHN D. SUN, *ET AL* ,
Defendant(s)

## WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and
to _____, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on August 10, 2005      , in which the Plaintiff(s) is/are
International Floor Crafts, Inc.
____, of Hingham, Massachusetts
____whose attorney is  James B. Krasnoo and Paul J. Klehm  of  Andover, Massachusetts
_____, and the defendant(s) is/are  John D. Sun
_____, of 13614 Yellow Poplar Drive, Centreville, Virginia
_____, we command you to attach the real estate and/or personal property of the Defendant(s)
John D. Sun, 13614 Yellow Poplar Drive, Centreville, VA  20120; 7903 Kincannon Place, Lorton,
VA  22079  in accordance with the following directions and/or limitations (if any): (none)


_____ to the value of $ 5 million dollars _____, and make due
return of this writ with your doings thereon into said Court.

This attachment was approved on  August 10, 2005        by  Nathaniel M. Gorton
_____ in the amount of $ 5 million dollars         .

Dated at  Boston, Massachusetts  this  11th  day of  August, 2005        .


SEAL                                SARAH A. THORNTON
                                    CLERK OF COURT

                                    By: _____
                                        Deputy Clerk

(Attachment.wpd - 3/7/2005)

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC.                                  ,
Plaintiff(s)

V.                                          CIVIL ACTION NO. 05 CA 11654

DAVID W. ADAMS and CCC INTERNATIONAL, INC., *ET AL*          ,
Defendant(s)

## WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and to _____, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on August 10, 2005        , in which the Plaintiff(s) is/are International Floor Crafts, Inc.

_____, of Hingham, Massachusetts

_____whose attorney is James B. Krasnoo and Paul J. Klehm  of Andover, Massachusetts _____, and the defendant(s) is/are CCC International, Inc.

_____, of 7903A Kincannon Place, Lorton, Virginia

_____, we command you to attach the real estate and/or personal property of the Defendant(s) CCC International, Inc.

_____ in accordance with the following directions and/or limitations (if any): (none)

_____ to the value of $ 5 million dollars                        , and make due return of this writ with your doings thereon into said Court.

This attachment was approved on August 10, 2005         by Nathaniel M. Gorton _____ in the amount of $ 5 million dollars        .

Dated at Boston, Massachusetts this 11th day of August, 2005         .

SEAL

SARAH A. THORNTON
CLERK OF COURT

By: _____
    Deputy Clerk

(Attachment.wpd - 3/7/2005)

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC. _____,
                    Plaintiff(s)

                    V.                          CIVIL ACTION NO. 05 CA 11654

DAVID W. ADAMS and CCC INTERNATIONAL, INC., *ET AL*_____,
                    Defendant(s)

### WRIT OF ATTACHMENT

        To the United States Marshal of the District of Massachusetts or either of his Deputies, and
to _____, Process Server appointed by the Court;

GREETINGS:

        In an action filed in this Court on August 10, 2005_____, in which the Plaintiff(s) is/are
International Floor Crafts, Inc._____

_____, of Hingham, Massachusetts_____

_____whose attorney is _James B. Krasnoo and Paul J. Klehm_ of _Andover, Massachusetts
_____, and the defendant(s) is/are CCC International, Inc._____

_____, of _7903A Kincannon Place, Lorton, Virginia_____

_____, we command you to attach the real estate and/or personal property of the Defendant(s)
CCC International, Inc._____

_____ in accordance with the following directions and/or limitations (if any): (none)_____

_____

_____

_____ to the value of $ 5 million dollars_____, and make due
return of this writ with your doings thereon into said Court.

        This attachment was approved on _August 10, 2005_____ by _Nathaniel M. Gorton
_____ in the amount of $ 5 million dollars_____.

        Dated at _Boston, Massachusetts_ this _11th_ day of _August, 2005_____.

        SEAL                                    SARAH A. THORNTON
                                                CLERK OF COURT

                                                By: _____
                                                    Deputy Clerk

(Attachment.wpd - 3/7/2005)

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC. _____,
                              Plaintiff(s)

V.                                    CIVIL ACTION NO. 05 CA 11654

DAVID W. ADAMS and CCC INTERNATIONAL, INC., *ET AL* _____,
                              Defendant(s)

### WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and to _____, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on August 10, 2005 _____, in which the Plaintiff(s) is/are International Floor Crafts, Inc. _____
_____, of Hingham, Massachusetts _____
_____ whose attorney is James B. Krasnoo and Paul J. Klehm  of Andover, Massachusetts
_____, and the defendant(s) is/are CCC International, Inc. _____
_____, of 7903A Kincannon Place, Lorton, Virginia _____
_____, we command you to attach the real estate and/or personal property of the Defendant(s)
CCC International, Inc. _____
_____ in accordance with the following directions and/or limitations (if any): (none) _____
_____
_____
_____ to the value of $ 5 million dollars _____, and make due return of this writ with your doings thereon into said Court.

This attachment was approved on August 10, 2005 _____ by Nathaniel M. Gorton
_____ in the amount of $ 5 million dollars _____.

Dated at Boston, Massachusetts  this 11th day of August, 2005 _____.

SEAL                               SARAH A. THORNTON
                                   CLERK OF COURT

                              By: _____
                                        Deputy Clerk

(Attachment.wpd - 3/7/2005)

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC._____,
Plaintiff(s)

V.                                    CIVIL ACTION NO. 05 CA 11654

DAVID W. ADAMS and DONALD SHOOP, *ET AL*____,
Defendant(s)

### WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and to _____, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on August 10, 2005_____, in which the Plaintiff(s) is/are International Floor Crafts, Inc._____

_____, of Hingham, Massachusetts_____

_____whose attorney is _James B. Krasnoo and Paul J. Klehm_ of _Andover, Massachusetts _____, and the defendant(s) is/are _Donald Shoop _____, of _225 Townsend Avenue, New Haven, Connecticut_____

_____, we command you to attach the real estate and/or personal property of the Defendant(s) _Donald Shoop, 225 Townsend Avenue, New Haven, CT  06512_____

_____ in accordance with the following directions and/or limitations (if any): _(none)_____
_____
_____

_____ to the value of $_5 million dollars_____, and make due return of this writ with your doings thereon into said Court.

This attachment was approved on _August 10, 2005_____ by _Nathaniel M. Gorton _____ in the amount of $_5 million dollars_____.

Dated at _Boston, Massachusetts_ this _11th_ day of _August, 2005_____.

SEAL                              SARAH A. THORNTON
                                  CLERK OF COURT

                                  By:_____
                                       Deputy Clerk

(Attachment.wpd - 3/7/2005)

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC._____,
                    Plaintiff(s)

V.                                      CIVIL ACTION NO. 05 CA 11654

DAVID W. ADAMS and DONALD SHOOP, *ET AL*___,
                    Defendant(s)

## WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and
to _____, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on August 10, 2005_____, in which the Plaintiff(s) is/are
International Floor Crafts, Inc._____
____, of Hingham, Massachusetts_____
____whose attorney is _James B. Krasnoo and Paul J. Klehm_ of _Andover, Massachusetts
_____, and the defendant(s) is/are _Donald Shoop_____
_____, of _225 Townsend Avenue, New Haven, Connecticut_____
_____, we command you to attach the real estate and/or personal property of the Defendant(s)
Donald Shoop, 225 Townsend Avenue, New Haven, CT  06512_____
_____ in accordance with the following directions and/or limitations (if any): (none)_____
_____
_____
_____ to the value of $ 5 million dollars _____, and make due
return of this writ with your doings thereon into said Court.

This attachment was approved on _August 10, 2005_____ by _Nathaniel M. Gorton
_____ in the amount of $ 5 million dollars_____.

Dated at _Boston, Massachusetts_ this _11th_ day of _August, 2005_____.

SEAL                                    SARAH A. THORNTON
                                        CLERK OF COURT

                                        By: _____
                                              Deputy Clerk

(Attachment.wpd - 3/7/2005)

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC. _____,
Plaintiff(s)

V.                                    CIVIL ACTION NO. 05 CA 11654

DAVID W. ADAMS and DONALD SHOOP, *ET AL* ___,
Defendant(s)

## WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and to _____, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on August 10, 2005 _____, in which the Plaintiff(s) is/are International Floor Crafts, Inc. _____ _____, of Hingham, Massachusetts _____ _____whose attorney is James B. Krasnoo and Paul J. Klehm of Andover, Massachusetts _____, and the defendant(s) is/are Donald Shoop _____ _____, of 225 Townsend Avenue, New Haven, Connecticut _____, we command you to attach the real estate and/or personal property of the Defendant(s) Donald Shoop, 225 Townsend Avenue, New Haven, CT 06512 _____ in accordance with the following directions and/or limitations (if any): (none) _____ _____ _____ _____ to the value of $ 5 million dollars _____, and make due return of this writ with your doings thereon into said Court.

This attachment was approved on August 10, 2005 _____ by Nathaniel M. Gorton _____ in the amount of $ 5 million dollars _____.

Dated at Boston, Massachusetts this 11th day of August, 2005 _____.

SEAL                               SARAH A. THORNTON
                                   CLERK OF COURT

                                   By: _____
                                        Deputy Clerk

(Attachment.wpd - 3/7/2005)

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC.              ,
                    Plaintiff(s)

            V.                          CIVIL ACTION NO. 05 CA 11654

DAVID W. ADAMS and AGATHA ESPOSITO, ET AL.,
                    Defendant(s)

## WRIT OF ATTACHMENT

        To the United States Marshal of the District of Massachusetts or either of his Deputies, and
to _____, Process Server appointed by the Court;

GREETINGS:

        In an action filed in this Court on August 10, 2005_____, in which the Plaintiff(s) is/are
International Floor Crafts, Inc._____
_____, of Hingham, Massachusetts_____
_____whose attorney is  James B. Krasnoo and Paul J. Klehm   of Andover, Massachusetts
_____, and the defendant(s) is/are Agatha Esposito_____
_____, of 260 Hemingway Avenue, East Haven, Connecticut_____
_____, we command you to attach the real estate and/or personal property of the Defendant(s)
Agatha Esposito, 260 Hemingway Avenue, East Haven, CT 06512_____
_____ in accordance with the following directions and/or limitations (if any): (none)_____
_____
_____
_____ to the value of $ 5 million dollars_____, and make due
return of this writ with your doings thereon into said Court.

        This attachment was approved on  August 10, 2005_____ by Nathaniel M. Gorton
_____ in the amount of $ 5 million dollars_____.

        Dated at Boston, Massachusetts  this 11th day of August, 2005_____.

        SEAL                          SARAH A. THORNTON
                                      CLERK OF COURT

                                      By:_____
                                          Deputy Clerk

(Attachment.wpd - 3/7/2005)

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC. _____,
Plaintiff(s)

V.                                    CIVIL ACTION NO. 05 CA 11654

DAVID W. ADAMS and AGATHA ESPOSITO, *ET AL* ,
Defendant(s)

## WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and
to _____, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on August 10, 2005 _____, in which the Plaintiff(s) is/are
International Floor Crafts, Inc.

____, of Hingham, Massachusetts

____whose attorney is  James B. Krasnoo and Paul J. Klehm  of  Andover, Massachusetts
_____, and the defendant(s) is/are Agatha Esposito

_____, of  260 Hemingway Avenue, East Haven, Connecticut

_____, we command you to attach the real estate and/or personal property of the Defendant(s)
Agatha Esposito, 260 Hemingway Avenue, East Haven, CT 06512

_____ in accordance with the following directions and/or limitations (if any): (none) _____

_____ to the value of $ 5 million dollars _____, and make due
return of this writ with your doings thereon into said Court.

This attachment was approved on  August 10, 2005 _____ by  Nathaniel M. Gorton
_____ in the amount of $ 5 million dollars _____.

Dated at  Boston, Massachusetts  this  11th  day of  August, 2005 _____.

SEAL                                    SARAH A. THORNTON
                                        CLERK OF COURT

                                        By: _____
                                            Deputy Clerk

(Attachment.wpd - 3/7/2005)

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC. _____ ,
Plaintiff(s)

V.                              CIVIL ACTION NO. 05 CA 11654

DAVID W. ADAMS and AGATHA ESPOSITO, *ET AL* ,
Defendant(s)

### WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and
to _____ , Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on August 10, 2005 _____ , in which the Plaintiff(s) is/are
International Floor Crafts, Inc. _____
_____, of Hingham, Massachusetts _____
_____whose attorney is  James B. Krasnoo and Paul J. Klehm   of  Andover, Massachusetts
_____ , and the defendant(s) is/are  Agatha Esposito _____
_____ , of  260 Hemingway Avenue, East Haven, Connecticut _____
_____ , we command you to attach the real estate and/or personal property of the Defendant(s)
 Agatha Esposito, 260 Hemingway Avenue, East Haven, CT  06512 _____
_____ in accordance with the following directions and/or limitations (if any): (none) _____
_____
_____
_____ to the value of $ 5 million dollars _____ , and make due
return of this writ with your doings thereon into said Court.

This attachment was approved on  August 10, 2005 _____ by  Nathaniel M. Gorton
_____ in the amount of $ 5 million dollars _____ .

Dated at  Boston, Massachusetts   this  11th  day of  August, 2005 _____ .


SEAL                              SARAH A. THORNTON
                                  CLERK OF COURT

                              By: _____
                                      Deputy Clerk

(Attachment.wpd - 3/7/2005)

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC. ____,
Plaintiff(s)

V.                                                    CIVIL ACTION NO. 05 CA 11654

DAVID W. ADAMS and JANE DZIEMIT, *ET AL*,
Defendant(s)

## WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and to _____, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on August 10, 2005_____, in which the Plaintiff(s) is/are International Floor Crafts, Inc. _____

_____, of Hingham, Massachusetts_____

_____whose attorney is _James B. Krasnoo and Paul J. Klehm_ of _Andover, Massachusetts _____, and the defendant(s) is/are Jane Dziemit_____

_____, of 155 Huntington Road, New Haven, Connecticut_____

_____, we command you to attach the real estate and/or personal property of the Defendant(s) Jane Dziemit, 3745 Las Vegas Boulevard, Las Vegas, NV 89109; 48551 Shady View Drive, Palm Desert, CA 92260; 155 Huntington Road, New Haven, CT 06512 in accordance with the following directions and/or limitations (if any): (none)_____

_____

_____

_____ to the value of $ 5 million dollars_____, and make due return of this writ with your doings thereon into said Court.

This attachment was approved on _August 10, 2005_____ by _Nathaniel M. Gorton _____ in the amount of $ 5 million dollars_____.

Dated at _Boston, Massachusetts_ this _11th_ day of _August, 2005_____.

SEAL                                            SARAH A. THORNTON
                                                CLERK OF COURT

                                                By: _____
                                                    Deputy Clerk

(Attachment.wpd - 3/7/2005)

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC.    ,
                    Plaintiff(s)

          V.                              CIVIL ACTION NO. 05 CA 11654

DAVID W. ADAMS and JANE DZIEMIT, ET AL,
                    Defendant(s)

### WRIT OF ATTACHMENT

          To the United States Marshal of the District of Massachusetts or either of his Deputies, and
to _____, Process Server appointed by the Court;

GREETINGS:

          In an action filed in this Court on August 10, 2005_____, in which the Plaintiff(s) is/are
_International Floor Crafts, Inc._____
_____, of Hingham, Massachusetts_____
_____whose attorney is _James B. Krasnoo and Paul J. Klehm_ of _Andover, Massachusetts_____
_____, and the defendant(s) is/are Jane Dziemit_____
_____, of _155 Huntington Road, New Haven, Connecticut_____
_____, we command you to attach the real estate and/or personal property of the Defendant(s)
_Jane Dziemit, 3745 Las Vegas Boulevard, Las Vegas, NV 89109; 48551 Shady View Drive, Palm
Desert, CA 92260; 155 Huntington Road, New Haven, CT 06512_ in accordance with the following
directions and/or limitations (if any): (none)_____
_____
_____
_____ to the value of $ 5 million dollars_____, and make due
return of this writ with your doings thereon into said Court.

          This attachment was approved on _August 10, 2005_____ by _Nathaniel M. Gorton
_____ in the amount of $ 5 million dollars_____.

          Dated at _Boston, Massachusetts_ this _11th_ day of _August, 2005_____.


          SEAL                              SARAH A. THORNTON
                                            CLERK OF COURT

                                            By: _____
                                                 Deputy Clerk

(Attachment.wpd - 3/7/2005)

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC.    ,
Plaintiff(s)

V.

CIVIL ACTION NO. 05 CA 11654

DAVID W. ADAMS and JANE DZIEMIT, *ET AL*,
Defendant(s)

## WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and
to _____, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on August 10, 2005_____, in which the Plaintiff(s) is/are
International Floor Crafts, Inc._____
_____, of Hingham, Massachusetts_____
_____whose attorney is  James B. Krasnoo and Paul J. Klehm   of  Andover, Massachusetts
_____, and the defendant(s) is/are Jane Dziemit_____
_____, of 155 Huntington Road, New Haven, Connecticut_____
_____, we command you to attach the real estate and/or personal property of the Defendant(s)
 Jane Dziemit, 3745 Las Vegas Boulevard, Las Vegas, NV 89109; 48551 Shady View Drive, Palm
Desert, CA 92260; 155 Huntington Road, New Haven, CT 06512 in accordance with the following
directions and/or limitations (if any): (none)_____
_____
_____
_____ to the value of $ 5 million dollars_____, and make due
return of this writ with your doings thereon into said Court.

This attachment was approved on  August 10, 2005_____ by  Nathaniel M. Gorton
_____ in the amount of $ 5 million dollars_____.

Dated at  Boston, Massachusetts  this  11th  day of  August, 2005_____.

SEAL

SARAH A. THORNTON
CLERK OF COURT

By: _____
Deputy Clerk

(Attachment.wpd - 3/7/2005)

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC.    ,
            Plaintiff(s)

        V.                             CIVIL ACTION NO. 05 CA 11654

DAVID W. ADAMS and JANE DZIEMIT, *ET AL*,
            Defendant(s)

### WRIT OF ATTACHMENT

      To the United States Marshal of the District of Massachusetts or either of his Deputies, and to _____, Process Server appointed by the Court;

GREETINGS:

      In an action filed in this Court on August 10, 2005_____, in which the Plaintiff(s) is/are International Floor Crafts, Inc._____
_____, of Hingham, Massachusetts_____
_____whose attorney is _James B. Krasnoo and Paul J. Klehm_ of _Andover, Massachusetts
_____, and the defendant(s) is/are Jane Dziemit_____
_____, of 155 Huntington Road, New Haven, Connecticut_____
_____, we command you to attach the real estate and/or personal property of the Defendant(s) Jane Dziemit, 3745 Las Vegas Boulevard, Las Vegas, NV 89109; 48551 Shady View Drive, Palm Desert, CA 92260; 155 Huntington Road, New Haven, CT 06512 in accordance with the following directions and/or limitations (if any): (none)_____
_____
_____
_____ to the value of $ 5 million dollars_____, and make due return of this writ with your doings thereon into said Court.

      This attachment was approved on _August 10, 2005_____ by _Nathaniel M. Gorton
_____ in the amount of $ 5 million dollars_____.

      Dated at _Boston, Massachusetts_ this _11th_ day of _August, 2005_____.

SEAL                          SARAH A. THORNTON
                                 CLERK OF COURT

                                 By: _____
                                     Deputy Clerk

(Attachment.wpd - 3/7/2005)

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC._____,
                    Plaintiff(s)

                    V.                            CIVIL ACTION NO. 05 CA 11654

DAVID W. ADAMS and JANE DZIEMIT, ET AL.,
                    Defendant(s)

### WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and
to _____, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on August 10, 2005_____, in which the Plaintiff(s) is/are
International Floor Crafts, Inc._____
_____, of Hingham, Massachusetts_____
_____whose attorney is  James B. Krasnoo and Paul J. Klehm   of  Andover, Massachusetts
_____, and the defendant(s) is/are Jane Dziemit_____
_____, of 155 Huntington Road, New Haven, Connecticut_____
_____, we command you to attach the real estate and/or personal property of the Defendant(s)
Jane Dziemit, 3745 Las Vegas Boulevard, Las Vegas, NV 89109; 48551 Shady View Drive, Palm
Desert, CA 92260; 155 Huntington Road, New Haven, CT 06512 in accordance with the following
directions and/or limitations (if any): (none)_____
_____
_____

_____ to the value of $ 5 million dollars_____, and make due
return of this writ with your doings thereon into said Court.

This attachment was approved on August 10, 2005_____ by Nathaniel M. Gorton
_____ in the amount of $ 5 million dollars_____.

Dated at Boston, Massachusetts  this 11th day of August, 2005_____.

SEAL                                    SARAH A. THORNTON
                                        CLERK OF COURT

                                        By: _____
                                            Deputy Clerk

(Attachment.wpd - 3/7/2005)

**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

INTERNATIONAL FLOOR CRAFTS, INC.      ,
Plaintiff(s)

V.                              CIVIL ACTION NO. 05 CA 11654

DAVID W. ADAMS and JANE DZIEMIT, *ET AL*,
Defendant(s)

## WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and
to _____, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on August 10, 2005 ____, in which the Plaintiff(s) is/are
International Floor Crafts, Inc.
____, of Hingham, Massachusetts
____whose attorney is James B. Krasnoo and Paul J. Klehm of Andover, Massachusetts
_____, and the defendant(s) is/are Jane Dziemit
_____, of 155 Huntington Road, New Haven, Connecticut
_____, we command you to attach the real estate and/or personal property of the Defendant(s)
Jane Dziemit, 3745 Las Vegas Boulevard, Las Vegas, NV 89109; 48551 Shady View Drive, Palm
Desert, CA 92260; 155 Huntington Road, New Haven, CT 06512 in accordance with the following
directions and/or limitations (if any): (none)
_____
_____
_____ to the value of $ 5 million dollars _____, and make due
return of this writ with your doings thereon into said Court.

This attachment was approved on August 10, 2005 ____ by Nathaniel M. Gorton
_____ in the amount of $ 5 million dollars _____.

Dated at Boston, Massachusetts this 11th day of August, 2005 _____.

SEAL                              SARAH A. THORNTON
                                  CLERK OF COURT

                                  By: _____
                                        Deputy Clerk

(Attachment.wpd - 3/7/2005)

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC.         ,
           Plaintiff(s)

V.                                              CIVIL ACTION NO. 05 CA 11654

DAVID W. ADAMS and JANE DZIEMIT, *ET AL*,
           Defendant(s)

## WRIT OF ATTACHMENT

        To the United States Marshal of the District of Massachusetts or either of his Deputies, and
to _____, Process Server appointed by the Court;

GREETINGS:

        In an action filed in this Court on August 10, 2005         , in which the Plaintiff(s) is/are
 International Floor Crafts, Inc.
_____, of Hingham, Massachusetts
_____whose attorney is  James B. Krasnoo and Paul J. Klehm   of  Andover, Massachusetts
_____, and the defendant(s) is/are Jane Dziemit
_____, of 155 Huntington Road, New Haven, Connecticut
_____, we command you to attach the real estate and/or personal property of the Defendant(s)
 Jane Dziemit, 3745 Las Vegas Boulevard, Las Vegas, NV 89109; 48551 Shady View Drive, Palm
Desert, CA 92260; 155 Huntington Road, New Haven, CT 06512  in accordance with the following
directions and/or limitations (if any): (none)

_____ to the value of $ 5 million dollars                         , and make due
return of this writ with your doings thereon into said Court.

        This attachment was approved on  August 10, 2005         by  Nathaniel M. Gorton
_____ in the amount of $ 5 million dollars         .

        Dated at  Boston, Massachusetts   this  11th  day of  August, 2005         .


        SEAL                                        SARAH A. THORNTON
                                                    CLERK OF COURT

                                            By _____
                                                    Deputy Clerk

(Attachment.wpd - 3/7/2005)

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC.              ,
                            Plaintiff(s)

                    V.                         CIVIL ACTION NO. 05 CA 11654

DAVID W. ADAMS and MICHAEL E. BROWN, *ET AL*,
                            Defendant(s)

### WRIT OF ATTACHMENT

         To the United States Marshal of the District of Massachusetts or either of his Deputies, and
to _____, Process Server appointed by the Court;

GREETINGS:

         In an action filed in this Court on August 10, 2005 _____, in which the Plaintiff(s) is/are
 International Floor Crafts, Inc.
_____, of Hingham, Massachusetts
_____whose attorney is _James B. Krasnoo and Paul J. Kiehm_ of _Andover, Massachusetts
_____, and the defendant(s) is/are _Michael E. Brown, Individually and d/b/a
Dalton Padding and Empire Weavers, of 2309 South Ravine Way, Dalton, Georgia
_____, we command you to attach the real estate and/or personal property of the Defendant(s)
 Michael E. Brown
_____ in accordance with the following directions and/or limitations (if any): (none) _____
_____
_____
_____ to the value of $ 5 million dollars _____, and make due
return of this writ with your doings thereon into said Court.

         This attachment was approved on _August 10, 2005_____ by _Nathaniel M. Gorton
_____ in the amount of $ 5 million dollars _____.

         Dated at _Boston, Massachusetts_ this _11th_ day of _August, 2005_____.

         SEAL                                   SARAH A. THORNTON
                                                CLERK OF COURT

                                      By:_____
                                                Deputy Clerk

(Attachment.wpd - 3/7/2005)

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC._____,
Plaintiff(s)

V.                                    CIVIL ACTION NO. 05 CA 11654

DAVID W. ADAMS and MICHAEL E. BROWN, ET AL ,
Defendant(s)

## WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and

to _____, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on August 10, 2005_____, in which the Plaintiff(s) is/are
International Floor Crafts, Inc._____

_____, of Hingham, Massachusetts_____

_____whose attorney is  James B. Krasnoo and Paul J. Klehm   of  Andover, Massachusetts
_____, and the defendant(s) is/are  Michael E. Brown, Individually and d/b/a
Dalton Padding and Empire Weavers, of 2309 South Ravine Way, Dalton, Georgia_____

_____, we command you to attach the real estate and/or personal property of the Defendant(s)
 Michael E. Brown_____

_____ in accordance with the following directions and/or limitations (if any): (none)_____

_____
_____

_____ to the value of $ 5 million dollars_____, and make due
return of this writ with your doings thereon into said Court.

This attachment was approved on  August 10, 2005_____ by  Nathaniel M. Gorton
_____ in the amount of $ 5 million dollars_____.

Dated at  Boston, Massachusetts  this  11th  day of  August, 2005_____.

SEAL                                    SARAH A. THORNTON
                                        CLERK OF COURT

                                        By: _____
                                             Deputy Clerk

(Attachment.wpd - 3/7/2005)

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC.           ,
                Plaintiff(s)

       V.                          CIVIL ACTION NO. 05 CA 11654

DAVID W. ADAMS and MICHAEL E. BROWN, ET AL,
                Defendant(s)

## WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and to _____, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on August 10, 2005          , in which the Plaintiff(s) is/are International Floor Crafts, Inc.

_____, of Hingham, Massachusetts

_____ whose attorney is  James B. Krasnoo and Paul J. Klehm  of  Andover, Massachusetts _____, and the defendant(s) is/are  Michael E. Brown, Individually and d/b/a Dalton Padding and Empire Weavers, of 2309 South Ravine Way, Dalton, Georgia

_____, we command you to attach the real estate and/or personal property of the Defendant(s) Michael E. Brown

_____ in accordance with the following directions and/or limitations (if any): (none)  _____

_____

_____ to the value of $ 5 million dollars _____, and make due return of this writ with your doings thereon into said Court.

This attachment was approved on  August 10, 2005          by  Nathaniel M. Gorton _____ in the amount of $ 5 million dollars          .

Dated at  Boston, Massachusetts  this  11th  day of  August, 2005          .

SEAL                       SARAH A. THORNTON
                               CLERK OF COURT

                       By: _____
                             Deputy Clerk

(Attachment.wpd - 3/7/2005)

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC._____,
Plaintiff(s)

V.                                          CIVIL ACTION NO. 05 CA 11654

DAVID W. ADAMS and RONALD E. MITCHELL, ET AL____,
Defendant(s)

### WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and
to _____, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on August 10, 2005_____, in which the Plaintiff(s) is/are
International Floor Crafts, Inc._____
____, of Hingham, Massachusetts_____
____whose attorney is _James B. Krasnoo and Paul J. Klehm_ of _Andover, Massachusetts
____, and the defendant(s) is/are _Ronald E. Mitchell, Individually and d/b/a Mansfield Rug
Company a/k/a Mansfield Rug Department and REMCO_____
_____, of _5 Mansfield Grove Road, Apartment # 146, East Haven, Connecticut____
_____, we command you to attach the real estate and/or personal property of the Defendant(s)
_Ronald Mitchell, 16 Jefferson Place, White Plains, NY 10603; 8325 Glenrose Way, Unit 1421,
Sarasota, FL  34238_ in accordance with the following directions and/or limitations (if any):
(none)_____
_____
_____ to the value of $ 5 million dollars_____, and make due
return of this writ with your doings thereon into said Court.

This attachment was approved on _August 10, 2005_____ by _Nathaniel M. Gorton
_____ in the amount of $ 5 million dollars_____.

Dated at _Boston, Massachusetts_ this _11th_ day of _August, 2005_____.

SEAL                                   SARAH A. THORNTON
                                       CLERK OF COURT

                                   By:_____
                                          Deputy Clerk

(Attachment.wpd - 3/7/2005)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

INTERNATIONAL FLOOR CRAFTS, INC._____,
Plaintiff(s)

                V.                          CIVIL ACTION NO. 05 CA 11654

DAVID W. ADAMS and RONALD E. MITCHELL, ET AL_____,
Defendant(s)

## WRIT OF ATTACHMENT

        To the United States Marshal of the District of Massachusetts or either of his Deputies, and
to _____, Process Server appointed by the Court;

GREETINGS:

        In an action filed in this Court on August 10, 2005_____, in which the Plaintiff(s) is/are
International Floor Crafts, Inc._____
_____, of Hingham, Massachusetts_____
_____whose attorney is _James B. Krasnoo and Paul J. Klehm_ of _Andover, Massachusetts
_____, and the defendant(s) is/are _Ronald E. Mitchell, Individually and d/b/a Mansfield Rug
Company a/k/a Mansfield Rug Department and REMCO_____
_____, of _5 Mansfield Grove Road, Apartment # 146, East Haven, Connecticut_____
_____, we command you to attach the real estate and/or personal property of the Defendant(s)
_Ronald Mitchell, 16 Jefferson Place, White Plains, NY 10603; 8325 Glenrose Way, Unit 1421,
Sarasota, FL 34238_ in accordance with the following directions and/or limitations (if any):
(none)_____
_____
_____ to the value of $_5 million dollars_____, and make due
return of this writ with your doings thereon into said Court.

        This attachment was approved on _August 10, 2005_____ by _Nathaniel M. Gorton
_____ in the amount of $_5 million dollars_____.

        Dated at _Boston, Massachusetts_ this _11th_ day of _August, 2005_____.

        SEAL                            SARAH A. THORNTON
                                        CLERK OF COURT

                                        By: _____
                                             Deputy Clerk

(Attachment.wpd - 3/7/2005)

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC._____,
                    Plaintiff(s)

            V.                          CIVIL ACTION NO. 05 CA 11654

DAVID W. ADAMS and RONALD E. MITCHELL, *ET AL*____,
                    Defendant(s)

### WRIT OF ATTACHMENT

        To the United States Marshal of the District of Massachusetts or either of his Deputies, and
to _____, Process Server appointed by the Court;

GREETINGS:

        In an action filed in this Court on August 10, 2005_____, in which the Plaintiff(s) is/are
International Floor Crafts, Inc._____
_____, of Hingham, Massachusetts_____
_____whose attorney is  James B. Krasnoo and Paul J. Klehm   of Andover, Massachusetts
____, and the defendant(s) is/are  Ronald E. Mitchell, Individually and d/b/a Mansfield Rug
Company a/k/a Mansfield Rug Department and REMCO_____
_____, of 5 Mansfield Grove Road, Apartment # 146, East Haven, Connecticut____
_____, we command you to attach the real estate and/or personal property of the Defendant(s)
 Ronald Mitchell, 16 Jefferson Place, White Plains, NY  10603; 8325 Glenrose Way, Unit 1421,
Sarasota, FL  34238  in accordance with the following directions and/or limitations (if any):
(none)_____

_____ to the value of $ 5 million dollars_____, and make due
return of this writ with your doings thereon into said Court.

        This attachment was approved on  August 10, 2005_____ by Nathaniel M. Gorton
_____ in the amount of $ 5 million dollars_____.

        Dated at Boston, Massachusetts  this 11th day of August, 2005_____.

        SEAL                          SARAH A. THORNTON
                                      CLERK OF COURT

                                      By:_____
                                          Deputy Clerk

(Attachment.wpd - 3/7/2005)

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC. _____ ,
Plaintiff(s)

V.                                              CIVIL ACTION NO. 05 CA 11654

DAVID W. ADAMS and RONALD E. MITCHELL, *ET AL* _____ ,
Defendant(s)

### WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and
to _____ , Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on August 10, 2005 _____ , in which the Plaintiff(s) is/are
International Floor Crafts, Inc. _____
_____ , of Hingham, Massachusetts _____
_____ whose attorney is  James B. Krasnoo and Paul J. Klehm   of  Andover, Massachusetts
_____ , and the defendant(s) is/are  Ronald E. Mitchell, Individually and d/b/a Mansfield Rug
Company a/k/a Mansfield Rug Department and REMCO _____
_____ , of  5 Mansfield Grove Road, Apartment # 146, East Haven, Connecticut ____
_____ , we command you to attach the real estate and/or personal property of the Defendant(s)
 Ronald Mitchell, 16 Jefferson Place, White Plains, NY  10603; 8325 Glenrose Way, Unit 1421,
Sarasota, FL   34238  in accordance with the following directions and/or limitations (if any):
(none) _____
_____
_____ to the value of $ 5 million dollars _____ , and make due
return of this writ with your doings thereon into said Court.

This attachment was approved on  August 10, 2005 _____ by  Nathaniel M. Gorton
_____ in the amount of $ 5 million dollars _____ .

Dated at  Boston, Massachusetts  this  11th  day of  August, 2005 _____ .


SEAL                                            SARAH A. THORNTON
                                                CLERK OF COURT

                                                By: _____
                                                    Deputy Clerk

(Attachment.wpd - 3/7/2005)

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC. _____ ,
Plaintiff(s)

V.                                    CIVIL ACTION NO. 05 CA 11654

DAVID W. ADAMS and RONALD E. MITCHELL, *ET AL* _____ ,
Defendant(s)

### WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and
to _____ , Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on August 10, 2005 _____ , in which the Plaintiff(s) is/are
International Floor Crafts, Inc. _____
_____ , of Hingham, Massachusetts _____
_____ whose attorney is James B. Krasnoo and Paul J. Klehm   of Andover, Massachusetts
____ , and the defendant(s) is/are  Ronald E. Mitchell, Individually and d/b/a Mansfield Rug
Company a/k/a Mansfield Rug Department and REMCO _____
_____ , of  5 Mansfield Grove Road, Apartment # 146, East Haven, Connecticut
_____ , we command you to attach the real estate and/or personal property of the Defendant(s)
 Ronald Mitchell, 16 Jefferson Place, White Plains, NY  10603; 8325 Glenrose Way, Unit 1421,
Sarasota, FL  34238  in accordance with the following directions and/or limitations (if any):
(none) _____
_____
_____ to the value of $ 5 million dollars _____ , and make due
return of this writ with your doings thereon into said Court.

This attachment was approved on  August 10, 2005 _____ by  Nathaniel M. Gorton
_____ in the amount of $ 5 million dollars _____ .

Dated at  Boston, Massachusetts  this  11th  day of  August, 2005 _____ .

SEAL                                    SARAH A. THORNTON
                                        CLERK OF COURT

                                        By: _____
                                            Deputy Clerk

(Attachment.wpd - 3/7/2005)

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC.    ,
Plaintiff(s)

V.                                    CIVIL ACTION NO. 05 CA11654

DAVID W. ADAMS and KEVIN BRITTO, ET AL    ,
Defendant(s)

### WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and to _____, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on August 10, 2005    , in which the Plaintiff(s) is/are International Floor Crafts, Inc.    

    , of Hingham, Massachusetts    

    whose attorney is  James B. Krasnoo and Paul J. Klehm   of  Andover, Massachusetts    , and the defendant(s) is/are  Kevin Britto    

    , of  300 W 21st Street, Apt. 25, New York, New York 10011    

    , we command you to attach the real estate and/or personal property of the Defendant(s)  Kevin Britto    

    in accordance with the following directions and/or limitations (if any): (none)    

    

    to the value of $ 5 million dollars    , and make due return of this writ with your doings thereon into said Court.

This attachment was approved on  August 10, 2005    by  Nathaniel M. Gorton    in the amount of $ 5 million dollars    .

Dated at  Boston, Massachusetts  this  11th  day of  August, 2005    .

SEAL                                    SARAH A. THORNTON
                                        CLERK OF COURT

                                        By: _____
                                            Deputy Clerk

(Attachment.wpd - 3/7/2005)

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC. _____,
Plaintiff(s)

V.                                CIVIL ACTION NO. 05 CA11654

DAVID W. ADAMS and KEVIN BRITTO, *ET AL* _____,
Defendant(s)

### WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and to _____, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on August 10, 2005 _____, in which the Plaintiff(s) is/are International Floor Crafts, Inc.

_____, of Hingham, Massachusetts

_____whose attorney is  James B. Krasnoo and Paul J. Klehm   of  Andover, Massachusetts _____, and the defendant(s) is/are  Kevin Britto _____, of 300 W 21st Street, Apt. 25, New York, New York 10011

_____, we command you to attach the real estate and/or personal property of the Defendant(s) Kevin Britto

_____ in accordance with the following directions and/or limitations (if any): (none) _____

_____ to the value of $ 5 million dollars _____, and make due return of this writ with your doings thereon into said Court.

This attachment was approved on  August 10, 2005 _____ by  Nathaniel M. Gorton _____ in the amount of $ 5 million dollars _____.

Dated at  Boston, Massachusetts  this  11th  day of  August, 2005 _____.

SEAL                              SARAH A. THORNTON
                                  CLERK OF COURT

                                  By:_____
                                       Deputy Clerk

(Attachment.wpd - 3/7/2005)

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC.      ,
Plaintiff(s)

V.                          CIVIL ACTION NO. 05 CA11654

DAVID W. ADAMS and KEVIN BRITTO, ET AL      ,
Defendant(s)

## WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and
to _____, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on August 10, 2005      , in which the Plaintiff(s) is/are
International Floor Crafts, Inc.
____ , of Hingham, Massachusetts
____whose attorney is  James B. Krasnoo and Paul J. Klehm   of  Andover, Massachusetts
_____ , and the defendant(s) is/are  Kevin Britto
_____ , of 300 W 21st Street, Apt. 25, New York, New York 10011
_____ , we command you to attach the real estate and/or personal property of the Defendant(s)
Kevin Britto
_____ in accordance with the following directions and/or limitations (if any): (none)
_____
_____
_____ to the value of $ 5 million dollars _____ , and make due
return of this writ with your doings thereon into said Court.

This attachment was approved on  August 10, 2005       by Nathaniel M. Gorton
_____ in the amount of $ 5 million dollars      .

Dated at  Boston, Massachusetts  this  11th  day of August, 2005      .


SEAL                                    SARAH A. THORNTON
                                        CLERK OF COURT

                                        By: _____
                                              Deputy Clerk

(Attachment.wpd - 3/7/2005)

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC._____,
Plaintiff(s)

V.                                      CIVIL ACTION NO. 05 CA 11654

DAVID W. ADAMS and TYRONE WILLIAMS, *ET AL* ,
Defendant(s)

## WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and to _____, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on August 10, 2005_____, in which the Plaintiff(s) is/are International Floor Crafts, Inc._____ _____, of Hingham, Massachusetts_____ _____whose attorney is _James B. Krasnoo and Paul J. Klehm_ of _Andover, Massachusetts _____, and the defendant(s) is/are Tyrone Williams_____ _____, of 171 Smith Street, New Bedford, Bristol County, Massachusetts_____ _____, we command you to attach the real estate and/or personal property of the Defendant(s) Tyrone Williams, 171 Smith Street, New Bedford, Bristol County, Massachusetts 02740_____ _____ in accordance with the following directions and/or limitations (if any): (none)_____ _____ _____

_____ to the value of $ 5 million dollars_____, and make due return of this writ with your doings thereon into said Court.

This attachment was approved on _August 10, 2005_____ by _Nathaniel M. Gorton _____ in the amount of $ 5 million dollars_____.

Dated at _Boston, Massachusetts_ this _11th_ day of _August, 2005_____.

SEAL                                    SARAH A. THORNTON
                                        CLERK OF COURT

                                        By:_____
                                              Deputy Clerk

(Attachment.wpd - 3/7/2005)

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC. _____,
### Plaintiff(s)

V.                              CIVIL ACTION NO. 05 CA 11654

DAVID W. ADAMS and TYRONE WILLIAMS, *ET AL* ,
### Defendant(s)

## WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and
to _____, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on August 10, 2005_____, in which the Plaintiff(s) is/are
International Floor Crafts, Inc. _____
_____, of Hingham, Massachusetts _____
_____whose attorney is _James B. Krasnoo and Paul J. Klehm_ of _Andover, Massachusetts
_____, and the defendant(s) is/are Tyrone Williams _____
_____, of 171 Smith Street, New Bedford, Bristol County, Massachusetts _____
_____, we command you to attach the real estate and/or personal property of the Defendant(s)
Tyrone Williams, 171 Smith Street, New Bedford, Bristol County, Massachusetts 02740 _____
_____ in accordance with the following directions and/or limitations (if any): (none) _____
_____
_____
_____ to the value of $ 5 million dollars_____, and make due
return of this writ with your doings thereon into said Court.

This attachment was approved on _August 10, 2005_____ by _Nathaniel M. Gorton
_____ in the amount of $ 5 million dollars _____.

Dated at _Boston, Massachusetts_ this _11th_ day of _August, 2005_____.

SEAL                              SARAH A. THORNTON
                                  CLERK OF COURT

                                  By: _____
                                      Deputy Clerk

(Attachment.wpd - 3/7/2005)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

INTERNATIONAL FLOOR CRAFTS, INC._____ ,
Plaintiff(s)

V.                                          CIVIL ACTION NO. 05 CA 11654

DAVID W. ADAMS and TYRONE WILLIAMS, *ET AL* ,
Defendant(s)

## WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and to _____ , Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on August 10, 2005_____ , in which the Plaintiff(s) is/are International Floor Crafts, Inc._____
_____ , of Hingham, Massachusetts_____
_____whose attorney is  James B. Krasnoo and Paul J. Klehm   of  Andover, Massachusetts _____ , and the defendant(s) is/are Tyrone Williams_____
_____ , of 171 Smith Street, New Bedford, Bristol County, Massachusetts_____
_____ , we command you to attach the real estate and/or personal property of the Defendant(s) Tyrone Williams, 171 Smith Street, New Bedford, Bristol County, Massachusetts 02740_____
_____ in accordance with the following directions and/or limitations (if any): (none)_____
_____
_____
_____ to the value of $ 5 million dollars_____ , and make due return of this writ with your doings thereon into said Court.

This attachment was approved on  August 10, 2005_____ by  Nathaniel M. Gorton _____ in the amount of $ 5 million dollars_____ .

Dated at  Boston, Massachusetts   this  11th  day of  August, 2005_____ .

SEAL

*Bristol*
*sheriff*

SARAH A. THORNTON
CLERK OF COURT

Deputy Clerk

(Attachment.wpd - 3/7/2005)

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC.      ,
Plaintiff(s)

V.                                    CIVIL ACTION NO. 05 CA 11654

DAVID W. ADAMS, *ET AL*                ,
Defendant(s)

### WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and to _____ , Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on August 10, 2005      , in which the Plaintiff(s) is/are International Floor Crafts, Inc. _____
_____ , of Hingham, Massachusetts _____
_____ whose attorney is  James B. Krasnoo and Paul J. Klehm   of  Andover, Massachusetts _____ , and the defendant(s) is/are David W. Adams _____ , of  5 Oxbox Drive, Wilmington, Middlesex County, Massachusetts _____
_____ , we command you to attach the real estate and/or personal property of the Defendant(s) David W. Adams, 5 Oxbox Drive, Wilmington, Middlesex County, Massachusetts 01887 _____
_____ in accordance with the following directions and/or limitations (if any): (none) _____
_____
_____
_____ to the value of $ 5 million dollars _____ , and make due return of this writ with your doings thereon into said Court.

This attachment was approved on  August 10, 2005          by  Nathaniel M. Gorton _____ in the amount of $ 5 million dollars           .

Dated at  Boston, Massachusetts  this  11th  day of  August, 2005          .

SEAL                                    SARAH A. THORNTON
                                        CLERK OF COURT

                                        By: _____
                                            Deputy Clerk

(Attachment.wpd - 3/7/2005)

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC.      ,
Plaintiff(s)

V.                                          CIVIL ACTION NO. 05 CA 11654

DAVID W. ADAMS, *ET AL*                  ,
Defendant(s)

## WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and
to _____ , Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on August 10, 2005      , in which the Plaintiff(s) is/are
International Floor Crafts, Inc.
_____ , of Hingham, Massachusetts
_____ whose attorney is  James B. Krasnoo and Paul J. Klehm   of  Andover, Massachusetts
_____ , and the defendant(s) is/are  David W. Adams
_____ , of  5 Oxbox Drive, Wilmington, Middlesex County, Massachusetts
_____ , we command you to attach the real estate and/or personal property of the Defendant(s)
 David W. Adams, 5 Oxbox Drive, Wilmington, Middlesex County, Massachusetts 01887
_____ in accordance with the following directions and/or limitations (if any): (none)
_____
_____
_____ to the value of $ 5 million dollars_____ , and make due
return of this writ with your doings thereon into said Court.

This attachment was approved on  August 10, 2005_____ by  Nathaniel M. Gorton
_____ in the amount of $ 5 million dollars_____ .

Dated at  Boston, Massachusetts  this  11th  day of  August, 2005_____ .

SEAL                                    SARAH A. THORNTON
                                        CLERK OF COURT

                                        By: _____
                                             Deputy Clerk

(Attachment.wpd - 3/7/2005)

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC.    ,
                    Plaintiff(s)

        V.                         CIVIL ACTION NO. 05 CA 11654

DAVID W. ADAMS, *ET AL*            ,
                    Defendant(s)

## WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and
to _____, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on August 10, 2005      , in which the Plaintiff(s) is/are
International Floor Crafts, Inc.
    , of Hingham, Massachusetts
    whose attorney is _James B. Krasnoo and Paul J. Klehm_ of _Andover, Massachusetts_
_____, and the defendant(s) is/are David W. Adams
_____, of _5 Oxbox Drive, Wilmington, Middlesex County, Massachusetts_
_____, we command you to attach the real estate and/or personal property of the Defendant(s)
_David W. Adams, 5 Oxbox Drive, Wilmington, Middlesex County, Massachusetts 01887_
_____ in accordance with the following directions and/or limitations (if any): (none)
_____
_____
_____ to the value of $ 5 million dollars_____, and make due
return of this writ with your doings thereon into said Court.

This attachment was approved on _August 10, 2005_ by _Nathaniel M. Gorton_
_____ in the amount of $ 5 million dollars_____.

Dated at _Boston, Massachusetts_ this _11th_ day of _August, 2005_      .

SEAL                            SARAH A. THORNTON
                                CLERK OF COURT

                           By: _____
                                Deputy Clerk

(Attachment.wpd - 3/7/2005)