UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**TRUSTEE WRIT**                                                                Case No. <u>05 CA 11654</u>

<u>INTERNATIONAL FLOOR CRAFTS, INC.</u>        , Plaintiff(s)

V.

<u>DAVID W. ADAMS, *ET AL*</u>        , Defendant(s)

<u>LOWELL FIVE CENT SAVINGS BANK</u>        , Trustee

**SUMMONS TO TRUSTEE**

To the above-named Trustee:

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant <u>David W. Adams*</u> of <u>5 Oxbow Drive, Wilmington, Massachusetts 01887</u>, are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff, <u>International Floor Crafts, Inc.</u>, of <u>Hingham, Massachusetts</u>, whose attorney is <u>James B. Krasnoo and Paul J. Klehm</u>, of <u>Andover, Massachusetts</u> may recover in an action brought against the said defendant in this Court to the value of $<u> 5 million dollars</u> (the amount authorized). Such goods, effects or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on <u>August 10, 2005</u>. This attachment was approved on <u>August 10, 2005</u> by <u>Nathaniel M. Gorton</u>, in the amount of $<u> 5 million dollars</u>.

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this <u>11th</u> day of <u>August, 2005</u>.

SARAH A. THORNTON<br>
CLERK OF COURT<br>
By: _____<br>
Deputy Clerk

* Account No. (including, but not limited to) 024-008072
(Trustee Writ- Summons.wpd - 3/7/2005)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**TRUSTEE WRIT**                                                                  Case No. <u>05 CA 11654</u>

<u>INTERNATIONAL FLOOR CRAFTS, INC.</u>, Plaintiff(s)

V.

<u>DAVID W. ADAMS, *ET AL*</u>, Defendant(s)

<u>LOWELL FIVE CENT SAVINGS BANK</u>, Trustee

**SUMMONS TO TRUSTEE**

To the above-named Trustee:

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant <u>David W. Adams*</u> of <u>5 Oxbow Drive, Wilmington, Massachusetts 01887</u>, are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff, <u>International Floor Crafts, Inc.</u>, of <u>Hingham, Massachusetts</u>, whose attorney is <u>James B. Krasnoo and Paul J. Klehm</u>, of <u>Andover, Massachusetts</u> may recover in an action brought against the said defendant in this Court to the value of $ <u>5 million dollars</u> (the amount authorized). Such goods, effects or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on <u>August 10, 2005</u>. This attachment was approved on <u>August 10, 2005</u> by <u>Nathaniel M. Gorton</u>, in the amount of $ <u>5 million dollars</u>.

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this <u>11th</u> day of <u>August, 2005</u>.

SARAH A. THORNTON
CLERK OF COURT

By: _____
Deputy Clerk

* Account No. (including, but not limited to) 024-008072
(Trustee Writ- Summons.wpd - 3/7/2005)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**TRUSTEE WRIT**                                                                                           Case No. **05 CA 11654**

**INTERNATIONAL FLOOR CRAFTS, INC.**_____, Plaintiff(s)

v.

**DAVID W. ADAMS,** *ET AL*_____, Defendant(s)

**LOWELL FIVE CENT SAVINGS BANK**_____, Trustee

**SUMMONS TO TRUSTEE**

To the above-named Trustee:

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant  David W. Adams*_____ of  5 Oxbow Drive, Wilmington, Massachusetts 01887_____, are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff,  International Floor Crafts, Inc.  , of  Hingham, Massachusetts_____, whose attorney is  James B. Krasnoo and Paul J. Klehm_____, of  Andover, Massachusetts_____ may recover in an action brought against the said defendant in this Court to the value of $ 5 million dollars_____ (the amount authorized). Such goods, effects or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on August 10, 2005_____. This attachment was approved on  August 10, 2005_____ by  Nathaniel M. Gorton____, in the amount of $  5 million dollars_____.

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this _11th___ day of_August, 2005_____.

SARAH A. THORNTON
CLERK OF COURT
By: _____
Deputy Clerk

* Account No. (including, but not limited to) 024-008072
(Trustee Writ- Summons.wpd - 3/7/2005)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**TRUSTEE WRIT**                                                                                     Case No. **05 CA 11654**

                        **INTERNATIONAL FLOOR CRAFTS, INC.**         , Plaintiff(s)

                                                    V.

                        **DAVID W. ADAMS, *ET AL***                      , Defendant(s)


                        **WACHOVIA BANK, NATIONAL ASSOCIATION** , Trustee

                                        **SUMMONS TO TRUSTEE**

To the above-named Trustee:

    You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant  (1) Michael Brown*; (2) CCC International, Inc.**; (3) Dalton Padding***; and (4) Empire Weavers***  of  (1) 2309 South Ravine Way, Dalton, Georgia and (2) 7903A Kincannon Place, Lorton, Virginia , are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff, International Floor Crafts, Inc.   , of  Hingham, Massachusetts , whose attorney is  James B. Krasnoo and Paul J. Klehm , of  Andover, Massachusetts                may recover in an action brought against the said defendant in this Court to the value of $ 5 million dollars         (the amount authorized).  Such goods, effects or credits are hereby attached.  If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

    The complaint in this case was filed on August 10, 2005             . This attachment was approved on  August 10, 2005         by  Nathaniel M. Gorton    , in the amount of $  5 million dollars         .

    If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

    If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

    If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof).  No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this   11th    day of August, 2005          .

                                                SARAH A. THORNTON
                                                CLERK OF COURT

                                                By: _____
                                                        Deputy Clerk

\* Account No. (including, but not limited to) 1080002141711
\*\* Account No. (including, but not limited to) 2000005235933
\*\*\* Account No. (including, but not limited to) 2000005235933
(Trustee Writ- Summons.wpd - 3/7/2005)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**TRUSTEE WRIT**                                                                                                    Case No. **05 CA 11654**

**INTERNATIONAL FLOOR CRAFTS, INC.**_____, Plaintiff(s)

V.

**DAVID W. ADAMS, *ET AL***_____, Defendant(s)

**WACHOVIA BANK, NATIONAL ASSOCIATION**, Trustee

**SUMMONS TO TRUSTEE**

To the above-named Trustee:

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant  (1) Michael Brown*; (2) CCC International, Inc.**; (3) Dalton Padding***; and (4) Empire Weavers*** of (1) 2309 South Ravine Way, Dalton, Georgia and (2) 7903A Kincannon Place, Lorton, Virginia , are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff, International Floor Crafts, Inc. , of  Hingham, Massachusetts , whose attorney is James B. Krasnoo and Paul J. Klehm , of  Andover, Massachusetts  may  recover in an action brought against the said defendant in this Court to the value of $ 5 million dollars  (the amount authorized).  Such goods, effects or credits are hereby attached.  If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on August 10, 2005 .  This attachment was approved on  August 10, 2005  by  Nathaniel M. Gorton , in the amount of $ 5 million dollars .

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof).  No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this  11th  day of August, 2005  .

SARAH A. THORNTON
CLERK OF COURT

By:_____
Deputy Clerk

\* Account No. (including, but not limited to) 1080002141711
\*\* Account No. (including, but not limited to) 2000005235933
\*\*\* Account No. (including, but not limited to) 2000005235933
(Trustee Writ- Summons.wpd - 3/7/2005)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**TRUSTEE WRIT**　　　　　　　　　　　　　　　　　　　　　　　　Case No. <u>05 CA 11654</u>

<u>INTERNATIONAL FLOOR CRAFTS, INC.</u>, Plaintiff(s)

V.

<u>DAVID W. ADAMS, *ET AL*</u>, Defendant(s)

<u>WACHOVIA BANK, NATIONAL ASSOCIATION</u>, Trustee

**SUMMONS TO TRUSTEE**

To the above-named Trustee:

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant <u>(1) Michael Brown\*; (2) CCC International, Inc.\*\*; (3) Dalton Padding\*\*\*; and (4) Empire Weavers\*\*\*</u> of <u>(1) 2309 South Ravine Way, Dalton, Georgia and (2) 7903A Kincannon Place, Lorton, Virginia</u>, are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff, <u>International Floor Crafts, Inc.</u>, of <u>Hingham, Massachusetts</u>, whose attorney is <u>James B. Krasnoo and Paul J. Klehm</u>, of <u>Andover, Massachusetts</u> may recover in an action brought against the said defendant in this Court to the value of $ <u>5 million dollars</u> (the amount authorized). Such goods, effects or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on <u>August 10, 2005</u>. This attachment was approved on <u>August 10, 2005</u> by <u>Nathaniel M. Gorton</u>, in the amount of $ <u>5 million dollars</u>.

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this <u>11th</u> day of <u>August, 2005</u>.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SARAH A. THORNTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

\* Account No. (including, but not limited to) 1080002141711
\*\* Account No. (including, but not limited to) 2000005235933
\*\*\* Account No. (including, but not limited to) 2000005235933
(Trustee Writ- Summons.wpd - 3/7/2005)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**TRUSTEE WRIT**                                                                                        Case No. 05 CA 11654

INTERNATIONAL FLOOR CRAFTS, INC.        , Plaintiff(s)

V.

DAVID W. ADAMS, *ET AL*        , Defendant(s)

**WACHOVIA BANK, NATIONAL ASSOCIATION**, Trustee

**SUMMONS TO TRUSTEE**

To the above-named Trustee:

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant  (1) Michael Brown*; (2) CCC International, Inc.**; (3) Dalton Padding***; and (4) Empire Weavers*** of (1) 2309 South Ravine Way, Dalton, Georgia and (2) 7903A Kincannon Place, Lorton, Virginia , are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff, International Floor Crafts, Inc.  , of  Hingham, Massachusetts , whose attorney is James B. Krasnoo and Paul J. Klehm , of Andover, Massachusetts         may  recover in an action brought against the said defendant in this Court to the value of $ 5 million dollars        (the amount authorized).  Such goods, effects or credits are hereby attached.  If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on August 10, 2005        . This attachment was approved on August 10, 2005        by Nathaniel M. Gorton    , in the amount of $  5 million dollars        .

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this  11th   day of August, 2005        .

SARAH A. THORNTON
CLERK OF COURT
By: _____
Deputy Clerk

\* Account No. (including, but not limited to) 1080002141711
\*\* Account No. (including, but not limited to) 2000005235933
\*\*\* Account No. (including, but not limited to) 2000005235933
(Trustee Writ- Summons.wpd - 3/7/2005)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**TRUSTEE WRIT**  Case No. 05 CA 11654

**INTERNATIONAL FLOOR CRAFTS, INC.**, Plaintiff(s)

V.

**DAVID W. ADAMS, *ET AL***, Defendant(s)

**WACHOVIA BANK, NATIONAL ASSOCIATION**, Trustee

**SUMMONS TO TRUSTEE**

To the above-named Trustee:

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant  (1) Michael Brown*; (2) CCC International, Inc.**; (3) Dalton Padding***; and (4) Empire Weavers***  of  (1) 2309 South Ravine Way, Dalton, Georgia and (2) 7903A Kincannon Place, Lorton, Virginia , are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff, International Floor Crafts, Inc.   , of  Hingham, Massachusetts , whose attorney is  James B. Krasnoo and Paul J. Klehm , of  Andover, Massachusetts   may  recover in an action brought against the said defendant in this Court to the value of $  5 million dollars   (the amount authorized).  Such goods, effects or credits are hereby attached.  If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on  August 10, 2005 .  This attachment was approved on  August 10, 2005   by  Nathaniel M. Gorton , in the amount of $   5 million dollars  .

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this  11th   day of August, 2005         .

SARAH A. THORNTON
CLERK OF COURT
By:_____
Deputy Clerk

\* Account No. (including, but not limited to) 1080002141711
\*\* Account No. (including, but not limited to) 2000005235933
\*\*\* Account No. (including, but not limited to) 2000005235933
(Trustee Writ- Summons.wpd - 3/7/2005)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**TRUSTEE WRIT**                                                                 Case No. **05 CA 11654**

                        **INTERNATIONAL FLOOR CRAFTS, INC.**         , Plaintiff(s)

                                                    V.

                        **DAVID W. ADAMS, *ET AL***                             , Defendant(s)

                        **CITIZENS BANK**                                               , Trustee

### SUMMONS TO TRUSTEE

To the above-named Trustee:

    You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant  (1) Remco and (2) Mansfield Rug  of (purportedly) 260 Hemingway Avenue, East Haven, Connecticut , are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff, International Floor Crafts, Inc. , of Hingham, Massachusetts , whose attorney is James B. Krasnoo and Paul J. Klehm , of Andover, Massachusetts  may recover in an action brought against the said defendant in this Court to the value of $ 5 million dollars  (the amount authorized). Such goods, effects or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

    The complaint in this case was filed on August 10, 2005 . This attachment was approved on August 10, 2005  by Nathaniel M. Gorton , in the amount of $ 5 million dollars .

    If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

    If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

    If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this  11th  day of August, 2005 .

                                                                                  SARAH A. THORNTON
                                                                                  CLERK OF COURT

                                                                                   By:_____
                                                                                      Deputy Clerk

(Trustee Writ- Summons.wpd - 3/7/2005)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**TRUSTEE WRIT**                                                                                          Case No. **05 CA 11654**

**INTERNATIONAL FLOOR CRAFTS, INC.**, Plaintiff(s)

v.

**DAVID W. ADAMS, *ET AL***, Defendant(s)

**CITIZENS BANK**, Trustee

**SUMMONS TO TRUSTEE**

To the above-named Trustee:

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant **(1) Remco and (2) Mansfield Rug** of **(purportedly) 260 Hemingway Avenue, East Haven, Connecticut**, are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff, **International Floor Crafts, Inc.**, of **Hingham, Massachusetts**, whose attorney is **James B. Krasnoo and Paul J. Klehm**, of **Andover, Massachusetts** may recover in an action brought against the said defendant in this Court to the value of $ **5 million dollars** (the amount authorized). Such goods, effects or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on **August 10, 2005**. This attachment was approved on **August 10, 2005** by **Nathaniel M. Gorton**, in the amount of $ **5 million dollars**.

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this **11th** day of **August, 2005**.

SARAH A. THORNTON
CLERK OF COURT

By: _____
Deputy Clerk

(Trustee Writ- Summons.wpd - 3/7/2005)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**TRUSTEE WRIT**                                                                                         Case No. __05 CA 11654__

__INTERNATIONAL FLOOR CRAFTS, INC.___, Plaintiff(s)

V.

__DAVID W. ADAMS, *ET AL*_____, Defendant(s)

__CITIZENS BANK_____, Trustee

**SUMMONS TO TRUSTEE**

To the above-named Trustee:

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant __(1) Remco and (2) Mansfield Rug__ of __(purportedly) 260 Hemingway Avenue, East Haven, Connecticut_____, are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff, __International Floor Crafts, Inc.___, of __Hingham, Massachusetts_____, whose attorney is __James B. Krasnoo and Paul J. Klehm_____, of __Andover, Massachusetts_____ may recover in an action brought against the said defendant in this Court to the value of $__5 million dollars_____ (the amount authorized). Such goods, effects or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on __August 10, 2005_____. This attachment was approved on __August 10, 2005_____ by __Nathaniel M. Gorton____, in the amount of $__5 million dollars_____.

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this __11th__ day of __August, 2005_____.

SARAH A. THORNTON
CLERK OF COURT

By: _____
Deputy Clerk

(Trustee Writ- Summons.wpd - 3/7/2005)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**TRUSTEE WRIT**                                                                 Case No. **05 CA 11654**

        **INTERNATIONAL FLOOR CRAFTS, INC.**_____, Plaintiff(s)

V.

        **DAVID W. ADAMS, *ET AL***_____, Defendant(s)

        **BANK OF AMERICA**_____, Trustee

**SUMMONS TO TRUSTEE**

To the above-named Trustee:

    You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant __Remco_____ of _(purportedly) 260 Hemingway Avenue, East Haven, Connecticut_____, are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff, _International Floor Crafts, Inc.___, of _Hingham, Massachusetts_____, whose attorney is _James B. Krasnoo and Paul J. Klehm_____, of _Andover, Massachusetts_____ may recover in an action brought against the said defendant in this Court to the value of $_5 million dollars_____ (the amount authorized). Such goods, effects or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

    The complaint in this case was filed on _August 10, 2005_____. This attachment was approved on _August 10, 2005_____ by _Nathaniel M. Gorton_____, in the amount of $_5 million dollars_____.

    If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

    If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

    If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this __11th___ day of _August, 2005_____.

                                                      SARAH A. THORNTON
                                                      CLERK OF COURT
                                                      By:_____
                                                           Deputy Clerk

(Trustee Writ- Summons.wpd - 3/7/2005)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**TRUSTEE WRIT**                                                                      Case No. **05 CA 11654**

**INTERNATIONAL FLOOR CRAFTS, INC.**_____, Plaintiff(s)

V.

**DAVID W. ADAMS, *ET AL***_____, Defendant(s)

**BANK OF AMERICA**_____, Trustee

**SUMMONS TO TRUSTEE**

To the above-named Trustee:

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant  **Remco** _____ of  **(purportedly) 260 Hemingway Avenue, East Haven, Connecticut** _____, are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff,  **International Floor Crafts, Inc.**  , of  **Hingham, Massachusetts** _____, whose attorney is  **James B. Krasnoo and Paul J. Klehm** _____, of  **Andover, Massachusetts** _____ may recover in an action brought against the said defendant in this Court to the value of $ **5 million dollars** _____ (the amount authorized).  Such goods, effects or credits are hereby attached.  If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on  **August 10, 2005** _____. This attachment was approved on  **August 10, 2005** _____ by  **Nathaniel M. Gorton** ____, in the amount of $ **5 million dollars** _____.

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof).  No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this __11th__ day of __August, 2005_____.

SARAH A. THORNTON
CLERK OF COURT

By:_____
Deputy Clerk

(Trustee Writ- Summons.wpd - 3/7/2005)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**TRUSTEE WRIT**  Case No. **05 CA 11654**

**INTERNATIONAL FLOOR CRAFTS, INC.**, Plaintiff(s)

V.

**DAVID W. ADAMS, *ET AL***, Defendant(s)

**BANK OF AMERICA**, Trustee

**SUMMONS TO TRUSTEE**

To the above-named Trustee:

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant  Remco  of  (purportedly) 260 Hemingway Avenue, East Haven, Connecticut , are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff,  International Floor Crafts, Inc.  , of  Hingham, Massachusetts , whose attorney is  James B. Krasnoo and Paul J. Klehm , of  Andover, Massachusetts  may  recover in an action brought against the said defendant in this Court to the value of $ 5 million dollars  (the amount authorized). Such goods, effects or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on  August 10, 2005 . This attachment was approved on  August 10, 2005  by  Nathaniel M. Gorton , in the amount of $ 5 million dollars .

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this  11th  day of August, 2005 .

SARAH A. THORNTON
CLERK OF COURT

By: *[signature]*
Deputy Clerk

(Trustee Writ- Summons.wpd - 3/7/2005)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**TRUSTEE WRIT**                                                                                      Case No. <u>05 CA 11654</u>

<u>INTERNATIONAL FLOOR CRAFTS, INC.</u>          , Plaintiff(s)

V.

<u>DAVID W. ADAMS, *ET AL*</u>                           , Defendant(s)

<u>PEOPLE'S BANK</u>                                 , Trustee

**SUMMONS TO TRUSTEE**

To the above-named Trustee:

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant <u>(1) Remco and (2) Mansfield Rug</u> of <u>(purportedly) 260 Hemingway Avenue, East Haven, Connecticut</u>, are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff, <u>International Floor Crafts, Inc.</u>, of <u>Hingham, Massachusetts</u>, whose attorney is <u>James B. Krasnoo and Paul J. Klehm</u>, of <u>Andover, Massachusetts</u> may recover in an action brought against the said defendant in this Court to the value of $<u>5 million dollars</u> (the amount authorized). Such goods, effects or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on <u>August 10, 2005</u>. This attachment was approved on <u>August 10, 2005</u> by <u>Nathaniel M. Gorton</u>, in the amount of $<u>5 million dollars</u>.

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this <u>11th</u> day of <u>August, 2005</u>.

SARAH A. THORNTON
CLERK OF COURT

By: _____
Deputy Clerk

(Trustee Writ- Summons.wpd - 3/7/2005)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**TRUSTEE WRIT**  Case No. 05 CA 11654

**INTERNATIONAL FLOOR CRAFTS, INC.**_____, Plaintiff(s)

V.

**DAVID W. ADAMS, ET AL**_____, Defendant(s)

**PEOPLE'S BANK**_____, Trustee

### SUMMONS TO TRUSTEE

To the above-named Trustee:

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant __(1) Remco and (2) Mansfield Rug__ of _(purportedly) 260 Hemingway Avenue, East Haven, Connecticut_____, are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff, _International Floor Crafts, Inc._, of _Hingham, Massachusetts_ _____, whose attorney is _James B. Krasnoo and Paul J. Klehm_____, of _Andover, Massachusetts_____ may recover in an action brought against the said defendant in this Court to the value of $_5 million dollars_____ (the amount authorized). Such goods, effects or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on _August 10, 2005_____. This attachment was approved on _August 10, 2005_____ by _Nathaniel M. Gorton_____, in the amount of $_5 million dollars_____.

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this __11th__ day of _August, 2005_____.

SARAH A. THORNTON
CLERK OF COURT

By:_____
Deputy Clerk

(Trustee Writ- Summons.wpd - 3/7/2005)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**TRUSTEE WRIT**                                                              Case No. **05 CA 11654**

**INTERNATIONAL FLOOR CRAFTS, INC.**, Plaintiff(s)

V.

**DAVID W. ADAMS, *ET AL***, Defendant(s)

**PEOPLE'S BANK**, Trustee

**SUMMONS TO TRUSTEE**

To the above-named Trustee:

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant **(1) Remco and (2) Mansfield Rug** of **(purportedly) 260 Hemingway Avenue, East Haven, Connecticut**, are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff, **International Floor Crafts, Inc.**, of **Hingham, Massachusetts**, whose attorney is **James B. Krasnoo and Paul J. Klehm**, of **Andover, Massachusetts** may recover in an action brought against the said defendant in this Court to the value of $ **5 million dollars** (the amount authorized). Such goods, effects or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on **August 10, 2005**. This attachment was approved on **August 10, 2005** by **Nathaniel M. Gorton**, in the amount of $ **5 million dollars**.

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this **11th** day of **August, 2005**.

SARAH A. THORNTON
CLERK OF COURT

By: _____
Deputy Clerk

(Trustee Writ- Summons.wpd - 3/7/2005)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**TRUSTEE WRIT**                                                                                         Case No. <u>05 CA 11654</u>

<u>INTERNATIONAL FLOOR CRAFTS, INC.</u>        , Plaintiff(s)

V.

<u>DAVID W. ADAMS, *ET AL*</u>        , Defendant(s)

<u>FIRST UNION NATIONAL BANK</u>        , Trustee

**SUMMONS TO TRUSTEE**

To the above-named Trustee:

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant <u>Empire Weavers</u> of <u>(purportedly) 1319-E Rockville Pike, Rockville, Maryland</u>, are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff, <u>International Floor Crafts, Inc.</u>, of <u>Hingham, Massachusetts</u>, whose attorney is <u>James B. Krasnoo and Paul J. Klehm</u>, of <u>Andover, Massachusetts</u> may recover in an action brought against the said defendant in this Court to the value of $<u>5 million dollars</u> (the amount authorized). Such goods, effects or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on <u>August 10, 2005</u>. This attachment was approved on <u>August 10, 2005</u> by <u>Nathaniel M. Gorton</u>, in the amount of $<u>5 million dollars</u>.

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this <u>11th</u> day of <u>August, 2005</u>.

SARAH A. THORNTON
CLERK OF COURT

By: _____
Deputy Clerk

(Trustee Writ- Summons.wpd - 3/7/2005)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**TRUSTEE WRIT**                                                                                    Case No. <u>05 CA 11654</u>

<u>INTERNATIONAL FLOOR CRAFTS, INC.</u>_____ , Plaintiff(s)

V.

<u>DAVID W. ADAMS, *ET AL*</u>_____ , Defendant(s)

<u>FIRST UNION NATIONAL BANK</u>_____ , Trustee

**SUMMONS TO TRUSTEE**

To the above-named Trustee:

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant <u>Empire Weavers</u> _____ of <u>(purportedly) 1319-E Rockville Pike, Rockville, Maryland</u>_____ , are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff, <u>International Floor Crafts, Inc.</u>____ , of <u>Hingham, Massachusetts</u> _____ , whose attorney is <u>James B. Krasnoo and Paul J. Klehm</u>_____ , of <u>Andover, Massachusetts</u>_____ may recover in an action brought against the said defendant in this Court to the value of $ <u>5 million dollars</u>_____ (the amount authorized). Such goods, effects or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on <u>August 10, 2005</u>_____ . This attachment was approved on <u>August 10, 2005</u>_____ by <u>Nathaniel M. Gorton</u>_____ , in the amount of $<u> 5 million dollars</u>_____ .

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this <u>11th</u>____ day of <u>August, 2005</u>_____ .

SARAH A. THORNTON
CLERK OF COURT

By: _____
Deputy Clerk

(Trustee Writ- Summons.wpd - 3/7/2005)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**TRUSTEE WRIT**  Case No. **05 CA 11654**

**INTERNATIONAL FLOOR CRAFTS, INC.**, Plaintiff(s)

V.

**DAVID W. ADAMS, *ET AL***, Defendant(s)

**FIRST UNION NATIONAL BANK**, Trustee

**SUMMONS TO TRUSTEE**

To the above-named Trustee:

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant  Empire Weavers of (purportedly) 1319-E Rockville Pike, Rockville, Maryland, are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff, International Floor Crafts, Inc., of Hingham, Massachusetts, whose attorney is James B. Krasnoo and Paul J. Klehm, of Andover, Massachusetts  may recover in an action brought against the said defendant in this Court to the value of $ 5 million dollars  (the amount authorized). Such goods, effects or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on August 10, 2005. This attachment was approved on August 10, 2005 by Nathaniel M. Gorton, in the amount of $ 5 million dollars.

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this  11th  day of August, 2005.

SARAH A. THORNTON
CLERK OF COURT

By: _____
Deputy Clerk

(Trustee Writ- Summons.wpd - 3/7/2005)