UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**TRUSTEE WRIT**                                            Case No. **05 CA 11654**

INTERNATIONAL FLOOR CRAFTS, INC._____, Plaintiff(s)

V.

DAVID W. ADAMS, *ET AL*_____, Defendant(s)

LOWELL FIVE CENT SAVINGS BANK_____, Trustee

**SUMMONS TO TRUSTEE**

**To** the above-named Trustee:

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant David W. Adams* _____ of _5 Oxbow Drive, Wilmington, Massachusetts 01887_____, are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff, _International Floor Crafts, Inc.___, of _Hingham, Massachusetts_ _____, whose attorney is _James B. Krasnoo and Paul J. Klehm_____, of _Andover, Massachusetts_____ _____ may recover in an action brought against the said defendant in this Court to the value of $_5 million dollars_____ (the amount authorized). Such goods, effects or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on _August 10, 2005_____. This attachment was approved on _August 10, 2005_____ by _Nathaniel M. Gorton_____, in the amount of $_5 million dollars_____.

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this __11th___ day of _August, 2005_____.

SARAH A. THORNTON
CLERK OF COURT

By: _____[signature]_____
Deputy Clerk

* Account No. (including, but not limited to) 024-008072
(Trustee Writ- Summons.wpd - 3/7/2005)



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

Middlesex, ss.

August 22, 2005

I hereby certify and return that on 8/19/2005 at 11:30AM I served a copy of the within summons to trustee,COMPLAINT,COVER SHEET,AFFIDAVIT,MOTION/EXPARTE APPROVAL OF ATTACHMENT BY TRUSTEE PROCESS,MOTION/EXPARTE TEMPORARY RESTRAINING ORDER,MOTION/EXPARTE APPROVAL OF REAL ESTATE ATTACHMENT,ORDER to the within named Trustee, LOWELL FIVE CENT SAVINGS BANK, Trustee by giving in hand to WILLIAM QUINN, . A copy of the summons to trustee,COMPLAINT,COVER SHEET,AFFIDAVIT,MOTION/EXPARTE APPROVAL OF ATTACHMENT BY TRUSTEE PROCESS,MOTION/EXPARTE TEMPORARY RESTRAINING ORDER,MOTION/EXPARTE APPROVAL OF REAL ESTATE ATTACHMENT,ORDER with the deputy's endorsement thereon, was served upon the defendant in the manner provided by Rule 5 of the Rules of Court on 8/22/2005. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($0.90), Postage and Handling ($1.00), Travel ($16.00) Total Charges $52.90

*Arthur Santos*
Deputy Sheriff