# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC.          ,
              Plaintiff(s)

V.                                                                                    CIVIL ACTION NO. 05 CA 11654

DAVID W. ADAMS, *ET AL*                      ,
              Defendant(s)

## WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and to _Middlesex County, Deputy Sheriff_, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on August 10, 2005, in which the Plaintiff(s) is/are International Floor Crafts, Inc.
, of Hingham, Massachusetts
whose attorney is James B. Krasnoo and Paul J. Klehm of Andover, Massachusetts
, and the defendant(s) is/are David W. Adams
, of 5 Oxbox Drive, Wilmington, Middlesex County, Massachusetts
, we command you to attach the real estate and/or personal property of the Defendant(s) David W. Adams, 5 Oxbox Drive, Wilmington, Middlesex County, Massachusetts 01887
in accordance with the following directions and/or limitations (if any): (none)

to the value of $ 5 million dollars, and make due return of this writ with your doings thereon into said Court.

This attachment was approved on August 10, 2005 by Nathaniel M. Gorton in the amount of $ 5 million dollars.

Dated at Boston, Massachusetts this 11th day of August, 2005.

SEAL

                                              SARAH A. THORNTON
                                              CLERK OF COURT

                                              By: _____
                                                     Deputy Clerk

(Attachment.wpd - 3/7/2005)

Middlesex, ss.                                              AUGUST 19, 2005

By virtue of this writ, I this day at 9:00am attached all the right, title and interest of the within named defendant DAVID W. ADAMS has, in and to any and all real estate in the Northern District in the County of Middlesex. And afterwards within three days I deposited an attested copy of this writ, with so much of my return endorsed thereon, as relates to said attachment in the Registry of Deeds for said Middlesex County,

Fees:
| | |
|---|---|
| Attachment | $20.00 |
| Attest | 10.00 |
| Travel | 1.92 |
| P&H | 3.00 |
| Registry | 75.00 |
| Office Expense | 10.00 |
| Total | $119.92 |

And on AUGUST 22ND, 2005, I mailed an attested copy of the within to the defendant at HIS last and usual place of abode, to wit 5 OXBOW DRIVE, WILMINGTON, MASSACHUSETTS..

*Jacalyn Seymour*
Jacalyn Seymour
Deputy Sheriff