AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern                                    District of  Massachusetts

INTERNATIONAL FLOOR CRAFTS, INC.           **SUMMONS IN A CIVIL ACTION**
            V.

DAVID W. ADAMS, ET AL
                                           CASE NUMBER:

                                           05 CA 11654    NMG


TO: (Name and address of Defendant)

DAVID W. ADAMS
5 OXBOW DRIVE
WILMINGTON, MASSACHUSETTS


**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JAMES B. KRASNOO AND PAUL J. KLEHM
LAW OFFICES OF JAMES B. KRASNOO
23 MAIN STREET
ANDOVER, MA 01810


an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.


SARAH A. THORNTON                          8-10-05
CLERK                                      DATE

(By) DEPUTY CLERK



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

August 17, 2005

I hereby certify and return that on 8/16/2005 at 8:46AM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET, AFFIDAVIT, MOTION/EXPARTE APPROVAL OF ATTACHMENT BY TRUSTEE PROCESS, MOTION/EXPARTE TEMPORARY RESTRAINING ORDER, MOTION/EXPARTE REAL ESTATE ATTACHMENT, ORDER, EXHIBITS in this action in the following manner: To wit, by delivering in hand to DAVID W. ADAMS at, 5 OXBOW Drive, WILMINGTON, MA 01887. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($3.30), Postage and Handling ($1.00), Travel ($9.60) Total Charges $48.90

*George A. Hooper*

*Deputy Sheriff*

Deputy Sheriff GEORGE HOOPER

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                       Date                        *Signature of Server*

                                      _____
                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.