UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC. ,
      Plaintiff(s)

V.                    CIVIL ACTION NO. 05 CA 11654

DAVID W. ADAMS and TYRONE WILLIAMS, *ET AL* ,
      Defendant(s)

## WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and to Bristol County, Deputy Sheriff , Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on August 10, 2005 , in which the Plaintiff(s) is/are International Floor Crafts, Inc. , of Hingham, Massachusetts whose attorney is James B. Krasnoo and Paul J. Klehm of Andover, Massachusetts , and the defendant(s) is/are Tyrone Williams , of 171 Smith Street, New Bedford, Bristol County, Massachusetts , we command you to attach the real estate and/or personal property of the Defendant(s) Tyrone Williams, 171 Smith Street, New Bedford, Bristol County, Massachusetts 02740 in accordance with the following directions and/or limitations (if any): (none) to the value of $ 5 million dollars , and make due return of this writ with your doings thereon into said Court.

This attachment was approved on August 10, 2005 by Nathaniel M. Gorton in the amount of $ 5 million dollars .

Dated at Boston, Massachusetts this 11th day of August, 2005 .

SEAL                                          SARAH A. THORNTON
                                                CLERK OF COURT

                                                By: _____
                                                       Deputy Clerk

(Attachment.wpd - 3/7/2005)

**BRISTOL, SS**
By virtue of this writ on **August 19, 2005** at **11:45** in the **forenoon**, I attached all the right, title and interest that the within-named defendant(s) **Tyrone Williams**, has/have in and to any and all real estate in the County of Bristol.

Attorney Paul J. Klehm
Law offices of James B. Krasnoo
23 Main Street - Terrace Level
Andover, MA 01810

_____
Deputy Sheriff

Later, on **August 19, 2005**, I deposited at the Registry of Deeds **Southern District** in said County of Bristol, an attested copy of the within writ together with so much of my return as relates to the attachment of said real estate.

_____
Deputy Sheriff

Later, on **August 19, 2005**, I notified the defendant(s) by mailing to his/her/their last known address to wit: **171 Smith Street, New Bedford, MA 02740**, an attested copy of the within writ with so much of my return as relates to the attachment of said real estate and its recording at the Bristol County Registry of Deeds **Southern District**.

_____
Deputy Sheriff

| | |
|---|---|
| Attachment | 20.00 |
| Attestation | 5.00 |
| Registry | 75.40 |
| Travel | 3.20 |
| Copies | 10.00 |
| P&H | 2.75 |
| TOTAL | 116.35 |

**Recorded at the Bristol County Registry of Deeds**
Southern District

BOOK: 1721   PAGE: 36   DOC.# 27831