UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

```
_____
BUILDING #19, INC. and              )
INTERNATIONAL FLOOR CRAFTS, INC.    )
     Plaintiffs                     )
                                    )
v.                                  )
                                    )
DAVID W. ADAMS, et al               ) CIVIL ACTION NO. 05CA11654-NMG
     Defendants                     )
_____)
```

**PLAINTIFF'S FURTHER MOTION TO CONTINUE HEARING ON SEALED MOTIONS FROM SEPTEMBER 1, 2005 TO SEPTEMBER 14, 2005 OR A DATE THEREAFTER CONVENIENT TO THE COURT, AND TO KEEP THE SEALED ORDERS OF COURT ENTERED ON AUGUST 10, 2005 IN FULL FORCE AND EFFECT UNTIL FURTHER ORDER OF COURT**

Plaintiff International Floor Crafts, Inc. hereby moves this Court to continue the hearing on various sealed motions from September 1, 2005 to September 14, 2005, or to a date thereafter convenient to the Court, so as to afford Plaintiff's counsel additional time within which (1) to retain local counsel in eight states in order to seek full faith and credit of the sealed orders issued, and (2) to effectuate service of process upon the various defendants and Trustee Process Defendants in various states, and, to keep the sealed orders of the Court entered on or about August 10, 2005 in full force and effect until further order of the Court.  Plaintiff relies upon the reasons set forth below:

1.   On August 10, 2005, Plaintiff International Floor Crafts, Inc. (hereinafter, "IFC") filed a Complaint in the within matter and also sought various forms of injunctive relief through sealed motions.  On that date, after hearing, the Court granted the requested temporary relief in sealed orders.  The Court scheduled a further hearing for August 19, 2005 at 10:00 a.m.

2. The relief granted requires IFC's counsel to retain local counsel in each of the eight states in order to seek full faith and credit of the orders issued. IFC's counsel has worked closely with counsel in each state attempting to assist them with obtaining full faith and credit of the orders. At the request of one such counsel, IFC is in the process of obtaining attestations and additional original court orders from the clerk's office.

3. On August 18, 2005, the Court (Gorton, J.) allowed IFC's motion to continue the hearing on the sealed motions to September 1, 2005.

4. IFC has obtained and filed returns of service pertaining to Trustee Process Defendant Lowell Five Cents Savings Bank and Defendant David A. Adams. IFC has also obtained returned executed writs of attachment pertaining to Adams and Defendant Tyrone Williams. IFC is today mailing to the Court a Return of Service pertaining to Defendant Tyrone Williams.

5. IFC respectfully requests that this Court continue the hearing on the various motions from September 1, 2005 to September 14, 2005, or such date thereafter as is convenient to the Court, so as to afford IFC's counsel, and local counsel, time to obtain full faith and credit of the various orders and to effectuate service.

6. IFC further requests that all of the sealed orders of the Court entered on August 10, 2005 remain in full force and effect until further order of the Court.

**WHEREFORE**, for the above reasons, Plaintiff International Floor Crafts, Inc. respectfully requests that this Court GRANT the within motion and (1) continue the hearing on the sealed motions from September 1, 2005 to September 14, 2005, or to such date thereafter as is convenient to the Court and (2) order that the sealed orders remain in

full force and effect until further order of the Court.

                                                The Plaintiff
                                                International Floor Crafts, Inc.
                                                By Its Attorneys,

                                                /s/ Paul J. Klehm
                                                James B. Krasnoo (BBO#279300)
                                                Paul J. Klehm (BBO#561605)
                                                Law Offices of James B. Krasnoo
                                                23 Main Street
                                                Andover, MA  01810
Dated:  August 29, 2005                      (978) 475-9955

## LOCAL RULE 7.1(A)(2) STATEMENT

In light of the nature of the motion, and since the parties are in the process of being served, I have not attempted to contact the parties.  I have also not served copies of the within motion upon the parties.

                              /s/ Paul J. Klehm
                              Paul J. Klehm