

The Lowell Five Cent Savings Bank
34 John Street
Lowell, MA 01852

August 23, 2005

United States District Court
District of Massachusetts
1 Courthouse Way
Boston MA  02210

RE:  Case No. 05 CA 11654   International Floor Crafts, Inc. v. David W. Adams

Dear Sir,

The Lowell Five Bank summoned as trustee of the defendant David W. Adams, makes answer under oath, that at the time of service of the summons upon it, said trustee has no goods, affects or credits in its possession for the above named defendant.

Very truly yours,

Elaine Gordon
Keeper of Records

Attorney Paul J. Klehm
Law Offices of James B. Krasnoo
23 Main Street
Andover, MA  01810