UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC. )<br>    Plaintiffs )<br>)<br>v. )<br>)<br>DAVID W. ADAMS, *et al* )<br>    Defendants )<br>) | CIVIL ACTION NO. 05CA11654-NMG |

### ATTESTATION

To Whom it May Concern:

I, Rya W. Zobel, am a judge of the United States District Court for the District of Massachusetts, sitting in Boston, Massachusetts. I hereby attest that Judge Nathaniel M. Gorton, who is currently on vacation, is a judge of United States District Court for the District of Massachusetts. I have reviewed the Writs of Attachment, the Temporary Restraining Orders and the Trustee Process Orders issued by Judge Gorton on August 11, 2005 with regard to the above-entitled matter.

I hereby attest that Elizabeth Elefther is a Deputy Clerk of the United States District Court of Massachusetts, that she is a Deputy Clerk to Judge Gorton, and that her signature and the official seal of the United States District Court for the District of Massachusetts appear on the above-referenced Writs of Attachment, Temporary Restraining Orders and Trustee Process Order

Dated: 8/31/05

_____
(Zobel, D.J.)