UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR )
CRAFTS, INC.                          )          Case No. 05CA11654-NMG
                                            )
v.                                          ) **DEFENDANT DAVID W ADAMS'**
                                            ) **MOTION TO STAY ANSWER**
DAVID W ADAMS, *et al.*,   ) **OF DEFENDANT**
     Defendants                     )
_____ )

Now comes the defendant *pro se*, David W Adams, in the above-captioned proceeding,

and respectfully requests that this Honorable Court stay his answer as the answer now would not

be possible since there is the strong possibility of the defendant being indicted for the very same

matters raised in the civil action. To answer now would force the defendant to waive his Fifth

Amendment rights; to respond with a refusal to answer would be waving his Fifth Amendment

rights and would result in his defaulting in the civil action.

Defendant's affidavit is attached hereto and incorporated herein by this reference in

support of this Motion.

                                        Respectfully submitted,
                                        The Defendant David W Adams,
                                        *Pro Se,*

                                        David W Adams,
                                        Defendant *Pro Se*

**CERTIFICATE OF SERVICE**

I, David W Adams, Defendant *Pro Se,*, hereby certify that on this 30th day of August, 2005, I served a true
and correct copy of the foregoing DEFENDANT DAVID W ADAMS' MOTION TO STAY ANSWER OF
DEFENDANT and AFFIDAVIT via United States First-Class Mail, postage prepaid, as follows: James B Krasnoo,
Esq., Paul J Klehm, Esq., LAW OFFCS JAMES B KRASNOO, 23 Main St, Andover, MA 01810.

                                        David W Adams,
                                        Defendant *Pro Se*