UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC. | ) ) ) | Case No. 05CA11654-NMG |
| v. | ) ) ) | **AFFIDAVIT OF DEFENDANT DAVID W ADAMS IN SUPPORT OF MOTION TO STAY ANSWER OF DEFENDANT** |
| DAVID W ADAMS, et al., Defendants | ) ) ) | |

I, David W Adams, being duly sworn, hereby depose and state and follows:

1. That I am a defendant in the above-captioned proceeding.

2. That I am being investigated by the State Police and the Attorney General's Office relative to potential criminal charges arising out of the same facts as those that are the subject matter of this case.

3. That the police searched my home recently pursuant to a search warrant.

4. That I have been interrogated approximately four times, three times at the Attorney General's Office.

5. That the police investigation continues.

6. That in order to exercise my constitutional rights in the criminal matter, I would be forced to waive my right to answer in the civil action.

7. That to plead the Fifth Amendment in the civil matter in my answer would require me to basically waive my right to defend the civil action.

SIGNED AND SWORN TO UNDER THE PAINS AND PENALTIES OF PERJURY, THIS 30th DAY OF AUGUST, 2005, BOSTON, SUFFOLK COUNTY, MASSACHUSETTS.

_____
David W Adams,
Defendant *Pro Se*