BK 7721 PG 36
08/19/05 03:26 DOC. 27831
Bristol Co. S.D.



UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC.             ,
Plaintiff(s)

V.                                   CIVIL ACTION NO. 05 CA 11654

DAVID W. ADAMS and TYRONE WILLIAMS, *ET AL* ,
Defendant(s)

## WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and to Bristol County, Deputy Sheriff    , Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on August 10, 2005    , in which the Plaintiff(s) is/are International Floor Crafts, Inc.    , of Hingham, Massachusetts    whose attorney is James B. Krasnoo and Paul J. Klehm of Andover, Massachusetts    , and the defendant(s) is/are Tyrone Williams    , of 171 Smith Street, New Bedford, Bristol County, Massachusetts    , we command you to attach the real estate and/or personal property of the Defendant(s) Tyrone Williams, 171 Smith Street, New Bedford, Bristol County, Massachusetts 02740    in accordance with the following directions and/or limitations (if any): (none)    

    to the value of $ 5 million dollars    , and make due return of this writ with your doings thereon into said Court.

This attachment was approved on August 10, 2005    by Nathaniel M. Gorton    in the amount of $ 5 million dollars    .

Dated at Boston, Massachusetts this 11th day of August, 2005    .

SEAL                                    SARAH A. THORNTON
                                        CLERK OF COURT

A TRUE ATTESTED COPY
BRISTOL COUNTY DEPUTY SHERIFF          By: _____
                                           Deputy Clerk

(Attachment.wpd - 3/7/2005)

*BRISTOL, SS*

By virtue of this writ on **August 19, 2005** at **11:45** in the **forenoon**, I attached all the right, title and interest that the within-named defendant(s) **Tyrone Williams**, has/have in and to any and all real estate in the County of Bristol.

Attorney Paul J. Klehm
Law offices of James B. Krasnoo
23 Main Street - Terrace Level
Andover, MA 01810