AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern                             District of   Massachusetts

INTERNATIONAL FLOOR CRAFTS, INC.          **SUMMONS IN A CIVIL ACTION**

V.

DAVID W. ADAMS, ET AL

CASE NUMBER:

05 CA 11654 NMG

TO: (Name and address of Defendant)

Tyrone Williams
171 Smith Street
New Bedford, Massachusetts

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James B. Krasnoo and Paul J. Klehm
Law Offices of James B. Krasnoo
23 Main Street
Andover, MA 01810

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                         8-10-05
CLERK                                     DATE

(By) DEPUTY CLERK

**Bristol County Deputy Sheriffs' Office** • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631

*Bristol, ss.*

August 23, 2005

I hereby certify and return that on 8/18/2005 at 12:49 pm I served a true and attested copy of the Summons and Complaint, CA Cover Sheet, Affid., Motion's, Order, Copy Writ in this action in the following manner: To wit, by delivering in hand to Tyrone Williams at 171 Smith Street New Bedford, MA . Copies ($2.00), Conveyance ($0.75), Travel ($22.70), Basic Service Fee ($30.00), Postage and Handling ($2.75), Attest Fee ($5.00) Total Charges $63.20

Deputy Sheriff Michael P. Young                                        _____
                                                                                              Deputy Sheriff

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                        Date                          Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.