UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC.<br>      Plaintiff<br><br>    v.<br><br>DAVID W. ADAMS, TYRONE WILLIAMS,<br>KEVIN BRITTO, RONALD E. MITCHELL,<br>Individually and d/b/a MANSFIELD RUG<br>COMPANY a/k/a MANSFIELD RUG<br>DEPARTMENT and REMCO, MICHAEL<br>E. BROWN, Individually and d/b/a DALTON<br>PADDING and EMPIRE WEAVERS, JANE<br>DZIEMIT, AGATHA ESPOSITO, DONALD<br>SHOOP, CCC INTERNATIONAL, INC.,<br>JOHN D. SUN, DAVID D. SUN, and<br>PAUL SUN,<br>      Defendants<br><br>    v.<br><br>LOWELL FIVE CENT SAVINGS BANK,<br>WACHOVIA BANK, NATIONAL<br>ASSOCIATION, f/k/a FIRST UNION BANK<br>OF VIRGINIA, CITIZENS BANK, BANK OF<br>AMERICA f/k/a BANK OF BOSTON,<br>PEOPLE'S BANK, and FIRST UNION<br>NATIONAL BANK,<br>      Trustee Process Defendants | Civil Action No. 05-11654-NMG |

## LIMITED NOTICE OF APPEARANCE

To the Clerk:

      Please enter my appearance on behalf of the defendant CCC International ("CCC") for the limited purpose of obtaining modification of the injunction. It is anticipated that this firm will enter a general notice of appearance in this case once the limits of the injunction are

modified to permit CCC to continue in business and hire counsel.

                                      Respectfully submitted,

                                      / S /  Peter B. Krupp

Dated:  September 12, 2005              Peter B. Krupp
                                                  B.B.O. #548112
                                      Lurie & Krupp, LLP
                                      One McKinley Square
                                      Boston, MA  02109
                                      Tel.  617-367-1970