UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC. )<br>　　　　Plaintiff ) | |
| ) | Civil Action No. 05-11654-NMG |
| 　v. ) | |
| ) | |
| DAVID W. ADAMS, TYRONE WILLIAMS, )<br>KEVIN BRITTO, RONALD E. MITCHELL, )<br>Individually and d/b/a MANSFIELD RUG )<br>COMPANY a/k/a MANSFIELD RUG )<br>DEPARTMENT and REMCO, MICHAEL )<br>E. BROWN, Individually and d/b/a DALTON )<br>PADDING and EMPIRE WEAVERS, JANE )<br>DZIEMIT, AGATHA ESPOSITO, DONALD )<br>SHOOP, CCC INTERNATIONAL, INC., )<br>JOHN D. SUN, DAVID D. SUN, and )<br>PAUL SUN, )<br>　　　　Defendants ) | |

INTERNATIONAL FLOOR CRAFTS, INC.
    Plaintiff

 v.

DAVID W. ADAMS, TYRONE WILLIAMS,
KEVIN BRITTO, RONALD E. MITCHELL,
Individually and d/b/a MANSFIELD RUG
COMPANY a/k/a MANSFIELD RUG
DEPARTMENT and REMCO, MICHAEL
E. BROWN, Individually and d/b/a DALTON
PADDING and EMPIRE WEAVERS, JANE
DZIEMIT, AGATHA ESPOSITO, DONALD
SHOOP, CCC INTERNATIONAL, INC.,
JOHN D. SUN, DAVID D. SUN, and
PAUL SUN,
    Defendants

 v.

LOWELL FIVE CENT SAVINGS BANK,
WACHOVIA BANK, NATIONAL
ASSOCIATION, f/k/a FIRST UNION BANK
OF VIRGINIA, CITIZENS BANK, BANK OF
AMERICA f/k/a BANK OF BOSTON,
PEOPLE'S BANK, and FIRST UNION
NATIONAL BANK,
    Trustee Process Defendants
_____

Civil Action No. 05-11654-NMG

**EMERGENCY JOINT MOTION FOR ENTRY OF
SUPPLEMENTAL ORDER PERMITTING CHINESE CARPET
CENTER, INC. d/b/a CCC INTERNATIONAL TO REMAIN IN BUSINESS**

Plaintiff International Floor Crafts, Inc. ("IFC") and defendant CCC International

("CCC"), a trade name for Chinese Carpet Center, Inc., request that the Court enter an Order in

the form submitted herewith, (i) supplementing the Order Granting Temporary Restraining Order

dated August 11, 2005 ("the TRO"); and (ii) lifting the Summonses to Trustee dated August 11, 2005 to the extent they were issued to Wachovia Bank to attach funds of CCC International, Inc. or CCC, in particular Account No. 2000005235933 ("the Trustee Process").  In support of this motion, the parties state as follows:

1.      On August 11, 2005, the Court issued the TRO to preserve the status quo of the assets of certain defendants, including CCC; and issued the Trustee Process, among other trustee summonses, to attach assets of CCC on deposit at Wachovia Bank.

2.      CCC has, through counsel, represented to IFC that CCC is a going concern with a vibrant on-going business, employees and vendors to pay, and sales orders to fill.  As a result of recent service of the TRO and the Trustee Process, the assets of CCC have been frozen and CCC has been unable to make its payroll, pay vendors or continue meaningful operations.

3.      CCC has requested that IFC consent to an emergency modification of the TRO to permit CCC to continue its operations.  IFC has agreed that CCC should be permitted to continue its ordinary business operations.  To this end, the parties have agreed to that TRO should be modified, as applied to defendant CCC, to bar CCC from transferring any assets other than in the ordinary course of business and to hire counsel in a monthly amount not to exceed $450,000; and from transferring any assets to any of the shareholders of CCC or to defendants John D. Sun, David D. Sun and Paul Sun other than their ordinary gross monthly salary of $2,750.  The parties have also agreed that within ten days of the Court's entry of the attached Order, CCC shall provide a $200,000 mortgage on the property located at 7903 Kincannon Place, Lorton, Virginia, to secure payment of any judgment entered in this case against CCC, and shall maintain that mortgage until further order of this Court; and that CCC shall provide a copy of its future bank statements to plaintiff's counsel on a monthly basis.  Finally, the parties have agreed that the Summonses to Trustee Wachovia Bank should also be lifted, to the extent they imposed an

attachment or freeze on the account of CCC's assets, particularly CCC's operating account, Account No. 2000005235933, at Wachovia Bank.

For these reasons, IFC and CCC request that the Court enter an Order in the form attached hereto, supplementing the Order Granting Temporary Restraining Order dated August 11, 2005 ("the TRO"); and lifting the Summonses to Trustee dated August 11, 2005 to the extent they were issued to Wachovia Bank to attach funds of CCC International, Inc. or CCC, including Account No. 2000005235933.

Respectfully submitted,

INTERNATIONAL FLOOR
CRAFTS, INC.
By its attorneys,

/ S /  James B. Krasnoo

James B. Krasnoo
  B.B.O. #279300
Paul J. Klehm
  B.B.O. # 561605
Law Offices of James B. Krasnoo
23 Main Street
Andover, MA  01810
Tel. 978-475-9955


CHINESE CARPET CENTER, INC.
d/b/a CCC INTERNATIONAL
By its attorney,

/ S /  Peter B. Krupp

Peter B. Krupp
  B.B.O. #548112
Lurie & Krupp, LLP
One McKinley Square
Boston, MA  02109
Tel.  617-367-1970

Dated:  September 12, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC. ) | |
|      Plaintiff ) | |
| ) | Civil Action No. 05-11654-NMG |
|   v. ) | |
| ) | |
| DAVID W. ADAMS, TYRONE WILLIAMS, ) | |
| KEVIN BRITTO, RONALD E. MITCHELL, ) | |
| Individually and d/b/a MANSFIELD RUG ) | |
| COMPANY a/k/a MANSFIELD RUG ) | |
| DEPARTMENT and REMCO, MICHAEL ) | |
| E. BROWN, Individually and d/b/a DALTON ) | |
| PADDING and EMPIRE WEAVERS, JANE ) | |
| DZIEMIT, AGATHA ESPOSITO, DONALD ) | |
| SHOOP, CCC INTERNATIONAL, INC., ) | |
| JOHN D. SUN, DAVID D. SUN, and ) | |
| PAUL SUN, ) | |
|      Defendants ) | |
| ) | |
|   v. ) | |
| ) | |
| LOWELL FIVE CENT SAVINGS BANK, ) | |
| WACHOVIA BANK, NATIONAL ) | |
| ASSOCIATION, f/k/a FIRST UNION BANK ) | |
| OF VIRGINIA, CITIZENS BANK, BANK OF ) | |
| AMERICA f/k/a BANK OF BOSTON, ) | |
| PEOPLE'S BANK, and FIRST UNION ) | |
| NATIONAL BANK, ) | |
|      Trustee Process Defendants ) | |

_____)

ORDER MODIFYING TEMPORARY RESTRAINING ORDER AND LIFTING
SUMMONSES TO TRUSTEE PROCESS DEFENDANT WACHOVIA BANK IN PART

It is hereby ORDERED that the Order Granting Temporary Restraining Order ("the

TRO") entered on August 11, 2005, is modified to include the following:

From this date forward, notwithstanding any other provision of the TRO,
Chinese Carpet Center, Inc. d/b/a CCC International ("CCC"), their agents,
servants, successors, assigns, employees, attorneys and all persons acting or

purporting to act on its behalf, are temporarily restrained from directly or indirectly transferring, alienating, conveying, encumbering, hypothecating, assigning, dissipating, pledging, distributing, or drawing down any of CCC's assets other than in the ordinary course of CCC's business, which shall not exceed $450,000 per month.

It is hereby further ORDERED:

1.      Within ten (10) days from the date of this Order, CCC shall provide plaintiff with a $200,000 mortgage on the property at 7903 Kincannon Place, Lorton, Virginia, to secure payment of any judgment entered in this case against CCC, and shall maintain that mortgage until further order of this Court.

2.      CCC shall provide a copy of its future bank statements to plaintiff's counsel on a monthly basis.

3.      The Summonses to Trustee Wachovia Bank that were issued on August 11, 2005 are hereby lifted to the extent they were issued to attach funds of Chinese Carpet Center, Inc. d/b/a CCC International, including but not limited to funds in Wachovia Bank Account No. 2000005235933, and the funds of CCC on deposit at Wachovia Bank shall no longer be attached.

SO ORDERED.


Dated:  September __, 2005          _____
                                   Nathaniel M. Gorton
                                   United States District Judge