UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC. )<br>Plaintiff )<br> )<br> ) | Civil Action No. 05-11654-NMG |
| v. ) | |
| ) | |
| DAVID W. ADAMS, TYRONE WILLIAMS, )<br>KEVIN BRITTO, RONALD E. MITCHELL, )<br>Individually and d/b/a MANSFIELD RUG )<br>COMPANY a/k/a MANSFIELD RUG )<br>DEPARTMENT and REMCO, MICHAEL )<br>E. BROWN, Individually and d/b/a DALTON )<br>PADDING and EMPIRE WEAVERS, JANE )<br>DZIEMIT, AGATHA ESPOSITO, DONALD )<br>SHOOP, CCC INTERNATIONAL, INC., )<br>JOHN D. SUN, DAVID D. SUN, and )<br>PAUL SUN, )<br>Defendants )<br> ) | |
| v. ) | |
| ) | |
| LOWELL FIVE CENT SAVINGS BANK, )<br>WACHOVIA BANK, NATIONAL )<br>ASSOCIATION, f/k/a FIRST UNION BANK )<br>OF VIRGINIA, CITIZENS BANK, BANK OF )<br>AMERICA f/k/a BANK OF BOSTON, )<br>PEOPLE'S BANK, and FIRST UNION )<br>NATIONAL BANK, )<br>Trustee Process Defendants ) | |

ORDER MODIFYING TEMPORARY RESTRAINING ORDER AND LIFTING
SUMMONSES TO TRUSTEE PROCESS DEFENDANT WACHOVIA BANK IN PART

It is hereby ORDERED that the Order Granting Temporary Restraining Order ("the TRO") entered on August 11, 2005, is modified to include the following:

From this date forward, notwithstanding any other provision of the TRO, Chinese Carpet Center, Inc. d/b/a CCC International ("CCC"), their agents, servants, successors, assigns, employees, attorneys and all persons acting or

*24 attachment*

purporting to act on its behalf, are temporarily restrained from directly or indirectly transferring, alienating, conveying, encumbering, hypothecating, assigning, dissipating, pledging, distributing, or drawing down any of CCC's assets other than in the ordinary course of CCC's business, which shall not exceed $450,000 per month.

It is hereby further ORDERED:

1. Within ten (10) days from the date of this Order, CCC shall provide plaintiff with a $200,000 mortgage on the property at 7903 Kincannon Place, Lorton, Virginia, to secure payment of any judgment entered in this case against CCC, and shall maintain that mortgage until further order of this Court.

2. CCC shall provide a copy of its future bank statements to plaintiff's counsel on a monthly basis.

3. The Summonses to Trustee Wachovia Bank that were issued on August 11, 2005 are hereby lifted to the extent they were issued to attach funds of Chinese Carpet Center, Inc. d/b/a CCC International, including but not limited to funds in Wachovia Bank Account No. 2000005235933, and the funds of CCC on deposit at Wachovia Bank shall no longer be attached.

SO ORDERED.

Dated: September/2, 2005

Nathaniel M. Gorton
United States District Judge