UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BUILDING #19, INC. AND ) <br> INTERNATIONAL FLOOR CRAFTS, INC., ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> DAVID W. ADAMS, ET AL., ) <br> ) <br> Defendants. ) | CIVIL ACTION <br> NO. 05-11654-NMG |

## NOTICE OF APPEARANCE

The undersigned hereby enters his appearance on behalf of the Defendant, David W. Adams.

_____
Isaac H. Peres, BBO #545149
50 Congress Street
Boston, MA 02109
(617) 722-0094

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2005, I served a copy of this document, by first class mail, upon James B. Krasnoo, 23 Main Street, Andover, MA 01810.

_____
Isaac H. Peres