UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BUILDING #19, INC. AND )<br>INTERNATIONAL FLOOR CRAFTS, INC., )<br> )<br>Plaintiffs )<br> )<br>v. )<br> )<br>DAVID W. ADAMS, ET AL., )<br> )<br>Defendants. )<br> ) | CIVIL ACTION<br>NO. 05-11654-NMG |

### AFFIDAVIT OF JOSEPH P. ZOPPO

I, Joseph P. Zoppo, hereby depose and state as follows:

1. I reside at 537 Everett Street, Westwood, Massachusetts. I am a loan officer for American Trust Mortgage, Inc.

2. I recently arranged for the Defendant, David W. Adams, to obtain a mortgage in connection with a residential property located at 5 Oxbow Drive, Wilmington, Massachusetts (hereinafter, "Oxbow Drive property").

3. I arranged for an appraisal to be conducted with respect to the Oxbow Drive property, which appraisal valued the property at $520,000.00.

4. There is a first mortgage on the property held by New Century Mortgage in the approximate amount of $397,000.00. Telestar Corp. holds a second mortgage in the approximate amount of $47,000.00. In addition, there are federal tax liens on the property in the approximate amount of $110,020.94. Telestar Corp. has declared a default and is in the process of foreclosing its mortgage.

4. As a result of the threatened foreclosure and the IRS tax liens, I helped the Defendant to obtain a commitment from Freemont Investment and Loan Company of Tampa, Florida (hereinafter, "Freemont"), to lend him sufficient money to obtain a discharge of the existing mortgages, and to pay the IRS the sum of $8,000.00-16,000.00.

5. The loan transaction with Freemont was intended to close on August 22 or 23, 2005.

6. It did not go forward as a result of the $5 million attachment obtained by the Plaintiffs in this case.

7. I have recently spoken with the principal of Telestar Corp., Eric Rothenberg, Esq. Mr. Rothenberg has stated to me that he plans to foreclose on the second mortgage unless the loan is refinanced immediately.

8. If the Defendant is not able to complete the refinancing transaction with Freeport, he will lose his residence to the foreclosure.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY ON THIS 13TH DAY OF SEPTEMBER, 2005.

_____
Joseph P. Zoppo

### CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2005, I served a copy of this document, by fax, upon Counsel for the Plaintiffs.

_____
Isaac H. Peres

2