UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

|  |  |  |
|---|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC. | ) | |
| Plaintiff | ) | |
| | ) | Civil Action No. 05-11654-NMG |
| v. | ) | |
| | ) | |
| DAVID W. ADAMS, TYRONE WILLIAMS, | ) | |
| KEVIN BRITTO, RONALD E. MITCHELL, | ) | |
| Individually and d/b/a MANSFIELD RUG | ) | |
| COMPANY a/k/a MANSFIELD RUG | ) | |
| DEPARTMENT and REMCO, MICHAEL | ) | |
| E. BROWN, Individually and d/b/a DALTON | ) | |
| PADDING and EMPIRE WEAVERS, JANE | ) | |
| DZIEMIT, AGATHA ESPOSITO, DONALD | ) | |
| SHOOP, CCC INTERNATIONAL, INC., | ) | |
| JOHN D. SUN, DAVID D. SUN, and | ) | |
| PAUL SUN, | ) | |
| Defendants | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LOWELL FIVE CENT SAVINGS BANK, | ) | |
| WACHOVIA BANK, NATIONAL | ) | |
| ASSOCIATION, f/k/a FIRST UNION BANK | ) | |
| OF VIRGINIA, CITIZENS BANK, BANK OF | ) | |
| AMERICA f/k/a BANK OF BOSTON, | ) | |
| PEOPLE'S BANK, and FIRST UNION | ) | |
| NATIONAL BANK, | ) | |
| Trustee Process Defendants | ) | |

_____)

## NOTICE OF APPEARANCE

To the Clerk:

Please enter my appearance on behalf of the defendants David Sun and Paul Sun in this matter. Please also enter my general appearance in this case for defendant CCC International.

Respectfully submitted,

/ S /  Peter B. Krupp

Dated:  September 13, 2005

Peter B. Krupp
  B.B.O. #548112
Lurie & Krupp, LLP
One McKinley Square
Boston, MA  02109
Tel.  617-367-1970