UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC.<br>　　　Plaintiff<br><br>　　　v.<br><br>DAVID W. ADAMS, TYRONE WILLIAMS,<br>KEVIN BRITTO, RONALD E. MITCHELL,<br>Individually and d/b/a MANSFIELD RUG<br>COMPANY a/k/a MANSFIELD RUG<br>DEPARTMENT and REMCO, MICHAEL<br>E. BROWN, Individually and d/b/a DALTON<br>PADDING and EMPIRE WEAVERS, JANE<br>DZIEMIT, AGATHA ESPOSITO, DONALD<br>SHOOP, CCC INTERNATIONAL, INC.,<br>JOHN D. SUN, DAVID D. SUN, and<br>PAUL SUN,<br>　　　Defendants<br><br>　　　v.<br><br>LOWELL FIVE CENT SAVINGS BANK,<br>WACHOVIA BANK, NATIONAL<br>ASSOCIATION, f/k/a FIRST UNION BANK<br>OF VIRGINIA, CITIZENS BANK, BANK OF<br>AMERICA f/k/a BANK OF BOSTON,<br>PEOPLE'S BANK, and FIRST UNION<br>NATIONAL BANK,<br>　　　Trustee Process Defendants | Civil Action No. 05-11654-NMG |

MOTION FOR ADMISSION
*PRO HAC VICE* OF JOHN THORPE RICHARDS, JR.

Pursuant to Local Rule 83.5.3(b), I, Peter B. Krupp, counsel for defendants David Sun,

Paul Sun and CCC International, Inc.,[1] and a member of the Bar of this Court, move for the

---

[1] The correct name of this defendant is Chinese Carpet Center, Inc. d/b/a CCC International.

admission to the Bar of this Court, *pro hac vice*, of John Thorpe Richards, Jr., a member of the Bars of the District of Columbia, the Commonwealth of Virginia and the State of Maryland. An affidavit of John Thorpe Richards, Jr. in support of this motion is being filed herewith.

                                            / S /  Peter B. Krupp

Dated: September 14, 2005                Peter B. Krupp
                                                   B.B.O. # 548112
                                            Lurie & Krupp, LLP
                                            One McKinley Square
                                            Boston, MA 02109
                                            Tel. (617) 367-1970

                                            Attorney for defendants David Sun,
                                            Paul Sun and CCC International

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC.<br>      Plaintiff<br><br>      v.<br><br>DAVID W. ADAMS, TYRONE WILLIAMS, KEVIN BRITTO, RONALD E. MITCHELL, Individually and d/b/a MANSFIELD RUG COMPANY a/k/a MANSFIELD RUG DEPARTMENT and REMCO, MICHAEL E. BROWN, Individually and d/b/a DALTON PADDING and EMPIRE WEAVERS, JANE DZIEMIT, AGATHA ESPOSITO, DONALD SHOOP, CCC INTERNATIONAL, INC., JOHN D. SUN, DAVID D. SUN, and PAUL SUN,<br>      Defendants<br><br>      v.<br><br>LOWELL FIVE CENT SAVINGS BANK, WACHOVIA BANK, NATIONAL ASSOCIATION, f/k/a FIRST UNION BANK OF VIRGINIA, CITIZENS BANK, BANK OF AMERICA f/k/a BANK OF BOSTON, PEOPLE'S BANK, and FIRST UNION NATIONAL BANK,<br>      Trustee Process Defendants | Civil Action No. 05-11654-NMG |

AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION
*PRO HAC VICE* OF JOHN THORPE RICHARDS, JR.

I, John Thorpe Richards, Jr., hereby state as follows:

1. I am an attorney in the District of Columbia and a member of the law firm of Trout Cacheris, PLLC, 1350 Connecticut Avenue, N.W., Suite 300, Washington, D.C. 20036, and

attorney for defendants David Sun, Paul Sun and CCC International, Inc.[1] in this case. I am familiar with the facts and proceedings of this action. I make this affidavit in support of the motion to admit me *pro hac vice* in this matter.

2. I am admitted to, and a member in good standing in, the District of Columbia, Virginia and Maryland. I am also admitted to practice before the United States District Courts for the District of Columbia, for the Eastern District of Virginia and for the District of Maryland, as well as the United States Courts of Appeals for the District of Columbia and the Fourth Circuit. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I have previously been admitted *pro hac vice* to practice before the United States District Court for the District of Massachusetts, as well as a number of other federal courts around the country.

4. I am fully familiar with the facts and circumstances of this matter. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. I will act as co-counsel in this matter with Peter B. Krupp of Lurie & Krupp, LLP, One McKinley Square, Boston, Massachusetts 02109.

Signed subject to the pains of perjury this 14th day of September, 2005.

/ S / John Thorpe Richards, Jr.

John Thorpe Richards, Jr.

---

[1] The correct name of this defendant is Chinese Carpet Center, Inc. d/b/a CCC International.

2