AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern _____ District of   Massachusetts

INTERNATIONAL FLOOR CRAFTS, INC.

V.

DAVID W. ADAMS, ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05 CA 11654    NMG**

TO: (Name and address of Defendant)

Jane Dziemit
155 Huntington Road
New Haven, Connecticut

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James B. Krasnoo and Paul J. Klehm
Law Offices of James B. Krasnoo
23 Main Street
Andover, MA   01810

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE   8-10-05

AO 440 (Rev. 4/94) Summons in a Civil Action

## RETURN OF SERVICE

| Service was made by me on:[1] | Date NO SERVICE |
|---|---|
| Name of Server (print) William J. Illingworth | Title State Marshal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL $ 15.00 | SERVICES | TOTAL $ 15.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: _____
Date

Signature of Server

P.O. Box 120747, East Haven, CT.
Address of Server
06512

1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.