AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern District of Massachusetts

INTERNATIONAL FLOOR CRAFTS, INC.

V.

DAVID W. ADAMS, ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## 05 CA 11654 NMG

TO: (Name and address of Defendant)

Agatha Esposito
260 Hemingway Avenue
East Haven, Connecticut

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James B. Krasnoo and Paul J. Klehm
Law Offices of James B. Krasnoo
23 Main Street
Andover, MA  01810

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON
CLERK

By DEPUTY CLERK

DATE 8-10-05

AO 440 (Rev. 4/94) Summons in a Civil Action

## RETURN OF SERVICE

| Service was made by me on:[1] | Date August 30, 2005 |
|---|---|
| Name of Server (print) William J. Illingworth | Title State Marshal |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: 260 Hemmingway Ave., East Haven, CT.

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL $ 10.00 | SERVICES $ 142.00 | TOTAL $ 152.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: August 30, 2005
Date

Signature of Server

P.O. Box 120747, East Haven, CT.
Address of Server      06512

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.