UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC.<br>    Plaintiff<br><br>v.<br><br>DAVID W. ADAMS,<br>TYRONE WILLIAMS, KEVIN BRITTO,<br>RONALD E. MITCHELL, Individually and<br>d/b/a MANSFIELD RUG COMPANY,<br>a/k/a MANSFIELD RUG DEPARTMENT and<br>REMCO, MICHAEL E. BROWN, Individually<br>and d/b/a DALTON PADDING and<br>EMPIRE WEAVERS, JANE DZIEMET,<br>AGATHA ESPOSITO,<br>DONALD SHOOP,<br>CCC INTERNATIONAL, INC.,<br>JOHN D. SUN, DAVID D. SUN, and<br>PAUL SUN<br>    Defendants<br><br>v.<br><br>LOWELL FIVE CENT SAVINGS BANK,<br>WACHOVIA BANK, NATIONAL<br>ASSOCIATION, f/k/a FIRST UNION BANK<br>OF VIRGINIA,<br>CITIZENS BANK,<br>BANK OF AMERICA f/k/a<br>BANK OF BOSTON,<br>PEOPLE'S BANK, and<br>FIRST UNION NATIONAL BANK<br>    Trustee Process Defendants | Civil Action No.: 05 CA 11654-NMG |

## AFFIDAVIT OF SERVICE

1. I, _Cruz Rodriguez_, am at least 18 years of age, competent to testify, and not a party to this action.

2. On _FRIDAY, SEPTEMBER 2_, 2005, at _2:00_ a.m./**p.m.** a true and correct copy of:

- Notice of Hearing,

- Plaintiff's Complaint, Demand for Injunctive Relief and Damages, and Demand for Jury Trial,

- Civil Cover Sheet,

- Affidavit of Robert O'Neil,

- Plaintiff's Motion for *Ex Parte* Approval of Attachment by Trustee Process,

- Plaintiff's Motion for *Ex Parte* Temporary Restraining Order,

- Plaintiff's Motion for *Ex Parte* Approval of Real Estate Attachment,

- Order Granting Temporary Restraining Order, and

- Trustee Writ and Summons to Trustee First Union National Bank

were served via hand delivery on CSC Lawyers Incorporating Service Company, Resident Agent - First Union National Bank / Wachovia Bank, National Association, 11 East Chase Street, Baltimore, Maryland 21202.

I solemnly swear under the penalty of perjury and upon personal knowledge that the contents of the foregoing Affidavit of Service are true.

_____    _9/7/05_____
Affiant                        Date