UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC. )<br>    Plaintiff )<br>)<br>v. )<br>)<br>DAVID W. ADAMS, )<br>TYRONE WILLIAMS, KEVIN BRITTO, )<br>RONALD E. MITCHELL, Individually and )<br>d/b/a MANSFIELD RUG COMPANY, )<br>a/k/a MANSFIELD RUG DEPARTMENT and )<br>REMCO, MICHAEL E. BROWN, Individually )<br>and d/b/a DALTON PADDING and )<br>EMPIRE WEAVERS, JANE DZIEMET, )<br>AGATHA ESPOSITO, )<br>DONALD SHOOP, )<br>CCC INTERNATIONAL, INC., )<br>JOHN D. SUN, DAVID D. SUN, and )<br>PAUL SUN )<br>    Defendants )<br>)<br>v. )<br>)<br>LOWELL FIVE CENT SAVINGS BANK, )<br>WACHOVIA BANK, NATIONAL )<br>ASSOCIATION, f/k/a FIRST UNION BANK )<br>OF VIRGINIA, )<br>CITIZENS BANK, )<br>BANK OF AMERICA f/k/a )<br>BANK OF BOSTON, )<br>PEOPLE'S BANK, and )<br>FIRST UNION NATIONAL BANK )<br>    Trustee Process Defendants ) | Civil Action No.: 05 CA 11654-NMG |

**AFFIDAVIT OF SERVICE**

1.   I, _James McIntyre_, am at least 18 years of age, competent to testify, and not a party to this action.

2. On **SEPTEMBER 7**, 2005, at **7:00** a.m./(p.m.) a true and correct copy of:

- Notice of Hearing,

- Plaintiff's Complaint, Demand for Injunctive Relief and Damages, and Demand for Jury Trial,

- Civil Action Cover Sheet,

- Affidavit of Robert O'Neil,

- Plaintiff's Motion for *Ex Parte* Approval of Attachment by Trustee Process,

- Plaintiff's Motion for *Ex Parte* Temporary Restraining Order,

- Plaintiff's Motion for *Ex Parte* Approval of Real Estate Attachment,

- Writ of Attachment of the Real Estate and/or Personal Property of Paul Sun

- Order Granting Temporary Restraining Order, and

- Summons to Paul Sun

were issued to Paul Sun were served via hand delivery on **PAUL SUN** at **7838 PREAKNESS LANE, FAIRFAX STATION, VA 22039**.

I solemnly swear under the penalty of perjury and upon personal knowledge that the contents of the foregoing Affidavit of Service are true.

_____        **9/8/05**
Affiant                                 Date