UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC.<br>　　Plaintiff<br><br>v.<br><br>DAVID W. ADAMS,<br>TYRONE WILLIAMS, KEVIN BRITTO,<br>RONALD E. MITCHELL, Individually and<br>d/b/a MANSFIELD RUG COMPANY,<br>a/k/a MANSFIELD RUG DEPARTMENT and<br>REMCO, MICHAEL E. BROWN, Individually<br>and d/b/a DALTON PADDING and<br>EMPIRE WEAVERS, JANE DZIEMET,<br>AGATHA ESPOSITO,<br>DONALD SHOOP,<br>CCC INTERNATIONAL, INC.,<br>JOHN D. SUN, DAVID D. SUN, and<br>PAUL SUN<br>　　Defendants<br><br>v.<br><br>LOWELL FIVE CENT SAVINGS BANK,<br>WACHOVIA BANK, NATIONAL<br>ASSOCIATION, f/k/a FIRST UNION BANK<br>OF VIRGINIA,<br>CITIZENS BANK,<br>BANK OF AMERICA f/k/a<br>BANK OF BOSTON,<br>PEOPLE'S BANK, and<br>FIRST UNION NATIONAL BANK<br>　　Trustee Process Defendants | Civil Action No.: 05 CA 11654-NMG |

**AFFIDAVIT OF SERVICE**

1. I, _Beula J. Hester_, am at least 18 years of age, competent to testify, and not a party to this action.

ORIGINAL

2. On _September 2_, 2005, at _11:47_ (a.m.)/p.m. a true and correct copy of:

- Notice of Hearing

- Plaintiff's Complaint, Demand for Injunctive Relief and Damages, and Demand for Jury Trial,

- Civil Cover Sheet,

- Affidavit of Robert O'Neil,

- Plaintiff's Motion for *Ex Parte* Approval of Attachment by Trustee Process,

- Plaintiff's Motion for *Ex Parte* Temporary Restraining Order,

- Plaintiff's Motion for *Ex Parte* Approval of Real Estate Attachment,

- Order Granting Temporary Restraining Order, and

- Summons to Trustee issued to Wachovia Bank, National Association

were served via hand delivery on _Registered Agent, Corporation Svc. Co._ at _11 S. 12th St., Richmond, VA - Accepted by Jane Paquet._

I solemnly swear under the penalty of perjury and upon personal knowledge that the contents of the foregoing Affidavit of Service are true.

_Beula J Hester_     _9-6-05_
Affiant                       Date

Commonwealth of Virginia
County of Chesterfield
Notary Public - Donna F. Hester
My Commission expires 11-30-08

_Donna F. Hester_

ORIGINAL