UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC.<br>    Plaintiff<br><br>v.<br><br>DAVID W. ADAMS,<br>TYRONE WILLIAMS, KEVIN BRITTO,<br>RONALD E. MITCHELL, Individually and<br>d/b/a MANSFIELD RUG COMPANY,<br>a/k/a MANSFIELD RUG DEPARTMENT and<br>REMCO, MICHAEL E. BROWN, Individually<br>and d/b/a DALTON PADDING and<br>EMPIRE WEAVERS, JANE DZIEMET,<br>AGATHA ESPOSITO,<br>DONALD SHOOP,<br>CCC INTERNATIONAL, INC.,<br>JOHN D. SUN, DAVID D. SUN, and<br>PAUL SUN<br>    Defendants<br><br>v.<br><br>LOWELL FIVE CENT SAVINGS BANK,<br>WACHOVIA BANK, NATIONAL<br>ASSOCIATION, f/k/a FIRST UNION BANK<br>OF VIRGINIA,<br>CITIZENS BANK,<br>BANK OF AMERICA f/k/a<br>BANK OF BOSTON,<br>PEOPLE'S BANK, and<br>FIRST UNION NATIONAL BANK<br>    Trustee Process Defendants | Civil Action No.: 05 CA 11654-NMG |

**AFFIDAVIT OF SERVICE**

1. I, Beula J. Hester, am at least 18 years of age, competent to testify, and not a party to this action.

ORIGINAL

2.  On **September 2**, 2005, at **1:35** a.m./**p.m.** a true and correct copy of:

- Notice of Hearing

- Plaintiff's Complaint, Demand for Injunctive Relief and Damages, and Demand for Jury Trial,

- Civil Cover Sheet,

- Affidavit of Robert O'Neil,

- Plaintiff's Motion for *Ex Parte* Approval of Attachment by Trustee Process,

- Plaintiff's Motion for *Ex Parte* Temporary Restraining Order,

- Plaintiff's Motion for *Ex Parte* Approval of Real Estate Attachment,

- Order Granting Temporary Restraining Order,

- Writ of Attachment of the Real Estate and/or Personal Property of CCC International, Inc. and

- Summons to CCC International, Inc.

were served via hand delivery on **Va. State Corporation Commission** at **1300 E. Main St., 1st Floor, Richmond, Va. Accepted by Kim Book**

I solemnly swear under the penalty of perjury and upon personal knowledge that the contents of the foregoing Affidavit of Service are true.

**Beula J. Hester**
Affiant

**9-6-05**
Date

Commonwealth of Virginia
County of Chesterfield

Donna F. Hester

Notary Public - Donna F. Hester
My Commission expires 11-30-08        ORIGINAL

CERTIFICATE
OF
CORPORATION SERVICE COMPANY

THIS CERTIFICATE MADE pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

CORPORATION SERVICE COMPANY, a corporation authorized to do business in the State of Virginia, does hereby certify that:

1. It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2. (a) It maintains a business office in the State of Virginia at 11 South 12th Street, P.O. Box 1463, Richmond, Virginia 23218.

   (b) Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts, and other entities, associations, and persons which have designated it as agent for service of process.

   (c) The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trusts, and other entities, associations, and persons which have designated it as such agent are:

   Beverley L. Crump        Jane Paquet         Jan Brayo
   Tina L. Rogers           Nicole T. McCallum
   Linda B. Liles           Amy Tarker

WHEREFORE, Corporation Service Company has caused its corporate name to be hereunto subscribed this 2nd day of August, 2004.

CORPORATION SERVICE COMPANY

BY: _____
George A. Massih III, Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this 6th day of April, 2005, by George A. Massih III.

_____
Notary Public

My Commission Expires: 8-5-08

# HESTER PROCESS SERVICE, INC.
P.O. BOX 37128
RICHMOND, VA  23234-7128

(804) 271-0298

Tax ID No.          54-1807680

## INVOICE

\*

Attn:

Date: 9/7/2005
Invoice No. 00905097
Terms: Due on receipt
Page No. 1

MERIDITH ABRAMS
11921 ROCKVILLE PIKE
ROCKVILLE, MD  20852-2743
/
International Floor Crafts v Adams et al
File #111601.00002
/
Service to:
VA STATE CORPORATION DOMMISSION
R/A CORP SVC. CO.
.
fee:
45 each 2 services   $90.00
45 2nd Service on SCC $45.00
$30.00 pre-pay check to SCC for firm
$35.00 Copy and Amend service fee
Total:                                                                                                $200.00

**PLEASE INCLUDE THIS INVOICE NUMBER ON CHECK.**

Total Due:          $200.00

Thank you,

William D. Hester

William D. Hester