AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern _____   District of   Massachusetts

INTERNATIONAL FLOOR CRAFTS, INC.

V.

DAVID W. ADAMS, ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

05 CA 11654 NMG

TO: (Name and address of Defendant)

Michael E. Brown
2309 South Ravine Way
Dalton, Georgia

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James B. Krasnoo and Paul J. Klehm
Law Offices of James B. Krasnoo
23 Main Street
Andover, MA  01810

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                    8-10-05
CLERK                                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE August 31, 2005 |
| NAME OF SERVER (PRINT) Charles J. Bethel | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: At defendant's home.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/9/05
_____
Date

Signature of Server

1703 Southwest Drive  Dolton, Ga. 30720
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.