UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC.<br>    Plaintiff<br><br>v.<br><br>DAVID W. ADAMS,<br>TYRONE WILLIAMS, KEVIN BRITTO,<br>RONALD E. MITCHELL, Individually and<br>d/b/a MANSFIELD RUG COMPANY,<br>a/k/a MANSFIELD RUG DEPARTMENT and<br>REMCO, MICHAEL E. BROWN, Individually<br>and d/b/a DALTON PADDING and<br>EMPIRE WEAVERS, JANE DZIEMET,<br>AGATHA ESPOSITO,<br>DONALD SHOOP,<br>CCC INTERNATIONAL, INC.,<br>JOHN D. SUN, DAVID D. SUN, and<br>PAUL SUN<br>    Defendants<br><br>v.<br><br>LOWELL FIVE CENT SAVINGS BANK,<br>WACHOVIA BANK, NATIONAL<br>ASSOCIATION, f/k/a FIRST UNION BANK<br>OF VIRGINIA,<br>CITIZENS BANK,<br>BANK OF AMERICA f/k/a<br>BANK OF BOSTON,<br>PEOPLE'S BANK, and<br>FIRST UNION NATIONAL BANK<br>    Trustee Process Defendants | Civil Action No.: 05 CA 11654-NMG |

**AFFIDAVIT OF JAMES A. McINTYRE**

I, James A. McIntyre, a process server for J&M Delivery, am over the age of eighteen, not a party to this action, and am competent to testify in a Court of law, and upon personal

knowledge, hereby depose and state as follows:

1. On or about September 2, 2005, I was retained to serve documents on John D. Sun at his residential address- 13614 Yellow Poplar Drive, Centreville, VA 20120.

2. The first time I went to Mr. Sun's residence, there was no one home. As is my common practice, I left my business card in his front door.

3. Mr. Sun subsequently called me at the telephone number listed on my business card. During that telephone conversation I explained that I needed to serve a packet of documents on him. He suggested that I leave the documents at his business address in Rockville, Maryland. I asked him if he would meet me at his business address, and he declined to agree to meet me.

4. I was instructed by my client to effect personal service on Mr. Sun. Thus, I did not leave the documents at his business address. Instead, I returned to his residential address on September 7, 2005, at a time in the evening that I thought he might be home. When I arrived at his home I observed a middle-aged woman walk out the door of Mr. Sun's home.

5. After the woman left, I went up to the front of Mr. Sun's home at 7:30 p.m. and knocked on the door. A child answered the door. I estimate that she was about ten years old. I asked the child if her father was home. She replied that he was not. She then thanked me, and closed the screen door to the home.

6. As I started to walk away, I heard the child yell to someone in the home "Ok Dad, I told him." Upon hearing this remark, I returned to the door and asked the child if I could speak with her father.

7. The child started crying. I decided not to push her further and instead walked away to wait for the woman with the stroller to return to the home.

8. When the woman I saw leaving Mr. Sun's house earlier returned at 8:00 p.m., I approached her and addressed her as "Mrs. Sun." I asked her if her husband John was home. She replied that he was not.

9. The woman appeared to be over 16 years of age, and she acknowledged that she was a member of Mr. Sun's family. I explained to her that I was attempting to serve Mr. Sun with a packet of documents. The woman accepted service, and then signed my manifest (a copy of which is attached as Exhibit 1).

I SOLEMNLY AFFIRM under the penalties of perjury that the foregoing is true and correct, based on my personal knowledge.

_____
JAMES A. McINTYRE



# EXHIBIT 1

# J & M DELIVERY
## 301-530-5999

NAME: Jim McIntyre    DATE:    DAY:

| JOB # | DELIVERY | FULL SIGNATURE REQUIRED (PLEASE write legibly) | TIME DELIVERY | WAIT/DOWN TIME | # WEIGHT |
|---|---|---|---|---|---|
| 9/4 | From: SR6PE<br>To: David Sun 7905 Blessingham Dr | 1) ATTEMPT 2:15<br>2) SERVED 3:09 | | | |
| 9/4 | From: SR6PE<br>To: John Sun 13614 Yellow Poplar Dr | 3)<br>4) ATTEMPT 1:30 | | | |
| 9/4 | From: ~~Paul Sun~~ SR6PE<br>To: Paul Sun 7838 Preakness Ln | 5) ATTEMPT 2:00<br>6) ATTEMPT 3:00 | | | |
| 9/4 | From: SR6PE<br>To: Terri Kim 5203 Tamar Woods Ct | 7)<br>8) ATTEMPT 2:30 Moved Out | | | |
| 9/7 | From: SR6PE<br>To: Paul Sun 7838 Preakness Ln | 9)<br>10) SERVED 7:00 | | | |
| 9/7 | From: SR6PE<br>To: John Sun 13614 Yellow Poplar Dr | 11)<br>12) X M/McInt 8:00 | | | |
| | From:<br>To: | 13)<br>14) | | | |
| | From:<br>To: | 15)<br>16) | | | |
| | From:<br>To: | 17)<br>18) | | | |
| | From:<br>To: | 19)<br>20) | | | |