UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

_____
BUILDING #19, INC. and                                       )
INTERNATIONAL FLOOR CRAFTS, INC.   )
    Plaintiffs                                                        )
                                                                           )
v.                                                                            )
                                                                           )
DAVID W. ADAMS, *et al*                                   ) CIVIL ACTION NO. 05CA11654-NMG
    Defendants                                                     )
_____)

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT
AGAINST DEFENDANT TYRONE WILLIAMS**

    Plaintiff International Floor Crafts, Inc. hereby request that this Court enter a default against Defendant Tyrone Williams where Defendant Tyrone Williams failed to answer or to otherwise respond to the Verified Complaint by September 12, 2005.  On September 1, 2005, Plaintiff filed the return of service pertaining to Defendant Tyrone Williams, which shows that Mr. Williams was served by hand delivery on August 18, 2005.  (See **Exhibit A**).

                                            The Plaintiff
                                            International Floor Crafts, Inc.
                                            By Its Attorneys,

                                            /s/ Paul J. Klehm_____
                                            James B. Krasnoo (BBO#279300)
                                            Paul J. Klehm (BBO#561605)
                                            Law Offices of James B. Krasnoo
                                            23 Main Street
                                            Andover, MA  01810
Dated:  September 15, 2005             (978) 475-9955

**CERTIFICATE OF SERVICE**

I, Paul J. Klehm, Esq., hereby certify that I have served a copy of the within document upon all counsel of record and upon all parties not represented by counsel by first class mail, postage pre-paid, on September 15, 2005.

/s/ Paul J. Klehm
Paul J. Klehm

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern          District of   Massachusetts

INTERNATIONAL FLOOR CRAFTS, INC.     **SUMMONS IN A CIVIL ACTION**

V.

DAVID W. ADAMS, ET AL

CASE NUMBER:

05 CA 11654 NMG

TO: (Name and address of Defendant)

Tyrone Williams
171 Smith Street
New Bedford, Massachusetts

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James B. Krasnoo and Paul J. Klehm
Law Offices of James B. Krasnoo
23 Main Street
Andover, MA 01810

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON            8-10-05
CLERK                              DATE

(By) DEPUTY CLERK

**Bristol County Deputy Sheriffs' Office** • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631

*Bristol, ss.*

August 23, 2005

I hereby certify and return that on 8/18/2005 at 12:49 pm I served a true and attested copy of the Summons and Complaint, CA Cover Sheet, Affid., Motion's, Order, Copy Writ in this action in the following manner: To wit, by delivering in hand to Tyrone Williams at 171 Smith Street New Bedford, MA . Copies ($2.00), Conveyance ($0.75), Travel ($22.70), Basic Service Fee ($30.00), Postage and Handling ($2.75), Attest Fee ($5.00) Total Charges $63.20

_____
Deputy Sheriff

Deputy Sheriff Michael P. Young

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                Signature of Server

                              _____
                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.