ISSUED THROUGH

# A. A. DORITY COMPANY
BOSTON

## TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION BOND

KNOW ALL MEN BY THESE PRESENTS, that **International Floor Crafts, Inc.** **319 Lincoln Street, Hingham, MA 02043**, Plaintiff, as **Principal**, and

**National Grange Mutual Insurance Company** a corporation duly organized and existing under the laws of the State of New Hampshire having a usual place of business in Boston, Massachusetts, as **Surety**, are hereby jointly and severally bound unto

David W. Adams, Tyrone Williams, Kevin Britto, Ronald E. Mitchell, Individually and d/b/a Mansfie Rug Company aka Mansfield Rug Department and REMCO, Michael E. Brown, Individually and d/b Dalton Padding and Empire Weavers, Jane Dziemit, Donald Shoop, CCC International, Inc., John Sun, David D. Sun and Paul Sun,

Defendant(s), as **Obligee**, in the total sum of **Twenty Five Thousand Dollars        ($25,000.00)**

to the true payment whereof said Principal and said Surety bind themselves and their respective successo and assigns, jointly and severally.

THE CONDITION OF THIS OBLIGATION is such that if the above-bounden Principal shall reimburse sa Obligee for any loss, expense or damage caused by the imprudent or erroneous issuance by said Court of Temporary Restraining Order or Preliminary Injunction in the suit now pending in the **United Stat District Court for the Eastern District of Massachusetts – Civil Action No. 05 CA 11654-NMG**, brought said Principal against said Obligee, including all reasonable costs and expenses of defense against sa Temporary Restraining Order or Preliminary Injunction in said proceeding and subsequently denied by t Court, then this obligation shall be void, otherwise it shall remain in full force and effect.

SIGNED, SEALED AND DATED 15th day of September, 2005

International Floor Crafts, Inc.

By: _____ Vice President
For Principal

National Grange Mutual Insurance Company

**Bond No. 253242**

By: _____
Richard W. Crawford    Attorney-in-Fact
A.A. Dority Company, Inc.
262 Washington Street, Suite 99
Boston, MA 02108
(617) 523-2935

# NATIONAL GRANGE MUTUAL INSURANCE COMPANY
A member of The Main Street America Group

**POWER OF ATTORNEY**

**KNOW ALL MEN BY THESE PRESENTS:** That the National Grange Mutual Insurance Company, a New Hampshire corporation having its principal office in the City of Keene, State of New Hampshire, pursuant to Article V, Section 2 of the By-Laws of said Company, to wit:

"Section 2. The board of directors, the president, any vice president, secretary, or the treasurer shall have the power and authority to appoint attorneys-in-fact and to authorize them to execute on behalf of the company and affix the seal of the company thereto, bonds, recognizances, contracts of indemnity or writings obligatory in the nature of a bond, recognizance or conditional undertaking and to remove any such attorneys-in-fact at any time and revoke the power and authority given to them." Pursuant to said by-law does hereby make, constitute and appoint **C Whitney Crawford   Philip B Crawford**

**Richard W Crawford   Rosemarie Govostes**

its true and lawful Attorneys-in-fact, to make, execute, seal and deliver for and on its behalf, and as its act and deed, bonds, undertakings recognizances, contracts of indemnity, or other writings obligatory in the nature of a bond subject to the following limitation:

1.   No one bond to exceed Five Million Dollars ($5,000,000.00).

and to bind the National Grange Mutual Insurance Company thereby as fully and to the same extent as if such instrument were signed by the duly authorized officers of the National Grange Mutual Insurance Company, and all the acts of said Attorney are hereby ratified and confirmed.

This power of attorney is signed and sealed by facsimile under and by the authority of the following resolution adopted by the directors of The National Grange Mutual Insurance Company at a meeting duly called and held on the 2nd day of December 197_

Voted: That the signature of any officer authorized by the By-Laws and the company seal may be affixed by facsimile to any power of attorney or special power of attorney or certification of either given for the execution of any bond, undertaking, recognizance or other written obligation in the nature thereof; such signature and seal, when so used being hereby adopted by the company as the original signature of such officer and the original seal of the company, to be valid and binding upon the company with the same force and effect as though manually affixed.

By execution of this Power of Attorney, National Grange Mutual Insurance Company does hereby revoke, rescind and declare null and void any previous Power of Attorney at any time previously furnished to the aforesaid individuals or agencies.

**IN WITNESS WHEREOF,** The National Grange Mutual Insurance Company has caused these presents to be signed by its Corporate Secretary and its corporate seal to be hereto affixed this 30th day of July, 2004. THIS APPOINTMENT SHALL CEASE AND TERMINATE AUTOMATICALLY AS OF DECEMBER 31ST, 2006, unless sooner revoked as provided.

NATIONAL GRANGE MUTUAL INSURANCE COMPANY By: _____

**THIS POWER IS INVALID IF RED DIAGONAL IMPRINT "NATIONAL GRANGE MUTUAL INSURANCE COMPANY, KEENE, NEW HAMPSHIRE" IS NOT SHOWN IN ITS ENTIRETY.**

State of New Hampshire, County of Cheshire

On this 30th day of July, 2004, before the subscriber a Notary Public of the State of New Hampshire in and for the County of Cheshire duly commissioned and qualified, came William C. McKenna of the National Grange Mutual Insurance Company, to me personally known to be the officer described herein, and who executed the preceding instrument, and he acknowledged the execution of same, and being by me fully sworn, deposed and said that he is an officer of said Company, aforesaid; that the seal affixed to the preceding instrument is the corporate seal of said Company, and the said corporate seal and his signature as officer were duly affixed and subscribed to said instrument by the authority and direction of the said Company; that Article V, Section 2 of the By-Laws of said Company is now in force.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed by official seal at Keene, New Hampshire this 30th day of July, 2004.

Susan M Fortini
Notary Public
My Commission Expires: March 19, 2008

I Lyn E. Landry, Assistant Vice President of the National Grange Mutual Insurance Company, do hereby certify that the above foregoing is a true and correct copy of a Power of Attorney executed by said Company which is still in force and effect.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said Company at Keene, New Hampshire this **15th** day of **September**, **2005**

Assistant Vice President

**WARNING** — Any unauthorized reproduction or alteration of this document is prohibited. This power is void unless readable and the certification seal at the bottom is embossed. The diagonal imprint, warning and confirmation are in red ink.

**CONFIRMATION** Of validity of attached bond, call NGM at: Keene 603-358-1339; Richmond 804-270-6611 or 1 Syracuse 315-434-1410.