UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| International Floor Crafts, Inc.<br>                    Plaintiff<br><br>V.<br><br>David W. Adams, et al<br>                    Defendant | CIVIL ACTION<br><br>NO. 1:05-CV-11654 NM |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, International Floor Crafts, Inc. for an order of Default for failure of the Defendant, Tyrone Williams, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 16 day of September, 2005.

                                        SARAH A. THORNTON
                                        CLERK OF COURT


                                By:    /s/ Elizabeth E. Elefther
                                        Deputy Clerk

Notice mailed to:
Tyrone Williams
171 Smith Street
New Bedford, MA

(Default Notice.wpd - 3/7/2005)