UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC.,
Plaintiff(s)

V.                                CIVIL ACTION NO. 05 CA 11654

DAVID W. ADAMS and JANE DZIEMIT, ET AL.,
Defendant(s)

### WRIT OF ATTACHMENT

To the United States Marshal of the Central District of California or either of his Deputies, and to _____, Process Server appointed by the Court

GREETINGS:

In an action filed in this Court on August 10, 2005, in which the Plaintiff(s) is/are International Floor Crafts, Inc. , of Hingham, Massachusetts whose attorney is James B. Krasnoo and Paul J. Klehm of Andover, Massachusetts, and the defendant(s) is/are Jane Dziemit of 48551 Shady View Drive, Palm Desert, CA 92260, we command you to attach the real estate and/or personal property of the Defendant(s) Jane Dziemit, 3745 Las Vegas Boulevard, Las Vegas, NV 89109; 48551 Shady View Drive, Palm Desert, CA 92260; 155 Huntington Road, New Haven, CT 06512 in accordance with the following directions and/or limitations (if any): (none)

to the value of $ 5 million dollars , and make due return of this writ with your doings thereon into said Court.

This attachment was approved on August 10, 2005 by Nathaniel M. Gorton in the amount of $ 5 million dollars .

Dated at Boston, Massachusetts this 11th day of August, 2005 .

SEAL

SARAH A. THORNTON
CLERK OF COURT

By: _____
Deputy Clerk

(Attachment.wpd - 3/7/2005)