UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

_____
INTERNATIONAL FLOOR CRAFTS, INC.  )
    Plaintiffs  )
    )
v.  )
    )
DAVID W. ADAMS, *et al*  ) CIVIL ACTION NO. 05CA11654-NMG
    Defendants  )
_____)

**NOTICE OF DISMISSAL AS TO *ONLY* DEFENDANTS
AGATHA ESPOSITO AND DONALD SHOOP WITHOUT PREJUDICE**

    Plaintiff International Floor Crafts, Inc. hereby gives notice pursuant to Fed.R.Civ.P. Rule 41(a)(1)(i) to the dismissal of *only* Defendants Agatha Esposito and Donald Shoop without prejudice. Defendants Shoop and Esposito, both of whom are adverse parties to International Floor Crafts, Inc. in this action, have not filed answers or motions for summary judgment.

                                          The Plaintiff
                                          International Floor Crafts, Inc.
                                          By Its Attorneys,

                                          /s/ Paul J. Klehm_____
                                          James B. Krasnoo (BBO#279300)
                                          Paul J. Klehm (BBO#561605)
                                          Law Offices of James B. Krasnoo
                                          23 Main Street
                                          Andover, MA  01810
Dated:  September 16, 2005             (978) 475-9955

**CERTIFICATE OF SERVICE**

I, Paul J. Klehm, Esq., hereby certify that I have served a copy of the within document upon all counsel of record and upon all parties not represented by counsel by first class mail, postage pre-paid, on September 16, 2005.

/s/ Paul J. Klehm
Paul J. Klehm