UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC. )<br>        Plaintiff      )<br>                              )<br>v.                               )<br>                               )<br>DAVID W. ADAMS, et al.,       )<br>        Defendants    )<br>                               ) | Civil Action No. 05-11654-NMG |

### EMERGENCY JOINT MOTION FOR ENTRY OF
### SUPPLEMENTAL ORDER MODIFYING INJUNCTION AND LIFTING TRUSTEE
### PROCESS AS TO DEFENDANTS DAVID SUN AND PAUL SUN

      Plaintiff International Floor Crafts, Inc. ("IFC") and defendants David Sun and Paul Sun request that the Court enter an Order in the form submitted herewith, (i) supplementing the Order Granting Temporary Restraining Order dated August 11, 2005 ("the TRO"); and (ii) lifting the Summonses to Trustee dated August 11, 2005 to the extent they were issued to attach funds of David Sun and Paul Sun (the "Trustee Process"). In support of this motion, the parties state as follows:

      1.      On August 11, 2005, the Court issued the TRO to preserve the status quo of the assets of certain defendants, including defendants David Sun and Paul Sun; and issued the Trustee Process, among other trustee summonses, to attach assets of David Sun and Paul Sun.

      2.      David Sun and Paul Sun, through counsel, have represented to IFC that they each have personal household expenses, even before hiring counsel, of well more than the $3,000 per month limitation imposed under the terms of the TRO. As a result of recent service of the TRO and the Trustee Process, the assets of David Sun and Paul Sun have been frozen and David Sun and Paul Sun have been unable to pay their required monthly household expenses.

      3.      David Sun and Paul Sun have requested that IFC consent to an emergency modification of the TRO to permit them each to make monthly payments of up to $10,000. To

this end, the parties have agreed that the TRO should be modified, as applied to defendants David Sun and Paul Sun, to bar them each from transferring any assets in a monthly amount of more than $10,000.  The parties have also agreed that the Summonses to Trustee, including to Wachovia Bank, should also be lifted, to the extent they imposed an attachment or freeze on any accounts or assets of David Sun or Paul Sun, including at Wachovia Bank.

For these reasons, IFC, David Sun and Paul Sun request that the Court enter an Order in the form attached hereto, supplementing the TRO; and lifting the Summonses to Trustee dated August 11, 2005, including to Wachovia Bank, to the extent they were issued to attach funds of David Sun or Paul Sun.

    INTERNATIONAL FLOOR
    CRAFTS, INC.
    By its attorneys,

    / S /  James B. Krasnoo

    James B. Krasnoo
      B.B.O. #279300
    Paul J. Klehm
      B.B.O. # 561605
    Law Offices of James B. Krasnoo
    23 Main Street
    Andover, MA  01810
    Tel. 978-475-9955

    DAVID SUN and PAUL SUN
    By their attorney,

    / S /  Peter B. Krupp

    Peter B. Krupp
      B.B.O. #548112
    Lurie & Krupp, LLP
    One McKinley Square
    Boston, MA  02109
    Tel.  617-367-1970

Dated:  September 18, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC.<br>    Plaintiff<br><br>    v.<br><br>DAVID W. ADAMS, TYRONE WILLIAMS,<br>KEVIN BRITTO, RONALD E. MITCHELL,<br>Individually and d/b/a MANSFIELD RUG<br>COMPANY a/k/a MANSFIELD RUG<br>DEPARTMENT and REMCO, MICHAEL<br>E. BROWN, Individually and d/b/a DALTON<br>PADDING and EMPIRE WEAVERS, JANE<br>DZIEMIT, AGATHA ESPOSITO, DONALD<br>SHOOP, CCC INTERNATIONAL, INC.,<br>JOHN D. SUN, DAVID D. SUN, and<br>PAUL SUN,<br>    Defendants<br><br>    v.<br><br>LOWELL FIVE CENT SAVINGS BANK,<br>WACHOVIA BANK, NATIONAL<br>ASSOCIATION, f/k/a FIRST UNION BANK<br>OF VIRGINIA, CITIZENS BANK, BANK OF<br>AMERICA f/k/a BANK OF BOSTON,<br>PEOPLE'S BANK, and FIRST UNION<br>NATIONAL BANK,<br>    Trustee Process Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-11654-NMG |

SECOND ORDER MODIFYING TEMPORARY
RESTRAINING ORDER AND LIFTING SUMMONSES
TO TRUSTEE PROCESS DEFENDANTS IN PART

It is hereby ORDERED:

1. The Order Granting Temporary Restraining Order ("the TRO") entered on August 11, 2005, is modified to include the following:

From this date forward, notwithstanding any other provision of the TRO, defendant David Sun, his agents, servants, successors, assigns, employees, attorneys and all persons acting or purporting to act on his behalf, are temporarily restrained from directly or indirectly transferring, alienating, conveying, encumbering, hypothecating, assigning, dissipating, pledging, distributing, or drawing down any of his assets in an amount exceeding $10,000 per month.

From this date forward, notwithstanding any other provision of the TRO, defendant Paul Sun, his agents, servants, successors, assigns, employees, attorneys and all persons acting or purporting to act on his behalf, are temporarily restrained from directly or indirectly transferring, alienating, conveying, encumbering, hypothecating, assigning, dissipating, pledging, distributing, or drawing down any of his assets in an amount exceeding $10,000 per month.

2. The Summonses to Trustee that were issued on August 11, 2005, including to Wachovia Bank, are hereby lifted to the extent they were issued to attach funds of defendants David Sun and Paul Sun; and the funds of David Sun and Paul Sun, including those on deposit at Wachovia Bank, shall no longer be attached.

SO ORDERED.

Dated: September __, 2005          _____
                                   Nathaniel M. Gorton
                                   United States District Judge