UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| International Floor Crafts,  ) | |
| ) | |
| Plaintiffs,  ) | |
| ) | Civil Action No. 05 CA 11654 *N /* - |
| ) | |
| David W. Adams  ) | |
| *et al.*,  ) | |
| ) | |
| Defendants.  ) | |

### DEFENDANT AGATHA ESPOSITO'S MOTION TO DISMISS

Now comes defendant Agatha Esposito, ("Defendant") and hereby requests that this Honorable Court grant this Motion to Dismiss. As grounds for this motion, Defendant states there was failure to state a claim upon which relief can be granted, pursuant to Fed. R. Civ. P 12 (b)(6). Defendant further moves for a Judgment on the Pleadings and/or Summary Judgment, pursuant to rule Fed. R. Civ. P 12(c), Motion for Judgment on the Pleadings, and Fed. R. Civ. P. 56 (b), Summary Judgment for Defending Party. Attached hereto is a supporting Affidavit of Defendant. (Exhibit 1)

Plaintiff's complaint fails to state facts that show that Defendant has or had any connection to, or owned any business in the name of "Remco". Further, Defendant has never cashed any checks under the name Remco, nor have any such checks ever been deposited into Defendant's account. Plaintiff also fails to attach any proof to support any of the allegations stated in the Complaint.

Wherefore, Defendant requests this Honorable Court DISMISS the above claims against her with prejudice, or, enter Judgment on the Pleadings as to Defendant Esposito, award costs, attorney's fees and for such other and further relief which this Honorable Court shall deem right and just.

Respectfully submitted,
Agatha Esposito,
By her attorney,

*William A. Brown*

William A. Brown
31 Milk Street
Suite 501
Boston, MA 02109
617-482-1001
BBO #061280

## CERTIFICATE OF CONCURRENCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1 (A)(2), I hereby certify that on September 14, 2005, I spoke with plaintiff's counsel, concerning the subject of this motion. They were unable to resolve or narrow the issues presented herein.

*William A. Brown*

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail.

Date 9/16/05

*William A. Brown*
BBO # 061280

# AFFIDAVIT

Now comes Agatha Esposito, being duly sworn, hereby deposes and says as follows:

I am 82 years of age and I am the mother of Ronald Mitchell. I reside at 260 Hemingway Avenue, East Haven, Connecticut. I have read the allegations in the complaint that refer to me. They are false.

I have never had any connections what so ever with any of my son's business. I have never done "business as, and/or under the name of a fictitious entity name Remco" (sic).

I have never caused any mail, including any checks, to be delivered to my address under the name Remco.

I have never cashed any checks under the name Remco, nor have any such checks ever been deposited in my bank account.

I have no knowledge what so ever as to my son's business.

9/15/05
date

*Agatha Esposito*
Agatha Esposito

St. CT.   STATE OF CONNECTICUT
New Haven Cty, ss   9/15, 2005

On this 15th day of September 2005, before me, the undersigned notary public, personally appeared Agatha Esposito proved to me through satisfactory evidence of identification, which was a Drive-s Lice #040568449, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he/she signed it voluntarily for its stated purpose.

NOTARY PUBLIC
MY COMMISSION EXPIRES 11/30/2009

Ex 1