UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| v. | ) ) ) | Civil No. 05-11654-NMG |
| DAVID W. ADAMS, et. al. | ) ) ) | |

**DEFENDANT'S MOTION TO MODIFY TEMPORARY RESTRAINING ORDER AND ANY PRELIMINARY INJUNCTIVE ORDER THAT MAY BE ENTERED**

Defendant Michael E. Brown ("Brown"), by and through his attorney, hereby moves the Court to modify the Order Granting Temporary Restraining Order dated August 11, 2005 as well as any preliminary injunctive order that may be entered. Brown requests that the Court increase the amount that he may expend monthly from $3,000 to $10,000. This increase will enable Brown to pay basic living expenses (including a mortgage payment) and necessary legal fees and expenses relating to both an ongoing criminal investigation and the pending civil litigation.

WHEREFORE, Brown respectfully requests that this motion be allowed.

By his attorney,

\_\_/s/ Paul V. Kelly_____
Paul V. Kelly
KELLY, LIBBY & HOOPES, P.C.
175 Federal Street
Boston, MA. 02110
(617) 338-9300

September 19, 2005

## **CERTIFICATE OF SERVICE**

  I, Paul V. Kelly, hereby certify that I served a copy of this motion on Attorneys James B. Krasnoo and Paul J. Klehm by fax and by mail on the above date.


                    __/s/ Paul V. Kelly_____
                    Paul V. Kelly