09/16/2005 17:12 FAX 7817493691         BUILDING #19 INC                                    ☒005

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC.    )
    Plaintiffs                                              )
                                                                 )
v.                                                                  )
                                                                 )
DAVID W. ADAMS, et al                           )   CIVIL ACTION NO. 05CA11654-NMG
    Defendants                                          )

### AFFIDAVIT OF WILLIAM ELOVITZ

I, William Elovitz, under oath, depose and state as follows:

1.    I am the President of International Floor Crafts, Inc. (hereinafter, "IFC"), Spags 19, Inc. and Building 19, Inc. Building 19, Inc. provides various services, including, without limitation, accounting services, to IFC and other companies.

2.    Since 1990, William Gemme has served as a Vice-President and Controller for Spags Supply, Inc., and, more recently, Spags 19, Inc. In that capacity, Gemme has had the responsibility of managing the accounting and financial reporting systems.

3.    In or around November, 2002, Building 19, Inc. and others purchased the assets of Spags Supply, Inc., which began operating as Spags 19, Inc.

4.    In or around January, 2004, the corporate offices of Building 19, Inc. and Spags 19, Inc. began to merge for efficiency purposes. At that time, John Durant, Vice-President of Finance for Building 19, Inc., assumed control of the accounting function of Spags 19, Inc. At that time, Gemme began to report to Durant.

5.  In or around October, 2004, Building 19, Inc. placed its Accounts Payable Department under Gemme's control. The Building 19 Accounts Payable Department responsibilities include, without limitation, the payment of invoices for Building 19 and its affiliates, including, without limitation, IFC.

6.  At the request of Durant, Gemme actively participated in the investigation surrounding the events set forth in the Verified Complaint. Gemme is, and, at all relevant times, has been, an authorized agent of IFC with regard to this matter.

Signed under the pains and penalties of perjury this 16th day of September, 2005.

*William Elovitz* (signature)

William Elovitz

## CERTIFICATE OF SERVICE

I, Paul J. Klehm, hereby certify that, on September 19, 2005, the following counsel and *pro se* parties were served either by ECF or by me by facsimile (to counsel only) and first class mail, postage prepaid, where they were not ECF filers:

Isaac Peres, Esq.      Counsel to David Adams
50 Congress Street
Boston, MA  02109

Peter Krupp, Esq.      Counsel to Paul Sun, David Sun and CCC International
Lurie and Krupp, LLP
One McKinley Square
Boston, MA  02109

William A. Brown, Esq.  Counsel to Agatha Esposito
31 Milk Street, Suite 501
Boston, MA  02109

Paul V. Kelly, Esq.    Counsel to Michael Brown
Kelly, Libby & Hoopes, P.C.
175 Federal Street
Boston, MA  02110

Frederic D. Grant, Jr., Esq.   Counsel to Ronald Mitchell
727 Atlantic Avenue, Second Floor
Boston, MA  02111

Robert M. Xifaras, P.C.      Counsel to Tyrone Williams
5 Dover Street, Suite 101
New Bedford, MA  02740

Andrew Good, Esq.    Counsel to John Sun
Good & Cormier
83 Atlantic Avenue
Boston, MA  02110

Ms. Jane Dziemit
48551 Shady View Drive
Palm Desert, CA  92260

Mr. Kevin Britto
300 W 21st Street, Apt. 25
New York, NY  10011

/s/ Paul J. Klehm