UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC. )<br>    Plaintiff )<br>)<br>  v. )<br>)<br>DAVID W. ADAMS, TYRONE WILLIAMS, )<br>KEVIN BRITTO, RONALD E. MITCHELL, )<br>Individually and d/b/a MANSFIELD RUG )<br>COMPANY a/k/a MANSFIELD RUG )<br>DEPARTMENT and REMCO, MICHAEL )<br>E. BROWN, Individually and d/b/a DALTON )<br>PADDING and EMPIRE WEAVERS, JANE )<br>DZIEMIT, AGATHA ESPOSITO, DONALD )<br>SHOOP, CCC INTERNATIONAL, INC., )<br>JOHN D. SUN, DAVID D. SUN, and )<br>PAUL SUN, )<br>    Defendants )<br>)<br>  v. )<br>)<br>LOWELL FIVE CENT SAVINGS BANK, )<br>WACHOVIA BANK, NATIONAL )<br>ASSOCIATION, f/k/a FIRST UNION BANK )<br>OF VIRGINIA, CITIZENS BANK, BANK OF )<br>AMERICA f/k/a BANK OF BOSTON, )<br>PEOPLE'S BANK, and FIRST UNION )<br>NATIONAL BANK, )<br>    Trustee Process Defendants ) | Civil Action No. 05-11654-NMG |

## NOTICE OF APPEARANCE

Notice is hereby given that I appear for the defendant, John D. Sun.

Dated: September 19, 2005                                              Respectfully submitted,


                                                                                                 __/s/ Andrew Good_____
                                                                                                 Andrew Good

BBO # 201240
GOOD & CORMIER
83 Atlantic Avenue
Boston, MA 02110
Tel. (617) 523-5933
Fax (617) 523-7554
agood@goodcormier.com