UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| International Floor Crafts,<br><br>           Plaintiffs,<br><br><br>David W. Adams<br>*et al.*,<br><br>           Defendants. | Civil Action No. 05 CA 11654 |

## ANSWER OF DEFENDANT RONALD E. MITCHELL

Now comes defendant Ronald Mitchell, ("Defendant") and hereby ANSWERS Plaintiff's enumerated complaint as follows:

1.  Defendant states paragraph 1 states a legal conclusion to which no response is required. To the extent an answer is required; Defendant denies the allegations in paragraph 1 of the Complaint.

2.  Defendant states paragraph 2 states a legal conclusion to which no response is required. To the extent an answer is required; Defendant denies the allegations in paragraph 2 of the Complaint.

3.  Defendant states paragraph 3 states a legal conclusion to which no response is required. To the extent an answer is required; Defendant denies the allegations in paragraph 3 of the Complaint.

4.  Defendant states paragraph 4 states a legal conclusion to which no response is required. To the extent an answer is required; Defendant denies the allegations in paragraph 4 of the Complaint.

5.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

6.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

7.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

8.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

9.      Defendant admits that Defendant Ronald Mitchell is a resident of the state of Connecticut. Defendant denies the remaining allegations in Paragraph 9.

10.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

11.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

12.     Defendant admit that Defendant Agatha Esposito is a resident of the state of Connecticut. Defendant denies the remaining allegations in Paragraph 12.

13.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

14.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

15.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

16.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

17.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

18.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

19.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

20.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

21.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

22.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

23.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

24.     Defendant states that Paragraph 24 contains no allegations to which a response is required.  To the extent a response is required, Defendant denies the allegations contained therein.

25.     Defendant states that Paragraph 25 contains no allegations to which a response is required.  To the extent a response is required, Defendant denies the allegations contained therein.

26.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

27.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

28.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

29.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

30.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

31.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

32.    Denied as to Defendant Mitchell.

33.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

34.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

35.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

36.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

37.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

38.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

39.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

40.    Denied as to Defendant Mitchell.

41.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

42.    Denied as to Defendant Mitchell.

43.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

44.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

45.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

46.    Denied as to Defendant Mitchell.

47.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

48.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

49.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

50.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

51.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

52.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

53.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

54.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

55.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

56.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

57.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

58.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

59.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

60.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

61.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

62.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

63.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

64.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

## COUNT 1
## RACKETEER-INFLUENCED AND COORUPT ORGANIZATIONS ACT
### (Plaintiff v. All Defendants)

65.    Defendant repeats and incorporates herein by reference his responses to the allegations contained in Paragraphs 1 through 64.

66.    Denied as to Defendant Mitchell.

67.    Denied as to Defendant Mitchell.

68.    Denied as to Defendant Mitchell.

69.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

## COUNT II

### COMMON LAW CONSPRIRACY TO VIOLATE RACKERTEER-INFLUENCED AND CORRUPT ORGANIZATIONS ACT
#### (Plaintiff v. All Defendants)

70.    Defendant repeats and incorporates herein by reference his responses to the allegations contained in Paragraphs 1 through 69.

71.    Denied as to Defendant Mitchell.

72.    Denied as to Defendant Mitchell.

73.    Denied as to Defendant Mitchell.

### COUNT III
### CONVERSION
#### (Plaintiff v. All Defendants)

74.    Defendant repeats and incorporates herein by reference his responses to the allegations contained in Paragraphs 1 through 73.

75.    Denied as to Defendant Mitchell.

76.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

### COUNT IV
### UNFAIR AND DECEPTIVE BUSINESS PRACTICES
#### (Plaintiff v. All Defendants)

77.    Defendant repeats and incorporates herein by reference his responses to the allegations contained in Paragraphs 1 through 76.

78.    Defendants states the Paragraph 78 states a legal conclusion to which no response is required.

79.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

80.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

### COUNT V
### FRAUD
#### (Plaintiff v. All Defendants)

81.     Defendant repeats and incorporates herein by reference his responses to the allegations contained in Paragraphs 1 through 80.

82.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

83.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

84.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

COUNT VI
BREACH OF FIDUCIARY DUTY
(Plaintiff v. Defendants Williams, Adams, and Britto)

85-88.   No answers are required as to Defendant, as Count VI does not pertain to him.

COUNT VII
TRUSTEE PROCESS
(Plaintiff v. All Trustee Process Defendants)

89-96.   No answers are required as to Defendant, as Count VII does not pertain to him.

COUNT VIII
INJUNCTIVE RELIEF
(Plaintiff v. All Defendants)

97.     Defendant repeats and incorporates herein by reference his responses to the allegations contained in Paragraphs 1 through 96.

98.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

99.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

100.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore denies the same.

Wherefore, Defendant requests this Honorable Court DISMISS the above claims against Defendant with prejudice, or, enter Judgment on the Pleadings as to the Defendant, award costs, attorney's fees and for such other and further relief which this Honorable Court shall deem meet and just.

Respectfully submitted,
RONALD E. MITCHELL
By his attorney,

William A. Brown
31 Milk Street
Suite 501
Boston, MA 02109
617-482-1001
BBO #061280

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party.

Date 9/19/05

William A. Brown
BBO # 061280