UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| International Floor Crafts,<br><br>　　　　Plaintiffs,<br><br>David W. Adams<br>*et al.*,<br><br>　　　　Defendants. | Civil Action No. 05 CA 11654 |

NOTICE OF APPEARANCE

Please accept this NOTICE OF APPEARANCE on behalf of Defendant Ronald E. Mitchell for the above referenced case.

Thank you.

Very truly yours,

*/s/ William A. Brown*
William A. Brown
31 Milk Street
Suite 501
Boston, MA 02109
617-482-1001
BBO #061280

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party.

Date 9/19/05

*/s/ William A. Brown*
William A. Brown
BBO # 061280