UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC.<br>      Plaintiff<br><br>    v.<br><br>DAVID W. ADAMS, TYRONE WILLIAMS,<br>KEVIN BRITTO, RONALD E. MITCHELL,<br>Individually and d/b/a MANSFIELD RUG<br>COMPANY a/k/a MANSFIELD RUG<br>DEPARTMENT and REMCO, MICHAEL<br>E. BROWN, Individually and d/b/a DALTON<br>PADDING and EMPIRE WEAVERS, JANE<br>DZIEMIT, AGATHA ESPOSITO, DONALD<br>SHOOP, CCC INTERNATIONAL, INC.,<br>JOHN D. SUN, DAVID D. SUN, and<br>PAUL SUN,<br>      Defendants<br><br>    v.<br><br>LOWELL FIVE CENT SAVINGS BANK,<br>WACHOVIA BANK, NATIONAL<br>ASSOCIATION, f/k/a FIRST UNION BANK<br>OF VIRGINIA, CITIZENS BANK, BANK OF<br>AMERICA f/k/a BANK OF BOSTON,<br>PEOPLE'S BANK, and FIRST UNION<br>NATIONAL BANK,<br>      Trustee Process Defendants | Civil Action No. 05-11654-NMG |

JOINT MOTION DISSOLVING
TEMPORARY RESTRAINING ORDER AND NON-ISSUANCE
<u>OF PRELIMINARY INJUNCTION AS TO JOHN D. SUN ONLY</u>

      The plaintiff, International Floor Crafts, Inc., and a defendant, John D. Sun,

hereby jointly move the Court to enter an order: (1) dissolving so much of the temporary

restraining order dated August 11, 2005, as applies to John D. Sun only so that the

temporary restraining order will have no further force and effect as to John D. Sun; and, (2) declining to issue a preliminary injunction applicable to John D. Sun.

The grounds for this motion are that John D. Sun has submitted the accompanying affidavit in support this motion. After examination of the affidavit of John D. Sun, the plaintiff agrees that neither a temporary restraining nor a preliminary injunction applicable to John D. Sun are warranted.

Date: September 19, 2005                    Respectfully submitted,

/s/Andrew Good

Andrew Good
BBO#210240


 Good & Cormier

83 Atlantic Avenue
Boston, MA 02110
617/523-5933


/s/James B. Krasnoo
James B. Krasnoo
BB0#279300
Law Offices of James B. Krasnoo
23 Main Street
Andover, MA 01810