UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC.<br>Plaintiff<br><br>v.<br><br>DAVID W. ADAMS, TYRONE WILLIAMS, KEVIN BRITTO, RONALD E. MITCHELL, Individually and d/b/a MANSFIELD RUG COMPANY a/k/a MANSFIELD RUG DEPARTMENT and REMCO, MICHAEL E. BROWN, Individually and d/b/a DALTON PADDING and EMPIRE WEAVERS, JANE DZIEMIT, AGATHA ESPOSITO, DONALD SHOOP, CCC INTERNATIONAL, INC., JOHN D. SUN, DAVID D. SUN, and PAUL SUN,<br>Defendants<br><br>v.<br><br>LOWELL FIVE CENT SAVINGS BANK, WACHOVIA BANK, NATIONAL ASSOCIATION, f/k/a FIRST UNION BANK OF VIRGINIA, CITIZENS BANK, BANK OF AMERICA f/k/a BANK OF BOSTON, PEOPLE'S BANK, and FIRST UNION NATIONAL BANK,<br>Trustee Process Defendants | Civil Action No. 05-11654-NMG |

## AFFIDAVIT OF JOHN D. SUN

I, John D. Sun, depose and say that that following is true.

1. My name is John D. Sun. I am 50 years old and reside with wife and children whose ages are 7, 9 and 11, at 13614 Yellow Poplar Drive, Centreville, Virginia. I was born in Hong Kong and am an American citizen.

1

2. In approximately 1979, my father, Kin Yip Sun, founded a business, called Chinese Carpet Center, Inc. which primarily imported and sold Chinese area rugs. I own approximately 30% of the corporation's shares. If I am listed as the corporation's resident agent, I do not recall engaging in any activity in that capacity.

3. Chinese Carpet Center, Inc. has engaged in two businesses: a retail business and a wholesale business. During all times material to this lawsuit, I have always been exclusively engaged in the retail business, which holds itself out to the public as China Rugs & Flooring. My brothers have always been engaged in the wholesale business selling area rugs. At various times, the retail business has been located in several store locations in Virginia and Maryland. At present, there is only one China Rugs & Flooring location, which is a leased store at 1319-E, Rockville Pike, Rockville, Maryland. The sales of the retail business are presently approximately 95% wall-to-wall carpet and hard (wood or vinyl tile) floor coverings and 5% area rugs. Illustrative purchase orders/invoices evidencing China Rugs & Flooring retail sales transactions dated January 22, 2000, January 29, 2003, May 6, 2005 are attached hereto as Exhibit 1.

4. I receive an annual salary of approximately $33,000 from Chinese Carpet Center, Inc. for operating the China Rugs & Flooring retail business. Each week, I provide the proceeds of the retail sales of China Rugs & Flooring to either of my brothers, David or Paul, who deposit them in the Chinese Carpet Center, Inc. checking account. The business expenditures of China Rugs & Flooring are paid from this account. The wall-to-wall floor covering is installed by independent contractors. The installers are paid on a job-by-job basis by Chinese Carpet Center, Inc. I do not receive any share of Chinese Carpet Center, Inc.'s profits in excess the corporation's

expenditures. I believe that all such profits of Chinese Carpet Center, Inc. are retained and used in its business operations.

5. I have read the plaintiff's complaint and examined the documents attached to the complaint. Other than activities described in this affidavit, I did not engage in, nor do I have any knowledge of, any of the activities alleged in paragraphs 14, 15, and 24-100 of the complaint. I have had no direct or indirect dealings with the plaintiff.

Signed under the penalties of perjury this 19th day of September, 2005.

John D. Sun

On this 19th day of September, 2005, before me, the undersigned notary public, appeared John D. Sun, and stated to me under oath administered by me that his statements in this affidavit are true.

Munira Kolig

Notary Public
My Commission Expires: 3/31/2006.

2

# Exhibite 1

# 中国 CHINA 地
# 国 RUGS 毯
### & FLOORING

1319-E Rockville Pike
Rockville, MD. 20852
(301) 294-8000

W 12707

Retail

| Proposal Submitted To | Salesperson | Media | Date |
|---|---|---|---|
| MS Stacey Liu | Paul Lee | | 5-6-05 |

| Street | Job Name |
|---|---|
| 12606 Connecticut Ave | |

| City, State and Zip Code | Job Location |
|---|---|
| Silver Spring M.D. 20906 | |

| Phone (H) | Phone (W) | Installation Date | Job Phone | Installer |
|---|---|---|---|---|
| 301-942-3437 | (1)240-505-7767 | | | |

| Area | Pattern | Color | Size | Yardage | Price |
|---|---|---|---|---|---|
| Wall to Wall Carpet & Installation for Shaw Plush Carpet | | | | | $ |
| Basement | Derby Days I / A4432 | #107 / #107 | 15 x 11.3 H | 18.8 yd | |
| Area 2 bedroom | Derby Days I / A4432 | #500 / #500 | 15 x 14 H | 23.3 yd | |
| PADDING | | 1/4 8lb pad | | | |
| | | | | TOTAL MATERIALS | $ |

**CUSTOMER PRE-INSTALLATION OBLIGATIONS:**
- ☐ MOVE SMALL FURNITURE
- ☐ CLEAR FLOOR
- ☐ DISCONNECT ELECTRONICS
- ☐ EMPTY FISH TANKS & BOOKSHELVES
- ☐
- ☐

**INSTALLATION INSTRUCTIONS:**
- ___ ☐ POOL TABLE
- ___ ☐ STOVE
- ___ ☐ REFRIGERATOR
- ___ ☐ PIANO/ORGAN
- ___ ☐ CUSTOMER TO REMOVE OLD CARPET

| | |
|---|---|
| INSTALLATION ON WOOD | |
| INSTALLATION ON CONCRETE | |
| INSTALLATION GLUE DOWN | |
| INSTALLATION LOOSE LAY | |
| CARPET TAKE-UP | |
| EXTRAS | |
| STAIRWAY | |
| TOTAL LABOR | $ |

**SPECIAL INSTRUCTIONS:**
Customer will be take care theirself for ALL doors & biefold door also.

| | |
|---|---|
| MATERIAL | 842.97 |
| SALES TAX | 42.15 |
| LABOR | 231.88 |
| TOTAL | 1117.00 |
| DEPOSIT | 377.00 |
| C.O.D. | 740.00 |
| AMOUNT | |

We hereby propose to furnish and have installed the above materials in accordance with the above specifications pursuant to the TERMS AND CONDITIONS on the reverse side thereof.
This proposal, which includes the above materials and specifications and the TERMS AND CONDITIONS on the reverse side thereof, is understood, approved and accepted by the undersigned purchaser.
All Sales Final. No Exchanges. No Refunds.

**CERTIFICATION:** This is to certify that the above work has been completed to my satisfaction.

PURCHASER X _____ DATE X 5/6/05   PURCHASER _____ DATE _____

# 中国地毯 CHINA RUGS & FLOORING

1319-E Rockville Pike
Rockville, MD. 20852
(301) 294-8000

*Installation on 2/1/03 2:00 p.m.*
*Retail*

**W 10124**

| Proposal Submitted To | Jianyi Dong | Salesperson | Wang | Media | | Date | 1/29/03 |
|---|---|---|---|---|---|---|---|
| Street | 10625 Glen Hannah Dr. | Job Name | | | | | |
| City, State and Zip Code | Laurel, MD 20723 | Job Location | | | | | |
| Phone (H) (301) 424-3156 | Phone (W) (301) 614-1873 | Installation Date 2/1/03 | Job Phone | | Installer | | |

| Area | Pattern | Color | Size | Yardage | Price | $ |
|---|---|---|---|---|---|---|
| 3 bedrooms Hallway & steps | SHAW Queen QS245 | Halo color | 12×58 | 67.85 sy.d.s. | | |
| PADDING | | upgrade 6 lb Rebond PAD | | | | |

| | TOTAL MATERIALS | $ |

**CUSTOMER PRE-INSTALLATION OBLIGATIONS:**
- ☐ MOVE SMALL FURNITURE
- ☐ CLEAR FLOOR
- ☐ DISCONNECT ELECTRONICS
- ☐ EMPTY FISH TANKS & BOOKSHELVES
- ☐
- ☐

**INSTALLATION INSTRUCTIONS:**
- ☐ POOL TABLE
- ☐ STOVE
- ☐ REFRIGERATOR
- ☐ PIANO/ORGAN
- ☐ CUSTOMER TO REMOVE OLD CARPET

| INSTALLATION ON WOOD | |
| INSTALLATION ON CONCRETE | |
| INSTALLATION GLUE DOWN | |
| INSTALLATION LOOSE LAY | |
| CARPET TAKE-UP | |
| EXTRAS | |
| STAIRWAY | |
| TOTAL LABOR | $ |

**SPECIAL INSTRUCTIONS:**
*The customer will be responsible for nailing the loosen plywood.*

| MATERIAL | $668.57 |
| SALES TAX | 33.43 |
| LABOR | $468.00 |
| TOTAL | $1170.00 |
| DEPOSIT | 390.00 |
| C.O.D. AMOUNT | $780.00 |

We hereby propose to furnish and have installed the above materials in accordance with the above specifications pursuant to the TERMS AND CONDITIONS on the reverse side thereof.
This proposal, which includes the above materials and specifications and the TERMS AND CONDITIONS on the reverse side thereof, is understood, approved and accepted by the undersigned purchaser.
All Sales Final. No Exchanges. No Refunds.

**CERTIFICATION:** This is to certify that the above work has been completed to my satisfaction.

PURCHASER X Jianyi Dong  DATE 1/29/03  PURCHASER _____ DATE _____

A 00773



# CHINA RUGS & FLOORING

2444 Solomon's Island Rd,
Unit A & B
Annapolis, MD 21401
(410) 266-3636

1929-B Old Gallows Rd.
Tysons Corner, VA. 22182
(703) 442-0000

1319-E Rockville Pike
Rockville, MD 20852
(301) 294-8000

*Retail*

| Proposal Submitted To | Salesperson | Media | Date |
|---|---|---|---|
| MR Thomas Shih | Wang | friend | 1/22/00 |

| Street | Job Name |
|---|---|
| 7509 Needwood Road | |

| City, State and Zip Code | Job Location |
|---|---|
| Derwood MD 20850 | |

| Phone (H) | Phone (W) | Installation Date | Job Phone | Installer |
|---|---|---|---|---|
| 301-977-892 | | | | |

| Area | Pattern | Color | Size | Yardage | Price | $ |
|---|---|---|---|---|---|---|
| Step only | Sutton Berber Simple pleasures | #78610 | 12 x 7 | 10 sq yd | | |
| PADDING | | 6lb pad | | | | |
| | | | | | TOTAL MATERIALS | $ 173.50 |

| CUSTOMER PRE-INSTALLATION OBLIGATIONS: | INSTALLATION INSTRUCTIONS: | | |
|---|---|---|---|
| ☐ MOVE SMALL FURNITURE<br>☐ CLEAR FLOOR<br>☐ DISCONNECT ELECTRONICS<br>☐ EMPTY FISH TANKS & BOOKSHELVES<br>☐<br>☐ | ☐ POOL TABLE<br>☐ STOVE<br>☐ REFRIGERATOR<br>☐ PIANO/ORGAN<br>☐ CUSTOMER TO REMOVE OLD CARPET | INSTALLATION ON WOOD | |
| | | INSTALLATION ON CONCRETE | |
| | | INSTALLATION GLUE DOWN | |
| | | INSTALLATION LOOSE LAY | |
| | | CARPET TAKE-UP | |
| | | EXTRAS | |
| | | STAIRWAY | |
| | | TOTAL LABOR | $ 95 |

| SPECIAL INSTRUCTIONS: | MATERIAL | 173.50 |
|---|---|---|
| | SALES TAX | 8.67 |
| | LABOR | 95 |
| | TOTAL | $ 277.17 |
| | DEPOSIT | 0 |
| | C.O.D. AMOUNT | $ 277.17 |

We hereby propose to furnish and have installed the above materials in accordance with the above specifications pursuant to the TERMS AND CONDITIONS on the reverse side thereof.
This proposal, which includes the above materials and specifications and the TERMS AND CONDITIONS on the reverse side thereof, is understood, approved and accepted by the undersigned purchaser.
All Sales Final. No Exchanges. No Refunds.

CERTIFICATION: This is to certify that the above work has been completed to my satisfaction.
*paid in full* 1/26/00

PURCHASER _____ DATE _____ PURCHASER _____ DATE