Case 1:05-cv-11654-NMG   Document 53-2   Filed 09/18/2005   Page 1 of 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC.<br>    Plaintiff<br><br>v.<br><br>DAVID W. ADAMS, TYRONE WILLIAMS,<br>KEVIN BRITTO, RONALD E. MITCHELL,<br>Individually and d/b/a MANSFIELD RUG<br>COMPANY a/k/a MANSFIELD RUG<br>DEPARTMENT and REMCO, MICHAEL<br>E. BROWN, Individually and d/b/a DALTON<br>PADDING and EMPIRE WEAVERS, JANE<br>DZIEMIT, AGATHA ESPOSITO, DONALD<br>SHOOP, CCC INTERNATIONAL, INC.,<br>JOHN D. SUN, DAVID D. SUN, and<br>PAUL SUN,<br>    Defendants<br><br>v.<br><br>LOWELL FIVE CENT SAVINGS BANK,<br>WACHOVIA BANK, NATIONAL<br>ASSOCIATION, f/k/a FIRST UNION BANK<br>OF VIRGINIA, CITIZENS BANK, BANK OF<br>AMERICA f/k/a BANK OF BOSTON,<br>PEOPLE'S BANK, and FIRST UNION<br>NATIONAL BANK,<br>    Trustee Process Defendants | Civil Action No. 05-11654-NMG |

SECOND ORDER MODIFYING TEMPORARY
RESTRAINING ORDER AND LIFTING SUMMONSES
TO TRUSTEE PROCESS DEFENDANTS IN PART

It is hereby ORDERED:

1. The Order Granting Temporary Restraining Order ("the TRO") entered on August 11, 2005, is modified to include the following:

From this date forward, notwithstanding any other provision of the TRO, defendant David Sun, his agents, servants, successors, assigns, employees, attorneys and all persons acting or purporting to act on his behalf, are temporarily restrained from directly or indirectly transferring, alienating, conveying, encumbering, hypothecating, assigning, dissipating, pledging, distributing, or drawing down any of his assets in an amount exceeding $10,000 per month.

From this date forward, notwithstanding any other provision of the TRO, defendant Paul Sun, his agents, servants, successors, assigns, employees, attorneys and all persons acting or purporting to act on his behalf, are temporarily restrained from directly or indirectly transferring, alienating, conveying, encumbering, hypothecating, assigning, dissipating, pledging, distributing, or drawing down any of his assets in an amount exceeding $10,000 per month.

2.  The Summonses to Trustee that were issued on August 11, 2005, including to Wachovia Bank, are hereby lifted to the extent they were issued to attach funds of defendants David Sun and Paul Sun; and the funds of David Sun and Paul Sun, including those on deposit at Wachovia Bank, shall no longer be attached.

SO ORDERED.

Dated: September 19, 2005

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge