*Commonwealth of Massachusetts*

*Suffolk, ss*                                  *Civil Action No.05 CA 11654*

*International Floor Crafts, Inc.*

*Plaintiff(s)*

                                                          *Answer of Trustee*

*vs.*                                                    *Bank of America*

*Remco*

*Defendant(s)*

*and*

*Bank of America*

---

*And now the Bank of America, a national banking association summoned as trustee of the defendant(s) in the above-entitled action, appears Sandra Allen authorized official, who makes an answer that at the time of service the plaintiff's writ upon it, Bank of America is holding $0.00 in the name of Remco.*

*Signed under the pains and penalties of perjury.*

                                              Bank of America

                                              By _[signature]_  Date: 9/13/05
                                              Sandra Allen
                                              **Legal Order Processing**
                                              **5701 Horatio Street**
                                              **Utica, NY 13502**