UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC. )<br>    Plaintiff )<br>)<br>v. )<br>)<br>DAVID W. ADAMS )<br>TYRONE WILLIAMS, KEVIN BRITTO, )<br>RONALD E. MITCHELL, Individually and )<br>d/b/a MANSFIELD RUG COMPANY )<br>a/k/a MANSFIELD RUG DEPARTMENT and)<br>REMCO, MICHAEL E. BROWN, Individually)<br>and d/b/a DALTON PADDING and )<br>EMPIRE WEAVERS, JANE DZIEMIT, )<br>AGATHA ESPOSITO, )<br>DONALD SHOOP, )<br>CCC INTERNATIONAL, INC., )<br>JOHN D. SUN, DAVID D. SUN, and )<br>PAUL SUN )<br>    Defendants )<br>)<br>v. )<br>)<br>LOWELL FIVE CENT SAVINGS BANK et al)<br>    Trustee Process Defendants ) | **CIVIL ACTION NO. 05 CA 11654 NM** |

## NOTICE OF APPEARANCE FOR TYRONE WILLIAMS

I, Robert M. Xifaras, of 5 Dover Street, Suite 101, New Bedford, MA, 02740, do herel

enter my appearance, as counsel of record, for Tyrone Williams, in the above entitled matter/

/s/ Robert M. Xifaras
Robert M. Xifaras
BBO#551079
Robert M. Xifaras, P.C.
5 Dover Street - Suite 101
New Bedford, MA 02740
(508)999-9640

9/13/05