UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC.    )
    Plaintiff    )
        )
v.    )
        )
DAVID W. ADAMS    )
TYRONE WILLIAMS, KEVIN BRITTO,    )
RONALD E. MITCHELL, Individually and    )
d/b/a MANSFIELD RUG COMPANY    )
a/k/a MANSFIELD RUG DEPARTMENT and)
REMCO, MICHAEL E. BROWN, Individually)    **CIVIL ACTION NO. 05 CA 11654 NM**
and d/b/a DALTON PADDING and    )
EMPIRE WEAVERS, JANE DZIEMIT,    )
AGATHA ESPOSITO,    )
DONALD SHOOP,    )
CCC INTERNATIONAL, INC.,    )
JOHN D. SUN, DAVID D. SUN, and    )
PAUL SUN    )
    Defendants    )
        )
v.    )
        )
LOWELL FIVE CENT SAVINGS BANK et al)
    Trustee Process Defendants    )

### AFFIDAVIT OF TYRONE WILLIAMS

1. I, Tyrone Williams, am one of the defendants in Civil Action No. 05 CA11654 NMG.

2. On or about August 23, 2005, I was served with a copy of the Complaint and various motions.

3. The very next day, August 24, 2005, I met with Attorney Robert M. Xifaras for an initial conference.

4. I was unable unable to retain Attorney Xifaras until very recently.

5. Because of the court orders restraining my property, it took me some time to obtain legal representation.

6. From the outset, I acted as quick as I could.

Signed under the pains and penalties of perjury this 19th day of September, 2005.

*Tyrone Williams*
TYRONE WILLIAMS

## CERTIFICATE OF SERVICE

I, Robert M. Xifaras, hereby certify that on September 20, 2005, the following counsel were served by me by ~~facsimile transmission, as well as~~ *in hand service* the pro se parties were served by first class mail, postage prepaid.

| | |
|---|---|
| Paul J. Klehm, Esq.<br>Law Offices of James B. Krasnoo<br>23 Main Street<br>Terrace Level<br>Andover, MA 01810 | Counsel to International Floor Crafts, Inc. |
| Isaac Peres, Esq.<br>50 Congress Street<br>Boston, MA 02109 | Counsel to David Adams |
| Peter Krupp, Esq.<br>Lurie and Krupp, LLP<br>One McKinley Square<br>Boston, MA 02109 | Counsel to Paul Sun, David Sun and CCC International |
| William A. Brown, Esq.<br>31 Milk Street, suite 501<br>Boston, MA 02109 | Counsel to Agatha Esposito |
| Paul V. Kelly, Esq.<br>Kelly, Libby & Hoopes, P.C.<br>175 Federal Street<br>Boston, MA 02110 | Counsel to Michael Brown |
| Frederic D. Grant, Jr. Esq.<br>727 Atlantic Avenue, Second Flr.<br>Boston, MA 02111 | Counsel to Ronald Mitchell |
| Andrew Good, Esq.<br>Good & Cormier<br>83 Atlantic Avenue<br>Boston, MA 02110 | Counsel to John Sun |

Ms. Jan Dziemit
48551 Shady View Drive
Palm Desert, CA 92260

Mr. Kevin Britto
300 W 21st Street, Apt. 25
New York, NY 10011

_____
Robert M. Xifaras