UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC. )<br>    Plaintiff )<br>)<br>v. )<br>)<br>DAVID W. ADAMS )<br>TYRONE WILLIAMS, KEVIN BRITTO, )<br>RONALD E. MITCHELL, Individually and )<br>d/b/a MANSFIELD RUG COMPANY )<br>a/k/a MANSFIELD RUG DEPARTMENT and )<br>REMCO, MICHAEL E. BROWN, Individually )<br>and d/b/a DALTON PADDING and )<br>EMPIRE WEAVERS, JANE DZIEMIT, )<br>AGATHA ESPOSITO, )<br>DONALD SHOOP, )<br>CCC INTERNATIONAL, INC., )<br>JOHN D. SUN, DAVID D. SUN, and )<br>PAUL SUN )<br>    Defendants )<br>)<br>v. )<br>)<br>LOWELL FIVE CENT SAVINGS BANK et al )<br>    Trustee Process Defendants ) | CIVIL ACTION NO. 05 CA 11654   G |

**MOTION TO VACATE THE ENTRY OF JUDGMENT**

The defendant, Tyrone Williams, moves this Honorable Court to vacate the entry default pursuant to Rule 55(c) of the Federal Rules of Civil Procedure which entered on September 16, 2005. In support thereof, the defendant states the following:

1. There is good cause to set aside the entry of default as the defendant could not originally afford to retain an attorney.

*Motion allowed. /s/ NMGorton, USDJ 9/20/05*

2.  It took him approximately three (3) weeks to borrow money from friends to retain counsel.

3.  There would be minimal prejudice to any party as the case is still in its initial stages.

4.  Filed with this motion is the supporting affidavit of Tyrone Williams.

For all the above reasons, the defendant requests that this motion be allowed.

Respectfully submitted,
Tyrone Williams
By his attorney,

Robert M. Xifaras
BBO#551079
Robert M. Xifaras, P.C.
5 Dover Street - Suite 101
New Bedford, MA 02740
(508)999-9640

9/20/05