UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC. ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> DAVID W. ADAMS, TYRONE WILLIAMS, ) <br> KEVIN BRITTO, RONALD E. MITCHELL, ) <br> Individually and d/b/a MANSFIELD RUG ) <br> COMPANY a/k/a MANSFIELD RUG ) <br> DEPARTMENT and REMCO, MICHAEL ) <br> E. BROWN, Individually and d/b/a DALTON ) <br> PADDING and EMPIRE WEAVERS, JANE ) <br> DZIEMIT, CCC INTERNATIONAL, INC., ) <br> JOHN D. SUN, DAVID D. SUN, and ) <br> PAUL SUN, ) <br> Defendants ) <br> v. ) <br> ) <br> LOWELL FIVE CENT SAVINGS BANK, ) <br> WACHOVIA BANK, NATIONAL ) <br> ASSOCIATION, f/k/a FIRST UNION BANK ) <br> OF VIRGINIA, CITIZENS BANK, BANK OF ) <br> AMERICA f/k/a BANK OF BOSTON, ) <br> PEOPLE'S BANK, and FIRST UNION ) <br> NATIONAL BANK, ) <br> Trustee Process Defendants ) | Civil Action No. 05-11654-NMB |

**DEFENDANT BROWN'S ASSENTED TO**
**MOTION TO DISSOVE TRUSTEE PROCESS**

Pursuant to discussions in court this morning, defendant Michael E. Brown ("Brown") hereby moves the Court to order the dissolution of trustee process on a bank account held by Brown's daughter, Ginger Leigh Brown.

Counsel for Brown has spoken with the plaintiff's counsel, Attorney James B. Krasnoo, and has provided Attorney Krasnoo with an affidavit by Ms. Brown stating that the bank account is her own personal account and that Brown has never used the account

2

to deposit or withdraw funds for his own personal use. There is no objection to this motion.

      Attached please find the proposed Order to Dissolve Trustee Process.

                                        Respectfully submitted,
                                        MICHAEL E. BROWN

                                        /s/ Paul V. Kelly
                                      Paul V. Kelly, BBO# 267010
                                      Kelly, Libby & Hoopes, P.C.
                                      175 Federal Street
                                      Boston, MA  02110
                                      Tel:  (617) 338-9300

Dated: September 20, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC.<br>    Plaintiff<br><br>v.<br><br>DAVID W. ADAMS, TYRONE WILLIAMS,<br>KEVIN BRITTO, RONALD E. MITCHELL,<br>Individually and d/b/a MANSFIELD RUG<br>COMPANY a/k/a MANSFIELD RUG<br>DEPARTMENT and REMCO, MICHAEL<br>E. BROWN, Individually and d/b/a DALTON<br>PADDING and EMPIRE WEAVERS, JANE<br>DZIEMIT, CCC INTERNATIONAL, INC.,<br>JOHN D. SUN, DAVID D. SUN, and<br>PAUL SUN,<br>    Defendants<br>v.<br><br>LOWELL FIVE CENT SAVINGS BANK,<br>WACHOVIA BANK, NATIONAL<br>ASSOCIATION, f/k/a FIRST UNION BANK<br>OF VIRGINIA, CITIZENS BANK, BANK OF<br>AMERICA f/k/a BANK OF BOSTON,<br>PEOPLE'S BANK, and FIRST UNION<br>NATIONAL BANK,<br>    Trustee Process Defendants | Civil Action No. 05-11654-NMB |

## **ORDER TO DISSOLVE TRUSTEE PROCESS**

It is hereby ORDERED that the trustee process issued on August 11, 2005 be dissolved as to account number 1010031293781 at Wachovia Bank, N.A.

SO ORDERED.

                                                    Nathaniel M. Gorton
                                                  United States District Judge

Dated: September _____, 2005