UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC.<br>Plaintiff<br><br>v.<br><br>DAVID W. ADAMS, TYRONE WILLIAMS,<br>KEVIN BRITTO, RONALD E. MITCHELL,<br>Individually and d/b/a MANSFIELD RUG<br>COMPANY a/k/a MANSFIELD RUG<br>DEPARTMENT and REMCO, MICHAEL<br>E. BROWN, Individually and d/b/a DALTON<br>PADDING and EMPIRE WEAVERS, JANE<br>DZIEMIT, AGATHA ESPOSITO, DONALD<br>SHOOP, CCC INTERNATIONAL, INC.,<br>JOHN D. SUN, DAVID D. SUN, and<br>PAUL SUN,<br>Defendants<br><br>v.<br><br>LOWELL FIVE CENT SAVINGS BANK,<br>WACHOVIA BANK, NATIONAL<br>ASSOCIATION, f/k/a FIRST UNION BANK<br>OF VIRGINIA, CITIZENS BANK, BANK OF<br>AMERICA f/k/a BANK OF BOSTON,<br>PEOPLE'S BANK, and FIRST UNION<br>NATIONAL BANK,<br>Trustee Process Defendants | Civil Action No. 05-11654-NMG |

## ORDER

After reviewing the joint motion of the plaintiff, International Floor Crafts, Inc. and the defendant, John D. Sun dissolving the temporary restraining order and non-issuance of preliminary injunction as to John D. Sun only, as well as the affidavit of John D. Sun, this Court vacates and dissolves so much of the August 11, 2005 temporary

1

restraining order as applies to John D. Sun and declines to issue a preliminary injunction against John D. Sun.

This Order was allowed at a hearing on September 20, 2005 at 10 a.m.

Dated: September 20, 2005

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge