UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC., )<br>)<br>Plaintiff )<br>)<br>) | CIVIL ACTION |
| v. )<br>) | NO. 05-11654-NMG |
| DAVID W. ADAMS, ET AL., )<br>)<br>Defendants. )<br>) | |

## ORDER

The *ex parte* real estate attachment granted by this Court on August 11, 2005 to the Plaintiff with respect to the property owned by the Defendant, David W. Adams, at 5 Oxbow Drive, Wilmington, Massachusetts, which was recorded by the Plaintiff at the Middlesex North Land Records, on August 19, 2005, at Book 19158, Page 45, is hereby dissolved.

So ordered.

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

DATED: September 20, 2005