UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BUILDING #19, INC. AND<br>INTERNATIONAL FLOOR CRAFTS, INC.,<br><br>Plaintiffs<br><br>v.<br><br>DAVID W. ADAMS, ET AL.,<br><br>Defendants. | CIVIL ACTION<br>NO. 05-11654-NMG |

### AFFIDAVIT OF DAVID W. ADAMS

I, David W. Adams, hereby depose and state as follows:

1. I incur the following expenses, which I have approximated, on monthly basis:

    a. Mortgage (after contemplated refinancing) .... $3,400.00

    b. Credit card payments ........................................ 400.00

    c. Automobile expenses (loan plus insurance) .... 1,319.00

    d. Gasoline ............................................................. 438.00

    e. Cellular Telephone ........................................... 275.00

    f. Electric Bill ...................................................... 252.00

    g. Heating Oil ....................................................... 100.00

    h. Internet access .................................................. 46.00

    i. Telephone bill (business, fax & home ........... 204.00

    j. Water bill ......................................................... 85.00

|   |   |   |
|---|---|---|
| k. | Food/clothing ................................................... | 1000.00 |
| l. | Medical/Dental Insurance ............................ | 200.00 |
| m. | Middlesex Community College (for son) ...... | 600.00 |
|   | TOTAL .......... | $8,319.00 |

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY ON THIS 19TH DAY OF SEPTEMBER, 2005.

_____
David W. Adams