UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC.<br>Plaintiff<br><br>v.<br><br>DAVID W. ADAMS, TYRONE WILLIAMS,<br>KEVIN BRITTO,<br>RONALD E. MITCHELL, Individually and<br>d/b/a MANSFIELD RUG COMPANY<br>a/k/a MANSFIELD RUG DEPARTMENT and<br>REMCO, MICHAEL E. BROWN, Individually<br>and d/b/a DALTON PADDING and<br>EMPIRE WEAVERS, JANE DZIEMIT,<br>DONALD SHOOP, AGATHA ESPOSITO,<br>CCC INTERNATIONAL, INC., JOHN D. SUN,<br>DAVID D. SUN, and PAUL SUN<br>Defendants<br><br>v.<br>LOWELL FIVE CENT SAVINGS BANK *et al*<br>Trustee Process Defendants | CIVIL ACTION NO. _____ |

### AFFIDAVIT OF CAROL F. MAURIELLO

I, Carol Mauriello under oath, depose and state as follows:

1. I am currently employed by Regional Express, LLC. (hereinafter, "Regional Express"), a company located at 5 Hart Street, West Haven, Connecticut. My title is Office Manager and I have been employed with Regional Express since November, 2001.

2. Regional Express is a company that specializes in shipping freight.

3. All of our records indicate that at no time has Regional Express ever had an entity known as Mansfield Rug Company, an entity known as Mansfield Rug Department and/or an individual known as Ronald E. Mitchell as clients. All of our records indicate that at no time has Regional Express ever provided any shipping services to an entity known as Mansfield Rug Company, to an entity known as Mansfield Rug Department and/or to an individual known as Ronald E. Mitchell.

4. All of our records indicate that at no time did Regional Express ever pick up any shipment from an entity known as Mansfield Rug Company, from an entity

known as Mansfield Rug Department and/or from an individual known as Ronald E. Mitchell. All of our records indicate that at no time did Regional Express deliver any shipments to an entity known as Mansfield Rug Company, to an entity known as Mansfield Rug Department and/or to an individual known as Ronald E. Mitchell.

     5.    All of our records indicate that at no time did Regional Express deliver any shipments for, or on behalf of, an entity known as Mansfield Rug Company, and/or Mansfield Rug Department, and/or an individual known as Ronald E. Mitchell, to International Floor Crafts, Inc. All of our records indicate that at no time did Regional Express make any delivery of any shipment for or on behalf of, an entity known as Mansfield Rug Company and/or Mansfield Rug Department and/or an individual known as Ronald Mitchell, to an address located at 319 Lincoln Street, Hingham, MA 02043 and/or to any business known as "Building 19."

Signed under the pains and penalties of perjury this 16th day of September 2005.

*Carol J. Mauriello*
Carol F. Mauriello

## CERTIFICATE OF SERVICE

I, Paul J. Klehm, hereby certify that, on September 19, 2005, the following counsel and *pro se* parties were served either by ECF or by me by facsimile (to counsel only) and first class mail, postage prepaid, where they were not ECF filers:

Isaac Peres, Esq.     Counsel to David Adams
50 Congress Street
Boston, MA  02109

Peter Krupp, Esq.     Counsel to Paul Sun, David Sun and CCC International
Lurie and Krupp, LLP
One McKinley Square
Boston, MA  02109

William A. Brown, Esq.  Counsel to Agatha Esposito
31 Milk Street, Suite 501
Boston, MA  02109

Paul V. Kelly, Esq.    Counsel to Michael Brown
Kelly, Libby & Hoopes, P.C.
175 Federal Street
Boston, MA  02110

Frederic D. Grant, Jr., Esq.   Counsel to Ronald Mitchell
727 Atlantic Avenue, Second Floor
Boston, MA  02111

Robert M. Xifaras, P.C.     Counsel to Tyrone Williams
5 Dover Street, Suite 101
New Bedford, MA  02740

Andrew Good, Esq.    Counsel to John Sun
Good & Cormier
83 Atlantic Avenue
Boston, MA  02110

Ms. Jane Dziemit
48551 Shady View Drive
Palm Desert, CA  92260

Mr. Kevin Britto
300 W 21st Street, Apt. 25
New York, NY  10011

/s/ Paul J. Klehm