UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC.<br>    Plaintiff<br><br>v.<br><br>DAVID W. ADAMS, TYRONE WILLIAMS, KEVIN BRITTO, RONALD E. MITCHELL, Individually and d/b/a MANSFIELD RUG COMPANY a/k/a MANSFIELD RUG DEPARTMENT and REMCO, MICHAEL E. BROWN, Individually and d/b/a DALTON PADDING and EMPIRE WEAVERS, JANE DZIEMIT, CCC INTERNATIONAL, INC., JOHN D. SUN, DAVID D. SUN, and PAUL SUN,<br>    Defendants<br><br>v.<br><br>LOWELL FIVE CENT SAVINGS BANK, WACHOVIA BANK, NATIONAL ASSOCIATION, f/k/a FIRST UNION BANK OF VIRGINIA, CITIZENS BANK, BANK OF AMERICA f/k/a BANK OF BOSTON, PEOPLE'S BANK, and FIRST UNION NATIONAL BANK,<br>    Trustee Process Defendants | Civil Action No. 05-11654-NMB<br><br>DOCKETED |

## ORDER TO DISSOLVE TRUSTEE PROCESS

It is hereby ORDERED that the trustee process issued on August 11, 2005 be dissolved as to account number 1010031293781 at Wachovia Bank, N.A.

SO ORDERED.

/s/ N. M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated: September 22, 2005