UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

. . . . . . . . . . . . . . . . . .

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC.<br>    Plaintiff,<br><br>v.<br><br>DAVID W. ADAMS, TYRONE WILLIAMS, KEVIN BRITTO, RONALD E. MITCHELL, Individually and d/b/a MANSFIELD RUG COMPANY a/k/a MANSFIELD RUG DEPARTMENT and REMCO, MICHAEL E. BROWN, Individually and d/b/a DALTON PADDING and EMPIRE WEAVERS, JANE DZIEMIT, AGATHA ESPOSITO, DONALD SHOOP, CCC INTERNATIONAL, INC., JOHN D. SUN, DAVID D. SUN, and PAUL SUN,<br>    Defendants,<br><br>v.<br><br>LOWELL FIVE CENT SAVINGS BANK, WACHOVIA BANK, NATIONAL ASSOCIATION, f/k/a FIRST UNION BANK OF VIRGINIA, CITIZENS BANK, BANK OF AMERICA f/k/a BANK OF BOSTON, PEOPLE'S BANK, and FIRST UNION NATIONAL BANK,<br>    Trustee Process Defendants. | CIVIL ACTION<br>NO. 05-11654-NMG |

. . . . . . . . . . . . . . . . . .

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel to defendant Ronald E. Mitchell.

                                              Frederic D. Grant, Jr.
                                              BBO No. 543115
                                              727 Atlantic Avenue, 2nd floor
                                              Boston, Massachusetts 02111
                                              (617) 357-6555

Dated: Sept. 27, 2005              grant@grantboston.com

CERTIFICATE OF SERVICE

  I, Frederic D. Grant, Jr., hereby certify that I served the foregoing document this 27th day of September, 2005 by causing a true and correct copy of the same to be sent by First Class U.S. Mail, postage prepaid, to:

James B. Krasnoo, Esquire
Paul J. Klehm, Esquire
Law Offices of James B. Krasnoo
23 Main Street
Andover, Mass. 01810
 (Counsel to the plaintiffs)

Isaac H. Peres, Esquire
Law Office of Isaac H. Peres
50 Congress Street, Suite 225
Boston, Mass. 02109
 (Counsel to defendant David W. Adams)

William A. Brown, Esquire
31 Milk Street, Suite 501
Boston, Mass. 02109
 (counsel to defendant Ronald E. Mitchell)

Robert Xifaras, Esquire
5 Dover Street, Suite 101
New Bedford, Mass. 02740
 (counsel to defendant Tyrone Williams)

Paul V. Kelly, Esquire
Kelly, Libby & Hoopes, P.C.
175 Federal Street
Boston, Mass. 02110
 (counsel to defendant Michael E. Brown)

John Thorpe Richards, Jr., Esquire
Trout Cacheris, PLLC
1350 Commonwealth Avenue, N.W., Suite 300
Washington, D.C. 20030
 (counsel to defendants CCC International, Inc, David D. Sun and Paul Sun)

Peter B. Krupp, Esquire
Lurie and Krupp, LLP
One McKinley Square
Boston, Mass. 02109
 (counsel to defendants CCC International, Inc, David D. Sun and Paul Sun)

Andrew Good, Esquire
Good & Cormier
83 Atlantic Avenue
Boston, Mass.  02110
   (counsel to defendant John D. Sun)

_____
Frederic D. Grant, Jr.