UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC. )<br> Plaintiffs )<br> )<br>v. )<br> )<br>DAVID W. ADAMS, *et al* ) CIVIL ACTION NO. 05CA11654-NMG<br> Defendants )<br> ) | |

**NOTICE OF DISMISSAL AS TO *ONLY*
DEFENDANT JOHN SUN WITHOUT PREJUDICE**

  Plaintiff International Floor Crafts, Inc. hereby gives notice pursuant to Fed.R.Civ.P. Rule 41(a)(1)(i) to the dismissal of *only* Defendant John Sun without prejudice. Defendant John Sun, who is an adverse party to International Floor Crafts, Inc. in this action, has not filed an answer or motion for summary judgment.

                The Plaintiff
                International Floor Crafts, Inc.
                By Its Attorneys,

                /s/ Paul J. Klehm_____
                James B. Krasnoo (BBO#279300)
                Paul J. Klehm (BBO#561605)
                Law Offices of James B. Krasnoo
                23 Main Street
                Andover, MA  01810
Dated:  October 4, 2005        (978) 475-9955

2

## **CERTIFICATE OF SERVICE**

   I hereby certify that a true copy of the above document was served upon the attorney(s) of record or upon each party not represented by an attorney via ECF or via first class mail, postage pre-paid, on October 4, 2005.  On October 4, 2005, I have also forwarded a copy of the within motion via first class mail, postage pre-paid, to Attorney Mark Rosenblit, at 14 Coolidge Road, West Hartford, CT  06117-2318, Ms. Jane Dzieimit, 48551 Shady View Drive, Palm Desert, CA  92260, and to Kevin Britto, 300 W. 21st Street, Apartment #25, New York, NY.

              /s/ Paul J Klehm
              Paul J. Klehm