United States District Court
District of Massachusetts

```
_____
                               )
INTERNATIONAL FLOOR CRAFTS,    )
INC.,                          )
                               )
         Plaintiff,            )   Civil Action No.
                               )   05-11654-NMG
     v.                        )
                               )
DAVID W. ADAMS, et al.,        )
                               )
         Defendants.           )
_____)
```

MEMORANDUM & ORDER

GORTON, J.

Pending before the Court is a motion by the plaintiff, International Floor Crafts, Inc. ("IFC"), requesting that the Court grant injunctive relief with respect to defendants Kevin Britto ("Britto") and Jane Dziemit ("Dziemit"), and grant leave to IFC to make service on Britto and Dziemit by publication (Docket No. 81). The motion will be allowed, in part, and denied, in part.

IFC filed a complaint against the defendants in this case on August 10, 2005. On August 11, 2005, the Court entered an ex parte temporary restraining order ("TRO"), the prohibitions of which applied to Britto and Dziemit, among others. Effective service had not been made on Britto or Dziemit at the time that the TRO was entered.

-1-

On September 20, 2005, the Court held a hearing on IFC's motion for a preliminary injunction, which was intended to impose and refine the prohibitions of the TRO. As of that date as well, IFC had not made effective service on Britto or Dziemit. At that hearing and in its motion pending before the Court, IFC represented and offered evidence that it had made multiple attempts to effect service personally upon both Britto and Dziemit. The evidence indicated that attempts to serve Dziemit were made at addresses in Connecticut and California, and that IFC had communicated with Dziemit's counsel as to this matter. Attempts to serve Britto were made in New York at his last and usual place of abode, by personal service, by affixing a copy of appropriate documentation to the door of the building where he was thought to reside, and by sending a copy of relevant pleadings via certified mail.

Based on the foregoing evidence of IFC's efforts to serve process, this Court will grant it leave to serve defendant Britto by publication in New York and Massachusetts, and defendant Dziemit by publication in Connecticut, California and Massachusetts.

This Court will not, at this time, however, extend the prohibitions of the TRO to defendants Britto and Dziemit. The TRO has expired. See Fed. R. Civ. P. 65(b). After further attempts to effect service of process, the Court will entertain

further applications of the plaintiff for injunctive relief.

**ORDER**

For the foregoing reasons, Plaintiff's Motion to Maintain Injunctive Relief as to Defendants Britto and Dziemit, and Motion for Leave to Make Service on Defendants Britto and Dziemit via Publication (Docket No. 81) is, with respect to service of process by publication, **ALLOWED**, and is, with respect to an extension of temporary injunctive relief, **DENIED**.

**So ordered.**

                                             /s/ Nathaniel M. Gorton
                                           Nathaniel M. Gorton
                                           United States District Judge

Dated: October 19, 2005