STATE OF NEW YORK  COURT  
*AFFIDAVIT OF SERVICE*  
COUNTY OF  
FU #  
I.d. NO.: 05 CA 11654

International Floor Crafts, Inc.     PLAINTIFF(S) / PETITIONER(S)

-against-

Kevin Ho, et al     DEFENDANT(S) / RESPONDENT(S)

New York COUNTY, New York STATE: ss:

being Sworn, says: Deponent is not party herein, is over 18 years of age and resides at: Bronx, NY 10461

On October 12th 2005 at 4:15 PM, at 300 W ___ St FL-25

Deponent served the within

on October 12th 2005     NY NY 10001

[X] Defendant    [ ] Respondent    [ ] Witness    (herein called the recipient) therein named

**INDIVIDUAL** [X]  
By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said recipient therein.

**CORPORATION** [ ]  
A Domestic Corporation, by delivering a true copy of each to _____  
Personally, deponent knew that said corporation so served to be the corporation, described in same and knew said recipient to be _____ Thereof to accept.

**SUITABLE AGE PERSON** [ ]  
By delivering a true copy of each to: _____  
a person of suitable age and discretion. Said premises is recipient's:  
[ ] actual place of business    [ ] dwelling place    [ ] usual place of abode within the state

**AFFIXING TO DOOR, ETC.** [ ]  
By affixing a true copy of each to the door of said premises, which is recipient's:  
[ ] actual place of business    [ ] dwelling place    [ ] usual place of abode within the state  
Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there _____  
Deponent spoke to _____ at said premises who stated that recipient: [ ] lived there [ ] worked there

**MAILING TO RESIDENCE** [ ]  
Within 20 days of such delivery of affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to the recipient at recipient's last known residence, on at: _____ and deposited said envelope in an official depository under exclusive care and custody of the U.S. Postal Service within _____ State.

**MAILING TO BUSINESS** [ ]  
Within 20 days of such delivery of affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to the recipient at the recipient's actual place of business, on at: _____ and deposited said envelope in an official depository under exclusive care and custody of the U.S. Postal Service within _____ State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by any return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

**DESCRIPTION** [X]  
SEX: Male    COLOR/SKIN: ____    HAIR: Lt Brown    AGE (approx.): 36  
HEIGHT (approx.): 5'11"    WEIGHT (approx.): 180 Lbs.    OTHER: ____

**MILITARY SERVICE** [ ]  
I asked the person to whether recipient was in active military service of the United States or the State of New York in Any capacity whatever and received a negative reply. Recipient wore ordinary clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

And at the same time paying in advance ____ the authorized fee.

Sworn to before me on 17th Day of October, 2005

MARK E. CONSTANTINE  
Notary Public State of New York  
No. 02CO5068636  
Qualified in Westchester County  
Commission Expires 11/24/05

Process Server  
Michael McEvoy  
Print Name

# LAW OFFICES OF JAMES B. KRASNOO

23 Main Street
Terrace Level
Andover, Massachusetts 01810
Telephone (978) 475-9955
Fax (978) 474-9005

James B. Krasnoo*

Paul J. Klehm†

*Also admitted in California
†Also admitted in New Hampshire

October 18, 2005

Wilfredo Benitez, LLC
Suite #304, 41 Watchung Plaza
Montclair, NJ  07042

    Re:  *International Floor Crafts, Inc. v. David Adams, et al*
          *Civil Action NO. 05 CA 11654-NMG*

Dear Attorney Benitez:

    In accordance with my telephone conversation with Taren Mitchell, Esq. today, this letter will confirm that International Floor Crafts, Inc. does not intend to record or to enforce any attachment of property located at 16 Jefferson Place, White Plains, NY, in the within matter, as we currently understand that the property is not owned by individual named Ronald Mitchell who is a defendant in this case. In the event that our position changes in this regard, I will let you know immediately.

                                            Very truly yours,

                                            Paul J. Klehm

cc:  Elizabeth Elefther, Deputy Clerk

# WILFREDO BENITEZ, L.L.C.

SUITE #304, 41 WATCHUNG PLAZA • MONTCLAIR, NEW JERSEY 07042 • PHONE: 973-783-8713 • FAX: 973-746-9031
Email: wbenitezllc@comcast.net
Website: www.wbenitezllc.com

*MEMBER OF CT, NJ, NY & PA BARS*

October 18, 2005

<u>Via Fax (@ 978 474-9005) & Regular Mail</u>
Paul J. Klehm, Esq.
Law Offices of James B.Krasnoo
23 Main Street, Terrace Level
Andover, MA  01810

<u>Via Regular Mail</u>
Elizabeth Elefther
Deputy Clerk U.S District Court
District of Massachusetts
1 Court House Way STE 2300
Boston, MA  02210

RE: <u>International Floor Crafts Inc. V. David W. Adams and Ronald Mitchell Civil Action # 05 CA 11654</u>

Dear Mr. Klehm

   I am in receipt of your letter dated October 17, 2005 and I have forwarded a copy of the same to my client along with the "Release of Attachment."

   As per your letter please provide me with proof of the recording of the "Release of Attachment" as soon as practicable. Further, it is imperative that your office file the "dismissal" of the claim filed in federal court in Florida. Please provide me with a copy of the "voluntary dismissal."

   Thank you in advance for your consideration and prompt attention to the above.

   If you have any questions or concerns regarding this matter please contact me directly at (973) 783-8713.

                                    Very truly yours,
                                    WILFREDO BENITEZ, LLC

                                    Wilfredo Benitez, Esq.

Cc:   Client
      Taren Mitchell, Esq.

# LAW OFFICES OF JAMES B. KRASNOO

23 Main Street
Terrace Level
Andover, Massachusetts 01810
Telephone (978) 475-9955
Fax (978) 474-9005

James B. Krasnoo*

Paul J. Klehm†

*Also admitted in California
†Also admitted in New Hampshire

October 17, 2005

**VIA FACSIMILE ONLY**

Wilfredo Benitez, LLC
Suite #304, 41 Watchung Plaza
Montclair, NJ 07042

Re: **International Floor Crafts, Inc. v. David Adams, et al**

Dear Attorney Benitez:

Pursuant to the voice mail message I left for you today, enclosed please find executed Release of Attachment. My client is in the process of forwarding the original of same to Attorney Rissman for recording. Also, my office is in the process of reviewing a voluntary stipulation of dismissal without prejudice with regard to the claim filed in federal court in Florida.

Please contact me if you have any questions.

Very truly yours,

Paul J. Klehm

cc: Glenn Rissman, Esq. (via facsimile only)

Prepared by and Return to
Glenn M. Rissman, Esq.
Hodgson Russ LLP
1801 North Military Trail, Suite 200
Boca Raton, FL 33431

## RELEASE OF WRIT OF ATTACHMENT

**KNOW ALL MEN BY THESE PRESENTS:** International Floor Crafts, Inc., hereinafter referred to as the IFC, obtained a Writ of Attachment against Ronald E. Mitchell dated August 11, 2005, which was recorded on October 3, 2005, in Book 19337, Page 0470, of the Official Records for Palm Beach County, State of Florida (the "Writ of Attachment"), against the following described property:

> Unit 1421, PINESTONE AT PALMER RANCH, No. 14, a Condominium according to the Declaration of Condominium recorded in Official Records Instrument #1999122191, and as per Plat thereof recorded in Condominium Plat Book 33, Pages 37, 37A through 37C, all of the Public Records of SARASOTA County, Florida. (hereinafter "Property").

IFC hereby remises, releases, exonerates, and discharges from the lien and operation of the Writ of Attachment unto the Owner, his heirs and assigns, the herein described Property encumbered by the Writ of Attachment.

**IN WITNESS WHEREOF,** the IFC has hereunto set its hand and seal this ____ day of October, 2005.

Signed, sealed and delivered
in the presence of:

_William Elovitz_

BY: _____

Signature of Witness: _____
Printed Name: _William Gomme_

Its: Duly authorized agent of
International Floor Crafts, Inc.

Signature of Witness: _____
Printed Name: _John L. Durant_

(NOTARY ACKNOWLEDGMENT ON NEXT PAGE)

COMMONWEALTH OF MASSACHUSETTS )
)SS:
COUNTY OF NORFOLK )

I HEREBY CERTIFY that on this _17_ day of _Oct._ 2005, before me, an officer duly qualified to take acknowledgments, personally appeared _William Elovitz_, as _Agent_ of International Floor Crafts, Inc. to me known and known to me to be the same person described in and who executed the foregoing instrument (or if not personally known to me produced _____ as identification), and duly acknowledged execution of such instrument on behalf of said corporation.

Notary Public - State of Massachusetts

JOANNE M. CAMERON
Notary Public
Commonwealth of Massachusetts
My Commission Expires
June 2, 2011

Printed Name of Notary
My Commission Expires: _____
Commission Number: _____

049046/00000 FLADOCS 240478v1

- 2 -