UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC. )<br>    Plaintiffs )<br>     )<br>v. )<br>     )<br>DAVID W. ADAMS, *et al* )<br>    Defendants )<br>     ) | CIVIL ACTION NO. 05CA11654-NMG |

**STIPULATION EXTENDING TIME FOR DEFENDANT JANE DZIEMIT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Plaintiff International Floor Crafts, Inc., by its counsel, and Defendant Jane Dziemit, *pro se*, hereby stipulate and agree that the time within which Defendant Jane Dziemit shall answer or otherwise plead with respect to Plaintiff's Amended Complaint shall be extended to and including November 28, 2005.

| The Plaintiff | The Defendant |
|---|---|
| International Floor Crafts, Inc. | Jane Dziemit |
| By Its Attorneys, | *Pro Se* |
| | |
| /s/ Paul J. Klehm_____ | /s/ Jane Dziemit |
| James B. Krasnoo | Jane Dziemit |
| james@krasnoolaw.com | 48551 Shady View Drive |
| Paul J. Klehm | Palm Desert, CA  92260 |
| pklehm@krasnoolaw.com | |
| Law Offices of James B. Krasnoo | |
| 23 Main Street, Terrace Level | |
| Andover, MA  01810 | |
| (978) 475-9955 | |

**CERTIFICATE OF SERVICE**

    I, Paul J. Klehm, hereby certify that I have served a copy of the within document upon all counsel of record not served via ECF and upon all parties not represented by counsel by first class mail, postage pre-paid, on October 21, 2005.

                                                             */s/ Paul J. Klehm*_____
                                                             Paul J. Klehm