# WILFREDO BENITEZ, L.L.C.

**SUITE #304, 41 WATCHUNG PLAZA • MONTCLAIR, NEW JERSEY 07042 • PHONE: 973-783-8713 • FAX: 973-746-9031**
**Email: wbenitezllc@comcast.net**
**Website: www.wbenitezllc.com**

*MEMBER OF CT, NJ, NY & PA BARS*

October 21, 2005

**Via Fax (@ 978 474-9005) & Regular Mail**

Paul J. Klehm, Esq.
Law Offices of James B.Krasnoo
23 Main Street, Terrace Level
Andover, MA  01810

RE: **International Floor Crafts Inc. V. David W. Adams and Ronald Mitchell Civil Action # 05 CA 11654**

Dear Mr. Klehm

I am in receipt of your letter dated October 18, 2005 concerning my client's NY residence.

As per your letter, your client "does not intend to record or to enforce any attachment of property located at 16 Jefferson Place, White Plains, New York" since the property is not owned by Ronald Mitchell, the named party in the suit.

While I can not imagine under what circumstance your position would change as against my client, I would appreciate you letting me know.

Thank you in advance for your consideration and prompt attention to the above.

If you have any questions or concerns regarding this matter please contact me directly at (973) 783-8713.

Very truly yours,
WILFREDO BENITEZ, LLC

Wilfredo Benitez, Esq.

Cc:    Client
       Taren Mitchell, Esq.
       Elizabeth Elefther, Deputy Clerk U.S District Court

LAW OFFICES OF JAMES B. KRASNOO

23 Main Street
Terrace Level
Andover, Massachusetts 01810
Telephone (978) 475-9955
Fax (978) 474-9005

James B. Krasnoo*

Paul J. Klehm†

*Also admitted in California
†Also admitted in New Hampshire

October 18, 2005

Wilfredo Benitez, LLC
Suite #304, 41 Watchung Plaza
Montclair, NJ   07042

  **Re:** *International Floor Crafts, Inc. v. David Adams, et al*
    **Civil Action NO. 05 CA 11654-NMG**

Dear Attorney Benitez:

  In accordance with my telephone conversation with Taren
Mitchell, Esq. today, this letter will confirm that
International Floor Crafts, Inc. does not intend to record or to
enforce any attachment of property located at 16 Jefferson
Place, White Plains, NY, in the within matter, as we currently
understand that the property is not owned by individual named
Ronald Mitchell who is a defendant in this case.  In the event
that our position changes in this regard, I will let you know
immediately.

       Very truly yours,

       Paul J. Klehm

cc:  Elizabeth Elefther, Deputy Clerk