| Attorney or Party without Attorney: PAUL DAMIEN KRAMER<br>610 NEWPORT CTR DR<br>SUITE 1200<br>NEWPORT BEACH, CA 92660<br>Telephone No: 949-640-9110<br><br>Attorney for: Plaintiff | Ref. No. or File No.: 803855 | For Court Use Only |
|---|---|---|

FILED
IN CLERKS OFFICE
2005 OCT 21 P 3:34
U.S. DISTRICT COURT
DISTRICT OF MASS.

| Insert name of Court, and Judicial District and Branch Court: UNITED STATES DISTRICT COURT- DISTRICT OF MASSACHUSETTS |
|---|
| Plaintiff: INTERNATIONAL FLOOR CRAFTS, INC. |
| Defendant: ADAMS |

| PROOF OF SERVICE<br>WRIT OF ATTACHMENT | Hearing Date: | Time: | Dept/Div: | Case Number: 05CA11654 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Writ Of Attachment; : Order Granting Temporary Restraining Order: Attestation: Plaintiff's Further Motion To Continue Hearing On Sealed Motions From September 1, 2005 To September 14, 2005 Or A Date Therafter Convenient To The Court, And To Keep The Sealed Orders Of Court Entered On August 10, 2005 In Full Force And Effect Until Further Order Of Court; Notice Of Hearing; Summons And Complaint; Civil Coversheet; Plaintiff's Motion For Ex Parte Approval Of Attachment By Trustee Process; Plaintiff's Motion For Ex Parte Approval Of Real Estate Attachment; Affidavit Of Rpbert O'neil; Plaintiff's Motion For Ex Parte Temporary Restraing Order And Writ Of Attachment (certified Copy) Directed To Us Marshall For Central District Of California.

3. a. Party served: JANE DZIEMIT
   b. Person served: party in item 3.a.

4. Address where the party was served: 48551 SHADY VIEW DRIVE
   Palm Desert, CA 92260

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Sat., Oct. 08, 2005 (2) at: 8:57AM

7. **Person Who Served Papers:**    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ANTHONY J OLSEN
   b. **AMERICAN LEGAL SERVICES**
      225 S. CIVIC DRIVE, Registration # 736
      SUITE 2-16
      Palm Springs, CA 92262
   c. 760-323-5445, FAX 760-323-5509

   d. **The Fee** for Service was: 117.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 656
      (iii) County: Riverside

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:Tue, Oct. 11, 2005

Judicial Council form POS-010
Rule 982.9.(a)&(b) Rev July 1, 2004

PROOF OF SERVICE
WRIT OF ATTACHMENT

(ANTHONY J OLSEN)

kram.39152