# WILFREDO BENITEZ, L.L.C.

SUITE #304, 41 WATCHUNG PLAZA • MONTCLAIR, NEW JERSEY 07042 • PHONE: 973-783-8713 • FAX: 973-746-9031
Email: wbenitezllc@comcast.net
Website: www.wbenitezllc.com

MEMBER OF CT, NJ, NY & PA BARS

October 24, 2005

Paul J. Klehm, Esq.
Law Offices of James B. Krasnoo
23 Main Street, Terrace Level
Andover, MA  01810

RE: **International Floor Crafts Inc. V. David W. Adams and Ronald Mitchell Civil Action # 05 CA 11654** NMG

Dear Mr. Klehm

    I am in receipt of the "Plaintiff's Voluntary Dismissal Without Prejudice" and I have forwarded a copy to my client.

    Please provide me with a copy of same stamped "filed" for my records.

    Thank you in advance for your consideration and prompt attention to the above.

    If you have any questions or concerns regarding this matter please contact me directly at (973) 783-8713.

Very truly yours,
WILFREDO BENITEZ, LLC

Wilfredo Benitez, Esq.

Cc: Client
Taren Mitchell, Esq.
Elizabeth Elefther, Deputy Clerk U.S District Court

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
(TAMPA DIVISION)

CASE NO.: 8:05-MC-75

INTERNATIONAL FLOOR CRAFTS, INC.

    Plaintiff,

v.

DAVID W. ADAMS and RONALD E. MITCHELL,
*et al*

    Defendants.
_____/

## PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff International Floor Crafts, Inc., by and through undersigned counsel, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulates to the voluntary dismissal of the above-referenced matter, without prejudice. Upon information and belief, the property identified in the Writ of Attachment filed in this action is not the property of Defendant Ronald E. Mitchell.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 18, 2005, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and mailed a copy of the foregoing to Wilfredo Benitez, 41 Watchung Plaza, Suite 304, Montclair, New Jersey 07042.

By: s/ GLENN M. RISSMAN
Glenn M. Rissman
grissman@hodgsonruss.com
Florida Bar No. 899526
**HODGSON RUSS LLP**
1801 No. Military Trail, Suite 200
Boca Raton, FL 33431
(561) 394-0500 (Telephone)
(561) 394-3862 (Fax)

045066/00000 FLADOCS 241179v1