UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC. )<br>Plaintiff )<br> )<br>v. )<br> )<br>DAVID W. ADAMS, et al., )<br>Defendants )<br> ) | Civil Action No. 05-11654-NMG |

JOINT MOTION AND STIPULATION OF THE PARTIES
FOR ADDITIONAL TIME FOR CHINESE CARPET CENTER, INC., DAVID SUN AND
PAUL SUN TO ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT

Plaintiff International Floor Crafts, Inc. ("IFC"), defendant Chinese Carpet Center, Inc.

("CCC"), and defendants David Sun and Paul Sun ("the Suns"), hereby stipulate and move that

CCC and the Suns be permitted additional time through and including November 21, 2005 to file

an answer or other pleading responsive to the Plaintiff's Amended Complaint, Demand for

Injunctive Relief and Damages, and Demand for Jury Trial.


Dated:  November 3, 2005

INTERNATIONAL FLOOR
CRAFTS, INC.
By its attorneys,

/ S /  Paul J. Klehm

James B. Krasnoo
  B.B.O. #279300
Paul J. Klehm
  B.B.O. # 561605
Law Offices of James B. Krasnoo
23 Main Street
Andover, MA  01810
Tel. 978-475-9955

CHINESE CARPET CENTER, INC.,
DAVID SUN and PAUL SUN
By their attorney,

/ S /  Peter B. Krupp

Peter B. Krupp
  B.B.O. #548112
Lurie & Krupp, LLP
One McKinley Square
Boston, MA  02109
Tel.  617-367-1970

2