UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC.<br>  Plaintiff<br><br>v.<br><br>DAVID W. ADAMS, TYRONE WILLIAMS,<br>KEVIN BRITTO, RONALD E. MITCHELL,<br>Individually and d/b/a MANSFIELD RUG<br>COMPANY a/k/a MANSFIELD RUG<br>DEPARTMENT and REMCO, MICHAEL<br>E. BROWN, Individually and d/b/a DALTON<br>PADDING and EMPIRE WEAVERS, JANE<br>DZIEMIT, CHINESE CARPET CENTER, INC.,<br>d/b/a CCC INTERNATIONAL,<br>DAVID D. SUN, and PAUL SUN,<br>  Defendants<br>v.<br><br>LOWELL FIVE CENT SAVINGS BANK,<br>WACHOVIA BANK, NATIONAL<br>ASSOCIATION, f/k/a FIRST UNION BANK<br>OF VIRGINIA, CITIZENS BANK, BANK OF<br>AMERICA f/k/a BANK OF BOSTON,<br>PEOPLE'S BANK, and FIRST UNION<br>NATIONAL BANK,<br>  Trustee Process Defendants | Civil Action No. 05-11654-NMB |

**DEFENDANT BROWN'S ASSENTED TO MOTION
TO ENLARGE TIME TO FILE A RESPONSIVE PLEADING**

  Defendant Michael E. Brown hereby moves the Court to enlarge the time within which to file a responsive pleading to the plaintiff's Amended Complaint from November 4, 2005 to **November 21, 2005**. Counsel has spoken with the plaintiff's counsel, Attorney Paul J. Klehm. There is no objection to this motion.

                                                         Respectfully submitted,
                                                         MICHAEL E. BROWN

                                                         /s/ Paul V. Kelly
                                                        Paul V. Kelly, BBO# 267010
                                                        Kelly, Libby & Hoopes, P.C.
                                                        175 Federal Street
                                                        Boston, MA  02110
                                                        Tel:  (617) 338-9300

Dated: November 4, 2005


**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

      Pursuant to Local Rule 7.1(A)(2), I hereby certify that I conferred with counsel for the plaintiff, Paul Klehm, Esq., on November 4, 2004, in a good-faith attempt to resolve or narrow the issues of this Motion and report that plaintiff assents to this motion.

                                                         /s/ Paul V. Kelly
                                                         Paul V. Kelly


**CERTIFICATE OF SERVICE**

      I, Paul V. Kelly, hereby certify that I served a copy of this motion by first class mail on November 4, 2005 on plaintiff's counsel, Attorney James B. Krasnoo and Attorney Paul J. Klehm.

                                                         /s/  Paul V. Kelly
                                                         Paul V. Kelly