UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC. )<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAVID W. ADAMS, *et al*, )<br>Defendants. ) | Civil Action No. 05-11654-NMG |

**CORPORATE DISCLOSURE STATEMENT OF**
**INTERNATIONAL FLOOR CRAFTS, INC.**

Pursuant to Local Rule 7.3 International Floor Crafts, Inc. ("IFC") hereby discloses that it has no parent corporation.   No publicly held corporation owns 10% or more of IFC's stock.

                                                                                   The Defendant
                                                                                   International Floor Crafts, Inc.,
                                                                                   By Its Attorneys,


                                                                                   /s/ Paul J. Klehm_____
                                                                                   James B. Krasnoo  BBO#27930
                                                                                   *james@krasnoolaw.com*
                                                                                   Paul J. Klehm  BBO# 561605
                                                                                   *pklehm@krasnoolaw.com*
                                                                                   Law Offices of James B. Krasnoo
                                                                                   23 Main Street
                                                                                   Andover, MA  01810
Dated November 7, 2005                                           (978) 475-9955


**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney(s) of record or upon each party not represented by an attorney via ECF or via first class mail, postage pre-paid, on November 7, 2005.  On November 7, 2005, I have also caused a copy of the within document to be forwarded via first class mail, postage pre-paid, to Richard Yurko, Esq., Yurko, Salvesen & Remz, P.C., One Washington Mall,

Boston, MA 02108, and to Kevin Britto, 300 W. 21st Street, Apartment #25, New York, NY.

/s/ Paul J Klehm
Paul J. Klehm