UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC.,<br><br>Plaintiff<br><br>v.<br><br>DAVID W. ADAMS, TYRONE WILLIAMS, KEVIN BRITTO, RONALD MITCHELL, Individually and d/b/a MANSFIELD RUG DEPARTMENT and REMCO, MICHAEL E. BROWN, Individually and d/b/a DALTON PADDING and EMPIRE WEAVERS, JANE DZIEMIT, AGATHA ESPOSITO, DONALD SHOOP, CCC INTERNATIONAL, INC., JOHN D. SUN, DAVID D. SUN, and PAUL SUN,<br><br>Defendants<br><br>and<br><br>LOWELL FIVE CENT SAVINGS BANK, WACHOVIA BANK, NATIONAL ASSOCIATION, f/k/a FIRST UNION BANK OF VIRGINIA, CITIZENS BANK, BANK OF AMERICA f/k/a BANK OF BOSTON, PEOPLE'S BANK, and FIRST UNION NATIONAL BANK,<br><br>Trustee Process Defendants. | Civil Action No. 05-11654-NMG |

## **NOTICE OF APPEARANCE**

Please enter the appearance of Richard J. Yurko, Esq. and Matthew C. Welnicki, Esq., both of Yurko, Salvesen & Remz, P.C., for the Defendant Jane Dziemit in the above matter.

Respectfully submitted,

_____
Richard J. Yurko (BBO#538300)


_____
Matthew C. Welnicki (BBO#647104)


Counsel for Jane Dziemit:

YURKO, SALVESEN & REMZ, P.C.
One Washington Mall, 11th Floor
Boston, MA 02108
(617) 723-6900

Dated: November 7, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail hand on 11/7/05
and mail on unrepresented party

2