UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC., ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> DAVID W. ADAMS, TYRONE WILLIAMS, ) <br> KEVIN BRITTO, RONALD MITCHELL, ) <br> Individually and d/b/a MANSFIELD RUG ) <br> DEPARTMENT and REMCO, MICHAEL ) <br> E. BROWN, Individually and d/b/a DALTON ) <br> PADDING and EMPIRE WEAVERS, JANE ) <br> DZIEMIT, AGATHA ESPOSITO, DONALD ) <br> SHOOP, CCC INTERNATIONAL, INC., ) <br> JOHN D. SUN, DAVID D. SUN, and ) <br> PAUL SUN, ) <br> ) <br> Defendants ) <br> ) <br> and ) <br> ) <br> LOWELL FIVE CENT SAVINGS BANK, ) <br> WACHOVIA BANK, NATIONAL ) <br> ASSOCIATION, f/k/a FIRST UNION BANK ) <br> OF VIRGINIA, CITIZENS BANK, BANK OF ) <br> AMERICA f/k/a BANK OF BOSTON, ) <br> PEOPLE'S BANK, and FIRST UNION ) <br> NATIONAL BANK, ) <br> ) <br> Trustee Process Defendants. ) | Civil Action No. 05-11654-NMG |

**JOINT MOTION FOR ENLARGEMENT OF TIME TO OPPOSE PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Defendants Jane Dziemit ("Dziemit") and Plaintiff International Floor Crafts, Inc. ("IFC") hereby request that this Court enlarge the time in which Dziemit may file an opposition to IFC's Motion for Preliminary Injunction to November 16, 2005.  Dziemit's counsel are filing

their Notice of Appearance contemporaneously with this Motion, and the brief extension will enable Dziemit's counsel to address more fully the relevant issues before this Court.

WHEREFORE, Defendant Dziemit and Plaintiff IFC respectfully request that this Court enlarge the time in which Dziemit may oppose IFC's Motion for Preliminary Injunction to November 16, 2005.

    Respectfully submitted,

    Defendant Jane Dziemit,

    By her attorneys,

    s/Matthew C. Welnicki/

    _____
    Richard J. Yurko (BBO#538300)
    Matthew C. Welnicki (BBO#647104)
    YURKO, SALVESEN & REMZ, P.C.
    One Washington Mall, 11th Floor
    Boston, MA 02108
    (617) 723-6900

    Plaintiff International Floor Crafts, Inc.,

    By its attorneys,

    s/James B. Krasnoo/

    _____
    James B. Krasnoo (BBO#279300)
    Paul J. Klehm (BBO#561605)
    Law Offices of James B. Krasnoo
    23 Main Street
    Andover, MA 01810
    (978) 475-9955

Date: November 7, 2005

**Certificate of Conference – Rule 7.1(A)(2) Statement**

The undersigned hereby certifies that on November 7, 2005, counsel for Defendant Jane Dziemit conferred with counsel for Plaintiff concerning this Motion.  Counsel for Plaintiff assented to the Motion.

                                                    s/Matthew C. Welnicki/
                                                    _____

**Certificate of Service**

The undersigned hereby certifies that a copy of the above motion was caused to be served on all counsel of record via the ECF filing system and on all parties not represented by counsel by first class mail on November 7, 2005.

                                                    s/Matthew C. Welnicki/
                                                    _____