UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC. )
    Plaintiffs )
    )
v. )   CIVIL ACTION NO. 05-11654-NMG
    )
DAVID W. ADAMS, et al )
    Defendants )

### ANSWER OF DEFENDANT, TYRONE WILLIAMS

1. Defendant states paragraph 1 states a legal conclusion to which no response is required. To the extent that an answer is required, the Defendant denies the allegations in paragraph 1 of the Complaint.

2. Defendant states paragraph 2 states a legal conclusion to which no response is required. To the extent that an answer is required, the Defendant denies the allegations in paragraph 2 of the Complaint.

3. Defendant states paragraph 3 states a legal conclusion to which no response is required. To the extent that an answer is required, the Defendant denies the allegations in paragraph 3 of the Complaint.

4. Defendant states paragraph 4 states a legal conclusion to which no response is required. To the extent that an answer is required, the Defendant denies the allegations in paragraph 4 of the Complaint.

5. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 5 of the Complaint and therefore denies the same.

6. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 6 of the Complaint and therefore denies the same.

7. The Defendant admits that Tyrone Williams is an individual that resides at 171 Smith Street, New Bedford, Bristol County, Massachusetts. The Defendant denies the remaining allegations in paragraph 7.

8. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 8 of the Complaint and therefore denies the same.

9. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 9 of the Complaint and therefore denies the same.

10. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 10 of the Complaint and therefore denies the same.

11. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 11 of the Complaint and therefore denies the same.

12. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 12 of the Complaint and therefore denies the same.

13. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 13 of the Complaint and therefore denies the same.

14. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 14 of the Complaint and therefore denies the same.

15. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 15 of the Complaint and therefore denies the same.

16. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 16 of the Complaint and therefore denies the same.

17. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 17 of the Complaint and therefore denies the same.

18. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 18 of the Complaint and therefore denies the same.

19. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 19 of the Complaint and therefore denies the same.

20. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 20 of the Complaint and therefore denies the same.

21. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 21 of the Complaint and therefore denies the same.

22. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 22 of the Complaint and therefore denies the same.

23. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 23 of the Complaint and therefore denies the same.

24. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 24 of the Complaint and therefore denies the same.

25. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 25 of the Complaint and therefore denies the same.

26. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 26 of the Complaint and therefore denies the same.

27. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 27 of the Complaint and therefore denies the same.

28. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 28 of the Complaint and therefore denies the same.

29. Denied as to Defendant Williams.

30. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 30 of the Complaint and therefore denies the same.

31. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 31 of the Complaint and therefore denies the same.

32. Denied as to Defendant Williams.

33. Denied as to Defendant Williams.

34. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 34 of the Complaint and therefore denies the same.

35. Denied as to Defendant Williams.

36. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 36 of the Complaint and therefore denies the same.

37. Denied as to Defendant Williams.

38. Denied as to Defendant Williams.

39. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 39 of the Complaint and therefore denies the same.

40. Denied as to Defendant Williams.

41. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 41 of the Complaint and therefore denies the same.

42. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 42 of the Complaint and therefore denies the same.

43. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 43 of the Complaint and therefore denies the same.

44. Denied as to Defendant Williams.

45. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 45 of the Complaint and therefore denies the same.

46. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 46 of the Complaint and therefore denies the same.

47. Denied as to Defendant Williams.

48. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 48 of the Complaint and therefore denies the same.

49. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 49 of the Complaint and therefore denies the same.

50. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 50 of the Complaint and therefore denies the same.

51. Denied as to Defendant Williams.

52. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 52 of the Complaint and therefore denies the same.

53. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 53 of the Complaint and therefore denies the same.

54. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 54 of the Complaint and therefore denies the same.

55. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 55 of the Complaint and therefore denies the same.

56. Denied as to Defendant Williams.

57. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 57 of the Complaint and therefore denies the same.

58. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 58 of the Complaint and therefore denies the same.

59. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 59 of the Complaint and therefore denies the same.

60. Denied as to Defendant Williams.

61. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 61 of the Complaint and therefore denies the same.

62. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 62 of the Complaint and therefore denies the same.

63. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 63 of the Complaint and therefore denies the same.

64. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 64 of the Complaint and therefore denies the same.

## COUNT 1

## RACKETEER-INFLUENCED AND CORRUPT ORGANIZATIONS ACT

### (Plaintiff v. All Defendants)

65. The Defendant repeats and incorporates herein by reference his responses to the allegations contained in paragraphs 1 through 64.

66. Denied as to Defendant Williams.

67. Denied as to Defendant Williams.

68. Denied as to Defendant Williams.

69. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 69 of the Complaint and therefore denies the same.

## COUNT II

## COMMON LAW CONSPIRACY TO VIOLATE RACKETEER-INFLUENCE AND CORRUPT ORGANIZATIONS ACT

### (Plaintiff v. All Defendants)

70. The Defendant repeats and incorporates herein by reference his responses to the allegations contained in paragraph 1 through 69.

71. Denied as to Defendant Williams.

72. Denied as to Defendant Williams.

73. Denied as to Defendant Williams.

## COUNT III

## CONVERSION

### (Plaintiff v. All Defendants)

74. The Defendant repeats and incorporates herein by reference his responses to the allegations contained in paragraph 1 through 73.

75. Denied as to Defendant Williams.

76. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 76 of the Complaint and therefore denies the same.

## COUNT IV

## UNFAIR AND DECEPTIVE BUSINESS PRACTICES

### (Plaintiff v. All Defendants)

77. The Defendant repeats and incorporates herein by reference his responses to the allegations contained in paragraphs 1 through 76.

78. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 78 of the Complaint and therefore denies the same.

79. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 79 of the Complaint and therefore denies the same.

80. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 80 of the Complaint and therefore denies the same.

## COUNT V

## FRAUD

### (Plaintiff v. All Defendants)

81. The Defendant repeats and incorporates herein by reference his responses to the allegations contained in paragraphs 1 through 80.

82. Denied as to Defendant Williams.

83. Denied as to Defendant Williams.

84. Denied as to Defendant Williams.

## COUNT VI

## BREACH OF FIDUCIARY DUTY

### (Plaintiff v. Defendants Williams, Adams and Britto)

85. The Defendant repeats and incorporates herein by reference his responses to the allegations contained in paragraph 1 through 84.

86. Denied as to Defendant Williams.

87. Denied as to Defendant Williams.

88. Denied as to Defendant Williams.

## COUNT VII

## TRUSTEE PROCESS

### (Plaintiff v. All Trustee Process Defendants)

89. The Defendant repeats and incorporates herein by reference his responses to the allegations contained in paragraphs 1 through 88.

90. Denied as to Defendant Williams.