UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC. )<br>Plaintiff ) | |
| v. ) | Civil Action No. 05-11654-NMG |
| DAVID W. ADAMS, et al )<br>Defendants ) | |

**DEFENDANT TYRONE WILLIAMS' MOTION AND STIPULATION
OF THE PARTIES FOR ADDITIONAL TIME FOR TYRONE WILLIAMS
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT
AND AMENDED COMPLAINT**

Defendant Tyrone Williams moves that he be permitted additional time through and including November 10, 2005, to file an answer or other pleadings responsive to the Plaintiff's Complaint and Amended Complaint, Demand for Injunctive Relief and Damages, and Demand for Jury Trial. Plaintiff International Floor Crafts, Inc. and defendant Tyrone Williams stipulate to the same.

Dated: November 7, 2005

TYRONE WILLIAMS
By his attorney,

Robert M. Xifaras
BBO#551079
Robert M. Xifaras, P.C.
5 Dover Street - Suite 101
New Bedford, MA 02740
(508)999-9640

INTERNATIONAL FLOOR
CRAFTS, INC.
By its attorneys,

/S/ Paul J. Klehm

James B. Krasnoo
  BBO#279300
Paul J. Klehm
  BBO#561605
Law Offices of James B. Krasnoo
23 Main Street
Andover, MA
(978)475-9955