UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

_____
INTERNATIONAL FLOOR CRAFTS, INC.  )
    Plaintiff                                       )
                                                        )
v.                                                     )
                                                        )
DAVID W. ADAMS, *et al*              ) CIVIL ACTION NO. 05CA11654-NMG
    Defendants                                 )
_____)

**PLAINTIFF'S *ASSENTED TO* MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT RONALD E. MITCHELL'S MOTION TO DISMISS**

      Plaintiff International Floor Crafts, Inc. ("IFC") hereby moves this Court, with the assent of counsel to Defendant Ronald E. Mitchell, to extend the time within which IFC may respond to Motion of Ronald E. Mitchell to Dismiss Counts I and II (Civil RICO) and Count V (Fraud) of the Plaintiff's Amended Complaint from November 14, 2005 to and including December 5, 2005 for the reasons set forth below:

      1.    On October 31, 2005, Defendant Ronald E. Mitchell filed the above-referenced motion to dismiss.

      2.    Because of the press of other business, including, without limitation, depositions in another matter and a significant amount of work on the within complex RICO matter, IFC's counsel will require additional time within which to respond to Defendant Mitchell's motion to dismiss.

      3.    In light of the approaching Thanksgiving holiday, Plaintiff's counsel respectfully requests that this Court grant IFC an extension of time to respond to the motion to dismiss from November 14, 2005 to and including December 5, 2005.

4.  Counsel to Defendant Mitchell assents to the allowance of the within motion.

**WHEREFORE**, for the above reasons, Plaintiff International Floor Crafts, Inc. respectfully requests that this Court GRANT the within motion and extend the time within which Plaintiff may respond to Defendant Mitchell's motion to dismiss from November 14, 2005 to and including December 5, 2005.

| | |
|---|---|
| **ASSENTED TO:** | The Plaintiff |
| Defendant | International Floor Crafts, Inc. |
| Ronald E. Mitchell | By Its Attorneys, |
| By His Attorney, | |
| | /s/ Paul J. Klehm |
| /s/ Frederic D. Grant, Jr. | James B. Krasnoo (BBO#279300) |
| Frederic D. Grant, Jr. (BBO#543115) | *james@krasnoolaw.com* |
| *grant@grantboston.com* | Paul J. Klehm (BBO#561605) |
| 727 Atlantic Avenue, 2nd floor | *pklehm@krasnoolaw.com* |
| Boston, MA  02111 | Law Offices of James B. Krasnoo |
| (617) 357-6555 | 23 Main Street |
| | Andover, MA  01810 |
| Dated:  November 14, 2005 | (978) 475-9955 |

## LOCAL RULE 7.1(A)(2) STATEMENT

On November 9, 2005, I spoke by telephone with Attorney Fred Grant with regard to the within motion.  I also spoke by telephone with Attorney Grant on November 14, 2005 with regard to the within motion.  On that date, I forwarded a copy of the motion to Attorney Grant via email for his approval.  On that date, Attorney Grant informed me via email that he assented to the allowance of the motion.

/s/ Paul J. Klehm
Paul J. Klehm

2

**CERTIFICATE OF SERVICE**

I, Paul J. Klehm, Esq., hereby certify that I have served a copy of the within document upon all counsel of record not served via ECF and upon all parties not represented by counsel by first class mail, postage pre-paid, on November 14, 2005.

/s/ Paul J. Klehm
Paul J. Klehm
