UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC., <br><br> Plaintiff <br><br> v. <br><br> DAVID W. ADAMS, TYRONE WILLIAMS, KEVIN BRITTO, RONALD MITCHELL, Individually and d/b/a MANSFIELD RUG DEPARTMENT and REMCO, MICHAEL E. BROWN, Individually and d/b/a DALTON PADDING and EMPIRE WEAVERS, JANE DZIEMIT, CHINESE CARPET CENTER, INC., DAVID D. SUN, and PAUL SUN, <br><br> Defendants <br><br> and <br><br> LOWELL FIVE CENT SAVINGS BANK, WACHOVIA BANK, NATIONAL ASSOCIATION, f/k/a FIRST UNION BANK OF VIRGINIA, CITIZENS BANK, BANK OF AMERICA f/k/a BANK OF BOSTON, PEOPLE'S BANK, and FIRST UNION NATIONAL BANK, <br><br> Trustee Process Defendants. | Civil Action No. 05-11654-NMG |

**JOINT MOTION FOR ENLARGEMENT OF TIME TO OPPOSE PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Defendants Jane Dziemit ("Dziemit") and Plaintiff International Floor Crafts, Inc. ("IFC") hereby request that this Court enlarge the time in which Dziemit may file an opposition to IFC's Motion for Preliminary Injunction to November 28, 2005. As grounds for this Motion, the parties state that the time for Dziemit to respond to the Amended Complaint is also

November 28, 2005, and such an enlargement will enable Dziemit to address both the Amended Complaint and the related Motion at the same time.

WHEREFORE, Defendant Dziemit and Plaintiff IFC respectfully request that this Court enlarge the time in which Dziemit may oppose IFC's Motion for Preliminary Injunction to November 28, 2005.

Respectfully submitted,

Defendant Jane Dziemit,

By her attorneys,

s/Matthew C. Welnicki/

_____
Richard J. Yurko (BBO#538300)
Matthew C. Welnicki (BBO#647104)
YURKO, SALVESEN & REMZ, P.C.
One Washington Mall, 11th Floor
Boston, MA 02108
(617) 723-6900

Plaintiff International Floor Crafts, Inc.,

By its attorneys,

s/Paul J. Klehm/

_____
James B. Krasnoo (BBO#279300)
Paul J. Klehm (BBO#561605)
Law Offices of James B. Krasnoo
23 Main Street
Andover, MA 01810
(978) 475-9955

Date: November 15, 2005

**Certificate of Conference – Rule 7.1(A)(2) Statement**

    The undersigned hereby certifies that on November 15, 2005, counsel for Defendant Jane Dziemit conferred with counsel for Plaintiff concerning this Motion. Counsel for Plaintiff assented to the Motion.

                                                s/Matthew C. Welnicki/
                                                _____


**Certificate of Service**

    The undersigned hereby certifies that a copy of the above motion was caused to be served on all counsel of record via the ECF filing system and on all parties not represented by counsel by first class mail on November 15, 2005.

                                                s/Matthew C. Welnicki/
                                                _____