UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC.<br>　　　Plaintiff<br><br>　　v.<br><br>DAVID W. ADAMS, et al.,<br>　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-11654-NMG |

JOINT MOTION AND STIPULATION OF THE PARTIES FOR
ADDITIONAL TIME FOR CHINESE CARPET CENTER, INC., DAVID SUN AND
PAUL SUN TO ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT

Plaintiff International Floor Crafts, Inc. ("IFC"), defendant Chinese Carpet Center, Inc. ("CCC"), and defendants David Sun and Paul Sun ("the Suns"), hereby stipulate and move that CCC and the Suns be permitted additional time through and including December 16, 2005 to file an answer or other pleading responsive to the Plaintiff's Amended Complaint, Demand for Injunctive Relief and Damages, and Demand for Jury Trial.

Dated:  November 15, 2005

　　　　　　　　　　　　　　　　　　　　　　　　INTERNATIONAL FLOOR
　　　　　　　　　　　　　　　　　　　　　　　　CRAFTS, INC.
　　　　　　　　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　　　　　　　  / S /  Paul J. Klehm

　　　　　　　　　　　　　　　　　　　　　　　　James B. Krasnoo
　　　　　　　　　　　　　　　　　　　　　　　　　 B.B.O. #279300
　　　　　　　　　　　　　　　　　　　　　　　　Paul J. Klehm
　　　　　　　　　　　　　　　　　　　　　　　　　 B.B.O. # 561605
　　　　　　　　　　　　　　　　　　　　　　　　Law Offices of James B. Krasnoo
　　　　　　　　　　　　　　　　　　　　　　　　23 Main Street
　　　　　　　　　　　　　　　　　　　　　　　　Andover, MA  01810
　　　　　　　　　　　　　　　　　　　　　　　　Tel. 978-475-9955

                    CHINESE CARPET CENTER, INC.,
                    DAVID SUN and PAUL SUN
                    By their attorney,

                    / S /  Peter B. Krupp

                    Peter B. Krupp
                      B.B.O. #548112
                    Lurie & Krupp, LLP
                    One McKinley Square
                    Boston, MA  02109
                    Tel.  617-367-1970