UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC. ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| DAVID W. ADAMS, *et al* ) | CIVIL ACTION NO. 05CA11654-NMG |
|     Defendants ) | |

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT
AGAINST DEFENDANT KEVIN BRITTO**

    Plaintiff International Floor Crafts, Inc. hereby request that this Court enter a default against Defendant Kevin Britto where Defendant Kevin Britto failed to answer or to otherwise respond to the Amended Complaint by November 7, 2005. On October 20, 2005, Plaintiff filed the return of service pertaining to Defendant Britto, which shows that Mr. Britto was served by hand delivery on October 17, 2005[1]. (See Doc. #89).

    **WHEREFORE**, Plaintiff International Floor Crafts, Inc. respectfully requests

---

[1] On October 20, 2005, IFC filed an amended complaint in this matter and served a copy of same upon Defendant Britto via first class mail, postage pre-paid. Under the terms of the motion to amend (and the applicable rule, Fed.R.Civ.P. 15(a)), Defendant Britto had only ten days from the date on which the amended complaint was served upon him to answer or otherwise respond.

that this Court enter a default against Defendant Kevin Britto.

                                                  The Plaintiff
                                                  International Floor Crafts, Inc.
                                                  By Its Attorneys,

                                                  /s/ Paul J. Klehm
                                                  James B. Krasnoo (BBO#279300)
                                                  *james@krasnoolaw.com*
                                                  Paul J. Klehm (BBO#561605)
                                                  *pklehm@krasnoolaw.com*
                                                  Law Offices of James B. Krasnoo
                                                  23 Main Street
                                                  Andover, MA  01810
Dated:  November 16, 2005                 (978) 475-9955

## CERTIFICATE OF SERVICE

    I, Paul J. Klehm, Esq., hereby certify that I have served a copy of the within document upon all counsel of record and upon all parties not represented by counsel via the ECF system or by first class mail, postage pre-paid, on November 16, 2005.

                                                  /s/ Paul J. Klehm
                                                  Paul J. Klehm