UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| International Floor Crafts, Inc<br>          Plaintiff<br><br>V.<br><br>Kevin Britto<br>          Defendant | CIVIL ACTION<br><br>NO. 05-11654 NMG |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, International Floor Crafts, Inc. for an order of Default for failure of the Defendant, Kevin Britto, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 18th day of November 2005.

                                            SARAH A. THORNTON
                                            CLERK OF COURT

                                            By:   /s/ Elizabeth E. Elefther
                                                  Deputy Clerk

Notice mailed to:
Kevin Britto
300 West 21st Street Apt 25
New York, NY 1011

(Default Notice.wpd - 3/7/2005)