UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC.<br>    Plaintiff<br><br>v.<br><br>DAVID W. ADAMS, TYRONE WILLIAMS, KEVIN BRITTO, RONALD E. MITCHELL, Individually and d/b/a MANSFIELD RUG COMPANY a/k/a MANSFIELD RUG DEPARTMENT and REMCO, MICHAEL E. BROWN, Individually and d/b/a DALTON PADDING and EMPIRE WEAVERS, JANE DZIEMIT, CCC INTERNATIONAL, INC., JOHN D. SUN, DAVID D. SUN, and PAUL SUN,<br>    Defendants<br>v.<br><br>LOWELL FIVE CENT SAVINGS BANK, WACHOVIA BANK, NATIONAL ASSOCIATION, f/k/a FIRST UNION BANK OF VIRGINIA, CITIZENS BANK, BANK OF AMERICA f/k/a BANK OF BOSTON, PEOPLE'S BANK, and FIRST UNION NATIONAL BANK,<br>    Trustee Process Defendants | Civil Action No. 05-11654-NMB |

**DEFENDANT BROWN'S ASSENTED TO MOTION**
**TO FURTHER ENLARGE TIME TO FILE RESPONSIVE PLEADING**

    Defendant Michael E. Brown hereby moves the Court to enlarge time within which to file a responsive pleading to the plaintiff's amended complaint from November 21, 2005 to **December 5, 2005**. Counsel has spoken with the plaintiff's counsel, Attorney Paul J. Klehm. There is no objection to this motion.

2

                                        Respectfully submitted,
                                        MICHAEL E. BROWN

                                        /s/ Paul V. Kelly
                                        Paul V. Kelly, BBO# 267010
                                        Kelly, Libby & Hoopes, P.C.
                                        175 Federal Street
                                        Boston, MA  02110
                                        Tel:  (617) 338-9300

Dated: November 21, 2005

3

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

      Pursuant to Local Rule 7.1(A)(2), I hereby certify that I conferred with counsel for the plaintiff on November 21, 2005, in a good-faith attempt to resolve or narrow the issues of this Motion, and report that plaintiff assents to this motion.

                                                                                       /s/  Paul V. Kelly_____
                                                                                      Paul V. Kelly