UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC.<br>    Plaintiff<br><br>v.<br><br>DAVID W. ADAMS, TYRONE WILLIAMS,<br>KEVIN BRITTO, RONALD E. MITCHELL,<br>Individually and d/b/a MANSFIELD RUG<br>COMPANY a/k/a MANSFIELD RUG<br>DEPARTMENT and REMCO, MICHAEL<br>E. BROWN, Individually and d/b/a DALTON<br>PADDING and EMPIRE WEAVERS, JANE<br>DZIEMIT, CCC INTERNATIONAL, INC.,<br>JOHN D. SUN, DAVID D. SUN, and<br>PAUL SUN,<br>    Defendants<br>v.<br><br>LOWELL FIVE CENT SAVINGS BANK,<br>WACHOVIA BANK, NATIONAL<br>ASSOCIATION, f/k/a FIRST UNION BANK<br>OF VIRGINIA, CITIZENS BANK, BANK OF<br>AMERICA f/k/a BANK OF BOSTON,<br>PEOPLE'S BANK, and FIRST UNION<br>NATIONAL BANK,<br>    Trustee Process Defendants | Civil Action No. 05-11654-NMB |

**DEFENDANT BROWN'S ASSENTED TO MOTION**
**TO FURTHER ENLARGE TIME TO FILE A RESPONSIVE PLEADING**

Defendant Michael E. Brown hereby moves the Court to further enlarge the time within which to file a responsive pleading to the plaintiff's amended complaint from December 5, 2005 to **December 19, 2005**. Counsel has spoken with the plaintiff's counsel, Attorney Paul J. Klehm. There is no objection to this motion.

2

                                                    Respectfully submitted,
                                                    MICHAEL E. BROWN


                                                      /s/ Paul V. Kelly
                                                  Paul V. Kelly, BBO# 267010
                                                  Kelly, Libby & Hoopes, P.C.
                                                  175 Federal Street
                                                  Boston, MA  02110
                                                  Tel:  (617) 338-9300


Dated:  December 5, 2005

3

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

   Pursuant to Local Rule 7.1(A)(2), I hereby certify that I conferred with counsel for the plaintiff on December 5, 2005, in a good-faith attempt to resolve or narrow the issues of this Motion, and report that plaintiff assents to this motion.

                       __/s/__Paul V. Kelly_____
                       Paul V. Kelly

Case 1:05-cv-11654-NMG    Document 111    Filed 12/05/2005    Page 3 of 3