UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC. ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-11654-NMG |
| v. ) | |
| ) | |
| DAVID W. ADAMS, *et al*, ) | |
| Defendants. ) | |

**PLAINTIFF INTERNATIONAL FLOOR CRAFTS, INC.'S OPPOSITION TO PARTIAL MOTION OF DEFENDANT RONALD E. MITCHELL TO DISMISS COUNTS I AND II (CIVIL RICO) AND COUNT V (FRAUD) OF THE PLAINTIFF'S AMENDED COMPLAINT AND REQUEST FOR HEARING**

Plaintiff International Floor Crafts, Inc. ("IFC") hereby opposes the Partial Motion of Defendant Ronald E. Mitchell to Dismiss Counts I and II (Civil Racketeer-Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. §§1961-68(2001)) and Count V (Fraud) of Plaintiff's Amended Complaint[1] pursuant to Fed.R.Civ.P. 12(b)(6) where, among other things,

    1.    IFC has properly pleaded the existence of an association in fact, which includes Defendant Mitchell, giving rise to a RICO enterprise pursuant to 18 U.S.C. §1961(4);

    2.    IFC has properly pleaded Defendant Mitchell's participation in the conduct of the association in fact pursuant to 18 U.S.C. §1962(c);

    3.    IFC has properly pleaded a civil RICO conspiracy claim;  and

    4.    IFC has satisfied the requirements of Fed.R.Civ.P. 9(b) for a fraud claim.

---

[1]  Defendant Mitchell has not moved to dismiss the following counts, all of which state claims against Defendant Mitchell:  Count III (Conversion), Count IV (Unfair and Deceptive Business Practices) and Count VIII (Injunctive Relief).

IFC relies upon the reasons set forth in IFC's memorandum of law filed herewith.

**WHEREFORE**, for the above reasons, Plaintiff International Floor Crafts, Inc. respectfully requests that this Court DENY Defendant Mitchell's Partial Motion to Dismiss.

Plaintiff
International Floor Crafts, Inc.
By Its Attorneys,

/s/ Paul J. Klehm
James B. Krasnoo
*james@krasnoolaw.com*
Paul J. Klehm
*pklehm@krasnoolaw.com*
Law Offices James B. Krasnoo
23 Main Street
Andover, MA 01810
(978) 475-9955

Dated: December 5, 2005

## REQUEST FOR HEARING

Plaintiff International Floor Crafts, Inc. respectfully requests a hearing on Defendant Mitchell's Partial Motion to dismiss pursuant to L.R. 7.1(D).

/s/ Paul J. Klehm
Paul J. Klehm

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record or upon each party not represented by an attorney via ECF or via first class mail, postage pre-paid, on December 5, 2005. On December 5, 2005, I have also forwarded a copy of the within opposition via first class mail, postage pre-paid, to Kevin Britto, 300 W. 21st Street, Apartment #25, New York, NY.

/s/ Paul J. Klehm
Paul J. Klehm