UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC., | ) | |
| Plaintiff | ) | Civil Action No. 05-11654-NMG |
| v. | ) | |
| DAVID W. ADAMS, TYRONE WILLIAMS, KEVIN BRITTO, RONALD MITCHELL, Individually and d/b/a MANSFIELD RUG DEPARTMENT and REMCO, MICHAEL E. BROWN, Individually and d/b/a DALTON PADDING and EMPIRE WEAVERS, JANE DZIEMIT, CHINESE CARPET CENTER, INC., DAVID D. SUN, and PAUL SUN, | ) | |
| Defendants | ) | |
| and | ) | |
| LOWELL FIVE CENT SAVINGS BANK, WACHOVIA BANK, NATIONAL ASSOCIATION, f/k/a FIRST UNION BANK OF VIRGINIA, CITIZENS BANK, BANK OF AMERICA f/k/a BANK OF BOSTON, PEOPLE'S BANK, and FIRST UNION NATIONAL BANK, | ) | |
| Trustee Process Defendants. | ) | |

**JOINT MOTION FOR ENLARGEMENT OF TIME FOR JANE DZIEMIT (1) TO OPPOSE PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND (2) TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Jane Dziemit ("Dziemit") and Plaintiff International Floor Crafts, Inc. ("IFC") hereby request that this Court enlarge the time in which Dziemit may (1) oppose IFC's Motion for Preliminary Injunction and (2) respond to IFC's

Amended Complaint to December 27, 2005. As grounds for this Motion, the parties state that such an enlargement will enable Dziemit adequately to address both the Amended Complaint and the related Motion and to assist this Court in resolving all of the relevant issues.

WHEREFORE, Defendant Dziemit and Plaintiff IFC respectfully request that this Court enlarge the time in which Dziemit may (1) oppose IFC's Motion for Preliminary Injunction and (2) respond to IFC's Amended Complaint to December 27, 2005.

Respectfully submitted,

Defendant Jane Dziemit,

By her attorneys,

s/Matthew C. Welnicki/

_____
Richard J. Yurko (BBO#538300)
Matthew C. Welnicki (BBO#647104)
YURKO, SALVESEN & REMZ, P.C.
One Washington Mall, 11th Floor
Boston, MA 02108
(617) 723-6900

Plaintiff International Floor Crafts, Inc.,

By its attorneys,

s/Paul J. Klehm/

_____
James B. Krasnoo (BBO#279300)
Paul J. Klehm (BBO#561605)
Law Offices of James B. Krasnoo
23 Main Street
Andover, MA 01810
(978) 475-9955

Date: December 6, 2005

## Certificate of Conference – Rule 7.1(A)(2) Statement

The undersigned hereby certifies that on December 6, 2005, counsel for Defendant Jane Dziemit conferred with counsel for Plaintiff concerning this Motion. Counsel for Plaintiff assented to the Motion.

                                              s/Matthew C. Welnicki/
                                              _____

## Certificate of Service

The undersigned hereby certifies that a copy of the above motion was caused to be served on all counsel of record via the ECF filing system and on all parties not represented by counsel by first class mail on December 6, 2005.

                                              s/Matthew C. Welnicki/
                                              _____