UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC. )<br>      Plaintiff )<br>)<br>v. )<br>)<br>DAVID W. ADAMS, et al., )<br>      Defendants )<br>) | Civil Action No. 05-11654-NMG |

JOINT MOTION AND STIPULATION OF THE PARTIES
FOR ADDITIONAL TIME UNTIL JANUARY 18, 2006 FOR
CHINESE CARPET CENTER, INC., DAVID SUN AND PAUL SUN
TO ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT

Plaintiff International Floor Crafts, Inc. ("IFC"), defendant Chinese Carpet Center, Inc. ("CCC"), and defendants David Sun and Paul Sun ("the Suns"), hereby stipulate and move that CCC and the Suns be permitted additional time through and including January 18, 2006 to file an answer or other pleading responsive to the Plaintiff's Amended Complaint, Demand for Injunctive Relief and Damages, and Demand for Jury Trial.

Dated: December 12, 2005

                                                  INTERNATIONAL FLOOR
                                                  CRAFTS, INC.
                                                  By its attorneys,

                                                  / S /  James B. Krasnoo

                                                  James B. Krasnoo
                                                    B.B.O. #279300
                                                 Paul J. Klehm
                                                  B.B.O. # 561605
                                                 Law Offices of James B. Krasnoo
                                                 23 Main Street
                                                 Andover, MA  01810
                                                 Tel. 978-475-9955

                                        CHINESE CARPET CENTER, INC.,
                                        DAVID SUN and PAUL SUN
                                        By their attorney,

                                        / S /  Peter B. Krupp

                                        Peter B. Krupp
                                          B.B.O. #548112
                                        Lurie & Krupp, LLP
                                        One McKinley Square
                                        Boston, MA  02109
                                        Tel.  617-367-1970