UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC. <br>     Plaintiff, <br><br> v. <br><br> DAVID W. ADAMS, *et al*, <br>     Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 05-11654-NMG <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF INTERNATIONAL FLOOR CRAFTS, INC.'S MOTION FOR DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. 55(b)(2)**

Now comes the Plaintiff International Floor Crafts, Inc. in the above-entitled action and says that the Defendant Kevin Britto was defaulted on the 18th day of November, 2005; wherefore the Plaintiff moves that damages be assessed by the Court and that judgment be entered against Defendant Britto. Plaintiff incorporates herein by reference the Affidavit of Paul J. Klehm filed herewith.

**WHEREFORE**, for the above reasons, Plaintiff respectfully requests that this Court GRANT the within motion and enter default judgment in favor of Plaintiff and against Defendant Kevin Britto.

    Plaintiff
    International Floor Crafts, Inc.
    By Its Attorneys,

    /s/ Paul J. Klehm
    James B. Krasnoo
    *james@krasnoolaw.com*
    Paul J. Klehm
    *pklehm@krasnoolaw.com*
    Law Offices James B. Krasnoo
    23 Main Street
    Andover, MA 01810

(978) 475-9955

Dated:   December 15, 2005

## LOCAL RULE 7.1(A)(2) STATEMENT

    On December 14, 2005 at 3:12 p.m., I attempted to reach Defendant Kevin Britto by telephone at (212) 675-4776, a telephone number as which I had spoken to an individual identifying himself to be Kevin Britto on at least one previous occasion.  There was no answer to my call, and there was no answering machine.  On December 15, 2005 at 9:23 a.m., I attempted to reach Kevin Britto by telephone at the above telephone number.  There was no answer to my call, and there was no answering machine.

                      /s/ Paul J. Klehm  
                      Paul J. Klehm

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney(s) of record or upon each party not represented by an attorney via ECF or via first class mail, postage pre-paid, on December 15, 2005.  On December 15, 2005, I have also forwarded a copy of the within motion via first class mail, postage pre-paid, to Kevin Britto, 300 W. 21st Street, Apartment #25, New York, NY.

                      /s/ Paul J. Klehm  
                      Paul J. Klehm