UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC.<br>　　　　Plaintiff,<br><br>v.<br><br>DAVID W. ADAMS, *et al*,<br>　　　　Defendants. | )<br>)<br>)<br>) Civil Action No. 05-11654-NMG<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF PAUL J. KLEHM IN SUPPORT OF PLAINTIFF INTERNATIONAL FLOOR CRAFTS, INC.'S MOTION FOR DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. 55(b)(2)**

I, Paul J. Klehm, of the Law Offices of James B. Krasnoo, on oath depose and say that:

1. That the Defendant Kevin Britto is not an infant or incompetent person.

2. That I have no knowledge to suggest that Defendant Kevin Britto is in the military service of the United States or its Allies as defined in the Soldier's and Sailor's Civil Rights Act of 1940, as amended.

Subscribed this 15th day of December, 2005 under the pains and penalties of perjury.


　　　　　　　　　　　　　　　　　　　　　/s/ Paul J. Klehm
　　　　　　　　　　　　　　　　　　　　　Paul J. Klehm


**CERTIFICATE OF SERVICE**

　　　I hereby certify that a true copy of the above document was served upon the attorney(s) of record or upon each party not represented by an attorney via ECF or via first class mail, postage pre-paid, on December 15, 2005. On December 15, 2005, I have also forwarded a copy of the within motion via first class mail, postage pre-paid, to Kevin Britto, 300 W. 21st Street, Apartment #25, New York, NY.

　　　　　　　　　　　　　　　　　　　　　/s/ Paul J. Klehm
　　　　　　　　　　　　　　　　　　　　　Paul J. Klehm