UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC., ) ) ) Plaintiff ) ) v. ) ) DAVID W. ADAMS, TYRONE WILLIAMS, ) KEVIN BRITTO, RONALD MITCHELL, ) Individually and d/b/a MANSFIELD RUG ) DEPARTMENT and REMCO, MICHAEL ) E. BROWN, Individually and d/b/a DALTON ) PADDING and EMPIRE WEAVERS, JANE ) DZIEMIT, CHINESE CARPET CENTER, INC. ) DAVID D. SUN, and PAUL SUN, ) ) Defendants ) ) and ) ) LOWELL FIVE CENT SAVINGS BANK, ) WACHOVIA BANK, NATIONAL ) ASSOCIATION, f/k/a FIRST UNION BANK ) OF VIRGINIA, CITIZENS BANK, BANK OF ) AMERICA f/k/a BANK OF BOSTON, ) PEOPLE'S BANK, and FIRST UNION ) NATIONAL BANK, ) ) Trustee Process Defendants. ) | Civil Action No. 05-11654-NMG |

**DEFENDANT JANE DZIEMIT'S MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 9(b) and 12(b)(2), (6), Defendant Jane Dziemit hereby moves this Court to dismiss all of the claims against her in Plaintiff International Floor Crafts, Inc.'s ("IFC") Amended Complaint. As grounds for this Motion, which are set forth in more detail in the accompanying Memorandum of Law, Ms. Dziemit states as follows:

- IFC, in its Amended Complaint, fails to state any claim against Ms. Dziemit for which relief may be granted. Accordingly, all claims against Ms. Dziemit should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6).

- This Court does not have personal jurisdiction over Ms. Dziemit. Accordingly, the claims against Ms. Dziemit should be dismissed pursuant to Fed. R. Civ. P. 12(b)(2).

- IFC, in its Amended Complaint, fails to state the claims against Ms. Dziemit with the requisite degree of specificity. Accordingly, the claims against Ms. Dziemit should be dismissed pursuant to Fed. R. Civ. P. 9(b).

WHEREFORE, Ms. Dziemit respectfully requests that all of the claims brought against her in IFC's Amended Complaint be dismissed with prejudice and this Court award Ms. Dziemit her attorney's fees and costs.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(D), Defendant Jane Dziemit hereby requests that this Court hold oral argument on the above motion and on Plaintiff's Motion for a Preliminary Injunction.

Respectfully submitted,

JANE DZIEMIT

by her attorneys,

s/Matthew C. Welnicki/
_____
Richard J. Yurko (BBO#538300)
Matthew C. Welnicki (BBO#647104)
YURKO, SALVESEN & REMZ, P.C.
One Washington Mall, 11th Floor
Boston, MA 02108
(617) 723-6900

Dated: December 29, 2005

**Certification of Conference Pursuant to LR 7.1(A)(2)**

The undersigned counsel for Defendant Jane Dziemit hereby certifies that he has conferred with counsel for Plaintiff on several occasions in an effort to resolve or narrow the above issues.

                                                              s/Matthew C. Welnicki/
                                                             _____