UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC., ) | |
| ) | |
| Plaintiff ) | Civil Action No. 05-11654-NMG |
| ) | |
| v. ) | |
| ) | |
| DAVID W. ADAMS, TYRONE WILLIAMS, ) | |
| KEVIN BRITTO, RONALD MITCHELL, ) | |
| Individually and d/b/a MANSFIELD RUG ) | |
| DEPARTMENT and REMCO, MICHAEL ) | |
| E. BROWN, Individually and d/b/a DALTON ) | |
| PADDING and EMPIRE WEAVERS, JANE ) | |
| DZIEMIT, CHINESE CARPET CENTER, INC. ) | |
| DAVID D. SUN, and PAUL SUN, ) | |
| ) | |
| Defendants ) | |
| ) | |
| and ) | |
| ) | |
| LOWELL FIVE CENT SAVINGS BANK, ) | |
| WACHOVIA BANK, NATIONAL ) | |
| ASSOCIATION, f/k/a FIRST UNION BANK ) | |
| OF VIRGINIA, CITIZENS BANK, BANK OF ) | |
| AMERICA f/k/a BANK OF BOSTON, ) | |
| PEOPLE'S BANK, and FIRST UNION ) | |
| NATIONAL BANK, ) | |
| ) | |
| Trustee Process Defendants. ) | |

**DEFENDANT JANE DZIEMIT'S REQUEST FOR LEAVE TO FILE COMBINED
MEMORANDUM IN EXCESS OF TWENTY PAGES**

Pursuant to Local Rule 7.1(B)(4), Defendant Jane Dziemit hereby request leave to file a

Combined Memorandum of Law in support of (1) her Motion to Dismiss and (2) her Opposition

to Plaintiff's Motion for Preliminary Injunction, which Combined Memorandum is in excess of

twenty pages.  As grounds for this Request, Ms. Dziemit states that by filing the Combined

Memorandum that addresses two related Motions (one filed by Plaintiff and one filed by Ms. Dziemit), she will be reducing the number of documents and volume of paper before this Court. Each of these motions require substantial attention to the applicable law and the application of such law to the circumstances of the present case. Filing a Combined Memorandum will allow Ms. Dziemit to consolidate her arguments, where appropriate, to avoid otherwise needless repetition. Ms. Dziemit's Combined Memorandum will not exceed twenty-one pages.

WHEREFORE, Ms. Dziemit respectfully requests leave of this Court to file a Combined Memorandum of Law in excess of twenty pages.

Respectfully submitted,

JANE DZIEMIT

by her attorneys,


s/Matthew C. Welnicki/

_____
Richard J. Yurko (BBO#538300)
Matthew C. Welnicki (BBO#647104)
YURKO, SALVESEN & REMZ, P.C.
One Washington Mall, 11th Floor
Boston, MA 02108
(617) 723-6900

Dated: December 29, 2005

2