UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC.<br>        Plaintiff,<br><br>v.<br><br>DAVID W. ADAMS, *et al*,<br>        Defendants. | Civil Action No. 05-11654-NMG |

**PLAINTIFF INTERNATIONAL FLOOR CRAFTS, INC.'S *ASSENTED TO* MOTION TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION (AND MEMORANDUM IN SUPPORT THEREOF) TO**
**DEFENDANT JANE DZIEMIT'S MOTION TO DISMISS**

Now comes Plaintiff International Floor Crafts, Inc. ("IFC") in the above-entitled action and moves this Court to extend the time within which IFC may file its opposition to Defendant Jane Dziemit's Motion to Dismiss, and a memorandum in support thereof, from January 12, 2006 to and including January 26, 2006, for the reasons set forth below:

1.\quad On December 29, 2005, Defendant Jane Dziemit filed several documents, including, without limitation, a motion to dismiss and a memorandum in support thereof, in the within matter.

2.\quad In the days leading to January 9, 2006, including the weekend, IFC's counsel, Paul J. Klehm, prepared for a jury trial in the matter of *Chomicz v. Henry*, Essex County (Massachusetts) Superior Court, Civil Action No. 04-01289. The matter settled after discussions in the judge's chambers on the morning of the trial.

3.\quad IFC intends to file an opposition to the motion to dismiss, as well as a memorandum in support thereof. As a result of the above-mentioned trial, the press of other

business and the New Year's holiday, IFC will be unable to complete the opposition, and the memorandum, by January 12, 2006.

4.      Attorney Klehm will require two weeks in order to complete the opposition and memorandum because of his schedule.  On January 17, 2006, Attorney Klehm is scheduled for a status hearing in the United States District Court in Worcester, Massachusetts, in the matter of *Edsall v. Assumption College*.  On January 18, 2006, Attorney Klehm is scheduled for a hearing in the United States District Court in Boston, Massachusetts, in the matter of *Kocani v. City of Beverly*.  On January 20, 2006, Attorney Klehm is scheduled for a hearing in Brockton District Court.  On January 24, 2006, Attorney Klehm is scheduled for a deposition in Boston.  On January 25, 2006, Attorney Klehm is scheduled for a hearing in the United States District Court in Boston, Massachusetts, in the matter of *Spalluto v. Buckminster Hotel Corporation*.

5.      IFC therefore respectfully requests that this Court extend the time within which IFC may file its opposition to Defendant Jane Dziemit's motion to dismiss, and a memorandum in support thereof, from January 12, 2006 to and including January 26, 2006.

6.      Defendant Dziemit assents to the allowance of the within motion.

**WHEREFORE**, for the above reasons, Plaintiff International Floor Crafts, Inc. respectfully requests that this Court GRANT the within motion and extend the time within which IFC may file its opposition to Defendant Jane Dziemit's motion to dismiss, and a memorandum

in support thereof, from January 12, 2006 to and including January 26, 2006.

| | |
|---|---|
| **ASSENTED TO:** | Plaintiff |
| Defendant | International Floor Crafts, Inc. |
| Jane Dziemit | By Its Attorneys, |
| | |
| /s/ Matthew C. Welnicki | /s/ Paul J. Klehm |
| Richard J. Yurko (BBO#538300) | James B. Krasnoo (BBO#279300) |
| Matthew C. Welnicki (BBO#647104) | *james@krasnoolaw.com* |
| YURKO, SALVESEN & REMZ, P.C. | Paul J. Klehm (BBO#561605) |
| One Washington Mall, 11th Floor | *pklehm@krasnoolaw.com* |
| Boston, MA  02108 | LAW OFFICES OF JAMES B. KRASNOO |
| (617) 723-6900 | 23 Main Street, Terrace Level |
| | Andover, MA  01810 |
| | (978) 475-9955 |

Dated:   January 10, 2006

## LOCAL RULE 7.1(A)(2) STATEMENT

On the afternoon of January 10, 2006, I spoke by telephone with Matthew C. Welnicki, counsel to Defendant Jane Dziemit, with regard to the within motion.  I thereafter forwarded a proposed motion to Attorney Welnicki via email for his review.   At approximately 3:35 p.m. on January 10, 2006, Attorney Welnicki informed me via email that I could electronically "sign" his name to the within motion.

/s/ Paul J. Klehm
Paul J. Klehm

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record or upon each party not represented by an attorney via ECF or via first class mail, postage pre-paid, on January 10, 2006.  On January 10, 2006, I have also forwarded a copy of the within motion via first class mail, postage pre-paid, to Kevin Britto, 300 W. 21st Street, Apartment #25, New York, NY.

/s/ Paul J. Klehm
Paul J. Klehm