UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC. )<br>      Plaintiff   )<br>)<br>v.   )<br>)<br>DAVID W. ADAMS, et al.,   )<br>      Defendants   )<br>) | Civil Action No. 05-11654-NMG |

JOINT MOTION AND STIPULATION OF THE PARTIES
FOR ADDITIONAL TIME UNTIL FEBRUARY 17, 2006 FOR
CHINESE CARPET CENTER, INC., DAVID SUN AND PAUL SUN
TO ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT

Plaintiff International Floor Crafts, Inc. ("IFC"), defendant Chinese Carpet Center, Inc. ("CCC"), and defendants David Sun and Paul Sun ("the Suns"), hereby stipulate and move that CCC and the Suns be permitted additional time through and including February 17, 2006 to file an answer or other pleading responsive to the Plaintiff's Amended Complaint, Demand for Injunctive Relief and Damages, and Demand for Jury Trial.

Dated: January 17, 2006

                                        INTERNATIONAL FLOOR
                                        CRAFTS, INC.
                                        By its attorneys,

                                        / S /  James B. Krasnoo

                                        James B. Krasnoo
                                          B.B.O. #279300
                                        Paul J. Klehm
                                          B.B.O. # 561605
                                        Law Offices of James B. Krasnoo
                                        23 Main Street
                                        Andover, MA  01810
                                        Tel. 978-475-9955

                              CHINESE CARPET CENTER, INC.,
                              DAVID SUN and PAUL SUN
                              By their attorney,

                              / S /  Peter B. Krupp

                              Peter B. Krupp
                                B.B.O. #548112
                              Lurie & Krupp, LLP
                              One McKinley Square
                              Boston, MA  02109
                              Tel.  617-367-1970