UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
)
INTERNATIONAL FLOOR CRAFTS, INC.              )
         Plaintiff                              )
                                                ) Civil Action No. 05-11654-NMG
    v.                                        )
                                                )
DAVID W. ADAMS, TYRONE WILLIAMS,              )
KEVIN BRITTO, RONALD E. MITCHELL,             )
Individually and d/b/a MANSFIELD RUG          )
COMPANY a/k/a MANSFIELD RUG                   )
DEPARTMENT and REMCO, MICHAEL                 )
E. BROWN, Individually and d/b/a DALTON       )
PADDING and EMPIRE WEAVERS, JANE              )
DZIEMIT, AGATHA ESPOSITO, DONALD              )
SHOOP, CCC INTERNATIONAL, INC.,               )
JOHN D. SUN, DAVID D. SUN, and                )
PAUL SUN,                                     )
         Defendants                             )
                                                )
    v.                                        )
                                                )
LOWELL FIVE CENT SAVINGS BANK,                )
WACHOVIA BANK, NATIONAL                       )
ASSOCIATION, f/k/a FIRST UNION BANK           )
OF VIRGINIA, CITIZENS BANK, BANK OF           )
AMERICA f/k/a BANK OF BOSTON,                 )
PEOPLE'S BANK, and FIRST UNION                )
NATIONAL BANK,                                )
         Trustee Process Defendants             )
_____)

## AFFIDAVIT OF PAUL J. KLEHM, ESQ.

I, Paul J. Klehm, Esq., under oath, depose and state as follows:

1.      I am an attorney licensed to practice law in the Commonwealth of Massachusetts

since 1992, and I have been licensed to practice in the United States District Court for the

District of Massachusetts since 1993.   I am counsel to Plaintiff International Floor Crafts, Inc. in the within matter.  I submit the within affidavit pursuant to Fed.R.Civ.P. 56(f).

2.      I have reviewed the Affidavit of Jane Dziemit filed with the Court on December 29, 2005, along with, among other things, Combined Memorandum of Law of Jane Dziemit (1) in Opposition to Plaintiff's Motion for Preliminary Injunction and (2) in Support of Her Motion to Dismiss.

3.      The Affidavit upon which Defendant Dziemit relies alleges numerous facts which are beyond the scope of the Amended Complaint in this matter. To the extent that the motion to dismiss is considered a motion for summary judgment, IFC is unable to present by affidavit facts essential to justify its opposition to the motion.  IFC will need to obtain information from various defendants regarding Defendant Dziemit's role in the events which are the subject matter of the within RICO action.

4.      Thus, in order to respond to the Affidavit of Jane Dziemit, Plaintiff International Floor Crafts, Inc. will need to take, at the very least, the deposition of Ms. Dziemit, as well as serve various forms of written discovery upon various Defendants.

5.      IFC's counsel estimates that he will require approximately ninety days in order to complete the limited discovery.


Signed under the pains and penalties of perjury this 20th day of January, 2006.

/s/ Paul J. Klehm
Paul J. Klehm

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be send to those indicated as non-registered participants (not including Attorney Richards) via first class mail, postage pre-paid, on January 20, 2006.

/s/ Paul J Klehm
Paul J. Klehm