UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC.<br>　　　　Plaintiff,<br><br>v.<br><br>DAVID W. ADAMS, *et al*,<br>　　　　Defendants. | Civil Action No. 05-11654-NMG |

**PLAINTIFF INTERNATIONAL FLOOR CRAFTS, INC.'S MOTION FOR LEAVE TO TAKE IMMEDIATE VIDEOTAPED DEPOSITION OF DEFENDANT KEVIN BRITTO PURSUANT TO FED.R.CIV. P. 26 IN ORDER TO PERPETUATE TESTIMONY AND MOTION FOR ORDER COMPELLING DEFENDANT BRITTO TO APPEAR AT SUCH A VIDEOTAPED DEPOSITION WITHIN THIRTY DAYS**

Plaintiff International Floor Crafts, Inc. ("IFC") hereby (1) moves this Court for leave to take the immediate videotaped deposition of Defendant Kevin Britto pursuant to Fed.R.Civ.P. 26 in order to perpetuate his testimony where Defendant Britto, by his own admission, is suffering from a grave liver condition, and, (2) moves this Court for an order compelling Defendant Britto, who resides at a last known address in New York City, to appear at such a videotaped deposition, at a time and location in New York City agreed upon by the parties within the next thirty days, or, in the event that the parties are unable to agree upon same within five days of the date of the allowance of the within motion, then on February 28, 2006 at 10:00 a.m. at a location in New York City selected by IFC, and, more particularly, for the reasons set forth below:

　　　　1.　　In the within matter, IFC alleges that the Defendants, including, without limitation, Defendant Kevin Britto, defrauded IFC of millions of dollars.

2.	To date, the Court and the parties have been actively involved in the within matter, but a Rule 16 scheduling conference has yet to be held.  As a result, discovery has yet to begin.

3.	At no time has Defendant Kevin Britto, or any counsel on his behalf, filed any answer or other responsive pleading to IFC's amended complaint.  On November 18, 2005, the Court entered a default against Kevin Britto.

4.	In a mailing dated January 16, 2006 received by William Elovitz, President of IFC, Defendant Britto, among other things, apologized for his wrongful conduct.  He wrote, "I wanted you to have this as evidence just in case my liver gives out before the trial as I only have about 5% left.  If I do make it I will tell the judge everything![1]"  (See **Exhibit A**).

5.	In light of the contents of the writing, IFC seeks to take an immediate videotaped deposition of Defendant Britto in order to preserve his testimony.  Such a videotaped deposition, which would be held in New York City for the convenience of Defendant Britto given his ill health, would permit all parties an opportunity to question Defendant Britto under oath.

6.	IFC therefore respectfully requests that this Court (1) grant IFC leave to take the immediate videotaped deposition of Defendant Kevin Britto pursuant to Fed.R.Civ.P. 26 in order to perpetuate his testimony, (2) issue an order compelling Defendant Britto to appear at such a videotaped deposition, at a time and location in New York City agreed upon by the parties within the next thirty days, or, in the event that the parties are unable to agree upon same within five days of the date of the allowance of the within motion, then on February 28, 2006 at 10:00 a.m. at a location in New York City selected by IFC.

---

[1] On January 23, 2006, IFC's counsel, Paul Klehm, attempted to telephone Defendant Britto twice at the last known telephone number for Defendant Britto which he has used successfully in the past in order to learn more information about his state of health, but there was no answer and no answering machine.

3

**WHEREFORE**, for the above reasons, Plaintiff International Floor Crafts, Inc. respectfully requests that this Court GRANT the within motion and (1) grant IFC leave to take the immediate videotaped deposition of Defendant Kevin Britto pursuant to Fed.R.Civ.P. 26 in order to perpetuate his testimony, (2) issue an order compelling Defendant Britto to appear at such a videotaped deposition, at a time and location in New York City agreed upon by the parties within the next thirty days, or, in the event that the parties are unable to agree upon same within five days of the date of the allowance of the within motion, then on February 28, 2006 at 10:00 a.m. at a location in New York City selected by IFC.

                                            Plaintiff
                                            International Floor Crafts, Inc.
                                            By Its Attorneys,

                                            /s/ Paul J. Klehm
                                            James B. Krasnoo
                                            *james@krasnoolaw.com*
                                            Paul J. Klehm
                                            *pklehm@krasnoolaw.com*
                                            Law Offices James B. Krasnoo
                                            23 Main Street
                                            Andover, MA  01810
                                            (978) 475-9955

Dated:  January 24, 2006

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

      On January 23, 2006, I forwarded a draft of the within motion to Defendants' counsel (not including Attorney Xifaras) via email.  On that date, I made two unsuccessful attempts to telephone Defendant Britto.  On January 23, 2006, I left a telephone message for Attorney Paul Kelly.  On January 23, 2006, I spoke by telephone with Attorney Yurko regarding the within motion.  On that date, I forwarded a copy of the draft of the motion to Attorneys Yurko and Xifaras via facsimile.  On January 24, 2006, in an exchange of multiple emails, Attorney Kelly informed me that he assents to the motion, but that he is not available on February 28, 2006.  On January 24, 2006, I spoke by telephone with Attorney Matthew Welnicki, who pointed out that the references to Rule 27 needed to be changed to Rule 26.  I thereafter sent an email to all counsel pointing out the change and asking for further comment.  On January 24, 2006, Attorney Grant informed me via email that he assents to the motion.

                                                          /s/ Paul J. Klehm

**CERTIFICATE OF SERVICE**

      I hereby certify this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be send to those indicated as non-registered participants (not including Attorney Richards) via first class mail, postage pre-paid, on January 24, 2006.

                                                          /s/ Paul J Klehm
                                                          Paul J. Klehm

wanted to let you know that I am truly sorry and to let you know all this happened before you and I got close, and then I was hooked on booze + pills. Its no excuse but I wanted to let you know it was never meant to hurt you. An addiction is a bitch, let alone two! I hurt you and destroyed my liver. Both scenarios suck! I betrayed your trust which was important to me, and I know you don't give it out freely! (I see why) Everyone is guilty except Ron + Jane. They thought they were putting money up to convert goods with Dave, and then Bill it when Dave told them the goods came in. I wanted you to have this as evidence just in case my liver gives out before the trial as I only have about 5/0 left. IF I do make it I will tell the judge everything!

I know it doesn't fix what I did but maybe this will help. There isn't a day that goes by that I don't feel like shit!!!

...now and always

Sorry again
(signed)
The Loser  1/16/06
Bill Elovitz