UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC.<br>　　　Plaintiff,<br><br>v.<br><br>DAVID W. ADAMS, *et al*,<br>　　　Defendants. | )<br>)<br>)<br>) Civil Action No. 05-11654-NMG<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF INTERNATIONAL FLOOR CRAFTS, INC.'S OPPOSITION TO
MOTION OF DEFENDANT JANE DZIEMIT TO DISMISS**

Plaintiff International Floor Crafts, Inc. ("IFC") hereby opposes the Motion of Defendant Jane Dziemit to Dismiss pursuant to Fed. R. Civ. P. 9(b), 12(b)(2) and 12(b)(6) where, among other things,

1. IFC has properly pleaded the participation of Defendant Dziemit in a pattern of racketeering activity;

2. IFC has properly pleaded the existence of a RICO enterprise;

3. IFC has properly pleaded a causal link between Defendant Dziemit's racketeering activity and damages suffered by IFC;

4. This Court has personal jurisdiction over Defendant Dziemit pursuant to the Massachusetts Long Arm Statute, the RICO Statute (18 U.S.C. §1965(d) and considerations of due process;

5. IFC has properly pleaded all state law claims;

6. IFC's RICO claims are not barred by the four year statute of limitations; and

7. IFC has satisfied the requirements of Fed.R.Civ.P. 9(b) with regard to the fraud and RICO claims. To the extent, however, that this Court finds that the allegations of fraud and/or

RICO are deficient, IFC respectfully requests that this Court grant IFC a limited opportunity to take discovery and to amend its complaint under parameters set by the Court.

IFC relies upon the reasons set forth in IFC's memorandum of law filed herewith and, for purposes of the personal jurisdiction issue only, the Affidavit of William Gemme in Opposition to Defendant Jane Dziemit's Motion to Dismiss for Lack of Personal Jurisdiction (hereinafter, the "Affidavit").

**WHEREFORE**, for the above reasons, Plaintiff International Floor Crafts, Inc. respectfully requests that this Court DENY Defendant Jane Dziemit's Motion to Dismiss in its entirety. To the extent that this Court finds that the allegations of fraud and/or RICO are deficient, IFC respectfully requests that this Court grant IFC a limited opportunity to take discovery and to amend its complaint under parameters set by the Court.

>Plaintiff
>International Floor Crafts, Inc.
>By Its Attorneys,
>
>/s/ Paul J. Klehm
>James B. Krasnoo
>*james@krasnoolaw.com*
>Paul J. Klehm
>*pklehm@krasnoolaw.com*
>Law Offices James B. Krasnoo
>23 Main Street
>Andover, MA  01810
>(978) 475-9955

Dated:  January 26, 2006

2

## REQUEST FOR HEARING

    Plaintiff International Floor Crafts, Inc. respectfully requests a hearing on Defendant Dziemit's Motion to Dismiss pursuant to L.R. 7.1(D).

                           /s/ Paul J. Klehm
                           Paul J. Klehm

## CERTIFICATE OF SERVICE

    I hereby certify this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be send to those indicated as non-registered participants (not including Attorney Richards) via first class mail, postage pre-paid, on January 26, 2006.

                           /s/ Paul J. Klehm
                           Paul J. Klehm