UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC.<br>Plaintiff<br><br>v.<br><br>DAVID W. ADAMS, TYRONE WILLIAMS,<br>KEVIN BRITTO, RONALD E. MITCHELL,<br>Individually and d/b/a MANSFIELD RUG<br>COMPANY a/k/a MANSFIELD RUG<br>DEPARTMENT and REMCO, MICHAEL<br>E. BROWN, Individually and d/b/a DALTON<br>PADDING and EMPIRE WEAVERS, JANE<br>DZIEMIT, AGATHA ESPOSITO, DONALD<br>SHOOP, CCC INTERNATIONAL, INC.,<br>JOHN D. SUN, DAVID D. SUN, and<br>PAUL SUN,<br>Defendants | )<br>)<br>)<br>)<br>) Civil Action No. 05-11654-NMG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF WILLIAM GEMME IN OPPOSITION TO DEFENDANT
JANE DZIEMIT MOTION TO DISMISS
FOR LACK OF PERSONAL JURISDICTION**

I, William Gemme, under oath, depose and state as follows:

1.      I am over eighteen years of age, and I reside in the Commonwealth of

Massachusetts.  I submit the within affidavit for the limited purpose of opposing so much

of Defendant Jane Dziemit's motion to dismiss which asserts lack of personal

jurisdiction.  My attorneys inform me that International Floor Crafts, Inc. ("IFC") must

submit an affidavit in opposition to Defendant Dziemit's claim in footnote 7 on page 11

of her memorandum of law that there is a lack of personal jurisdiction.

2.      I control the Accounts Payable Department of Building 19, Inc.  The

Building 19 Accounts Payable Department responsibilities include, without limitation,

the payment of invoices for Building 19 and its affiliates, including, without limitation, IFC.

      3.     In January, 2006, I conducted an examination of numerous International Floor Crafts, Inc. checks made payable to REMCO from 1999 through 2002. I located 18 checks that bear the apparent signature of Jane Dziemit. (See copies of said checks attached hereto as **Exhibit A**). The checks range in amounts from approximately $10,000.00 to approximately $50,000.00.

      Signed under the pains and penalties of perjury this 26th day of January, 2006.

/s/ William Gemme
William Gemme

## CERTIFICATE OF SERVICE

      I hereby certify this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants and Kevin Britto via first class mail, postage pre-paid, on January 26, 2006.

/s/ Paul J Klehm
Paul J. Klehm

2



Remco by
Dzierut Pay to BMPP
1804 97382

M011000854 BXB-CT   07
123 BAY HILL RD 10041999
WINDSOR, CT.   1804 97382

012003238 19991005 01 01 011

011000390  05
1005 1999    0066 1786



Remco
by Jane Dzint
Pay to CJAMP
815. 60079

M311003054 BK8-CT 17
123 DAY HILL RD 18156/0979
WINDSOR, CT. 0

012032566 19991108 01 09 002

911000390 005
1108 1999          00661786



INTERNATIONAL FLOOR CRAFTS, INC.
19 SHIPYARD DRIVE
HINGHAM, MA 02043

No. 002301

53-179
113

Eastern Bank
LYNN, MASSACHUSETTS 01901

| IDENTIFICATION NUMBER | DATE | CHECK NUMBER | NET AMOUNT |
|---|---|---|---|
| R000350 | 02/16/00 | 002301 | ******40,474.00* |

PAY
TO THE
ORDER
OF

REMCO
P.O. BOX 2274
BRANFORD                CT 06405

DISBURSEMENT ACCOUNT

Remov by Dziemit Pay to

Esurp

1 815-60079







CEMCO by Jane Document
Pay to "LJAMP"
181 5 600 79

3457   2 6 8 + 0

APP 10



| DATE | INVOICE | AMOUNT |
|------|---------|--------|
| 6-7-2000 | D0080 | 40,131 00 |
| | | |
| | | |

53-179
113

**INTERNATIONAL FLOOR CRAFTS**
319 LINCOLN STREET
HINGHAM, MASSACHUSETTS 02043

N⁰ 10348

PAY
AMOUNT            $40,131.00¢                                        DOLLARS

| CHECK NO. | | DATE | GROSS AMT. | DISCOUNT | CHECK AMOUNT |
|-----------|--|------|-----------|----------|--------------|
| 10348 | TO THE ORDER OF | 6-14-2000 | 40,950 00 | 819 00 | 40,131 00 |

REMCO            030373441   29  5088   5095  062100
P.O. BOX 120221
EAST HAVEN, CT 06512

Eastern Bank – Lynn, MA 01901            VOID AFTER 30 DAYS

⑈010348⑈ ⑆011301798⑆ 60 0098222⑈            ⑈00040131⑈0⑈

---

FEDERAL RESERVE BOARD

°027°65 20000621 01 02 006

0110-0001-5
030373441  0110-0001-5
030373441     -00
RIVERSIDE R 06/26/00
▶011500120◀

101040 1627

GOVERNORS REG. CC

ENDORSE HERE
x
REMCO by
PAID TO
2203540
DEPOSIT
DGreene

DO NOT WRITE, STAMP
RESERVED FOR FINANCIAL
INSTITUTION USE
OR SIGN BELOW THIS LINE



INTERNATIONAL FLOOR CRAFTS
319 LINCOLN STREET
HINGHAM, MASSACHUSETTS 02043

53-179
113

№ 10359

| DATE | INVOICE | AMOUNT |
|------|---------|--------|
| 6/22/00 | D0090 | |
| | | |
| | | |
| | | |

PAY
AMOUNT                    $42,355.60¢                    DOLLARS

CHECK NO.
10359

TO THE ORDER OF

Remco
PO Box 120221
East Haven CT 06512    270489794  29  4765  4115  871400

⊘ Eastern Bank – Lynn, MA 01901

| DATE | GROSS AMT. | DISCOUNT | CHECK AMOUNT |
|------|-----------|----------|--------------|
| 7/10/00 | 43,220 00 | 864 40 | 42,355 60 |

VOID AFTER 90 DAYS

⑈010359⑈ ⑈011301798⑈ 60 0098222⑈    ⑈0004235560⑈





BEMCO
by Jane Dgrent
Pay to
220 357 0525



0023    0 4 ' 7 2

211·5011-4
CH              CK
OF          OUT
211·5011-4





**INTERNATIONAL FLOOR CRAFTS, INC.**
19 SHIPYARD DRIVE
HINGHAM, MA 02043

No. 005011

| IDENTIFICATION NUMBER | DATE | CHECK NUMBER | NET AMOUNT |
|---|---|---|---|
| R000350 | 08/27/00 | 005011 | |

PAY
TO THE
ORDER
OF

REMCO
P.O. BOX 120221
East Haven          CT  06512

DISBURSEMENT ACCOUNT

⑆005011⑆ ⑈011301798⑈ ⑉ 0098222⑉

912022583 20000825 01 02 006

0110-0001-5
020332241  0110-0001-5
020332241  08-25-00



KEMCO
by Dewer
Pay to
22035 70525

INTERNATIONAL FLOOR CRAFTS, INC

319 LINCOLN ST
HINGHAM, MA 02043

Eastern Bank
Massachusetts

53-179
113

No.    003290

020342702 29 5275 5277 102400

\*THIRTY-NINE THOUSAND SEVEN HUNDRED EIGHTY-EIGHT AND XX / 100

DATE                 CHECK AMOUNT
10/20/2000           \*\*\*\*39,788.00\*

Pay to the
Order of

REMCO

P.O. BOX 120221
East Haven, CT 06512

⑈003290⑈ ⑆011301798⑆ 600098222⑈          ⑈0003978800⑈

INTERNATIONAL FLOOR CRAFTS, INC

319 LINCOLN ST
HINGHAM, MA 02043

Eastern Bank
Massachusetts

53-179
113

No.        003440

*FORTY-ONE THOUSAND NINE HUNDRED FOUR AND 80 / 100

050235522  29  4118  4119  113000

Pay to the
Order of

REMCO

P.O. BOX 12022]
East Haven, CT 06512

DATE
11/22/2000

CHECK AMOUNT
****41,904.80*

⑈003440⑈ ⑈011301798⑈ 600098 22 2⑈                    ⑈0004190480⑈

REIMCO
by Direct
Paul to Prewitt
22035705 25

INTERNATIONAL FLOOR CRAFTS, INC

319 LINCOLN ST
HINGHAM, MA 02043

Eastern Bank

Massachusetts

53-179
113

No.        003681

*THIRTY-SEVEN THOUSAND NINE HUNDRED FIFTY AND 50 / 100

| DATE | CHECK AMOUNT |
|------|--------------|
| 01/15/2001 | ****37,950,50* |

Pay to the
Order of

REMCO

P.O. BOX 120221
East Haven, CT 06512

⑈003681⑈ ⑈011301798⑈ 600098222⑈                    ⑈000379505 0⑈

CITIZENS BANK
RIVERSIDE RI 01/22/01
⑈011500120⑈
101460951 5

0110-0001-5
01-23-01

FEDERAL RESERVE BOARD OF GOVERNORS REG CC

ENDORSE HERE

INTERNATIONAL FLOOR CRAFTS, INC

319 LINCOLN ST
HINGHAM, MA 02043

Eastern Bank

Massachusetts

53-179
113

No.    003721

*THIRTY-NINE THOUSAND SEVEN HUNDRED EIGHTY-EIGHT AND XX / 100

070029532    29    4900    4908    020701

| DATE | CHECK AMOUNT |
|------|--------------|
| 01/25/2001 | ****39,788.00* |

Pay to the
Order of

REMCO

P.O. BOX 120221
East Haven, CT 06512

⑈003721⑈ ⑈011301798⑈ 600098222⑈                    ⑈0003978800⑈

---

CITIZENS BANK
RIVERSIDE RI 02/05/01
▶0115◀◀12◀◀
2021537460

| | DATE | INVOICE | AMOUNT |
|---|---|---|---|
| | 1-24-01 | D010103 | 31,767.62 |

53-179
113

**INTERNATIONAL FLOOR CRAFTS**
319 LINCOLN STREET
HINGHAM, MASSACHUSETTS 02043

№ **10478**

070544428  29  5089  4854  021301

**$31,767.62**

DAY AMOUNT _____    **DOLLARS**

| CHECK NO. | | DATE | GROSS AMT. | DISCOUNT | CHECK AMOUNT |
|---|---|---|---|---|---|
| 10478 | | 2-5-2001 | 32,415.94 | 648.32 | 31,767.62 |

TO THE ORDER OF

REMCO
P.O. Box 120221
EAST HAVEN, CT 06512

⊘ **Eastern Bank** – Lynn, MA 01901

VOID AFTER 90 DAYS

⑈⑈0⑈0478⑈⑈ ⑊011301798⑊ 60 0098222⑈⑈ ⑈0003176762⑈

---

ENDORSE HERE

x REMCO by
Day to BMC
2202 5v213 B

DO NOT WRITE, STAMP
OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL
INSTITUTION USE

FEDERAL RESERVE BOARD

OF GOVERNORS REG. CC

CITIZENS BANK
RIVERSIDE RI 02/12/01
►011500120◄
3555428905

**INTERNATIONAL FLOOR CRAFTS**
319 LINCOLN STREET
HINGHAM, MASSACHUSETTS 02043

| DATE | INVOICE | AMOUNT |
|------|---------|--------|
| 1-25-01 | D010104 | 38,661 00 |

53-179
113

№ 10477

070544427 29 5089 4854 021301

PAY
AMOUNT                    $38,661.00¢                         DOLLARS

| CHECK NO. | | DATE | GROSS AMT. | DISCOUNT | CHECK AMOUNT |
|-----------|---|------|-----------|----------|--------------|
| 10477 | TO THE ORDER OF | 2-5-2001 | 39,450 00 | 789 00 | 38,661 00 |

REMCO
P.O. Box. 120221
EAST HAVEN, CT. 06512

⊘ Eastern Bank – Lynn, MA 01901.

SECURITY FEATURES
INCLUDED
SEE DETAILS ON BACK.

⑈010477⑈ ⑆011301798⑆ 60 0098222⑈                    ⑈0003866100⑈

FEDERAL RESERVE BOARD
OF GOVERNORS REG. CC

046682 20010213 01 82 040
0010-0001-5
070544427 0110-0001-5

DO NOT WRITE, STAMP,
RESERVED OPTIONAL
OR SIGN BELOW THIS LINE
RESTITUTION USE

ENDORSE HERE
x REMCO by
220250 2138

CITIZENS BANK
RIVERSIDE RI 02/12/01
⑈0115001204⑈
353542090⑈

INTERNATIONAL FLOOR CRAFTS, INC

319 LINCOLN ST
HINGHAM, MA 02043

Eastern Bank
Massachusetts

53-179
113

No.    003986

*TWENTY-NINE THOUSAND THIRTY-FOUR AND 46 / 100

Pay to the
Order of

REMCO

P.O. BOX 120221
East Haven, CT 06512

DATE
04/05/2001

CHECK AMOUNT
****29,034.46*

⑈"003986"⑈ ⑆011301798⑆ 600098222"

⑈"000 2903446"⑈



CITIZENS BANK
RIVERSIDE RI 04/16/01
▶011500120◀
1014311339

INTERNATIONAL FLOOR CRAFTS, INC

319 LINCOLN ST
HINGHAM, MA 02043

Eastern Bank

Massachusetts

53-179
113

No.    003994

\*FIFTY THOUSAND TWO HUNDRED FIVE AND 40 / 100

Pay to the
Order of

REMCO

P.O. BOX 120221
East Haven, CT 06512

**DATE**
04/06/2001

**CHECK AMOUNT**
\*\*\*\*50,205.40\*

⑈"003994"⑈ ⑈:011301798⑈: 600098222⑈"        ⑈"000 50 20 540⑈"



INTERNATIONAL FLOOR CRAFTS, INC

319 LINCOLN ST
HINGHAM, MA 02043

Eastern Bank

Massachusetts

53-179
113

No.    004464

*FORTY-SEVEN THOUSAND NINE HUNDRED TWENTY-SEVEN AND 39 / 100

060341083  29  5139  5139  081001

| DATE | CHECK AMOUNT |
|------|--------------|
| 07/28/2001 | ****47,927.39* |

Pay to the
Order of

REMCO

P.O. BOX 120221
East Haven, CT 06512

⑈004464⑈ ⑆011301798⑆ 600098222⑈          ⑈0004792739⑈

CITIZENS BANK
RIVERSIDE RI 08/09/01
▶011500120◀
303053577 1

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

INTERNATIONAL FLOOR CRAFTS, INC

319 LINCOLN ST
HINGHAM, MA 02043

Eastern Bank

**53-179**
**113**

Massachusetts

No.    **004578**

010086926  29  5413  5442  090401

*FORTY-TWO THOUSAND SEVEN HUNDRED SEVENTY-SEVEN AND XX / 100

**DATE**          **CHECK AMOUNT**

Pay to the        REMCO                      08/25/2001        ****42,777.00*

Order of

P.O. BOX 120221
East Haven, CT 06512

⑈004578⑈  ⑆011301798⑆  600098222⑈                    ⑊0004277700⑊

---

ENDORSE HERE

REMCO
by Delruut
for deposit only

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE