UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

_____
INTERNATIONAL FLOOR CRAFTS, INC.   )
    Plaintiff                                              )
                                                                        )
v.                                                                     )
                                                                        )
DAVID W. ADAMS, *et al*                       )   CIVIL ACTION NO. 05CA11654-NMG
    Defendants                                        )
_____)

**PLAINTIFF'S MOTION FOR ORDER OF CONTEMPT AGAINST DEFENDANT
DAVID W. ADAMS FOR EXCEEDING SPENDING LIMITS SET IN ORDER OF
COURT DATED OCTOBER 19, 2005**

      Plaintiff International Floor Crafts, Inc. (hereinafter, "IFC") hereby moves this Court to issue an order of contempt against Defendant David Adams and order him to perform the tasks set forth below for exceeding the $6,000 monthly spending limit set by the Court on October 19, 2005 by more than $4,000.00 during the month of December, 2005, and, more particularly, for the reasons set forth below:

      1.    On October 19, 2005, the Court (Gorton, J.) issued a preliminary injunction against many of the defendants in the within matter, including, without limitation, Defendant David Adams.

      2.    In Paragraph A.5 of the Order, the Court prohibited Defendant David W. Adams from "directly or indirectly transferring, hypothecating, assigning, dissipating, pledging, distributing, or drawing down any of the assets of Defendant David Adams … other than in the ordinary course of business, which withdrawals shall not exceed Six Thousand Dollars ($6,000.00) per month…." The Court also ordered Defendant David

W. Adams to provide monthly bank statements within fifteen days of receipt of same until further order of the Court. (See Paragraph A.6).

3. Defendant Adams has been slow to produce his monthly statements to counsel to Plaintiff IFC. (Redacted copies of two statements, each of which cover different portions of the month of December, 2005, are attached hereto as **Exhibit A**.)

4. From a review of the most recent statement provided by Defendant Adams, the sum of the checks and withdrawals from his Citizens Bank account equals approximately $10,374.49, far in excess of the $6,000.00 monthly spending limit.

5. On December 27, 2005, Defendant Adams made withdrawals in the amount of approximately $1,600.00. Those withdrawals include a withdrawal in the amount of $500.00 made at 1600 Louisquisset, Lincoln City, RI, the location of Lincoln Park – a gambling and entertainment facility. Not only is Defendant Adams exceeding the spending limits set by the Court, but, it appears that he may be using his funds in order to engage in gambling activities.

6. In light of the violation of the order, IFC respectfully requests that this Court issue an order of contempt against Defendant Adams and:

    a. Reduce Defendant Adams' monthly spending limit set forth in Paragraph A.5 of the October 19, 2005 Order to $3,000.00;

    b. Order Defendant Adams to produce monthly financial statements signed under pains and penalties of perjury to IFC on or before the last day of each month detailing all of the funds he receives and spends;

    c. Order Defendant Adams to provide the sum of $2,000.00 each month by the last day of the month in good and sufficient funds to his counsel, Isaac Peres, to be held in escrow by Attorney Peres; and

    d. Order Defendant Adams to pay the sum of $250.00 to Krasnoo/Klehm LLP for the attorneys' fees incurred in preparing the within motion. (See Affidavit of Paul J. Klehm attached hereto as **Exhibit B**).

**WHEREFORE**, for the above reasons, International Floor Crafts, Inc. respectfully requests that this Court GRANT the within motion and

1. Issue an order of contempt against Defendant David Adams;

2. Reduce Defendant Adams' monthly spending limit set forth in Paragraph A.5 of the October 19, 2005 Order to $3,000.00;

3. Order Defendant Adams to produce monthly financial statements signed under pains and penalties of perjury to IFC on or before the last day of each month detailing all of the funds he receives and spends;

4. Order Defendant Adams to provide the sum of $2,000.00 each month by the last day of the month in good and sufficient funds to his counsel, Isaac Peres, to be held in escrow by Attorney Peres;  and

5. Order Defendant Adams to pay the sum of $250.00 to Krasnoo/Klehm LLP in good and sufficient funds within ten days for the attorneys' fees incurred in preparing the within motion.

The Plaintiff
International Floor Crafts, Inc.
By Its Attorneys,


/s/ Paul J. Klehm
James B. Krasnoo (BBO#279300)
Paul J. Klehm (BBO#561605)
Law Offices of James B. Krasnoo
23 Main Street
Andover, MA  01810
(978) 475-9955

Dated:  February 17, 2006

## LOCAL RULE 7.1(A)(2) AND L.R. 37.1(A) STATEMENT

I, Paul J. Klehm, hereby certify that, on February 7, 2006, I left a telephone message for Attorney Isaac Peres regarding the within motion.  On February 8, 2006, I forwarded a copy of a draft of the motion to Attorney Peres via facsimile.  In the cover page to the facsimile, I requested a conference pursuant to Local Rule 37.1(A).  On or about February 9 or 10, 2006, I spoke with Attorney Peres by telephone regarding the motion. On February 10, 2006, I left a telephone message for Attorney Peres.  At that time, Attorney Peres asked me, in essence, to wait until February 14, 2006 to file the motion.  On February 16, 2006, I left a message for Attorney Peres.  At approximately 3:44 p.m. that afternoon, I spoke by telephone with Attorney Peres.  He informed me that

his client had returned a portion of the funds on the day after he withdrew a significant amount. Attorney Klehm has since confirmed that Defendant Adams did deposit $1,000.00 on December 28, 2005 after withdrawing approximately $1,600.00 on December 27, 2005.  Even so, Defendant Adams still exceeded the permissible monthly amount.

/s/ Paul J. Klehm
Paul J. Klehm

## CERTIFICATE OF SERVICE

I, Paul J. Klehm, Esq., hereby certify that I have served a copy of the within document upon all counsel of record not served via ECF and upon all parties not represented by counsel by first class mail, postage pre-paid, on February 17, 2006.

/s/ Paul J. Klehm
Paul J. Klehm

View Account History


Citizens Bank
Not your typical bank.

VIEW ACCOUNTS
Account History
Add / Edit Account Nicknames
Update Account Info

PAY BILLS   TRANSFER FUNDS   CUSTOMER SERVICE

Help
Message Center (0 New)

ONLINE BANKING: [redacted]

# Account History

Customize the Account History view or view a different account by using the Account, Dates to View and Transactions to View filters below.

**Account:** Circle Checking - [redacted] $6.30

**Dates to View:** Choose Specific Date Range ...

11/27/2005  12/27/2005
(mm/dd/yyyy)  (mm/dd/yyyy)

**Transactions to View:** All Transactions

[ Update View ]

**Paperless Statements**
View Most Recent Statement
View All Printable Statements

**Transaction Data**
Download Account Data

Available Balance: $6.30
Last Deposit Amount: $490.57
Last Deposit Date: 01/13/2006

Last Statement Balance: $6,011.36
Last Statement Date: 12/23/2005
Last Activity Date: 01/18/2006

Transactions

| Date | Description | Ref.#-Chk.# | Debits | Credits | Balance |
|---|---|---|---|---|---|
| 12/27/2005 | Check | 407 | $50.00 | | $3,258.96 |
| 12/27/2005 | Check | 400 | $94.00 | | $3,308.96 |
| 12/27/2005 | ATM Withdrawal 580 WASHINGTON ST WRENTHAM MA | | $201.75 | | $3,402.96 |
| 12/27/2005 | ATM Withdrawal 580 WASHINGTON ST WRENTHAM MA | | $201.75 | | $3,604.71 |
| 12/27/2005 | ATM Withdrawal 580 WASHINGTON ST WRENTHAM MA | | $201.75 | | $3,806.46 |
| 12/27/2005 | Check | 403 | $224.65 | | $4,008.21 |
| 12/27/2005 | Check | 404 | $225.00 | | $4,232.86 |
| 12/27/2005 | Check | 405 | $250.00 | | $4,457.86 |
| 12/27/2005 | Check | 406 | $301.50 | | $4,707.86 |
| 12/27/2005 | ATM Withdrawal 219 LOWELL STREET WILMINGTON MA | | $500.00 | | $5,009.36 |
| 12/27/2005 | ATM Withdrawal 1600 LOUISQUISSET LINCOLN CITY RI | | $502.00 | | $5,509.36 |
| 12/23/2005 | Check | 387 | $5.00 | | $6,011.36 |
| 12/22/2005 | Deposit | | | $6,000.00 | $6,016.36 |
| 12/20/2005 | Check | 398 | $74.25 | | $16.36 |
| 12/20/2005 | ATM Withdrawal 580 WASHINGTON ST WRENTHAM MA | | $201.75 | | $90.61 |
| 12/20/2005 | Deposit | | | $200.00 | $292.36 |
| 12/19/2005 | ATM Withdrawal 579 MAIN STREET WILMINGTON MA | | $41.50 | | $92.36 |
| 12/19/2005 | ATM Withdrawal 580 WASHINGTON ST WRENTHAM MA | | $201.75 | | $133.86 |
| 12/19/2005 | Check | 397 | $245.45 | | $335.61 |

View Account History

| Date | Description | Check # | Amount | Amount | Balance |
|---|---|---|---|---|---|
| 12/19/2005 | Preauthorized Debit CITGO PAYMENT CHECK PYMT | | $373.70 | | $581.06 |
| 12/18/2005 | ATM Withdrawal 240 MAIN ST RT. 38 WILMINGTON MA | | $40.00 | | $954.76 |
| 12/ /2005 | Deposit | | | $811.47 | $994.76 |
| 12/15/2005 | Check | 399 | $25.00 | | $183.29 |
| 12/15/2005 | Check | 394 | $26.25 | | $208.29 |
| 12/14/2005 | Check | 395 | $100.00 | | $234.54 |
| 12/14/2005 | ATM Withdrawal 580 WASHINGTON ST WRENTHAM MA | | $201.75 | | $334.54 |
| 12/14/2005 | ATM Withdrawal 580 WASHINGTON ST WRENTHAM MA | | $201.75 | | $536.29 |
| 12/13/2005 | ATM Withdrawal 580 WASHINGTON ST WRENTHAM MA | | $201.75 | | $738.04 |
| 12/13/2005 | Deposit | | | $900.00 | $939.79 |
| 12/12/2005 | ATM Withdrawal 80 MAIN ST RT. 28 N. READING MA | | $20.00 | | $39.79 |
| 12/08/2005 | Check | 392 | $115.29 | | $59.79 |
| 12/08/2005 | ATM Withdrawal 219 LOWELL STREET WILMINGTON MA | | $240.00 | | $175.08 |
| 12/07/2005 | Check | 391 | $225.00 | | $415.08 |
| 12/07/2005 | ATM Withdrawal ONE COMMERCE WAY WOBURN MA | | $40.00 | | $640.08 |
| 12/06/2005 | Master Money Purchase SPRINT *WIRELESS S800-639-6111 CO | | $343.25 | | $680.08 |
| 12/05/2005 | Check | 389 | $25.00 | | $1,023.33 |
| 12/05/2005 | Deposit | | | $900.00 | $1,048.33 |
| 12/02/2005 | ATM Withdrawal 580 WASHINGTON ST WRENTHAM MA | | $201.75 | | $148.33 |
| 12/02/2005 | ATM Withdrawal 580 WASHINGTON ST WRENTHAM MA | | $201.75 | | $350.08 |
| 12/02/2005 | ATM Withdrawal 240 MAIN ST RT. 38 WILMINGTON MA | | $300.00 | | $551.83 |
| 12/02/2005 | Deposit | | | $816.14 | $851.83 |
| 11/28/2005 | Deposit | | | $21.99 | $35.69 |

Items listed have posted to your account. Items resulting in a non-sufficient funds situation may not have been paid.

For Customer Service please call us at 1-800-656-6561.   Member FDIC   ⌂ Equal Housing Lender
Privacy & Security | Terms of Use | Citizens Bank Online Guarantee™   © 2005 Citizens Financial Group. All Rights Reserved.



## Citizens Bank

1-800-922-9999

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

DAVID W ADAMS
5 OXBOW DRIVE
WILMINGTON   MA   01887

14   1

Circle
Account Statement

**1** OF 3

Beginning December 24, 2005
through January 26, 2006

### Contents

| | |
|---|---|
| Summary | Page 1 |
| Checking | Page 2 |

### Circle Summary

| Account | Account Number | Balance Last Statement | Balance This Statement |
|---|---|---|---|
| DEPOSIT BALANCE | | | |
| Checking | | | |
| Circle Checking | [redacted] | 6,011.36 | -12.28 |

DAVID W ADAMS
Circle Checking
[redacted]

= Total Deposit Balance
-12.28

Monthly combined balance to waive monthly fee is     5,000.00
Your monthly combined balance this statement period is   1,026.13

= Total Relationship Balance
-12.28

 **Citizens Bank**

1-800-922-9999

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

Circle
Account Statement

 **2** OF 3

Beginning December 24, 2005
through January 26, 2006

## Checking

**SUMMARY**

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 6,011.36 |
| Checks | 6,157.68 - |
| Withdrawals | 3,868.68 - |
| Deposits & Additions | 4,002.72 + |
| Current Balance | -12.28 = |

DAVID W ADAMS
Circle Checking
~~113581-316~~

Previous Balance
6,011.36

**TRANSACTION DETAILS**

**Checks**  * There is a break in check sequence

| Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|
| 354 | 480.00 | 01/06 | 406 | 301.50 | 12/27 |
| 400* | 94.00 | 12/27 | 407 | 50.00 | 12/27 |
| 401 | 132.36 | 12/28 | 410* | 117.52 | 01/13 |
| 402 | 3,816.29 | 12/28 | 411 | 310.00 | 01/12 |
| 403 | 224.65 | 12/27 | 413* | 74.25 | 01/13 |
| 404 | 225.00 | 12/27 | 414 | 70.00 | 01/11 |
| 405 | 250.00 | 12/27 | 415 | 12.11 | 01/17 |

Total Checks
6,157.68

**Withdrawals**

**ATM/Purchases**

| Date | Amount | Description |
|---|---|---|
| 12/27 | 502.00 | ATM Withdrawal - 306076 1600 Louisquisset Lincoln Ci Ty RI |
| 12/27 | 500.00 | ATM Withdrawal - 1033t0 219 Lowell Street Wilmington MA |
| 12/27 | 201.75 | ATM Withdrawal - 806451 580 Washington St Wrentham MA |
| 12/27 | 201.75 | ATM Withdrawal - 806451 580 Washington St Wrentham MA |
| 12/27 | 201.75 | ATM Withdrawal - 806451 580 Washington St Wrentham MA |
| 12/29 | 21.50 | ATM Withdrawal - 805017 108 Cambridge St. Burlington MA |
| 01/03 | 201.75 | ATM Withdrawal - 806451 580 Washington St Wrentham MA |
| 01/03 | 81.75 | ATM Withdrawal - 806451 580 Washington St Wrentham MA |
| 01/04 | 300.00 | ATM Withdrawal - Mz3001 Stop & Shop Woburn, Woburn MA |
| 01/06 | 100.00 | ATM Withdrawal - Mz3001 Stop & Shop Woburn, Woburn MA |
| 01/09 | 60.00 | ATM Withdrawal - Mz3001 Stop & Shop Woburn, Woburn MA |
| 01/12 | 201.75 | ATM Withdrawal - 806451 580 Washington St Wrentham MA |
| 01/17 | 141.50 | ATM Withdrawal - Tn4001 579 Main Street Wilmington MA |
| 01/18 | 201.75 | ATM Withdrawal - 806451 580 Washington St Wrentham MA |
| 01/18 | 201.75 | ATM Withdrawal - 806451 580 Washington St Wrentham MA |
| 01/25 | 202.00 | ATM Withdrawal - 91262 |
| 01/25 | 201.75 | ATM Withdrawal - 806451 580 Washington St Wrentham MA |
| 01/25 | 81.75 | ATM Withdrawal - 806451 580 Washington St Wrentham MA |

**Other Withdrawals**

| Date | Amount | Description |
|---|---|---|
| 01/17 | 246.68 | Citgo Payment Check Pymt 060113 0412 |
| 01/26 | 17.50 | Monthly Maintenance Fee |

Total Withdrawals
3,868.68

**Deposits & Additions**

| Date | Amount | Description |
|---|---|---|
| 12/28 | 1,000.00 | Deposit |
| 01/03 | 652.73 | Deposit |
| 01/05 | 500.00 | Deposit |
| 01/09 | 875.00 | Deposit |
| 01/13 | 490.57 | Coca-Cola Enterp Payroll 060113 00088179 |
| 01/20 | 484.42 | Coca-Cola Enterp Payroll 060120 00088179 |

Total Deposits & Additions
4,002.72

 

**1-800-922-9999**

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

Circle
Account Statement

**3** OF 3

Beginning December 24, 2005
through January 26, 2006

DAVID W ADAMS
Circle Checking

Current Balance
-12.28

*Checking continued from previous page*

**Daily Balance**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12/27 | 3,258.96 | 01/06 | 278.04 | 01/17 | 409.80 |
| 12/28 | 310.31 | 01/09 | 1,093.04 | 01/18 | 6.30 |
| 12/29 | 288.81 | 01/11 | 1,023.04 | 01/20 | 490.72 |
| 01/03 | 658.04 | 01/12 | 511.29 | 01/25 | 5.22 |
| 01/04 | 358.04 | 01/13 | 810.09 | 01/26 | -12.28 |
| 01/05 | 858.04 | | | | |

**NEWS FROM CITIZENS**

-SIGN UP FOR FREE CHECK IMAGES
Citizens Bank now offers images of your cancelled checks instead of paper checks with your monthly statement, as a free enhancement on most checking accounts. More convenient than sorting through paper checks, check images are printed in numerical sequence for quick reference and easy record keeping. Check images are accepted as legal proof of payment, but if you ever need an image of the back of your check, we can provide that, too. It's easy to begin receiving check images in your monthly statement. Just visit any Massachusetts branch, or call us toll-free at 1-800-922-9999 and we'll be happy to send you the enrollment form for you to sign or to answer your questions about check images. Thank you for banking with us.
-Beginning March 6, 2006, the fee for Overdraft/Insufficient Available Funds will be $19/item for 1-2 overdraft days, $30/item for 3-5 overdraft days, $35/item for 6 or more overdraft days.
-Decide on the best financial products for your current (and future) life style using the new Citizens Bank Web site. The new site features:
   1. Customized guides to financial planning for life's biggest events
   2. Guided product selection aids
   3. Intuitive product comparison charts
Visit the new CitizensBank.com today.
- Noticed that interest rates have moved up? Take advantage of higher rates; turn to Citizens and lock-in a great Certificate of Deposit (CD) rate. We offer a range of terms from three to 60 months. Additionally, our CDs offer the peace of mind of FDIC insurance. For more information or to open an account, call 877 690-8165 or visit your local branch and a knowledgeable banker will be happy to assist you. IRA CDs are also available. All accounts and services subject to individual approval. See a banker for FDIC coverage amounts and limitations.

**Exhibit B**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC.<br>    Plaintiff<br><br>    v.<br><br>DAVID W. ADAMS, TYRONE WILLIAMS,<br>KEVIN BRITTO, RONALD E. MITCHELL,<br>Individually and d/b/a MANSFIELD RUG<br>COMPANY a/k/a MANSFIELD RUG<br>DEPARTMENT and REMCO, MICHAEL<br>E. BROWN, Individually and d/b/a DALTON<br>PADDING and EMPIRE WEAVERS, JANE<br>DZIEMIT, AGATHA ESPOSITO, DONALD<br>SHOOP, CCC INTERNATIONAL, INC.,<br>JOHN D. SUN, DAVID D. SUN, and<br>PAUL SUN,<br>    Defendants<br><br>    v.<br><br>LOWELL FIVE CENT SAVINGS BANK,<br>WACHOVIA BANK, NATIONAL<br>ASSOCIATION, f/k/a FIRST UNION BANK<br>OF VIRGINIA, CITIZENS BANK, BANK OF<br>AMERICA f/k/a BANK OF BOSTON,<br>PEOPLE'S BANK, and FIRST UNION<br>NATIONAL BANK,<br>    Trustee Process Defendants | Civil Action No. 05-11654-NMG |

**AFFIDAVIT OF PAUL J. KLEHM, ESQ.**

I, Paul J. Klehm, Esq., under oath, depose and state as follows:

1.   I am an attorney licensed to practice law in the Commonwealth of Massachusetts since 1992, and I have been licensed to practice in the United States District Court for the District of Massachusetts since 1993.   I am counsel to Plaintiff International Floor Crafts, Inc. in

the within matter. I submit the within affidavit in support of Plaintiff's Motion for Order of Contempt Against Defendant David W. Adams for Exceeding Spending Limits Set in Order of Court Dated October 19, 2005.

    2.    IFC is charged $250.00 per hour for my time, which I believe to be a fair and reasonable charge given my level of experience and abilities.

    3.    I spent over one hour preparing the motion for an order of contempt regarding Defendant David W. Adams.

Signed under the pains and penalties of perjury this 7th day of February, 2006.

                              /s/ Paul J. Klehm
                              Paul J. Klehm