UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BUILDING #19, INC. AND ) <br> INTERNATIONAL FLOOR CRAFTS, INC., ) <br>   ) <br>   Plaintiffs ) <br>   ) <br> v. ) <br>   ) <br> DAVID W. ADAMS, ET AL., ) <br>   ) <br>   Defendants. ) | CIVIL ACTION <br> NO. 05-11654-NMG |

**AFFIDAVIT OF DAVID W. ADAMS IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR ORDER OF CONTEMPT**

I, David W. Adams, hereby depose and state as follows:

1. Over the past few months, I have withdrawn the following amounts from my Circle Checking account at Citizens Bank:

   9/27/05 through 10/26/05   --   $6,748.82

   10/27/05 through 11/26/05   --   $2,938.37

   11/27/05 through 12/26/05   --   $3,651.94

   12/27/05 through 1/26/06   --   $10,026.36

   1/27/06 through 2/26/06   --   $2,081.51

2. The average amount of money which I have withdrawn equals $5,089.40 per month, which is less than the $6,000.00 limit set by this Court on October 19, 2005. I have tried my best to comply with the Court's Order, and I am aware that my attorney, Isaac H. Peres, has discussed the fact that I spend more money in some months than in others with the Plaintiff's attorney.

3. On December 27, 2005, I did withdraw approximately $500.00 from an ATM at 1600 Louisquisset, Lincoln City, Rhode Island, the location of a gambling and entertainment facility known as "Lincoln Park."

4. Although I originally withdrew this money with the intent of spending it at Lincoln Park, I reconsidered my decision and did not spend the money there. In fact, I re-deposited the money in my bank account the very next day. More specifically, the $500.00 was part of a deposit in the amount of $1000.00 which I made on December 28, 2005.

5. I reconsidered my decision to spend the money at Lincoln Park because I am seriously behind in my mortgage payments and may lose my home as a result.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY ON THIS 3RD DAY OF MARCH, 2006.

/s/ David W. Adams_____
David W. Adams

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those as non registered participants on March 3, 2006.

/s/ Isaac H. Peres_____
Isaac H. Peres