UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC., | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No. 05-11654-NMG |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID W. ADAMS, TYRONE WILLIAMS, KEVIN BRITTO, RONALD MITCHELL, Individually and d/b/a MANSFIELD RUG DEPARTMENT and REMCO, MICHAEL E. BROWN, Individually and d/b/a DALTON PADDING and EMPIRE WEAVERS, JANE DZIEMIT, AGATHA ESPOSITO, DONALD SHOOP, CCC INTERNATIONAL, INC., JOHN D. SUN, DAVID D. SUN, and PAUL SUN, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |
| and | ) | |
| | ) | |
| LOWELL FIVE CENT SAVINGS BANK, WACHOVIA BANK, NATIONAL ASSOCIATION, f/k/a FIRST UNION BANK OF VIRGINIA, CITIZENS BANK, BANK OF AMERICA f/k/a BANK OF BOSTON, PEOPLE'S BANK, and FIRST UNION NATIONAL BANK, | ) | |
| | ) | |
| Trustee Process Defendants. | ) | |

## **NOTICE OF APPEARANCE**

Please enter the appearance of Richard J. Yurko, Esq. of Yurko, Salvesen & Remz, P.C., for

the Defendant Jane Dziemit in the above matter.

Respectfully submitted,


s/Richard J. Yurko/
_____
Richard J. Yurko (BBO#538300)



Counsel for Jane Dziemit:

YURKO, SALVESEN & REMZ, P.C.
One Washington Mall, 11th Floor
Boston, MA 02108
(617) 723-6900

Dated:  March 22, 2006