UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC., <br><br> Plaintiff <br><br> v. <br><br> DAVID W. ADAMS, TYRONE WILLIAMS, KEVIN BRITTO, RONALD MITCHELL, Individually and d/b/a MANSFIELD RUG DEPARTMENT and REMCO, MICHAEL E. BROWN, Individually and d/b/a DALTON PADDING and EMPIRE WEAVERS, JANE DZIEMIT, AGATHA ESPOSITO, DONALD SHOOP, CCC INTERNATIONAL, INC., JOHN D. SUN, DAVID D. SUN, and PAUL SUN, <br><br> Defendants <br><br> and <br><br> LOWELL FIVE CENT SAVINGS BANK, WACHOVIA BANK, NATIONAL ASSOCIATION, f/k/a FIRST UNION BANK OF VIRGINIA, CITIZENS BANK, BANK OF AMERICA f/k/a BANK OF BOSTON, PEOPLE'S BANK, and FIRST UNION NATIONAL BANK, <br><br> Trustee Process Defendants. | Civil Action No. 05-11654-NMG |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Matthew C. Welnicki, Esq. for the defendant Jane Dziemit. Ms. Dziemit will continue to be represented by Richard J. Yurko, Esq. and the law firm of Yurko, Salvesen & Remz, P.C.

                                                Respectfully submitted,

                                                s/Matthew C. Welnicki/
                                                _____
                                                Matthew C. Welnicki (BBO#647104)

                                                YURKO, SALVESEN & REMZ, P.C.
                                                One Washington Mall, 11th Floor
                                                Boston, MA 02108
                                                (617) 723-6900

Dated:  March 31, 2006