UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC., )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>DAVID W. ADAMS, *et al*, )<br>    Defendants. )<br> ) | CIVIL ACTION NO.<br>05CA11654-NMG |

**CERTIFICATION PURSUANT TO L.R. 16(1)(D)(3)**

    I, John Durant, As Duly Authorized Agent of International Floor Crafts, Inc. hereby certify that I have conferred and discussed the establishment of a budget for the course of conducting litigation in the captioned matter as well as the consideration of the resolution of litigation through alternative dispute resolution with Attorney Paul J. Klehm, counsel to Plaintiffs.

Dated:  April 12, 2006                   /s/ John Durant
                                                               John Durant (V.P. Finance)
                                                               Duly Authorized Agent of
                                                               International Floor Crafts, Inc.

Dated:  April 12, 2006                   /s/ Paul J. Klehm
                                                               Paul J. Klehm

**CERTIFICATE OF SERVICE**

    I, Paul J. Klehm, Esq., hereby certify that I have served a copy of the within document

upon all counsel of record not served via ECF and upon all parties not represented by counsel by

first class mail, postage pre-paid, on April 12, 2006.

                                                                                    /s/ Paul J. Klehm
                                                                                     Paul J. Klehm