UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC., )<br>  Plaintiff, )<br> ) Civil Action No. 05-11654-NMB<br> )<br> )<br>DAVID W. ADAMS, *et al*, )<br>  Defendants. )<br> ) | |

**CERTIFICATION PURSUANT TO**
**FED. R. CIV. P. 16 AND LOCAL RULE 16.1(d)**

    I, Paul V. Kelly, hereby certify that I am counsel for defendant Michael E. Brown and have conferred with counsel for plaintiff International Floor Crafts, Inc. regarding the matters discussed in the Joint Scheduling Memorandum Pursuant to Local Rule 16.1 and with a view towards establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation described herein and have considered the resolution of this litigation through the use of alternative dispute resolution other than litigation, including those described in Local Rule 16.4 of the District of Massachusetts.

                                                         /s/ Paul V. Kelly
                                                         Paul V. Kelly