UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC. )<br>Plaintiff )<br>)<br>v. )<br>)<br>DAVID W. ADAMS, et al., )<br>Defendants ) | Civil Action No. 05-11654-NMG |

**JOINT MOTION TO DISSOLVE OR VACATE
PRELIMINARY INJUNCTION RELATED TO DEFENDANTS
<u>CHINESE CARPET CENTER, INC., PAUL SUN AND DAVID SUN</u>**

Plaintiff International Floor Crafts, Inc. ("IFC") and defendants Chinese Carpet Center, Inc. ("CCC"), and Paul Sun and David Sun (together, "the Suns"), by and through their undersigned counsel, hereby move to dissolve or vacate so much of the Preliminary Injunction dated October 19, 2005 as relates to CCC and the Suns. In support of this motion, the parties to this motion state as follows:

On October 19, 2005, the Court entered a Preliminary Injunction in this case. Section C of the Preliminary Injunction relates to CCC. Sections D and E of the Preliminary Injunction relate to David Sun and Paul Sun, respectively.

Before and after entry of the Preliminary Injunction, the Court allowed a series of continuances of the time for defendants CCC and the Suns to answer or otherwise respond to IFC's complaint. During this period, the parties to this motion were able to negotiate a settlement of the claims between IFC and CCC and the Suns. As part of the settlement, the parties now jointly seek to dissolve or vacate so much of the Preliminary Injunction as relates to CCC and the Suns, specifically Sections C, D and E of the Preliminary Injunction, to permit the

parties to carry out the settlement by making certain transfers to IFC without violating the terms of the Preliminary Injunction.

The parties anticipate filing a stipulation of dismissal of the claims against CCC and the Suns in the next sixty (60) days pursuant to the terms of the negotiated settlement.

For these reasons, IFC, CCC and the Suns request that the Court dissolve Sections C, D and E of the Preliminary Injunction dated October 19, 2005.

Dated:  April 14, 2006

                                                INTERNATIONAL FLOOR
CRAFTS, INC.
By its attorneys,

/ S /  James B. Krasnoo

James B. Krasnoo
  B.B.O. #279300
Paul J. Klehm
  B.B.O. # 561605
Krasnoo Klehm LLP
23 Main Street
Andover, MA  01810
Tel. 978-475-9955


CHINESE CARPET CENTER, INC.,
DAVID SUN and PAUL SUN
By their attorney,

/ S /  Peter B. Krupp

Peter B. Krupp
  B.B.O. #548112
Lurie & Krupp, LLP
One McKinley Square
Boston, MA  02109
Tel.  617-367-1970

2

## CERTIFICATE OF SERVICE

    I, Peter B. Krupp, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 14, 2006.

        / S /  Peter B. Krupp

        Peter B. Krupp