UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC., <br><br>Plaintiff, <br><br>v. <br><br>DAVID W. ADAMS, TYRONE WILLIAMS, KEVIN BRITTO, RONALD MITCHELL, Individually and d/b/a MANSFIELD RUG DEPARTMENT and REMCO, MICHAEL E. BROWN, Individually and d/b/a DALTON PADDING and EMPIRE WEAVERS, JANE DZIEMIT, CHINESE CARPET CENTER, INC. DAVID D. SUN, and PAUL SUN, <br><br>Defendants. | Civil Action No. 05-11654-NMG |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

The undersigned counsel and party hereby affirm that counsel and client have conferred (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of this litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

|  | Respectfully submitted, |
|---|---|
| JANE DZIEMIT | Her attorneys, |
| /s/ Jane Dziemit | /s/ Richard J. Yurko |
| _____ | _____ |
|  | Richard J. Yurko (BBO#538300) <br> YURKO, SALVESEN & REMZ, P.C. <br> One Washington Mall, 11th Floor <br> Boston, MA 02108 |
| Dated: April 18, 2006 | (617) 723-6900 |