UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC.            .        CIVIL ACTION
           Plaintiff,                             .        NO. 05-11654-NMG

        v.                                               .

DAVID W. ADAMS, TYRONE WILLIAMS,            .
KEVIN BRITTO, RONALD E. MITCHELL,           .
Individually and d/b/a MANSFIELD RUG        .
COMPANY a/k/a MANSFIELD RUG                  .
DEPARTMENT and REMCO, MICHAEL               .
E. BROWN, Individually and d/b/a DALTON .
PADDING and EMPIRE WEAVERS, JANE            .
DZIEMIT, CHINESE CARPET CENTER,             .
INC. d/b/a CCC INTERNATIONAL,               .
DAVID D. SUN, and PAUL SUN,                  .
          Defendants.                            .

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Undersigned counsel and party defendant Ronald E. Mitchell hereby affirm that

counsel and party have conferred (a) with a view to establishing a budget for the costs

of conducting the full course -- and various alternative courses -- of this litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute

resolution programs such as those outlined in Local Rule 16.4

                        Respectfully submitted

RONALD E. MITCHELL                          His attorney,

_Ronald E. Mitchell_                        _Frederic D. Grant, Jr._
                        Frederic D. Grant, Jr.
                        BBO No. 543115
                        727 Atlantic Avenue, 2nd floor
                        Boston, Massachusetts  02111
                        (617) 357-6555
                        (617) 357-5030  (Telefax)
Dated:  April 19, 2006                      grant@grantboston.com

CERTIFICATE OF SERVICE

     I, Frederic D. Grant, Jr., hereby certify that I served the foregoing document this 19th day of April, 2006 by causing a true and correct copy of the same to be sent by ECF electronic mailing, or by First Class U.S. Mail, postage prepaid, as noted below, to:

James B. Krasnoo, Esquire       **ECF notice**
Paul J. Klehm, Esquire
Law Offices of James B. Krasnoo
23 Main Street
Andover, Mass. 01810
  (Counsel to the plaintiffs)

Isaac H. Peres, Esquire       **ECF notice**
Law Office of Isaac H. Peres
50 Congress Street, Suite 225
Boston, Mass. 02109
  (Counsel to defendant David W. Adams)

William A. Brown, Esquire       **ECF notice**
31 Milk Street, Suite 501
Boston, Mass. 02109
  (Co-counsel to defendant Ronald E. Mitchell)

Robert Xifaras, Esquire       **By Mail**
5 Dover Street, Suite 101
New Bedford, Mass. 02740
  (counsel to defendant Tyrone Williams)

Paul V. Kelly, Esquire       **ECF notice**
Kelly, Libby & Hoopes, P.C.
175 Federal Street
Boston, Mass. 02110
  (counsel to defendant Michael E. Brown)

John Thorpe Richards, Jr., Esquire       **ECF notice**
Trout Cacheris, PLLC
1350 Commonwealth Avenue, N.W., Suite 300
Washington, D.C. 20030
  (counsel to defendants CCC International, Inc, David D. Sun and Paul Sun)

Peter B. Krupp, Esquire       **ECF notice**
Lurie and Krupp, LLP
One McKinley Square
Boston, Mass. 02109
  (counsel to defendants CCC International, Inc, David D. Sun and Paul Sun)

Andrew Good, Esquire     **By Mail**
Good & Cormier
83 Atlantic Avenue
Boston, Mass.  02110
  (counsel to defendant John D. Sun)

Richard J. Yurko, Esquire     **ECF notice**
Anthony B. Fioravanti, Esquire
Yurko, Salvesen & Remz, P.C.
One Washington Mall, 11th Floor
Boston, Mass.  02108-2603
  (counsel to defendant Jane Dziemit)

Frederic D. Grant, Jr.

- 3 -