UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                    )
**BUILDING #19, INC. AND**                 )
**INTERNATIONAL FLOOR CRAFTS, INC.,**  )
                                                    )
        **Plaintiffs**                     )
                                                    )       **CIVIL ACTION**
**v.**                                                     )       **NO. 05-11654-NMG**
                                                     )
**DAVID W. ADAMS, ET AL.,**              )
                                                   )
        **Defendants.**                )
_____)

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

       The undersigned counsel and party hereby confirm that counsel and client have conferred (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of this litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

\_\_\_/s/ David W. Adams_____          \_\_/s/ Isaac H. Peres_____
                                                           Isaac H. Peres, BBO #545149
                                                           50 Congress Street
                                                           Boston, MA 02109
                                                           (617) 722-0094

2

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those as non registered participants on April 21, 2006.

      /s/ Isaac H. Peres
      Isaac H. Peres

This document was created with Win2PDF available at http://www.win2pdf.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.