United States District Court
District of Massachusetts

```
_____
                               )
INTERNATIONAL FLOOR CRAFTS,    )
INC.,                          )
          Plaintiff,           )
                               )
     v.                        )
                               )   Civil Action No.
DAVID W. ADAMS, TYRONE WILLIAMS,)  05-11654-NMG
KEVIN BRITTO, RONALD E.        )
MITCHELL, Individually and d/b/a)
MANSFIELD RUG COMPANY a/k/a    )
MANSFIELD RUG DEPARTMENT and   )
REMCO, MICHAEL E. BROWN,       )
Individually and d/b/a DALTON  )
PADDING and EMPIRE WEAVERS,    )
JANE DZIEMIT, AGATHA ESPOSITO, )
DONALD SHOOP, CCC INTERNATIONAL,)
INC., JOHN D. SUN, DAVID D. SUN)
and PAUL SUN,                  )
                               )
          Defendants.          )
_____)
```

## ORDER REGARDING PLAINTIFF'S MOTION FOR CONTEMPT
## AGAINST DEFENDANT KEVIN BRITTO

GORTON, J.

Upon consideration of pleadings filed by the parties in support of and in opposition to Plaintiff's Motion for Contempt Against Defendant Kevin Britto for Failure to Comply with This Court's February 13, 2006 Order and oral argument presented at a hearing on April 21, 2006,

**IT IS HEREBY ORDERED THAT:**

1)   Plaintiff's motion for contempt against Defendant Kevin

      Britto (Docket No. 136) is **DENIED** without prejudice.

2) On or before the end of May, 2006, Defendant Kevin Britto is ordered to appear in person at the offices of Fink & Carney, 39 W. 37th Street, New York, New York, for the continuation of his deposition (hereinafter, "the Deposition") on a date and time convenient to the parties (hereinafter, "the Agreed Date and Time") and day-to-day thereafter (not to exceed two full business days) until the deposition is completed.

3) Plaintiff's counsel shall take all reasonable steps necessary to obtain a subpoena commanding the appearance of Defendant Kevin Britto at the Deposition from the United States District Court for the Southern District of New York and to have said subpoena served upon Defendant Kevin Britto in advance of the Agreed Date and Time for the Deposition.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated: April 26, 2006