UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC., )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>DAVID W. ADAMS, TYRONE WILLIAMS, )<br>KEVIN BRITTO, RONALD MITCHELL, )<br>Individually and d/b/a MANSFIELD RUG )<br>DEPARTMENT and REMCO, MICHAEL )<br>E. BROWN, Individually and d/b/a DALTON )<br>PADDING and EMPIRE WEAVERS, JANE )<br>DZIEMIT, CHINESE CARPET CENTER, INC., )<br>DAVID D. SUN, and PAUL SUN, )<br>)<br>Defendants ) | Civil Action No. 05-11654-NMG |

**MOTION FOR ENLARGEMENT OF TIME FOR JANE
DZIEMIT TO FILE HER ANSWER TO PLAINTIFF'S
FIRST AMENDED COMPLAINT
(Without Objection)**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Jane Dziemit ("Ms. Dziemit") hereby requests that this Court enlarge the time in which Ms. Dziemit may file her Answer to IFC's First Amended Complaint to June 15, 2006. As grounds for this Motion, Ms. Dziemit states that because of her counsel's trial schedule such an enlargement will enable her to address adequately the Amended Complaint.

WHEREFORE, Defendant Dziemit respectfully requests that this Court enlarge the time in which Dziemit may file her Answer to IFC's First Amended Complaint to June 15, 2006.

Respectfully submitted,

Defendant Jane Dziemit,

By her attorneys,

s/Richard J. Yurko/

_____
Richard J. Yurko (BBO#538300)
YURKO, SALVESEN & REMZ, P.C.
One Washington Mall, 11th Floor
Boston, MA 02108
(617) 723-6900

Date: April 28, 2006

### Certificate of Conference – Local Rule 7.1(a)(2) Statement

The undersigned hereby certifies that on April 28, 2006, counsel for Defendant Jane Dziemit conferred with counsel for Plaintiff concerning this Motion. Counsel for Plaintiff sated that Plaintiff did not object to the Motion.

s/Richard J. Yurko/
_____

### Certificate of Service

The undersigned hereby certifies that a copy of the above motion was caused to be served on all counsel of record via the ECF filing system and on all parties not represented by counsel by first class mail on April 28, 2006.

s/Richard J. Yurko/
_____