UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

_____
INTERNATIONAL FLOOR CRAFTS, INC.)
      Plaintiff                              )
                                        )
v.                                          )
                                        )
DAVID W. ADAMS, *et al*          ) CIVIL ACTION NO. 05CA11654-NMG
      Defendants                      )
_____)

**PLAINTIFF'S MOTION TO COMPEL DEFENDANT WILLIAMS' COUNSEL
TO REGISTER AS A FILING USER OF THIS COURT'S
<u>ECF SYSTEM WITHIN TEN DAYS</u>**

      Plaintiff International Floor Crafts, Inc. (hereinafter, "IFC") hereby moves this Court to issue an order compelling Defendant Tyrone Williams' counsel, Robert M. Xifaras, Esq., to register as a filing user of this Court's ECF system within ten days for the following reasons:

      1.      Upon information and belief, Defendant Williams' counsel, Attorney Robert M. Xifaras, Esq., is not registered as a filing user of this Court's ECF system. During the pendency of this case, Attorney Xifaras' office has provided IFC's counsel, Paul J. Klehm, with two email addresses: *xifaraslaw@aol.com*, and, more recently, *xifaraslaw@verizon.net*.

      2.      IFC's counsel, Paul J. Klehm, has repeatedly asked Attorney Xifaras, who also did not participate or sign the joint statement and who was not present at the Rule 16 hearing, to register as a filing user of this Court's ECF system.

      3.      IFC must serve paper copies of all electronically filed documents upon Attorney Xifaras, because of Attorney Xifaras' failure to register for ECF. *See* Parts E.1.

– E.2. of this Court's Electronic Case Filing Administrative Procedures, effective January 1, 2006 (hereinafter, the "ECFAP").

      4.      Serving paper copies of all electronically filed documents upon Attorney Xifaras creates an unnecessary administrative burden on IFC.[1] *See* Part B.4. of the ECFAP.

      5.      For the above reasons, IFC respectfully requests that this Court order Attorney Xifaras to register as a filing user of this Court's ECF system within ten days.

**WHEREFORE**, for the above reasons, Plaintiff International Floor Crafts, Inc. respectfully requests that this Court GRANT this motion and issue an order compelling Defendant Tyrone Williams' counsel, Robert M. Xifaras, Esq., to register as a filing user of this Court's ECF system within ten days.

                                     The Plaintiff
                                      International Floor Crafts, Inc.
                                      By Its Attorneys,

                                     /s/ Paul J. Klehm
                                     James B. Krasnoo (BBO#279300)
                                     *jkrasnoo@krasnooklehm.com*
                                     Paul J. Klehm (BBO#561605)
                                     *pklehm@krasnooklehm.com*
                                     Krasnoo/Klehm LLP
                                     23 Main Street, Suite One
                                     Andover, MA  01810
                                     (978) 475-9955

Dated:  May 3, 2006

---

[1] IFC notes that Kevin Britto, who is *pro se*, is not registered for ECF.

## **CERTIFICATE OF COMPLIANCE WITH L.R. 7.1(A)(2)**

I, Paul J. Klehm, Esq., hereby certify that on several occasions over the past several months, including, without limitation, in person on April 21, 2006, I have spoken with Attorney Xifaras concerning the fact that he is not on the ECF system. On May 3, 2006, I informed Attorney Xifaras by telephone that I would be filing the within motion.

/s/ Paul J. Klehm
Paul J. Klehm

## **CERTIFICATE OF SERVICE**

I, Paul J. Klehm, Esq., hereby certify that I have served a copy of the within document upon all counsel of record not served via ECF and upon all parties not represented by counsel by first class mail, postage pre-paid, on May 3, 2006.

/s/ Paul J. Klehm
Paul J. Klehm