UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC.)<br>    Plaintiff              )<br>                                )<br>v.                              )<br>                                )<br>DAVID W. ADAMS, *et al*         )   CIVIL ACTION NO. 05CA11654-NMG<br>    Defendants          )<br>                                ) | |

**JOINT MOTION TO APPROVE STIPULATION
AS TO DEFENDANT WILLIAMS**

Plaintiff International Floor Crafts, Inc. and Defendant Tyrone Williams hereby move this Court to enter the stipulation attached hereto as **Exhibit "A"** as an order of the Court.

**WHEREFORE**, Plaintiff International Floor Crafts, Inc. and Defendant Tyrone Williams respectfully request that this Court GRANT the within motion and enter the stipulation attached hereto as **Exhibit "A"** as an order of the Court.

| The Plaintiff | The Defendant |
|---|---|
| International Floor Crafts, Inc. | Tyrone Williams |
| By Its Attorneys, | By His Attorney, |
|  |  |
| /s/ Paul J. Klehm | /s/ Robert M. Xifaras (by PJK with permission) |
| James B. Krasnoo (BBO#279300) | Robert M. Xifaras, Esq. (BBO#551079) |
| *jkrasnoo@krasnooklehm.com* | 5 Dover Street |
| Paul J. Klehm (BBO#561605) | New Bedford, MA  02740 |
| *pklehm@krasnooklehm.com* | (508) 999-9640 |
| Krasnoo/Klehm LLP |  |
| 23 Main Street, Suite One |  |
| Andover, MA  01810 |  |
| (978) 475-9955 |  |

Dated:  May 4, 2006

2

## **CERTIFICATE OF SERVICE**

      I, Paul J. Klehm, Esq., hereby certify that I have served a copy of the within document upon all counsel of record not served via ECF and upon all parties not represented by counsel by first class mail, postage pre-paid, on May 4, 2006.

                                          /s/ Paul J. Klehm
                                          Paul J. Klehm

Case 1:05-cv-11654-NMG   Document 151   Filed 05/04/2006   Page 2 of 2

EXHIBIT "A"

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

_____
INTERNATIONAL FLOOR CRAFTS, INC.)
      Plaintiff                             )
                                           )
v.                                         )
                                           )
DAVID W. ADAMS, *et al*             )  CIVIL ACTION NO. 05CA11654-NMG
      Defendants                     )
_____)

**STIPULATION AS TO DEFENDANT WILLIAMS AS TO THE ORDER
OF THIS COURT DATED OCTOBER 19, 2005 (DOCUMENT #87)**

      Plaintiff International Floor Crafts, Inc. (hereinafter, "IFC") and Defendant Tyrone Williams hereby stipulate that the order of this Court dated October 19, 2005 (Document #87) shall be amended and/or supplemented as follows:

      1.     Defendant Williams' monthly spending limit shall be reduced from $3,600.00 to $3,000.00;

      2.     Defendant Williams shall produce to IFC monthly financial statements signed under pains and penalties of perjury on or before the last day of each month detailing all of the funds he receives and spends;

      3.     Defendant Williams shall produce to IFC copies of any and all bank statements from January, 2006, to the present, within ten days;

      4.     Defendant Williams shall produce to IFC sworn financial statements for January, 2006, February, 2006, March, 2006 and April, 2006 within ten days;

      5.     Defendant Williams shall produce to IFC any and all future bank statements he receives immediately upon receipt thereof, until this Court orders otherwise; and

6.   Defendant Williams shall produce to IFC a sworn financial statement setting forth all of his assets and liabilities within ten days.

| | |
|---|---|
| The Plaintiff | The Defendant |
| International Floor Crafts, Inc. | Tyrone Williams |
| By Its Attorneys, | By His Attorney, |
| | |
| /s/ Paul J. Klehm | /s/ Robert M. Xifaras (by PJK with permission) |
| James B. Krasnoo (BBO#279300) | Robert M. Xifaras, Esq. (BBO#551079) |
| *jkrasnoo@krasnooklehm.com* | 5 Dover Street |
| Paul J. Klehm (BBO#561605) | New Bedford, MA  02740 |
| *pklehm@krasnooklehm.com* | (508) 999-9640 |
| Krasnoo/Klehm LLP | |
| 23 Main Street, Suite One | |
| Andover, MA  01810 | |
| (978) 475-9955 | |

Dated:  May 4, 2006

**CERTIFICATE OF SERVICE**

I, Paul J. Klehm, Esq., hereby certify that I have served a copy of the within document upon all counsel of record not served via ECF and upon all parties not represented by counsel by first class mail, postage pre-paid, on May 4, 2006.

/s/ Paul J. Klehm
Paul J. Klehm