UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
BUILDING #19, INC. AND                      )
INTERNATIONAL FLOOR CRAFTS, INC.,           )
                                            )
        Plaintiffs                          )
                                            )         CIVIL ACTION
v.                                          )         NO. 05-11654-NMG
                                            )
DAVID W. ADAMS, ET AL.,                     )
                                            )
        Defendants.                         )
_____)


## SUGGESTION OF BANKRUPTCY

The Defendant, David W. Adams, hereby notifies the Court and the parties to this action that he has filed a petition in bankruptcy in the United States Bankruptcy Court for the District of Massachusetts, Docket No. 06-11368.

                                                DAVID W. ADAMS

                                                By his Attorney,


                                                ____/s/ Isaac H. Peres_____
                                                Isaac H. Peres, BBO #545149
                                                50 Congress Street
                                                Boston, MA 02109
                                                (617) 722-0094

2

CERTIFICATE OF SERVICE

       I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those as non registered participants on May 11, 2006.

                                                  /s/ Isaac H. Peres_____
                                                  Isaac H. Peres

This document was created with Win2PDF available at http://www.win2pdf.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.