UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

|  |  |  |
|---|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC. | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-11654-NMG |
| | ) | |
| DAVID W. ADAMS, et al., | ) | |
| Defendants | ) | |

---

**STIPULATION OF DISMISSAL
WITH PREJUDICE OF CLAIMS AGAINST
<u>CHINESE CARPET CENTER, INC., PAUL SUN AND DAVID SUN ONLY</u>**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff International Floor Crafts, Inc. and

defendants Chinese Carpet Center, Inc., Paul Sun and David Sun, by and through their

undersigned counsel, stipulate that any and all claims in this case against defendants Chinese

Carpet Center, Inc., Paul Sun and David Sun only, should be dismissed with prejudice and with

each party bearing its own costs.

Dated: May 12, 2006

INTERNATIONAL FLOOR
CRAFTS, INC.
By its attorneys,

/ S /  Paul J. Klehm

James B. Krasnoo
    B.B.O. #279300
Paul J. Klehm
    B.B.O. # 561605
Krasnoo/Klehm LLP
23 Main Street
Andover, MA  01810
Tel. 978-475-9955

CHINESE CARPET CENTER, INC.,
DAVID SUN and PAUL SUN
By their attorney,

/ S /  Peter B. Krupp

Peter B. Krupp
  B.B.O. #548112
Lurie & Krupp, LLP
One McKinley Square
Boston, MA  02109
Tel.  617-367-1970

## CERTIFICATE OF SERVICE

    I, Paul J. Klehm, Esq., hereby certify that I have served a copy of the within document upon all counsel of record not served via ECF and upon all parties not represented by counsel by first class mail, postage pre-paid, on May 12, 2006.

/s/ Paul J. Klehm
Paul J. Klehm