UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC., <br><br> Plaintiff <br><br> v. <br><br> DAVID W. ADAMS, TYRONE WILLIAMS, KEVIN BRITTO, RONALD MITCHELL, Individually and d/b/a MANSFIELD RUG DEPARTMENT and REMCO, MICHAEL E. BROWN, Individually and d/b/a DALTON PADDING and EMPIRE WEAVERS, JANE DZIEMIT, AGATHA ESPOSITO, DONALD SHOOP, CCC INTERNATIONAL, INC., JOHN D. SUN, DAVID D. SUN, and PAUL SUN, <br><br> Defendants | Civil Action No. 05-11654-NMG |

## NOTICE OF APPEARANCE

Please enter the appearance of Anthony B. Fioravanti, Esq. of Yurko, Salvesen & Remz, P.C., for the Defendant Jane Dziemit in the above matter.

Respectfully submitted,

/s/ Anthony B. Fioravanti

_____
Anthony B. Fioravanti (BBO # 664823)

                         Counsel for Jane Dziemit:

                         YURKO, SALVESEN & REMZ, P.C.
One Washington Mall, 11th Floor
Boston, MA 02108
(617) 723-6900

Dated: May 15, 2006