UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC.<br>Plaintiff,<br><br>v.<br><br>DAVID W. ADAMS, TYRONE WILLIAMS,<br>KEVIN BRITTO, RONALD E. MITCHELL,<br>Individually and d/b/a MANSFIELD RUG<br>COMPANY a/k/a MANSFIELD RUG<br>DEPARTMENT and REMCO, MICHAEL<br>E. BROWN, Individually and d/b/a DALTON<br>PADDING and EMPIRE WEAVERS, JANE<br>DZIEMIT, CHINESE CARPET CENTER,<br>INC. d/b/a CCC INTERNATIONAL,<br>DAVID D. SUN, and PAUL SUN,<br><br>Defendants. | CIVIL ACTION<br>NO. 05-11654-NMG |

## ANSWER OF DEFENDANT RONALD E. MITCHELL
## TO THE PLAINTIFF'S AMENDED COMPLAINT

Now comes defendant Ronald E. Mitchell ("Defendant") and hereby answers the Plaintiff's enumerated Amended Complaint as follows:

### INTRODUCTION

1. Defendant states that paragraph 1 states a legal conclusion to which no response is required. To the extent an answer is required, Defendant denies the allegations contained in paragraph 1 of the Amended Complaint.

### JURISDICTION

2. Defendant states that paragraph 2 states a legal conclusion to which no response is required. To the extent an answer is required, Defendant denies the allegations contained in paragraph 2 of the Amended Complaint.

3. Defendant states that paragraph 3 states a legal conclusion to which no response is required. To the extent an answer is required, Defendant denies the allegations contained in paragraph 3 of the Amended Complaint.

4. Defendant states that paragraph 4 states a legal conclusion to which no response is required. To the extent an answer is required, Defendant denies the allegations contained in paragraph 4 of the Amended Complaint.

## PARTIES

5. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5 of the Amended Complaint, and therefore denies the same.

6. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6 of the Amended Complaint, and therefore denies the same.

7. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of the Amended Complaint, and therefore denies the same.

8. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 of the Amended Complaint, and therefore denies the same.

9. Defendant admits that Defendant Ronald E. Mitchell is a resident of the State of Connecticut. Defendant denies the remaining allegations contained in paragraph 9 of the Amended Complaint.

10. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10 of the Amended Complaint, and therefore denies the same.

11. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11 of the Amended Complaint, and therefore denies the same.

12. [**OMITTED**].

13. [**OMITTED**].

14. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 14 of the Amended Complaint, and therefore denies the same.

15. [**OMITTED**].

16. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 16 of the Amended Complaint, and therefore denies the same.

17. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 17 of the Amended Complaint, and therefore denies the same.

18. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 18 of the Amended Complaint, and therefore denies the same.

19. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 19 of the Amended Complaint, and therefore denies the same.

20. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 20 of the Amended Complaint, and therefore denies the same.

21. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 21 of the Amended Complaint, and therefore denies the same.

22. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 22 of the Amended Complaint, and therefore denies the same.

23. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 23 of the Amended Complaint, and therefore denies the same.

## **FACTS**

24. Defendant states that paragraph 24 of the Amended Complaint contains no allegations to which a response is required.  To the extent a response is required, Defendant denies the allegations contained therein.

25. Defendant states that paragraph 25 of the Amended Complaint contains no allegations to which a response is required.  To the extent a response is required, Defendant denies the allegations contained therein.

26. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 26 of the Amended Complaint, and therefore denies the same.

27. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 27 of the Amended Complaint, and therefore denies the same.

28. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 28 of the Amended Complaint, and therefore denies the same.

29. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 29 of the Amended Complaint, and therefore denies the same.

30. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 30 of the Amended Complaint, and therefore denies the same.

31. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 31 of the Amended Complaint, and therefore denies the same.

32. Denied as to Defendant Mitchell.

33. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 33 of the Amended Complaint, and therefore denies the same.

34. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 34 of the Amended Complaint, and therefore denies the same.

35. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 35 of the Amended Complaint, and therefore denies the same.

36. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 36 of the Amended Complaint, and therefore denies the same.

37. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 37 of the Amended Complaint, and therefore denies the same.

38. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 38 of the Amended Complaint, and therefore denies the same.

39. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 39 of the Amended Complaint, and therefore denies the same.

40. Denied as to Defendant Mitchell.

41. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 41 of the Amended Complaint, and therefore denies the same.

42. Denied as to Defendant Mitchell.

43. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 43 of the Amended Complaint, and therefore denies the same.

- 7 -

44. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 44 of the Amended Complaint, and therefore denies the same.

45. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 45 of the Amended Complaint, and therefore denies the same.

46. Denied as to Defendant Mitchell.

47. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 47 of the Amended Complaint, and therefore denies the same.

48. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 48 of the Amended Complaint, and therefore denies the same.

49. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 49 of the Amended Complaint, and therefore denies the same.

50. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 50 of the Amended Complaint, and therefore denies the same.

51. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 51 of the Amended Complaint, and therefore denies the same.

52. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 52 of the Amended Complaint, and therefore denies the same.

53. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 53 of the Amended Complaint, and therefore denies the same.

54. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 54 of the Amended Complaint, and therefore denies the same.

55. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 55 of the Amended Complaint, and therefore denies the same.

56. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 56 of the Amended Complaint, and therefore denies the same.

57. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 57 of the Amended Complaint, and therefore denies the same.

58. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 58 of the Amended Complaint, and therefore denies the same.

59. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 59 of the Amended Complaint, and therefore denies the same.

60. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 60 of the Amended Complaint, and therefore denies the same.

61. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 61 of the Amended Complaint, and therefore denies the same.

62. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 62 of the Amended Complaint, and therefore denies the same.

63. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 63 of the Amended Complaint, and therefore denies the same.

64. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 64 of the Amended Complaint, and therefore denies the same.

## COUNT I

## RACKETEER-INFLUENCED AND CORRUPT ORGANIZATIONS ACT

### (Plaintiff v. All Defendants)

65. Defendant repeats and incorporates herein by reference his responses to the allegations contained in paragraphs 1 through 64 of the Amended Complaint.

66. Denied as to Defendant Mitchell.

67. Denied as to Defendant Mitchell.

68. Denied as to Defendant Mitchell.

69.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 69 of the Amended Complaint, and therefore denies the same.

## COUNT II

### COMMON LAW CONSPIRACY TO VIOLATE RACKETEER-INFLUENCED AND CORRUPT ORGANIZATIONS ACT

### (Plaintiff v. All Defendants)

70.     Defendant repeats and incorporates herein by reference his responses to the allegations contained in paragraphs 1 through 69 of the Amended Complaint.

71.     Denied as to Defendant Mitchell.

72.     Denied as to Defendant Mitchell.

73.     Denied as to Defendant Mitchell.

## COUNT III

### CONVERSION

### (Plaintiff v. All Defendants)

74.     Defendant repeats and incorporates herein by reference his responses to the allegations contained in paragraphs 1 through 73 of the Amended Complaint.

75.     Denied as to Defendant Mitchell.

76.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 76 of the Amended Complaint, and therefore denies the same.

## COUNT IV

## UNFAIR AND DECEPTIVE BUSINESS PRACTICES

### (Plaintiff v. All Defendants)

77. Defendant repeats and incorporates herein by reference his responses to the allegations contained in paragraphs 1 through 76 of the Amended Complaint.

78. Defendant states that paragraph 78 states a legal conclusion to which no response is required.

79. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 79 of the Amended Complaint, and therefore denies the same.

80. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 80 of the Amended Complaint, and therefore denies the same.

## COUNT V

## FRAUD

### (Plaintiff v. All Defendants)

81. Defendant repeats and incorporates herein by reference his responses to the allegations contained in paragraphs 1 through 80 of the Amended Complaint.

82. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 82 of the Amended Complaint, and therefore denies the same.

83. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 83 of the Amended Complaint, and therefore denies the same.

84.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 84 of the Amended Complaint, and therefore denies the same.

## COUNT VI

## BREACH OF FIDUCIARY DUTY

### (Plaintiff v. Defendants Williams, Adams and Britto)

85-88.   No answers are required as to Defendant, as Count VI of the Amended Complaint does not pertain to him.

## COUNT VII

## TRUSTEE PROCESS

### (Plaintiff v. All Trustee Process Defendants)

89-96.   No answers are required as to Defendant, as Count VII of the Amended Complaint does not pertain to him.

## COUNT VIII

## INJUNCTIVE RELIEF

### (Plaintiff v. All Defendants)

97.   Defendant repeats and incorporates herein by reference his responses to the allegations contained in paragraphs 1 through 96 of the Amended Complaint.

98.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 98 of the Amended Complaint, and therefore denies the same.

99.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 99 of the Amended Complaint, and therefore denies the same.

100. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 100 of the Amended Complaint, and therefore denies the same.

WHEREFORE, defendant Ronald E. Mitchell requests that this Honorable Court dismiss the above claims against Defendant with prejudice, or enter Judgment on the Pleadings as to the Defendant, and award costs, attorneys' fees and for such other and further relief which this Honorable Court shall deem meet and just.

                              RONALD E. MITCHELL

                              By his attorney,

                              /s/ Frederic D. Grant, Jr.
                              Frederic D. Grant, Jr.
                               BBO No. 543115
                              727 Atlantic Avenue, 2nd floor
                              Boston, Massachusetts  02111
                              (617) 357-6555
Dated:  June 21, 2006          grant@grantboston.com

### CERTIFICATE OF SERVICE

I, Frederic D. Grant, Jr., hereby certify that I served the foregoing document this 21st day of June, 2006 by causing a true and correct copy of the same to be sent by ECF electronic mailing, or by First Class U.S. Mail, postage prepaid, as noted below, to:

James B. Krasnoo, Esquire        **ECF notice**
Paul J. Klehm, Esquire
Law Offices of James B. Krasnoo
23 Main Street
Andover, Mass.  01810
  (Counsel to the plaintiffs)

Isaac H. Peres, Esquire **ECF notice**
Law Office of Isaac H. Peres
50 Congress Street, Suite 225
Boston, Mass.  02109
  (Counsel to defendant David W. Adams)

William A. Brown, Esquire **ECF notice**
31 Milk Street, Suite 501
Boston, Mass.  02109
  (Co-counsel to defendant Ronald E. Mitchell)

Robert Xifaras, Esquire **By Mail**
5 Dover Street, Suite 101
New Bedford, Mass.  02740
  (counsel to defendant Tyrone Williams)

Paul V. Kelly, Esquire **ECF notice**
Kelly, Libby & Hoopes, P.C.
175 Federal Street
Boston, Mass.  02110
  (counsel to defendant Michael E. Brown)

John Thorpe Richards, Jr., Esquire **ECF notice**
Trout Cacheris, PLLC
1350 Commonwealth Avenue, N.W., Suite 300
Washington, D.C. 20030
  (counsel to defendants CCC International, Inc, David D. Sun and Paul Sun)

Peter B. Krupp, Esquire **ECF notice**
Lurie and Krupp, LLP
One McKinley Square
Boston, Mass.  02109
  (counsel to defendants CCC International, Inc, David D. Sun and Paul Sun)

Richard J. Yurko, Esquire **ECF notice**
Anthony B. Fioravanti, Esquire
Yurko, Salvesen & Remz, P.C.
One Washington Mall, 11th Floor
Boston, Mass.  02108-2603
  (counsel to defendant Jane Dziemit)

                                        /s/ Frederic D. Grant, Jr.
                                        Frederic D. Grant, Jr.