UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

_____

INTERNATIONAL FLOOR CRAFTS, INC.   )
     Plaintiffs   )
        )
v.   )
        )
        )
DAVID W. ADAMS, *et al*   ) CIVIL ACTION NO. 05CA11654-NMG
     Defendants   )
_____)

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT
AGAINST DEFENDANT TYRONE WILLIAMS**

Plaintiff International Floor Crafts, Inc. hereby request that this Court enter a default against Defendant Tyrone Williams where Defendant Tyrone Williams failed to answer or to otherwise respond to the Verified Complaint by September 12, 2005. On September 1, 2005, Plaintiff filed the return of service pertaining to Defendant Tyrone Williams, which shows that Mr. Williams was served by hand delivery on August 23, 2005. Defendant Williams also has failed to file an answer or to otherwise respond to the Amended Complaint [Doc. No. 88] filed on October 20, 2005 in the within action on a

timely basis.

                                          The Plaintiff
                                          International Floor Crafts, Inc.
                                          By Its Attorneys,


                                          /s/ Paul J. Klehm_____
                                          Paul J. Klehm (BBO#561605)
                                          pklehm@krasnooklehm.com
                                          James B. Krasnoo (BBO#279300)
                                          jkrasnoo@krasnooklehm.com
                                          Law Offices of James B. Krasnoo
                                          23 Main Street
                                          Andover, MA  01810
Dated:  June 26, 2006                     (978) 475-995


## CERTIFICATE OF SERVICE

I, Paul J. Klehm, Esq., hereby certify that I have served a copy of the within

document upon all counsel of record and upon all parties not represented by counsel by

first class mail, postage pre-paid, on June 26, 2006.  On June 26, 2006, I have also

forwarded a copy of the within motion via first class mail, postage pre-paid, to Kevin

Britto, 300 W. 21st Street, Apartment #25, New York, NY.


                                          /s/ Paul J. Klehm_____
                                          Paul J. Klehm

2