UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

_____
INTERNATIONAL FLOOR CRAFTS, INC.    )
    Plaintiffs                                             )
                                                                )
v.                                                              )
                                                                )
DAVID W. ADAMS, *et al*                    )  CIVIL ACTION NO. 05CA11654-NMG
    Defendants                                       )
_____)

**PLAINTIFF'S (1) MOTION TO DISMISS ALL COUNTERCLAIMS ASSERTED BY DEFENDANT JANE DZIEMIT, (2) IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT AND (3) MOTION TO STRIKE CLAIMS AGAINST BUILDING 19, AN UNNAMED ENTITY**

    Plaintiff International Floor Crafts, Inc. hereby moves this Court, pursuant to Fed.R.Civ.P. 12(b)(6), to dismiss all four counterclaims asserted by Defendant Jane Dziemit in Defendant Jane Dziemit's Answer and Counterclaim in Response to Plaintiff's First Amended Complaint [Doc. No. 156], filed on June 15, 2006, where Defendant Dziemit has failed to state any claims upon which relief may be granted. In the alternative, Plaintiff International Floor Crafts, Inc. moves that this Court order Defendant Jane Dziemit to provide a more definite statement of her counterclaims within ten days. Plaintiff International Floor Crafts, Inc. further moves to strike Building 19, an unnamed party, as a defendant or third-party defendant to the counterclaims where it appears that Defendant Dziemit seeks relief from an entity known as "Building 19" but has failed to follow the applicable rules, including, without limitation, L.R. 15.1, regarding the addition of parties. Plaintiff International Floor Crafts, Inc. relies upon the reasons set forth in the memorandum of law filed herewith.

    **WHEREFORE**, for the above reasons, Plaintiff International Floor Crafts, Inc. respectfully requests that this Court GRANT the within motion and dismiss all counterclaims asserted by Defendant Jane Dziemit. In the alternative, Plaintiff International Floor Crafts, Inc.

respectfully requests that this Court order Defendant Jane Dziemit to provide a more definite statement of her counterclaims within ten days.  Additionally, Plaintiff International Floor Crafts, Inc. respectfully requests that this Court GRANT the within motion and strike an entity known as Building 19 as a defendant to the Counterclaims.

|  |  |
|---|---|
|  | The Plaintiff<br>International Floor Crafts, Inc.<br>By Its Attorneys, |
|  | /s/ Paul J. Klehm_____<br>Paul J. Klehm (BBO#561605)<br>pklehm@krasnooklehm.com<br>James B. Krasnoo (BBO#279300)<br>jkrasnoo@krasnooklehm.com<br>KRASNOO/KLEHM LLP<br>23 Main Street, Suite One<br>Andover, MA  01810 |
| Dated:  June 26, 2006 | (978) 475-995 |

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I hereby certify that, on June 20, 2006, I spoke by telephone with Attorney Richard Yurko and informed him that I intended to file the within motion.  We were unable to reach an agreement as to a resolution of the dispute.

/s/ Paul J. Klehm_____
Paul J. Klehm

**CERTIFICATE OF SERVICE**

     I, Paul J. Klehm, Esq., hereby certify that I have served a copy of the within document upon all counsel of record and upon all parties not represented by counsel by first class mail, postage pre-paid, on June 26, 2006. On June 26, 2006, I have also forwarded a copy of the within motion via first class mail, postage pre-paid, to Kevin Britto, 300 W. 21st Street, Apartment #25, New York, NY.

                                            /s/ Paul J. Klehm
                                            Paul J. Klehm