UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC.,<br><br>Plaintiff<br><br>v.<br><br>DAVID W. ADAMS, TYRONE WILLIAMS, KEVIN BRITTO, RONALD MITCHELL, Individually and d/b/a MANSFIELD RUG DEPARTMENT and REMCO, MICHAEL E. BROWN, Individually and d/b/a DALTON PADDING and EMPIRE WEAVERS, JANE DZIEMIT, CHINESE CARPET CENTER, INC., DAVID D. SUN, and PAUL SUN,<br><br>Defendants | Civil Action No. 05-11654-NMG |

**ASSENTED TO MOTION FOR ENLARGEMENT OF TIME FOR JANE DZIEMIT TO FILE HER OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS THE COUNTERCLAIMS ASSERTED BY DEFENDANT JANE DZIEMIT, (2) IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT AND (3) MOTION TO STRIKE CLAIMS AGAINST BUILDING 19, AN UNNAMED ENTITY**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Jane Dziemit ("Ms. Dziemit") hereby requests that this Court enlarge the time in which Ms. Dziemit may file her opposition to IFC's Motion to Dismiss the Counterclaims Asserted by Defendant Jane Dziemit, (2) in the Alternative, Motion for More Definite Statement and (3) Motion to Strike Claims Against Building 19, an Unnamed Entity to July 17, 2006. As grounds for this Motion, Ms. Dziemit states that due to the press of other business, including the deposition of Ms. Dziemit and other activities in this very case, such an enlargement will enable her and her counsel to address adequately the above-referenced motion.

Plaintiff has assented to this motion.

WHEREFORE, Defendant Dziemit respectfully requests that this Court enlarge the time in which Ms. Dziemit may file her opposition to IFC's Motion to Dismiss the Counterclaims Asserted by Defendant Jane Dziemit, (2) in the Alternative, Motion for More Definite Statement and (3) Motion to Strike Claims Against Building 19, an Unnamed Entity to July 17, 2006.

Respectfully submitted,

Defendant Jane Dziemit,

By her attorneys,

s/Richard J. Yurko/

_____
Richard J. Yurko (BBO# 538300)
Anthony B. Fioravanti (BBO# 664823)
YURKO, SALVESEN & REMZ, P.C.
One Washington Mall, 11th Floor
Boston, MA 02108
(617) 723-6900


Plaintiff International Floor Crafts, Inc.,

By its attorneys,

s/Paul J. Klehm/

_____
James B. Krasnoo (BBO#279300)
Paul J. Klehm (BBO#561605)
Law Offices of James B. Krasnoo
23 Main Street
Andover, MA  01810
(978) 475-9955

Dated:  July 12, 2006

## Certificate of Conference – Local Rule 7.1(a)(2) Statement

     The undersigned hereby certifies that on July 10, 2006, counsel for Defendant Jane Dziemit conferred with counsel for Plaintiff concerning this Motion. Counsel for Plaintiff assented to this motion.

                                                      s/Richard J. Yurko/
                                                     _____

## Certificate of Service

     I hereby certify that a true copy of the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 12, 2006.

                                                       s/Richard J. Yurko/
                                                     _____