UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| | ) | |
| INTERNATIONAL FLOOR CRAFTS, INC. | ) | Civil Action No. 05-11654-NMG |
| Plaintiff, | ) | |
| | ) | **NOTICE OF VOLUNTARY** |
| v. | ) | **DISMISSAL AGAINST** |
| | ) | **DEFENDANT BROWN ONLY** |
| DAVID W. ADAMS, *et al*, | ) | |
| Defendants. | ) | [Fed. R. Civ. P. 41(a)(1)(i)] |
| | ) | |

**NOTICE OF VOLUNTARY DISMISSAL *WITHOUT PREJUDICE* OF
ALL CLAIMS AGAINST DEFENDANT MICHAEL E. BROWN ONLY
BY PLAINTIFF INTERNATIONAL FLOOR CRAFTS, INC.**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff International Floor

Crafts, Inc. hereby dismisses all counts of the Amended Complaint in the above-entitled action

against defendant Michael E. Brown ("Brown") ONLY *without prejudice*. Plaintiff states that

Brown has not filed an answer or a motion for summary judgment in this matter.

The within action shall proceed against all remaining defendants.

Plaintiff
**International Floor Crafts, Inc.**
By Its Attorneys,


/s/ Paul J. Klehm
James B. Krasnoo
*james@krasnoolaw.com*
Paul J. Klehm
*pklehm@krasnoolaw.com*
Krasnoo/Klehm LLP
23 Main Street, Suite One
Andover, MA  01810
(978) 475-9955


Dated:  July 13, 2006

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney(s) of record or upon each party not represented by an attorney via ECF or via first class mail, postage pre-paid, on July 13, 2006.  On July 13, 2006, I have also forwarded a copy of the within opposition via first class mail, postage pre-paid, to Kevin Britto, 300 W. 21st Street, Apartment #25, New York, NY.

/s/ Paul J. Klehm
Paul J. Klehm