UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC.<br>　　　Plaintiff,<br><br>v.<br><br>DAVID W. ADAMS, *et al*,<br>　　　Defendants. | )<br>)<br>)<br>) Civil Action No. 05-11654-NMG<br>)<br>)<br>)<br>) |

**JOINT MOTION TO DISSOLVE OR VACATE PORTION OF PRELIMINARY INJUNCTION DATED OCTOBER 19, 2005 WHICH RELATES TO ONLY DEFENDANT MICHAEL BROWN**

Plaintiff International Floor Crafts, Inc. ("IFC") and Defendant Michael Brown ("Brown"), by and through their undersigned counsel, hereby move to dissolve or vacate so much of the Preliminary Injunction dated October 19, 2005 as relates only to Brown so that, among other things, Brown may have access to various accounts he has at Wachovia Bank. In support of this motion, the parties to this motion state as follows:

　　　1.　　On October 19, 2005, the Court entered a Preliminary Injunction in this case. [Doc. No. 87]. Section B of the Preliminary Injunction relates to Brown, among others.

　　　2.　　On or about September 15, 2005, Wachovia Bank seized various accounts in the name of Michael E. Brown and Ginger Brown.

　　　3.　　On July 17, 2006, IFC filed a Notice of Voluntary Dismissal Without Prejudice of all Claims Against Defendant Michael E. Brown ONLY [Doc. #162]. As a result, IFC and Brown now jointly seek to dissolve or vacate Section B of the Preliminary Injunction as relates only to Brown so that he may have access to, among other things, the Wachovia Bank accounts referred to in paragraph 2, *supra*.

4. The within motion does not in any way seek the dissolution or vacation of any portion of the Preliminary Injunction issued on October 19, 2005 in any other way other than as to the limited portion of Section B thereof which relates only to Brown.

**WHEREFORE**, for the above reasons, IFC and Brown request that the Court grant the within motion and dissolve or vacate so much of Section B of the Preliminary Injunction dated October 19, 2005, as it relates to Brown, so that Brown may have access to, among other things, funds held in the above-referenced accounts.

Dated: July 28, 2006

| | |
|---|---|
| Plaintiff<br>International Floor Crafts, Inc.<br>By Its Attorneys, | Defendant<br>Michael E. Brown<br>By His Attorneys, |
| /s/ Paul J. Klehm<br>James B. Krasnoo<br>james@krasnoolaw.com<br>Paul J. Klehm<br>pklehm@krasnoolaw.com<br>Krasnoo/Klehm LLP<br>23 Main Street, Suite One<br>Andover, MA  01810<br>(978) 475-9955 | /s/ Sharon Lahey<br>Paul Kelly<br>pkelly@klhboston.com<br>Sharon Lahey<br>slahey@klhboston.com<br>Kelly, Libby & Hoopes, P.C.<br>175 Federal Street<br>Boston, MA  02110<br>(617) 338-9300 |

**CERTIFICATE OF SERVICE**

I, Paul J. Klehm, Esq., hereby certify that I have served a copy of the within document upon all counsel of record and upon all parties not represented by counsel by first class mail, postage pre-paid, on July 28, 2006.  On July 28, 2006, I have also forwarded a copy of the within motion via first class mail, postage pre-paid, to Kevin Britto, 300 W. 21st Street, Apartment #25, New York, NY, and to Ms. Joan McCrossen, Legal Processor, Wachovia Bank, N.A., P.O. Box 8667, Philadelphia, PA  19101-8667.

/s/ Paul J. Klehm
Paul J. Klehm