UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

_____
                                                    )
INTERNATIONAL FLOOR CRAFTS, INC.                    )
                        Plaintiff,                   )
                                                    ) Civil Action No. 05-11654-NMG
v.                                                   )
                                                    )
DAVID W. ADAMS, *et al*,                            )
                        Defendants.                  )
_____)

**PLAINTIFF'S MOTION TO COMPEL DEFENDANT KEVIN BRITTO
TO SIGN FORM 4506 (REQUEST FOR COPY OF TAX RETURN) SO THAT
<u>PLAINTIFF MAY OBTAIN COPIES OF BRITTO'S TAX RETURNS</u>**

Plaintiff, International Floor Crafts, Inc., (hereinafter, "IFC"), by and through

undersigned counsel, hereby moves this Court for an order compelling Defendant Kevin

Britto to sign Form 4506 (Request for Copy of Tax Return) attached hereto as **Exhibit A**

and to return same to Plaintiff's counsel via first class mail, postage pre-paid within ten

days of the allowance of the within motion (and enforcement of same by an appropriate

Court in New York), so that IFC may obtain copies of the federal income tax returns of

Defendant Kevin Britto, who admitted in his deposition to participating in a scheme to

defraud IFC (his former employer) of significant sums of money, dating back ten years.

IFC relies upon the reasons set forth below:

1.      In the within action, IFC seeks to recover the millions of dollars which

Defendants allegedly stole from IFC over several years.

2.      On May 31, 2006, at his deposition, Defendant Britto admitted his

participation in the scheme to defraud IFC of significant sums of money.  He also, during

the deposition, agreed to provide Plaintiff with certain copies of his tax returns (See

excerpts of Deposition of Kevin Britto, Volume III, pp. 166, 308-310, 315 attached

hereto as **Exhibit B**).

3.     Also on May 31, 2006, at his deposition, Defendant Britto admitted (a)

reporting the sums he stole from IFC on his income tax returns, and (b) to paying taxes

on those funds.  (See **Exhibit B**, pp. 246-249).

4.     On  June 15, 2006, IFC's counsel forwarded a letter to Britto which

requested that Britto sign an enclosed Form 4506.  (See copy of letter dated June 15,

2006, a copy of which is attached hereto as **Exhibit C**[1])

5.     On July 12, 2006, IFC's counsel sent another letter to Britto which

requested that Britto sign an enclosed Form 4506.  (See copy of letter dated July 12,

2006, a copy of which is attached hereto as **Exhibit D**[2]).

6.     Britto has since informed IFC's counsel via telephone that Britto will not

sign the Form 4506, and that IFC will need to obtain a court order.

7.     IFC requires the tax records in order to seek to trace and to quantify the

funds stolen from IFC.

8.     Since Britto has not consented to the jurisdiction of this Court to date, IFC

will need to take any order issued with regard to this motion to the appropriate U.S.

District Court in New York for enforcement thereof.

9.     As a result Plaintiff respectfully requests that this Court order Defendant

Kevin Britto to sign the Form 4506 (Request for Copy of Tax Return) attached to **Exhibit

A** and to return same to Plaintiff's counsel via first class mail, postage pre-paid within ten

---

[1] Plaintiff's counsel has misplaced the second page of the Form 4506 (seeking tax returns for the years ending December 31, 1997 and December 31, 1996) which was included with the June 15, 2006 letter. Plaintiff's counsel has recreated that form and has included it in Exhibits A, C, and D herein.
[2] See footnote 1, *supra*.

days of the allowance of the within motion (and enforcement of same by an appropriate

Court in New York).

      **WHEREFORE**, for the above reasons, Plaintiff respectfully requests that this

Court GRANT the within motion and order Defendant Kevin Britto to sign the Form

4506 (Request for Copy of Tax Return) attached to **Exhibit A** and to return same to

Plaintiff's counsel via first class mail, postage pre-paid within ten days of the allowance

of the within motion (and enforcement of same by an appropriate Court in New York).

      Plaintiff
International Floor Crafts, Inc.
By Its Attorneys,

*/s/ Paul J. Klehm*
James B. Krasnoo
*james@krasnooklehm.com*
Paul J. Klehm
*pklehm@krasnooklehm.com*
Krasnoo/Klehm LLP
23 Main Street, Suite One
Andover, MA  01810
(978) 475-9955

Dated:  August 15, 2006

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.1(A)(2)

      I, Paul J. Klehm, Esq., counsel to Plaintiff, hereby certify that on August 14, 2006

at approximately noon, I spoke by telephone with Defendant Kevin Britto with regard to

the within motion.  We were unable to resolve the issues presented herein.

      */s/Paul J. Klehm*
Paul J. Klehm

## **CERTIFICATE OF SERVICE**

       I, Paul J. Klehm, Esq., hereby certify that I have served a copy of the within document upon all counsel of record not served via ECF and upon all parties not represented by counsel by first class mail, postage pre-paid, on August 15, 2006. On August 15, 2006, I have also forwarded a copy of the within motion via first class mail, postage pre-paid, to Kevin Britto, 300 W. 21st Street, Apartment #25, New York, NY.

                                  */s/ Paul J. Klehm*
                                  Paul J. Klehm

EXHIBIT A

Form **4506**

(Rev. April 2006)

Department of the Treasury
Internal Revenue Service

## Request for Copy of Tax Return

▶ Do not sign this form unless all applicable lines have been completed.
Read the instructions on page 2.

▶ Request may be rejected if the form is incomplete, illegible, or any required
line was blank at the time of signature.

OMB No. 1545-0429

**Tip:** You may be able to get your tax return or return information from other sources. If you had your tax return completed by a paid preparer, they should be able to provide you a copy of the return. The IRS can provide a **Tax Return Transcript** for many returns free of charge. The transcript provides most of the line entries from the tax return and usually contains the information that a third party (such as a mortgage company) requires. See Form 4506-T, Request for Transcript of Tax Return, or you can call 1-800-829-1040 to order a transcript.

| 1a  Name shown on tax return. If a joint return, enter the name shown first. | 1b  First social security number on tax return or employer identification number (see instructions) |
|---|---|
| KEVIN BRITTO | |
| 2a  If a joint return, enter spouse's name shown on tax return | 2b  Second social security number if joint tax return |

3  Current name, address (including apt., room, or suite no.), city, state, and ZIP code

KEVIN BRITTO, 300 W. 21 St. #25, New York, NY 10011

4  Previous address shown on the last return filed if different from line 3

5  If the tax return is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax return.

KRASNOO|KLEHM LLP, 23 Main Street, Suite One, Andover, MA 01810

**Caution:** *If a third party requires you to complete Form 4506, do not sign Form 4506 if lines 6 and 7 are blank.*

6  Tax return requested (Form 1040, 1120, 941, etc.) and all attachments as originally submitted to the IRS, including Form(s) W-2, schedules, or amended returns. Copies of Forms 1040, 1040A, and 1040EZ are generally available for 7 years from filing before they are destroyed by law. Other returns may be available for a longer period of time. Enter only one return number. If you need more than one type of return, you must complete another Form 4506. ▶ _____1040_____

Note: *If the copies must be certified for court or administrative proceedings, check here.* ☐

7  Year or period requested. Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than eight years or periods, you must attach another Form 4506.

| 12 / 31 / 05 | 12 / 31 / 03 | 12 / 31 / 01 | 12 / 31 / 1959 |
|---|---|---|---|
| 12 / 31 / 04 | 12 / 31 / 02 | 12 / 31 / 00 | 12 / 31 / 1958 |

8  Fee. There is a $39 fee for each return requested. Full payment must be included with your request or it will be rejected. Make your check or money order payable to "United States Treasury." Enter your SSN or EIN and "Form 4506 request" on your check or money order.

a  Cost for each return . . . . . . . . . . . . . . . .  $  39.00

b  Number of returns requested on line 7 . . . . . . . . . .  8

c  Total cost. Multiply line 8a by line 8b . . . . . . . . . .  $  312.00

9  If we cannot find the tax return, we will refund the fee. If the refund should go to the third party listed on line 5, check here . . ☒

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax return requested. If the request applies to a joint return, either husband or wife must sign. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506 on behalf of the taxpayer.

Telephone number of taxpayer on line 1a or 2a
(    )

**Sign Here**

▶ Signature (see instructions)                     Date

▶ Title (if line 1a above is a corporation, partnership, estate, or trust)

▶ Spouse's signature                     Date

For Privacy Act and Paperwork Reduction Act Notice, see page 2.        Cat. No. 41721E        Form **4506** (Rev. 4-2006)

Form **4506**

(Rev. April 2006)

Department of the Treasury
Internal Revenue Service

## Request for Copy of Tax Return

▶ Do not sign this form unless all applicable lines have been completed.
Read the instructions on page 2.

▶ Request may be rejected if the form is incomplete, illegible, or any required
line was blank at the time of signature.

OMB No. 1545-0429

**Tip:** You may be able to get your tax return or return information from other sources. If you had your tax return completed by a paid preparer, they should be able to provide you a copy of the return. The IRS can provide a **Tax Return Transcript** for many returns free of charge. The transcript provides most of the line entries from the tax return and usually contains the information that a third party (such as a mortgage company) requires. See **Form 4506-T**, Request for Transcript of Tax Return, or you can call 1-800-829-1040 to order a transcript.

| | |
|---|---|
| **1a** Name shown on tax return. If a joint return, enter the name shown first. *KEVIN BRITTO* | **1b** First social security number on tax return or employer identification number (see instructions) |
| **2a** If a joint return, enter spouse's name shown on tax return | **2b** Second social security number if joint tax return |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code
*Kevin Britto, 300 W. 21 St. #25, New York, NY 10011*

**4** Previous address shown on the last return filed if different from line 3

**5** If the tax return is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax return.
*Krasnoo/Klehm LLP, 23 Main Street Suite One, Andover, MA 01810*

**Caution:** If a third party requires you to complete Form 4506, *do not sign Form 4506 if lines 6 and 7 are blank.*

**6** Tax return requested (Form 1040, 1120, 941, etc.) and all attachments as originally submitted to the IRS, including Form(s) W-2, schedules, or amended returns. Copies of Forms 1040, 1040A, and 1040EZ are generally available for 7 years from filing before they are destroyed by law. Other returns may be available for a longer period of time. Enter only one return number. If you need more than one type of return, you must complete another Form 4506. ▶ *1040*

**Note.** *If the copies must be certified for court or administrative proceedings, check here.* . . . . . . . . . . . . . . . ☑

**7** Year or period requested. Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than eight years or periods, you must attach another Form 4506.

| *12/31/1997* | / / | / / | / / |
|---|---|---|---|
| *12/31/1996* | / / | / / | / / |

**8** Fee. There is a $39 fee for each return requested. Full payment must be included with your request or it will be rejected. Make your check or money order payable to "United States Treasury." Enter your SSN or EIN and "Form 4506 request" on your check or money order.

| | | | |
|---|---|---|---|
| **a** Cost for each return . . . . . . . . . . . . . . . . . . . . . . | $ | *39.00* |
| **b** Number of returns requested on line 7 . . . . . . . . . . . . . . . . | | *2* |
| **c** Total cost. Multiply line 8a by line 8b . . . . . . . . . . . . . . . | $ | *78.00* |

**9** If we cannot find the tax return, we will refund the fee. If the refund should go to the third party listed on line 5, check here . . ☒

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax return requested. If the request applies to a joint return, **either** husband or wife must sign. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506 on behalf of the taxpayer.

Telephone number of taxpayer on line 1a or 2a
( )

**Sign Here**

▶ Signature (see instructions)                                    Date

▶ Title (if line 1a above is a corporation, partnership, estate, or trust)

▶ Spouse's signature                                              Date

For Privacy Act and Paperwork Reduction Act Notice, see page 2.          Cat. No. 41721E          Form **4506** (Rev. 4-2006)

Exhbit B

166

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - x
INTERNATIONAL FLOOR CRAFTS, INC.,   :
                                    :
          Plaintiff,                :
                                    :
                                    :
          -against-                 :   CIVIL ACTION NO.
                                    :   05CA11654-NMG
DAVID W. ADAMS, et al.,             :
                                    :
          Defendants.               :
                                    :
- - - - - - - - - - - - - - - - - - x
```

VOLUME III

CONTINUED VIDEOTAPE DEPOSITION OF KEVIN

BRITTO, held at the offices of Fink & Carney Reporting

and Video Services, 39 West 37th Street, 6th Floor,

New York, New York 10018, on Tuesday, May 31, 2006

commencing at 10:37 a.m., before Debra DiBenedetto, a

Shorthand (Stenotype) Reporter and Notary Public

within and for the State of New York.



246

Britto

address.

Are you willing, in the event you change from your current address, to inform us as to whatever new address you take on as a residence?

A       Oh, definitely.

Q       Now, did you ever have any conversations with Mr. Mitchell wherein he asked you for any documents at all that confirmed or showed that rugs had actually been shipped?

A       Documents, no.

Q       Okay. Did he ever ask you for anything other than oral assurances that rugs had been shipped?

A       Oral, yes.  But Dave was the one that was supposed to take care of all the paperwork and all that.

Q       Okay.  And, correct me if I'm wrong, did you indicate that you had a discussion with Mr. Mitchell regarding tax issues of some kind?

A       Yes.

Q       Okay.  Can you, as best as you can recall it, tell us what you said to him and what he said to you?

247

Britto

  A  Well, I paid taxes on the money I
received.

  Q  Okay.

  A  And Dave never paid any taxes.

  Q  Okay. And do you know whether or not
Mr. Mitchell paid any taxes on the monies that he
received?

  A  He said he did.

  Q  He said?

  A  He said he did.

  Q  He said he did, okay.  Now, do you
know how much you paid in taxes?

  A  I have it at home.

  Q  Okay.  Do you have the tax returns?

  A  Yes.

  Q  Okay.  Would a review of the tax
returns be helpful to indicate how much more than
a hundred thousand dollars you received as a
result of this scheme?

  A  Most likely.

  Q  Okay. And why did you pay taxes on
money that you believed to be the result of a
theft or a fraudulent scheme?

  A  Well, one, I need to have some

248

Britto

income coming in, just for credit reasons.  And

secondly, I don't need the IRS coming after me.

       Q    Did you put down on your tax returns

figures that represented the total sums of money

that you actually stole as a result of the scheme

or did you understate that illegally obtained

income?

       A    That was accurate.

       Q    Did you have any aid in tax

preparation for your return?

       A    Yes, I did.  I had an accountant.

H & R Block, whatever.

       Q    And does the accountant maintain

your records for the tax returns, or did he simply

make them out and then give you back all of your

supporting documentation?

       A    I have no idea.

       Q    Could you --

       A    I have everything.  Whether he does,

I don't know.

       Q    Can you tell us the name of your

accountant?

       A    Used to be Kenneth Machado.

       Q    That's M-A-C-H-A-D-O?

249

Britto

A    Yes.

Q    Okay.

A    Which is in Massachusets.  And this year I went to H&R Block which is on 23rd Street.

Q    Now, do you know at all who -- strike that.

Do you know at all what kind of legal entity Remco is, if indeed it's a legal entity?

A    I know they have a federal tax ID number.

Q    Do you know whether or not it's a corporation or a partnership or a sole proprietorship?

A    I have no idea.

Q    Do you know of the names of the other workers who worked at Remco other than Tony Marasco?

MR. YURKO:  Objection.

Q    You mentioned Tony before, right?

A    Yeah.

Q    And the last name I think you told us in the first day of the deposition?

A    Marasco, or Meresco or something.

1                          Britto                    308

2          Q      Okay.  What was the conversation

3   that you had with Mr. Adams about the 1099s?

4          A      That's why I said I believe he

5   didn't do it, because he said we could always just

6   throw our hands up and say we don't know what

7   happened.  So that's why I would think that's why

8   he didn't do it.

9          Q      Would you be willing to provide to

10  us copies of so many of the tax returns that

11  you've got that cover the scheme period of time?

12         A      The ones I have, yes.

13         Q      Okay.  Was David Adams at all upset

14  that you were going to get 1099s or that you asked

15  for them?

16         A      I don't believe so.

17         Q      Okay. When did you first ask for

18  1099s?

19         A      I have no idea.

20         Q      Did you have to ask for them through

21  Mr. Adams more than once?  In other words, you

22  asked David Adams to get them, he said he'd work

23  on it but then you didn't get anything and you had

24  to ask again, or did you get them shortly after

25  the very first time you asked for them?

309

1                          Britto

2                    MR. YURKO:  Objection to form.

3         A    I got them right away.

4         Q    Now, I may have asked you on the

5    date of your first deposition and I'm not sure.

6    If I did I apologize repeating.  But, can we have

7    your Social Security number which will be on your

8    tax returns anyway?

9         A    What do you need that for?

10        Q    Well, the Social Security number

11   allows us to send for the tax returns with your

12   permission as to the ones.

13                   (Discussion off the record.)

14                    THE WITNESS:  You guys got

15             something going on over here?

16        Q    Did you get 1099s from CCC as well

17   as Remco?

18        A    Yes.

19        Q    And you have no present idea how

20   many tax returns you have that cover the years of

21   the scheme versus how many you don't have, do you?

22        A    I got about three or four.

23        Q    Okay.  And how long did the scheme

24   last?

25        A    It started six months,

310

Britto

1    approximately, when Dave Rooney left.  Now, I

2    don't know if he left in '94 or '95, but --

3          Q    Okay.  And it continued all the way

4    up through to at least 2005, isn't that correct?

5          A    Yes.

6          Q    Okay. So for that ten-year period of

7    time, can you estimate for us how many tax returns

8    you would have?

9          A    It should be one for each year.

10         Q    So you think you've got them all?

11         A    I don't have them all, but I can get

12    them, I mean.

13         Q    Okay.  And you're willing to provide

14    them to us?

15         A    Oh, yeah.

16         Q    Okay. And do you have an objection

17    to our having your Social Security number?

18         A    Well --

19         Q    It's going to be on the tax returns.

20         A    They have it on my application or

21    paperwork at work.

22         Q    Okay. So do you want to give it to

23    me?

24         A    I'm not going to give it in front of

25

315

Britto

1

2      Q      Oh, that makes it difficult, to be

3  sure.

4      A      That's why I didn't bring it in the

5  door, because if I did, I would have to share it.

6  That's their personal business.

7      Q      Okay. When do you think you'd be

8  able to make available to us, however, the copies

9  of your tax returns?

10     A      Well, the ones I have are at home,

11  so --

12     Q      Would you be able to cause copies to

13  be made so that we could get copies of them?  You

14  should retain copies for yourself obviously?

15     A      Oh, yes.

16     Q      And do those tax returns have

17  attached to them 1099s?

18     A      Yes.

19     Q      Would you make copies of those

20  separately?  I know they usually get stapled onto

21  the first page?

22     A      Stapled, yes.

23     Q      But if you could make copies

24  separately of the 1099s in addition to the tax

25  return that would be helpful.



**KRASNOO | KLEHM** LLP
*attorneys at law*

Twenty-Three Main Street, Terrace Level, Suite One, Andover, MA 01810-3730
978.475.9955 (phone)  •  978.474.9005 (facsimile)  •  www.krasnooklehm.com
James B. Krasnoo, admitted in MA & CA  •  Paul J. Klehm, admitted in MA & NH

June 15, 2006

Mr. Kevin Britto
300 W 21st Street, Apt. 25
New York, NY 10011

**Re: International Floor Crafts v. David Adams, *et al***

Dear Mr. Britto:

At your recent deposition, you agreed to assist our office in obtaining copies of your income tax returns. Enclosed please find two Form 4506 (Request for Copy of Tax Return) for your review. These forms will permit our office to obtain copies of your federal income tax returns dating back ten years. Please add your social security number and an address in Item 4, if necessary.

Additionally, please sign, date and add your telephone number at the end of both documents, and then please return same to me in the enclosed self-addressed, stamped envelope.

Thank you for your anticipated assistance. Please contact this office if you have any questions.

Very truly yours,

Paul J. Klehm

Enclosures

| Form **4506** | **Request for Copy of Tax Return** | |
|---|---|---|
| (Rev. April 2006) | ▶ Do not sign this form unless all applicable lines have been completed. <br> **Read the instructions on page 2.** <br> ▶ Request may be rejected if the form is incomplete, illegible, or any required <br> line was blank at the time of signature. | OMB No. 1545-0429 |
| Department of the Treasury <br> Internal Revenue Service | | |

**Tip:** You may be able to get your tax return or tax return information from other sources. If you had your tax return completed by a paid preparer, they should be able to provide you a copy of the return. The IRS can provide a **Tax Return Transcript** for many returns free of charge. The transcript provides most of the line items from the tax return and usually contains the information that a third party (such as a mortgage company) requires. See Form 4506-T, Request for Transcript of Tax Return, or you can call 1-800-829-1040 to order a transcript.

| 1a Name shown on tax return. If a joint return, enter the name shown first. | 1b First social security number on tax return or employer identification number (see instructions) |
|---|---|
| *Kevin Britto* | |
| 2a If a joint return, enter spouse's name shown on tax return | 2b Second social security number if joint tax return |
| | |

3  Current name, address (including apt., room, or suite no.), city, state, and ZIP code

*Kevin Britto, 300 W. 21 St. #25, New York, NY 10011*

4  Previous address shown on the last return filed if different from line 3


5  If the tax return is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax return.

*Krasnoo Klehm LLP, 23 Main Street, Suite One, Andover, MA 01810*

**Caution:** *If a third party requires you to complete Form 4506, do not sign Form 4506 if lines 6 and 7 are blank.*

6  Tax return requested (Form 1040, 1120, 941, etc.) and all attachments as originally submitted to the IRS, including Form(s) W-2, schedules, or amended returns. Copies of Forms 1040, 1040A, and 1040EZ are generally available for 7 years from filing before they are destroyed by law. Other returns may be available for a longer period of time. Enter only one return number. If you need more than one type of return, you must complete another Form 4506.  ▶ *1040*

Note. *If the copies must be certified for court or administrative proceedings, check here.* . . . . . . . . . . . . ☒

7  Year or period requested. Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than eight years or periods, you must attach another Form 4506.

| *12/31/05* | *12/31/03* | *12/31/01* | *12/31/1959* |
|---|---|---|---|
| *12/31/04* | *12/31/02* | *12/31/00* | *12/31/1998* |

8  Fee. There is a $39 fee for each return requested. Full payment must be included with your request or it will be rejected. Make your check or money order payable to "United States Treasury." Enter your SSN or EIN and "Form 4506 request" on your check or money order.

| a | Cost for each return . . . . . . . . . . . . . . . | $ 39.00 |
|---|---|---|
| b | Number of returns requested on line 7 . . . . . . . . | 8 |
| c | Total cost. Multiply line 8a by line 8b . . . . . . . . | $ 312.00 |

9  If we cannot find the tax return, we will refund the fee. If the refund should go to the third party listed on line 5, check here . . ☒

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax return requested. If the request applies to a joint return, either husband or wife may sign. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506 on behalf of the taxpayer.

| | | Telephone number of taxpayer on line 1a or 2a <br> ( ) |
|---|---|---|
| **Sign Here** | ▶ Signature (see instructions)                Date | |
| | ▶ Title (if line 1a above is a corporation, partnership, estate, or trust) | |
| | ▶ Spouse's signature                Date | |

For Privacy Act and Paperwork Reduction Act Notice, see page 2.        Cat. No. 41721E        Form **4506** (Rev. 4-2006)

Form **4506**

(Rev. April 2006)

Department of the Treasury
Internal Revenue Service

## Request for Copy of Tax Return

▶ Do not sign this form unless all applicable lines have been completed.
  Read the instructions on page 2.

▶ Request may be rejected if the form is incomplete, illegible, or any required
  line was blank at the time of signature.

OMB No. 1545-0429

**Tip:** You may be able to get your tax return or return information from other sources. If you had your tax return completed by a paid preparer, they should be able to provide you a copy of the return. The IRS can provide a **Tax Return Transcript** for many returns free of charge. The transcript provides most of the line entries from the tax return and usually contains the information that a third party (such as a mortgage company) requires. See **Form 4506-T,** Request for Transcript of Tax Return, or you can call 1-800-829-1040 to order a transcript.

| 1a Name shown on tax return. If a joint return, enter the name shown first. | 1b First social security number on tax return or employer identification number (see instructions) |
|---|---|
| *KEVIN BRITTO* | |
| 2a If a joint return, enter spouse's name shown on tax return | 2b Second social security number if joint tax return |
| | |

3  Current name, address (including apt., room, or suite no.), city, state, and ZIP code

*Kevin Britto, 300 W. 21 St. # 25, New York, NY 10011*

4  Previous address shown on the last return filed if different from line 3


5  If the tax return is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax return.

*Krasnoo/Klehm LLP, 23 Main Street Suite One, Andov, MA 01810*

**Caution:** If a third party requires you to complete Form 4506, **do not** sign Form 4506 if lines 6 and 7 are blank.

6  Tax return requested (Form 1040, 1120, 941, etc.) and all attachments as originally submitted to the IRS, including Form(s) W-2, schedules, or amended returns. Copies of Forms 1040, 1040A, and 1040EZ are generally available for 7 years from filing before they are destroyed by law. Other returns may be available for a longer period of time. Enter only one return number. If you need more than one type of return, you must complete another Form 4506. ▶ *1040*

   **Note.** If the copies must be certified for court or administrative proceedings, check here .  .  .  .  .  .  .  .  .  .  .  .  . ☒

7  Year or period requested. Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than eight years or periods, you must attach another Form 4506.

| *12/31/1997* | / / | / / | / / |
| *12/31/1996* | / / | / / | / / |

8  Fee. There is a $39 fee for each return requested. Full payment must be included with your request or it will be rejected. Make your check or money order payable to "United States Treasury." Enter your SSN or EIN and "Form 4506 request" on your check or money order.

a  Cost for each return  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  $  **39.00**

b  Number of returns requested on line 7 .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  *2*

c  Total cost. Multiply line 8a by line 8b .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  $  *78.00*

9  If we cannot find the tax return, we will refund the fee. If the refund should go to the third party listed on line 5, check here .  . ☒

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax return requested. If the request applies to a joint return, **either** husband or wife must sign. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506 on behalf of the taxpayer.

Telephone number of taxpayer on line 1a or 2a
(      )

**Sign Here**

▶ Signature (see instructions)                                    Date

▶ Title (if line 1a above is a corporation, partnership, estate, or trust)

▶ Spouse's signature                                              Date

For Privacy Act and Paperwork Reduction Act Notice, see page 2.          Cat. No. 41721E          Form **4506** (Rev. 4-2006)



# KRASNOO | KLEHM LLP
*attorneys at law*

Twenty-Three Main Street, Terrace Level, Suite One, Andover, MA 01810-3730
978.475.9955 (phone) • 978.474.9005 (facsimile) • www.krasnooklehm.com
James B. Krasnoo, admitted in MA & CA • Paul J. Klehm, admitted in MA & NH

July 12, 2006

Mr. Kevin Britto
300 W 21st Street, Apt. 25
New York, NY 10011

Re:  **International Floor Crafts v. David Adams, et al**

Dear Mr. Britto:

Enclosed please find copy of my June 15, 2006 letter to you with enclosures.

Very truly yours,

Paul J. Klehm

PJK/bc

Enclosures



KRASNOO | KLEHM LLP
*attorneys at law*

Twenty-Three Main Street, Terrace Level, Suite One, Andover, MA 01810-3730
978.475.9955 (phone) • 978.474.9005 (facsimile) • www.krasnooklehm.com
James B. Krasnoo, admitted in MA & CA • Paul J. Klehm, admitted in MA & NH

June 15, 2006

Mr. Kevin Britto
300 W 21st Street, Apt. 25
New York, NY 10011

Re:  **International Floor Crafts v. David Adams,** *et al*

Dear Mr. Britto:

At your recent deposition, you agreed to assist our office in obtaining copies of your income tax returns. Enclosed please find two Form 4506 (Request for Copy of Tax Return) for your review. These forms will permit our office to obtain copies of your federal income tax returns dating back ten years. Please add your social security number and an address in Item 4, if necessary.

Additionally, please sign, date and add your telephone number at the end of both documents, and then please return same to me in the enclosed self-addressed, stamped envelope.

Thank you for your anticipated assistance. Please contact this office if you have any questions.

Very truly yours,

Paul J. Klehm

Enclosures

| Form **4506** | **Request for Copy of Tax Return** | |
|---|---|---|
| (Rev. April 2006) | ▶ Do not sign this form unless all applicable lines have been completed.<br>Read the instructions on page 2.<br>▶ Request may be rejected if the form is incomplete, illegible, or any required<br>line was blank at the time of signature. | OMB No. 1545-0429 |
| Department of the Treasury<br>Internal Revenue Service | | |

**Tip:** You may be able to get your tax return or return information from other sources. If you had your tax return completed by a paid preparer, they should be able to provide you a copy of the return. The IRS can provide a **Tax Return Transcript** for many returns free of charge. The transcript provides most of the line entries from the tax return and usually contains the information that a third party (such as a mortgage company) requires. See Form 4506-T, Request for Transcript of Tax Return, or you can call 1-800-829-1040 to order a transcript.

| | |
|---|---|
| **1a** Name shown on tax return. If a joint return, enter the name shown first.<br><br>*KEVIN BRITTO* | **1b** First social security number on tax return or<br>employer identification number (see instructions) |
| **2a** If a joint return, enter spouse's name shown on tax return | **2b** Second social security number if joint tax return |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code

*KEVIN BRITTO, 300 W. 21 St. #25, New York, NY 10011*

**4** Previous address shown on the last return filed if different from line 3

**5** If the tax return is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax return.

*KRASNOO KLEHM LLP, 23 MAIN STREET, SUITE ONE, ANDOVER, MA 01810*

**Caution:** If a third party requires you to complete Form 4506, do not sign Form 4506 if lines 6 and 7 are blank.

**6** Tax return requested (Form 1040, 1120, 941, etc.) and all attachments as originally submitted to the IRS, including Form(s) W-2, schedules, or amended returns. Copies of Forms 1040, 1040A, and 1040EZ are generally available for 7 years from filing before they are destroyed by law. Other returns may be available for a longer period of time. Enter only one return number. If you need more than one type of return, you must complete another Form 4506. ▶ *1040*

Note. If the copies must be certified for court or administrative proceedings, check here . . . . . . . . . . . . . . ▶ ☐

**7** Year or period requested. Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than eight years or periods, you must attach another Form 4506.

| | | | |
|---|---|---|---|
| *12/31/05* | *12/31/03* | *12/31/01* | *12/31/1999* |
| *12/31/04* | *12/31/02* | *12/31/00* | *12/31/1998* |

**8** Fee. There is a $39 fee for each return requested. Full payment must be included with your request or it will be rejected. Make your check or money order payable to "United States Treasury." Enter your SSN or EIN and "Form 4506 request" on your check or money order.

| | | |
|---|---|---|
| **a** Cost for each return . . . . . . . . . . . . . . . . . | $ | 39.00 |
| **b** Number of returns requested on line 7 . . . . . . . . . . . | | 8 |
| **c** Total cost. Multiply line 8a by line 8b . . . . . . . . . | $ | 312.00 |

**9** If we cannot find the tax return, we will refund the fee. If the refund should go to the third party listed on line 5, check here . . ☒

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax return requested. If the request applies to a joint return, either husband or wife must sign. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506 on behalf of the taxpayer.

| | | |
|---|---|---|
| **Sign Here** | ▶ Signature (see instructions) | Date |
| | Telephone number of taxpayer on line 1a or 2a ( ) | |
| | Title (if line 1a above is a corporation, partnership, estate, or trust) | |
| | ▶ Spouse's signature | Date |

For Privacy Act and Paperwork Reduction Act Notice, see page 2. | Cat. No. 41721E | Form **4506** (Rev. 4-2006)

Form **4506**

(Rev. April 2006)

Department of the Treasury
Internal Revenue Service

## Request for Copy of Tax Return

▶ Do not sign this form unless all applicable lines have been completed.
Read the instructions on page 2.
▶ Request may be rejected if the form is incomplete, illegible, or any required line was blank at the time of signature.

OMB No. 1545-0429

**Tip:** You may be able to get your tax return or return information from other sources. If you had your tax return completed by a paid preparer, they should be able to provide you a copy of the return. The IRS can provide a **Tax Return Transcript** for many returns free of charge. The transcript provides most of the line entries from the tax return and usually contains the information that a third party (such as a mortgage company) requires. See **Form 4506-T**, Request for Transcript of Tax Return, or you can call 1-800-829-1040 to order a transcript.

| | |
|---|---|
| 1a Name shown on tax return. If a joint return, enter the name shown first. *Kevin Britto* | 1b First social security number on tax return or employer identification number (see instructions) |
| 2a If a joint return, enter spouse's name shown on tax return | 2b Second social security number if joint tax return |

3  Current name, address (including apt., room, or suite no.), city, state, and ZIP code

*Kevin Britto, 300 W. 21 St. #25, New York, NY 10011*

4  Previous address shown on the last return filed if different from line 3

5  If the tax return is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax return.

*Krasnoo/Klehm LLP, 23 Main Street Suite One, Andov, MA 01810*

**Caution:** If a third party requires you to complete Form 4506, **do not** sign Form 4506 if lines 6 and 7 are blank.

6  Tax return requested (Form 1040, 1120, 941, etc.) and all attachments as originally submitted to the IRS, including Form(s) W-2, schedules, or amended returns. Copies of Forms 1040, 1040A, and 1040EZ are generally available for 7 years from filing before they are destroyed by law. Other returns may be available for a longer period of time. Enter only one return number. If you need more than one type of return, you must complete another Form 4506. ▶ *1040*

Note. If the copies must be certified for court or administrative proceedings, check here. . . . . . . . . . . . . . . . . . ☑

7  Year or period requested. Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than eight years or periods, you must attach another Form 4506.

| *12, 31, 1997* | / / | / / | / / |
|---|---|---|---|
| *12, 31, 1996* | / / | / / | / / |

8  Fee. There is a $39 fee for each return requested. Full payment must be included with your request or it will be rejected. Make your check or money order payable to "United States Treasury." Enter your SSN or EIN and "Form 4506 request" on your check or money order.

| | | | |
|---|---|---|---|
| a | Cost for each return . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 39.00 |
| b | Number of returns requested on line 7 . . . . . . . . . . . . . . . . . . | | *2* |
| c | Total cost. Multiply line 8a by line 8b . . . . . . . . . . . . . . . . . . | $ | *78.00* |

9  If we cannot find the tax return, we will refund the fee. If the refund should go to the third party listed on line 5, check here . . ☑

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax return requested. If the request applies to a joint return, **either** husband or wife must sign. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506 on behalf of the taxpayer.

Telephone number of taxpayer on line 1a or 2a
( )

**Sign Here**

▶ Signature (see instructions)                                Date

▶ Title (if line 1a above is a corporation, partnership, estate, or trust)

▶ Spouse's signature                                          Date

For Privacy Act and Paperwork Reduction Act Notice, see page 2.          Cat. No. 41721E          Form **4506** (Rev. 4-2006)