UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Building #19 Inc. and International
Floors Crafts, Inc.**
**Plaintiff**

Civil NO.  **05-11654 NMG**

V.

**Tyrone Williams**
           **Defendant**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, International Floor Crafts, Inc. for an order of Default for failure of the Defendant, Tyrone Williams. , to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this **1st** day of  September , 2006  .

                                        SARAH A. THORNTON
                                        CLERK OF COURT

                              By:   /s/ Elizabeth E. Sonnenberg
                                        Deputy Clerk

Notice mailed to:
Tyrone Williams
171 Smith Street
New Beford, MA 02742

(Default Notice.wpd - 3/7/2005)