UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
)
**BUILDING #19, INC. AND** )
**INTERNATIONAL FLOOR CRAFTS, INC.,** )
)
       **Plaintiffs** )
)   **CIVIL ACTION**
**v.** )   **NO. 05-11654-NMG**
)
**DAVID W. ADAMS, ET AL.,** )
)
       **Defendants.** )
_____)

### MOTION OF ISAAC H. PERES TO WITHDRAW AS COUNSEL
### FOR DAVID W. ADAMS

The undersigned, Isaac H. Peres, requests this Court to allow him to withdraw his appearance as counsel for the Defendant, David W. Adams. As grounds for this Motion, Attorney Peres submits the following:

1. At the outset of this case, Mr. Adams was self-employed and earning a living.

2. Subsequently, Mr. Adams began working for an employer and ceased working due to health related problems.

3. As a result, Mr. Adams filed for bankruptcy and this action was stayed.

4. Attorney Peres would not have agreed to represent Mr. Adams in this action had he known that he would be filing for bankruptcy in the midst of it.

5. After the filing of the bankruptcy, the Plaintiffs filed a Motion for Relief from Stay to continue to pursue their claims against Mr. Adams, and the case against him has, unfortunately, been resurrected.

6. At the time of the filing of the bankruptcy, Mr. Adams owed Attorney Peres in excess of $5000.00 for work performed prior to it.

7. Mr. Adams' failure to pay his legal bills prior to the bankruptcy was beginning to cause a breakdown in the attorney-client relationship between Attorney Peres and Mr. Adams.

8. There is a significant amount of work which remains to be done in this case. In fact, given Mr. Adams' adverse financial circumstances, it is unlikely that the case will settle and it will most likely proceed to a trial.

9. At the present time, Mr. Adams is unable to pay Attorney Peres any amount of money for legal fees, and will be unable to do so for the foreseeable future.

10. Attorney Peres is a sole practitioner, and has a wife and three teenage children. His financial circumstances are such that he cannot even afford to hire an associate or even a secretary. In fact, Attorney Peres' wife has to work two jobs in order to make ends meet.

11. If Attorney Peres is compelled to perform several hundred hours worth of work for Mr. Adams without any payment, it will cause him significant financial harm and will jeopardize his ability to pay his mortgage, office rent, and meet his tax obligations to the IRS and the Commonwealth of Massachusetts.

12. Attorney Peres has not moved to withdraw to date because Mr. Adams' bankruptcy attorney stated to Attorney Peres that Mr. Adams' in-laws were prepared to finance his defense in this action, which has turned out not to be the case.

13. This mistaken representation has further contributed to the breakdown in the attorney-client relationship between Attorney Peres and Mr. Adams, which breakdown is now complete.

14. For this reason, Attorney Peres requests this Court to allow him to withdraw as counsel for the Defendant, David W. Adams.

/s/ Isaac H. Peres\
Isaac H. Peres, BBO #545149\
50 Congress Street\
Boston, MA 02109\
(617) 722-0094

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those as non registered participants on October 4, 2006, including the Defendant, David W. Adams.

/s/ Isaac H. Peres\
Isaac H. Peres

This document was created with Win2PDF available at http://www.win2pdf.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.