UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC.   )  <br>       Plaintiff                                )  <br>                                              )  <br> v.                                           )  <br>                                              )  <br> DAVID W. ADAMS, *et al*                      )  <br>       Defendants                            )  <br>                                              ) | CIVIL ACTION NO. 05CA11654-NMG |

### JOINT STATUS REPORT REGARDING MEDIATION

Pursuant to the Court's Order, the remaining parties to the within action hereby submit their joint status report regarding mediation in this matter:

The parties listed below believe that a mediation of the within matter may prove helpful to an expeditious resolution of this case. The parties have engaged in some discovery, and they have clarified some of the issues in this case. A successful mediation at this juncture will reduce litigation costs and permit the parties to have some control over the resolution of the within matter.

Dated: October 13, 2006

Respectfully submitted,

International Floor Crafts, Inc.
By its attorneys,


*/s/ Paul J. Klehm*_____
James B. Krasnoo (BBO# 279300)
jkrasnoo@krasnooklehm.com
Paul J. Klehm (BBO# 561605)
pklehm@krasnooklehm.com
Krasnoo/Klehm LLP
23 Main Street, Suite One
Andover, MA  01810
(978) 475-9955

Defendant David W. Adams
By his attorney,


*/s/ Isaac H. Peres (by PJK with permission)*
Isaac H. Peres (BBO# 545149)
Law Office of Isaac H. Peres
50 Congress Street, Suite 225
Boston, MA  02109
(617) 722-0094
isaac.21@netzero.net


Defendant Ronald E. Mitchell
By his attorney,


*/s/ Frederic D. Grant, Jr. (by PJK with permission)*
Frederic D. Grant, Jr. (BBO# 543115)
727 Atlantic Avenue, 2nd Floor
Boston, MA  02111
(617) 357-6555
grant@grantboston.com


Defendant Jane Dziemit
By her attorney,


*/s/ Richard J. Yurko (by PJK with permission)*
Richard J. Yurko (BBO# 538300)
Yurko, Salvesen & Remz, P.C.
One Washington Mall
Boston, MA  02108
(617) 723-6900
www.bizlit.com

## CERTIFICATE OF SERVICE

I, Paul J. Klehm, Esq., hereby certify that I have served a copy of the within document upon all counsel of record and upon all parties not represented by counsel by first class mail, postage pre-paid, on October 13, 2006.  Attorney Klehm notes that he did not hear back from Attorney Xifaras, counsel to Defendant Tyrone Williams, or from Defendant Kevin Britto in response to telephone messages left on October 13, 2006, and their respective signatures do not appear above.

>*/s/ Paul J. Klehm*
>Paul J. Klehm