# KRASNOO | KLEHM LLP
*attorneys at law*

Twenty-Three Main Street, Second Floor, Andover, MA 01810-3730
978.475.9955 (phone) • 978.474.9005 (facsimile) • www.krasnooklehm.com
James B. Krasnoo, admitted in MA & CA • Paul J. Klehm, admitted in MA & NH

Benjamin L. Falkner, admitted in MA & NH



December 8, 2006

Craig Nicewicz, Deputy Clerk
Civil Clerk's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

    Re:   *International Floor Crafts, Inc. v. David W. Adams et al*
           **Civil Action No. 05 CA 11654-NMG**

Dear Mr. Nicewicz:

    Please be advised that pro se Defendant Kevin Britto has provided our office with a new mailing address: 350 Summer Street, New Bedford, MA 02740.

                              Very truly yours,

                              Paul J. Klehm

PJK:eka

cc:    Robert M. Xifaras, Esq.
       Richard Yurko, Esq.
       Frederic D. Grant, Jr., Esq.
       Isaac Perez, Esq.
       Mr. Kevin Britto