# KRASNOO | KLEHM LLP
attorneys at law

Twenty-Three Main Street, Second Floor, Andover, MA 01810-3730
978.475.9955 (phone) • 978.474.9005 (facsimile) • www.krasnooklehm.com
James B. Krasnoo, admitted in MA & CA • Paul J. Klehm, admitted in MA & NH

Benjamin L. Falkner, admitted in MA & NH

FILED
IN CLERKS OFFICE

2006 DEC 15  P 12: 52

U.S. DISTRICT COURT
DISTRICT OF MASS.

December 14, 2006

Craig Nicewicz, Deputy Clerk
Civil Clerk's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:   *International Floor Crafts, Inc. v. David W. Adams et al*
      Civil Action No. 05 CA 11654-NMG

Dear Mr. Nicewicz:

Please be advised that *pro se* Defendant Kevin Britto informed me by telephone today that he is still at the following address:

Mr. Kevin Britto
300 W 21st Street, Apt. 25
New York, NY 10011

Contrary to my letter to you dated December 8, 2006, according to Mr. Britto, he is not living at 350 Summer Street, New Bedford, MA 02740.

Very truly yours,

Paul J. Klehm

PJK:eka

cc:   Robert M. Xifaras, Esq.
      Richard Yurko, Esq.
      Frederic D. Grant, Jr., Esq.
      Isaac Perez, Esq.
      Mr. Kevin Britto