UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC. )<br>Plaintiff ) | |
| v. ) | Civil Action No. 05-11654-NMG |
| DAVID W. ADAMS, et al., )<br>Defendants ) | |

PARTIAL OPPOSITION BY CHINESE CARPET CENTER, INC.,
PAUL SUN AND DAVID SUN TO EMERGENCY MOTION
TO COMPEL DISCOVERY OF SETTLEMENTS AND TERMS

Former defendants Chinese Carpet Center, Inc. ("CCC"), and Paul Sun and David Sun (together, "the Suns"), by and through their undersigned counsel, hereby partially oppose the Emergency Motion to Compel Discovery of Settlements and Terms (Dkt #177) filed by defendant Jane Dziemit on December 15, 2006. In opposition to Ms. Dziemit's motion, CCC and the Suns state as follows:

1. On or about April 14, 2006, CCC and the Suns entered into a Settlement Agreement. On May 12, 2006, the Stipulation of Dismissal of the claims against CCC and the Suns was filed and served through the PACER system on all parties, including Ms. Dziemit's counsel.

2. Although the existence of a settlement was disclosed to Ms. Dziemit more than seven months ago, Ms. Dziemit claims in her motion that an impending mediation date of January 5, 2007 creates an "emergency," and that she must have a copy of the full settlement agreement immediately.

3. As is evident from a review of the Settlement Agreement, which the undersigned understands has been submitted to the Court *in camera* by plaintiff's counsel, certain portions of

the Settlement Agreement are and should remain confidential.  CCC and the Suns are agreeable to disclosing to Ms. Dziemit's counsel the financial terms of the Settlement Agreement, which are relevant to considerations at the mediation.  The undersigned has made this clear to Ms. Dziemit's counsel (see Email from Peter B. Krupp to Anthony B. Fioravanti dated December 15, 2006 attached), but has not heard any response from Ms. Dziemit's counsel.

For these reasons, the Court should deny Ms. Dziemit's motion at this time without prejudice and direct IFC to disclose to Ms. Dziemit's counsel only the financial terms of the Settlement Agreement between IFC, and CCC and the Suns, which terms are contained in paragraphs 1 and 4 of the Settlement Agreement.

                                               CHINESE CARPET CENTER, INC.,
                                               DAVID SUN and PAUL SUN
                                               By their attorney,

                                               / S /  Peter B. Krupp

Dated:  December 26, 2006                 Peter B. Krupp
                                                 B.B.O. #548112
                                               Lurie & Krupp, LLP
                                               One McKinley Square
                                               Boston, MA  02109
                                               Tel.  617-367-1970

### CERTIFICATE OF SERVICE

I, Peter B. Krupp, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on December 26, 2006.

                                               / S /  Peter B. Krupp

                                               Peter B. Krupp

## Peter B. Krupp

**From:** Peter B. Krupp
**Sent:** Friday, December 15, 2006 2:50 PM
**To:** 'Anthony B. Fioravanti'
**Cc:** Richard J. Yurko; 'Paul Klehm'; jrichards@troutcacheris.com
**Subject:** RE: Disclosure of Settlement Agreements, International Floor Crafts v. Adams, et al.

Anthony,

I have no problem providing you with the financial parameters of the settlement agreement between the Suns, CCC and IFC, that is those terms that affect or reduce your client's exposure re: damages under joint and several liability. This seems to be what you are looking for, particularly with respect to the upcoming mediation. The rest of the terms of the settlement agreement are confidential, and I will object to disclosure of the settlement agreement and the rest of the terms. If this is satisfactory to you, I will provide you with the financial details, provided you agree to withdraw your motion to compel as it relates to the Suns and CCC. Please let me know. Otherwise I will file an opposition to your emergency motion.

Peter

Peter B. Krupp
Lurie & Krupp, LLP
One McKinley Square
Boston, MA 02109
Tel: 617-367-1970
Fax: 617-367-1971
Mobile: 617-312-3315
Email: pkrupp@luriekrupp.com