UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC., | ) ) ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) ) | NO. 05-11654-NMG |
| DAVID W. ADAMS, et al., | ) ) | |
| Defendants. | ) | |

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE GORTON

[  ]  The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]  On   January 5, 2007  , I held the following ADR proceeding:

    _____  SCREENING CONFERENCE      _____  EARLY NEUTRAL EVALUATION

    __X__  MEDIATION      _____  SUMMARY BENCH/JURY TRIAL

    _____  MINI-TRIAL      _____  SETTLEMENT CONFERENCE

All parties were present in person or by authorized corporate officer, and were represented by counsel.

The case was:

[  ]  Settled.  Your clerk should enter a 30-day order of dismissal.

[ X ]  There was progress.  The parties are to report back to the court to schedule a further session.

[  ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[  ]  Suggested strategy to facilitate settlement:

_____
_____

                                                                                / s / Judith Gail Dein
                                                      Judith Gail Dein, U.S. Magistrate Judge

DATED:  January 8, 2007                                         ADR Provider