UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

```
_____
BUILDING #19, INC. and              )
INTERNATIONAL FLOOR CRAFTS, INC.    )
     Plaintiffs                     )
                                    )
v.                                  )
                                    )
DAVID W. ADAMS, et al               )   CIVIL ACTION NO. 05CA11654-NMG
     Defendants                     )
_____ )
```

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST
DEFENDANT TYRONE WILLIAMS**

Plaintiff International Floor Crafts, Inc. (hereinafter, "IFC") hereby moves this Court pursuant to Fed.R.Civ.P. 55(b)(2) for the entry of default judgment in favor of IFC and against Defendant Tyrone Williams where (1) on September 1, 2006, the Court entered a default against Defendant Williams [See Doc. No. 167], (2) on November 29, 2006, this Court granted IFC's motion to compel Defendant Williams to produce certain documents, and, to the best of the recollection of Attorney Paul Klehm, counsel to IFC, Defendant Williams has failed to produce same [See Doc. No. 166], and (3) Defendant Williams and his counsel failed to appear at the Mediation before Mag. J. Dein on January 5, 2007.

IFC hereby submits an Affidavit of Paul J. Klehm.

**WHEREFORE**, for the above reasons, Plaintiff International Floor Crafts, Inc. respectfully requests that this Court GRANT the within motion and enter default judgment

in favor of Plaintiff International Floor Crafts, Inc. and against Defendant Tyrone Williams.

                        The Plaintiff
                        International Floor Crafts, Inc.
                        By Its Attorneys,

                        /s/ Paul J. Klehm
                        Paul J. Klehm (BBO#561605)
                        pklehm@krasnooklehm.com
                        James B. Krasnoo (BBO#279300)
                        jkrasnoo@krasnooklehm.com
                        Krasnoo|Klehm LLP
                        23 Main Street, Suite Six
                        Andover, MA  01810
Dated:  January 9, 2007         (978) 475-9955

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

On January 8, 2007 at approximately 1:30 p.m., I left a telephone message for Attorney Xifaras, counsel to Defendant Tyrone Williams, identifying the within motion. Since Attorney Xifaras rarely returns my telephone calls, I am filing the within motion.

                        /s/ Paul J. Klehm
                        Paul J. Klehm

## CERTIFICATE OF SERVICE

I, Paul J. Klehm, Esq., hereby certify that I have served a copy of the within document upon all counsel of record and upon all parties not represented by counsel by first class mail, postage pre-paid, on January 9, 2007.  On January 9, 2007, I have also forwarded a copy of the within motion via first class mail, postage pre-paid, to Kevin Britto, 300 W. 21st Street, Apartment #25, New York, NY.

                        /s/ Paul J. Klehm
                        Paul J. Klehm