UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

_____
BUILDING #19, INC. and                        )
INTERNATIONAL FLOOR CRAFTS, INC.  )
    Plaintiffs                                        )
                                                            )
v.                                                            )
                                                            )
DAVID W. ADAMS, *et al*                       ) CIVIL ACTION NO. 05CA11654-NMG
    Defendants                                      )
_____)

## AFFIDAVIT OF PAUL J. KLEHM, ESQ.

I, Paul J. Klehm, under oath, depose and state as follows:

1.    I am counsel to Plaintiff International Floor Crafts, in the within matter.

2.    I am an attorney licensed to practice law in the Commonwealth of Massachusetts since 1992, and in the United States District Court for the District of Massachusetts since 1993.

3.    To date, to the best of my recollection, Defendant Williams has failed to produce all documents required in response to the motion to compel allowed by the Court on November 29, 2006.

4.    Upon information and belief, Defendant Williams is not an infant or incompetent person.

5.    Upon information and belief, Defendant Williams is not in the military service of the United States or its Allies, as defined in the Soldier's and Sailor's Civil Relief Act of 1940, as amended.

6.    I was present at the mediation held before Magistrate Judge Dein on

2

January 5, 2007. Neither Attorney Xifaras nor Defendant Williams attended the mediation.

Signed under the pains and penalties of perjury this 9th day of January, 2007,

/s/ Paul J. Klehm
Paul J. Klehm

## CERTIFICATE OF SERVICE

I, Paul J. Klehm, Esq., hereby certify that I have served a copy of the within document upon all counsel of record and upon all parties not represented by counsel by first class mail, postage pre-paid, on January 9, 2007. On January 9, 2007, I have also forwarded a copy of the within motion via first class mail, postage pre-paid, to Kevin Britto, 300 W. 21st Street, Apartment #25, New York, NY.

/s/ Paul J. Klehm
Paul J. Klehm