UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC., | ) ) ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 05-11654-NMG |
| | ) | |
| DAVID W. ADAMS, et al., | ) ) | |
| Defendants. | ) | |

**AMENDED REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE GORTON

[ ]  The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]  On  January 5, 2007 , I held the following ADR proceeding:

   _____ SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION

   ___X___ MEDIATION            _____ SUMMARY BENCH/JURY TRIAL

   _____ MINI-TRIAL             _____ SETTLEMENT CONFERENCE

All parties were present in person or by authorized corporate officer, except the defendants Tyrone Williams and Kevin Britto, and all parties present were represented by counsel.

The case was:

[ ]  Settled.  Your clerk should enter a 30-day order of dismissal.

[ X ]  There was progress.  The parties are to report back to the court to schedule a further session.

[ ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement:

   _____
   _____

                      / s / Judith Gail Dein
                      Judith Gail Dein, U.S. Magistrate Judge
DATED:  January 9, 2007           ADR Provider