UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BUILDING #19, INC. and )<br>INTERNATIONAL FLOOR CRAFTS, INC. )<br>    Plaintiffs )<br>)<br>v. )<br>)<br>DAVID W. ADAMS, *et al* )<br>    Defendants )<br>) | CIVIL ACTION NO. 05CA11654-NMG |

**PLAINTIFF'S REQUEST FOR ENTRY OF NOTICE OF DEFAULT
AGAINST DEFENDANT KEVIN BRITTO**

Plaintiff International Floor Crafts, Inc. hereby requests that this Court enter a notice of default against Defendant Kevin Britto pursuant to Fed.R.Civ.P. 55(a) where (1) Defendant Britto, who has acted *pro se* in the within matter, has not filed any answer to the Amended Complaint, (2) Defendant Britto failed to appear at the mediation in this matter which was held on January 5, 2007[1], and (3) Defendant Britto has failed to provide signed tax forms in compliance with the order of the Court dated November 29, 2006[2].

**WHEREFORE**, for the above reasons, Plaintiff International Floor Crafts, Inc. respectfully requests that this Court enter a Notice of Default against Defendant Kevin

---

[1] On January 8, 2007, Attorney Krasnoo received a telephone call from Assistant Clerk Craig Nicewicz in which, in essence, Mr. Nicewicz informed Mr. Krasnoo that Mr. Nicewicz had received a telephone call from Mr. Britto's sister who stated that Mr. Britto was hospitalized and unable to attend the mediation.

[2] Plaintiff is in the process of seeking to obtain enforcement of the Court's order from a federal court in New York, where, upon information and belief, Mr. Britto currently resides.

Britto.

        The Plaintiff
        International Floor Crafts, Inc.
        By Its Attorneys,

        */s/ Paul J. Klehm*
        Paul J. Klehm (BBO#561605)
        pklehm@krasnooklehm.com
        James B. Krasnoo (BBO#279300)
        jkrasnoo@krasnooklehm.com
        Krasnoo|Klehm LLP
        23 Main Street, Suite Six
        Andover, MA  01810

Dated:  January 11, 2007        (978) 475-9955

## CERTIFICATE OF SERVICE

I, Paul J. Klehm, Esq., hereby certify that I have served a copy of the within document upon all counsel of record and upon all parties not represented by counsel by first class mail, postage pre-paid, on January 11, 2007.  On January 11, 2007, I have also forwarded a copy of the within motion via first class mail, postage pre-paid, to Kevin Britto, 300 W. 21st Street, Apartment #25, New York, NY.

        */s/ Paul J. Klehm*
        Paul J. Klehm