UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC. )<br>    Plaintiff )<br>)<br>v.  )<br>)<br>DAVID W. ADAMS, *et al* )<br>    Defendants )<br>) | CIVIL ACTION NO. 05CA11654-NMG |

**JOINT MOTION TO EXTEND TIME TO RESPOND TO RECENT DISCOVERY
REQUESTS UNTIL 30 DAYS AFTER CONCLUSION OF MEDIATION**

Plaintiff International Floor Crafts, Inc., Defendant Jane Dziemit, Defendant Ronald Mitchell and Defendant David Adams (collectively, the "Participating Parties") hereby move this Court to extend the time for Participating Parties to respond to outstanding discovery requests served in December, 2006 until 30 days after conclusion of mediation for the following reasons:

1.  On January 5, 2007, the Participating Parties attended a mediation before Magistrate Judge Dein. Defendants Tyrone Williams and Kevin Britto did not attend, and they are not movants in this motion. The mediation adjourned with an agreement to hold another mediation session. The parties are currently working with the office of Magistrate Judge Dein to schedule a further mediation session. Because of various scheduling conflicts, the continued mediation will not occur until mid-March, 2007 at the earliest.

2.  By Order of this Court, the parties must respond to interrogatories and requests for production of documents by January 31, 2007.

3.  In late December, 2006, some of the Participating Parties served discovery requests in order to meet the discovery deadline.

4.     In an effort to reduce litigation costs of the within action, the Participating Parties seek to extend the time within which they may respond to discovery requests served in December, 2006 until 30 days after the conclusion of mediation.

**WHEREFORE**, for the above reasons, Plaintiff International Floor Crafts, Inc., Defendant Jane Dziemit, Defendant Ronald Mitchell and Defendant David Adams respectfully request that this Court GRANT the within motion and EXTEND the time within which Plaintiff International Floor Crafts, Inc., Defendant Jane Dziemit, Defendant Ronald Mitchell and Defendant David Adams may respond to discovery requests served in December, 2006 until 30 days after the conclusion of mediation in the within matter.

Respectfully submitted,

Plaintiff
International Floor Crafts, Inc.
By Its Attorneys,

/s/ Paul J. Klehm
Paul J. Klehm (BBO#561605)
pklehm@krasnooklehm.com
James B. Krasnoo (BBO#279300)
jkrasnoo@krasnooklehm.com
Krasnoo | Klehm LLP
23 Main Street, Suite Six
Andover, MA  01810
(978) 475-9955


Defendant David W. Adams
By his attorney,

/s/ Isaac H. Peres (by PJK, with permission)
Isaac H. Peres (BBO# 545149)
isaacperes@comcast.net
Law Office of Isaac H. Peres
50 Congress Street, Suite 225
Boston, MA  02109
(617) 722-0094

Defendant Ronald E. Mitchell
By his attorney,

/s/ *Frederic D. Grant, Jr. (by PJK, with permission)*
Frederic D. Grant, Jr. (BBO# 543115)
grant@grantboston.com
727 Atlantic Avenue, 2nd Floor
Boston, MA  02111
(617) 357-6555


Defendant Jane Dziemit
By her attorney,

/s/ *Anthony B. Fioravanti (by PJK, with permission)*
Richard J. Yurko (BBO# 538300)
RJY@bizlit.com
Anthony B. Fioravanti (BBO# 664823)
abf@bizlit.com
Yurko, Salvesen & Remz, P.C.
One Washington Mall, 11th Floor
Boston, MA  02108
(617) 723-6900

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I, Paul J. Klehm, counsel to Plaintiff, hereby certify that, on January 31, 2007, I emailed a draft of the within motion to counsel to the Participating Parties.  I also spoke by telephone with Attorney Peres, counsel to Defendant Adams.  The above named counsel have permitted me to electronically sign their respective names to the within motion.  I have not contacted Attorney Xifaras, counsel to Defendant Tyrone Williams, or Defendant Kevin Britto, who is *pro se*, regarding the within motion.

/s/ *Paul J. Klehm*
Paul J. Klehm

## CERTIFICATE OF SERVICE

I, Paul J. Klehm, Esq., hereby certify that I have served a copy of the within document upon all counsel of record and upon all parties not represented by counsel by first class mail, postage pre-paid, on January 31, 2007.  On January 31, 2007, I have also forwarded a copy of the within motion via first class mail, postage pre-paid, to Kevin Britto, 300 W. 21st Street, Apartment #25, New York, NY.

/s/ *Paul J. Klehm*
Paul J. Klehm