

# KRASNOO | KLEHM LLP
*attorneys at law*

Twenty-Three Main Street, Second Floor, Andover, MA 01810-3730
978.475.9955 (phone) • 978.474.9005 (facsimile) • www.krasnooklehm.com
James B. Krasnoo, admitted in MA & CA • Paul J. Klehm, admitted in MA & NH

Benjamin L. Falkner, admitted in MA & NH



February 2, 2007

**VIA FACSIMILE AND**
**FIRST CLASS MAIL**

Thomas Quinn, Deputy Clerk
Civil Clerk's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

    Re:   *International Floor Crafts, Inc. v. David W. Adams et al*
             **Civil Action No. 05 CA 11654-NMG**

Dear Mr. Quinn:

    Pursuant to our telephone discussion today, this letter will confirm that the parties who participated in the mediation last time are available on March 16, 2007 at 10:00 a.m. to proceed with the continued mediation. My understanding is that you will be sending out an electronic notice confirming that the mediation will go forward on that date.

    While I am copying Attorney Xifaras and Mr. Britto (neither of whom attended the previous mediation) on the within letter, I do not know whether they would be available on that date. By copy of this letter, I am alerting them to the mediation date.

Very truly yours,

Paul J. Klehm

cc:    Richard Yurko, Esq. (via facsimile only)
        Frederic Grant, Esq. (via facsimile only)
        Isaac Peres, Esq. (via facsimile only)
        Robert Xifaras, Esq. (via mail only)
        Mr. Kevin Britto (via mail only)