UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC. )<br>    Plaintiff )<br>)<br>v. ) CIVIL ACTION NO. 05CA11654-NMG<br>)<br>DAVID W. ADAMS, *et al* )<br>    Defendants ) | |

## APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Plaintiff International Floor Crafts, Inc.

I hereby certify that I am admitted to practice in this Court.

                                              */s/ Benjamin L. Falkner*
                                              Benjamin L. Falkner (BBO#667951)
                                              bfalkner@krasnooklehm.com
                                              Krasnoo | Klehm LLP
                                              23 Main Street, Suite Six
                                              Andover, MA  01810
                                              (978) 475-9955

## CERTIFICATE OF SERVICE

      I, Benjamin L. Falkner, Esq., hereby certify that I have served a copy of the within document upon all counsel of record and upon all parties not represented by counsel by first class mail, postage pre-paid, on March 1, 2007.  On March 1, 2007, I have also forwarded a copy of the within document via first class mail, postage pre-paid, to Kevin Britto, 300 W. 21st Street, Apartment #25, New York, NY.

                                              */s/ Benjamin L. Falkner*
                                              Benjamin L. Falkner