UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC. | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 05CA11654-NMG |
| | ) |
| DAVID W. ADAMS, *et al* | ) |
|     Defendants | ) |

## SUGGESTION OF APPARENT DEATH

Plaintiff hereby gives notice that it has obtained a copy of an obituary which, upon

information and belief, pertains to Defendant Kevin Britto. (*See* **Exhibit A**).  Since Mr. Britto

acted *pro se* in the within matter, Plaintiff gives notice to the Court of Mr. Britto's apparent

death.

Plaintiff
International Floor Crafts, Inc.
By Its Attorneys,

*/s/ Benjamin L. Falkner*
Paul J. Klehm (BBO#561605)
pklehm@krasnooklehm.com
James B. Krasnoo (BBO#279300)
jkrasnoo@krasnooklehm.com
Benjamin L. Falkner (BBO#667951)
bfalkner@krasnooklehm.com
Krasnoo | Klehm LLP
23 Main Street, Suite Six
Andover, MA  01810
(978) 475-9955

## CERTIFICATE OF SERVICE

I, Benjamin L. Falkner, Esq., hereby certify that I have served a copy of the within
document upon all counsel of record and upon all parties not represented by counsel by first class
mail, postage pre-paid, on March 1, 2007.  On March 1, 2007, I have also forwarded a copy of
the within document via first class mail, postage pre-paid, to Kevin Britto, 300 W. 21st Street,
Apartment #25, New York, NY.

*/s/ Benjamin L. Falkner*
Benjamin L. Falkner

Exhibit "A"

Sunday Standard-Times, New Bedford, MA

## OBITUARIES

### KEVIN BRITTO

MANHATTEN, N.Y. — Kevin Britto, 36, of Manhatten, N.Y., died Saturday, Feb. 10, 2007, after a long illness. He was the son of the late Meredith (Kulig) Britto. He was born and raised in New Bedford and was a graduate of New Bedford High School.

Survivors include his father, Robert "Bobby Tort" Britto, a sister, Wendy Britto, two nieces, Karina and Ashley Reyes, and a nephew, Jayden Sanchez, all of New Bedford. He is also survived by aunts, uncles, and many close friends who will miss him dearly.

A memorial service will be held at a later date.

MR. BRITTO