UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC. | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| DAVID W. ADAMS, *et al* | )   CIVIL ACTION NO. 05CA11654-NMG |
|     Defendants | ) |

_____)

**PLAINTIFF INTERNATIONAL FLOOR CRAFTS, INC.'S OPPOSITION TO
COURT'S ORDER OF FEBRUARY 28, 2007 DENYING PLAINTIFF'S MOTION TO
<u>DISMISS COUNTERCLAIMS TWO AND THREE</u>**

Plaintiff International Floor Crafts, Inc. (hereinafter, "IFC") hereby opposes the Court's

Order of February 28, 2007, to the extent that Plaintiff's Motion To Dismiss was denied on

Counts Two and Three.

<div style="margin-left:50%">

The Plaintiff
International Floor Crafts, Inc.
By Its Attorneys,


 */s/ Paul J. Klehm*_____
James B. Krasnoo (BBO# 279300)
*jkrasnoo@krasnooklehm.com*
Paul J. Klehm (BBO# 561605)
*pklehm@krasnooklehm.com*
Krasnoo/Klehm, LLP
23 Main Street, Suite Six
Andover, MA 01810
(978) 475-9955

</div>

Dated:  March 7, 2007

## CERTIFICATE OF SERVICE

I, Paul J. Klehm, Esq., hereby certify that I have served a copy of the within document upon all counsel of record and upon all parties not represented by counsel by first class mail, postage pre-paid, on March 7, 2007.  On March 7, 2007, I have also forwarded a copy of the within motion via first class mail, postage pre-paid, to Kevin Britto, 300 W. 21st Street, Apartment #25, New York, NY.

/s/ Paul J. Klehm
Paul J. Klehm