UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC., <br><br> Plaintiff <br><br> v. <br><br> DAVID W. ADAMS, ET AL., <br><br> Defendants | Civil Action No. 05-11654-NMG |

## ASSENTED TO MOTION TO EXTEND TIME TO FILE AMENDED COUNTERCLAIM

Defendant/counterclaim plaintiff Jane Dziemit hereby moves for additional time to file her amended counterclaim. In support of this motion, Ms. Dziemit states as follows:

1. This matter is currently in mediation. The first mediation session was held before Magistrate Judge Dein on January 5, 2007. The parties agreed to a second mediation session, but due to scheduling conflicts, that session could not be scheduled before Judge Dein until March 16, 2007.

2. In connection with the scheduling of the second mediation session for March 16, the relevant parties agreed to stay of the litigation between the two sessions. The only thing then pending was outstanding discovery and, accordingly, the parties requested that the time for responding to such discovery be extended because of the mediation. See Joint Motion for Extension of Time to Respond to Recent Discovery Requests Until 30 Days After Conclusion of Mediation, Docket # 188. The Court granted this motion to extend the discovery. See Electronic Order Granting Motion to Extend, Dated Feb. 14, 2007.

3. On February 28, 2007, the Court decided IFC's motion to dismiss Ms. Dziemit's counterclaims, denying the motion to dismiss in part and giving Ms. Dziemit until March 13, 2007 to file an amended counterclaim consistent with the Court's decision. Because the premise of the mediation is that the litigation be stayed and especially that litigation expenses be avoided during the period between the mediation sessions (See Joint Motion for Extension of Time to Respond to Recent Discovery Requests Until 30 Days After Conclusion of Mediation, Docket # 188), Ms. Dziemit requests that her time to draft and file an amended counterclaim be extended until two weeks after the conclusion of the mediation process.

Respectfully submitted,

JANE DZIEMIT,

By her attorneys,

s/Anthony B. Fioravanti/
_____
Richard J. Yurko (BBO#538300)
Anthony B. Fioravanti (BBO#664823)
YURKO, SALVESEN & REMZ, P.C.
One Washington Mall, 11th Floor
Boston, MA 02108
(617) 723-6900

Assented to:

s/Paul J. Klehm/
_____
James B. Krasnoo (BBO#279300)
Paul J. Klehm (BBO#561605)
Law Offices of James B. Krasnoo
23 Main Street
Andover, MA 01810
(978) 475-9955

Dated: March 7, 2007

**Certificate of Conference – Rule 7.1(A)(2) Statement**

The undersigned hereby certifies that on March 6, 2007, and March 7, 2007, counsel for Defendant Jane Dziemit conferred with counsel for Plaintiff concerning this Motion. Counsel for Plaintiff assented to the Motion.

                                                                        s/Anthony B. Fioravanti/
                                                                         _____

**Certificate of Service**

The undersigned hereby certifies that a copy of the above motion was caused to be served on all counsel of record via the ECF filing system and on all parties not represented by counsel by first class mail on March 7, 2007.

                                                                         s/Anthony B. Fioravanti/
                                                                         _____