UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC., | ) ) ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) ) | NO. 05-11654-NMG |
| DAVID W. ADAMS, et al., | ) ) | |
| Defendants. | ) | |

**FURTHER REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE GORTON

[ ]  The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]  On ___March 16, 2007___, I held the following ADR proceeding:

| | | | |
|---|---|---|---|
| _____ | SCREENING CONFERENCE | _____ | EARLY NEUTRAL EVALUATION |
| __X__ | CONTINUED MEDIATION | _____ | SUMMARY BENCH/JURY TRIAL |
| _____ | MINI-TRIAL | _____ | SETTLEMENT CONFERENCE |

All parties were present in person or by authorized corporate officer, except the defendants Tyrone Williams and Kevin Britto. The defendant Jane Dziemitz participated by telephone. All parties present were represented by counsel.

The case was:

[ ]  Settled. Your clerk should enter a 30-day order of dismissal.

[ X ]  There was progress. The plaintiff is to report back to the court to schedule a further session during the week of March 26, 2007.

[ ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement:

_____
_____

DATED: March 20, 2007

                               / s / Judith Gail Dein
                               Judith Gail Dein, U.S. Magistrate Judge
                               ADR Provider