UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                           )
**BUILDING #19, INC. AND**                  )
**INTERNATIONAL FLOOR CRAFTS, INC.,** )
                                                           )
        **Plaintiffs**              )
                                                           )         **CIVIL ACTION**
**v.**                                                  )         **NO. 05-11654-NMG**
                                                           )
**DAVID W. ADAMS, ET AL.,**           )
                                                           )
        **Defendants.**           )
_____)


**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

     I, Isaac H. Peres, hereby certify that on May 15, 2007, I conferred with Paul J. Klehm, Counsel for the Plaintiffs, regarding the filing of the Motion to Stay of the Defendant, David W. Adams.

                                                            /s/ Isaac H. Peres_____
                                                             Isaac H. Peres, BBO #545149
                                                            92 State Street, 8th Floor
                                                            Boston, MA 02109
                                                            (617) 722-0094


                                       CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those as non registered participants on May 15, 2007.

                                                            /s/ Isaac H. Peres_____
                                                            Isaac H. Peres