UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC.    )<br>         Plaintiff                )<br>                                   )<br>v.                                 )   CIVIL ACTION NO. 05CA11654-NMG<br>                                   )<br>DAVID W. ADAMS, *et al*            )<br>         Defendants                ) | |

**PLAINTIFF'S MOTION TO WITHDRAW REQUEST FOR DEFAULT AS TO
<u>DEFENDANT TYRONE WILLIAMS</u>**

Plaintiff International Floor Crafts, Inc. ("IFC") hereby moves to withdraw its request for default as to Defendant Tyrone Williams [Doc. No. 158] where Williams did, in fact, file an answer to the Complaint (albeit an incomplete answer) on November 11, 2005 [Doc. No. 102].

Plaintiff's counsel did not notice the oversight until today.

**WHEREFORE**, Plaintiff International Floor Crafts, Inc. respectfully requests that this Court GRANT the within motion and withdraw Plaintiff's request for default as to Defendant Tyrone Williams.

                                                Plaintiff
                                                International Floor Crafts, Inc.
                                                By its Attorneys,

                                                */s/ Paul J. Klehm*
                                                James B. Krasnoo (BBO#279300)
                                                jkrasnoo@krasnooklehm.com
                                                Paul J. Klehm (BBO#561605)
                                                pklehm@krasnooklehm.com
                                                Benjamin L. Falkner (BBO#667951)
                                                bfalkner@krasnooklehm.com
                                                Krasnoo | Klehm LLP
                                                23 Main Street, Suite Six
                                                Andover, MA  01810
                                                (978) 475-9955

Dated:  June 14, 2007

2

**CERTIFICATE OF SERVICE**

    I, Paul J. Klehm, Esq., hereby certify that I have served a copy of the within document upon all counsel of record via ECF on June 14, 2007.

                                        */s/Paul J. Klehm*
                                        Paul J. Klehm