UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR ) | |
| CRAFTS, INC., ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| v. ) | NO. 05-11654-NMG |
| ) | |
| DAVID W. ADAMS, et al., ) | |
| ) | |
| Defendants. ) | |

**FINAL REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE GORTON

[ ]   The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]   On ___January 5, 2007 and March 16, 2007 (and thereafter by telephone)___, I held the following ADR proceeding:

| _____ SCREENING CONFERENCE | _____ EARLY NEUTRAL EVALUATION |
| ___X___ MEDIATION | _____ SUMMARY BENCH/JURY TRIAL |
| _____ MINI-TRIAL | _____ SETTLEMENT CONFERENCE |

All parties were present in person or by authorized corporate officer, except the defendants Tyrone Williams and Kevin Britto. The defendant Jane Dziemitz participated by telephone. All parties present were represented by counsel.

The case was:

[ ]   Settled. Your clerk should enter a 30-day order of dismissal.

[ ]   There was progress.

[ X ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:

_____
_____

                                                          / s / Judith Gail Dein
                                                      Judith Gail Dein, U.S. Magistrate Judge

DATED: June 29, 2007                                 ADR Provider