UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC., )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>DAVID W. ADAMS, et al. )<br>)<br>Defendants. ) | Civil Action No. 05-11654-NMG |

### ASSENTED TO MOTION TO STAY FILING OF DEFENDANT DZIEMIT'S AMENDED COUNTERCLAIM OR IN THE ALTERNATIVE TO EXTEND THE TIME FOR DEFENDANT DZIEMIT TO FILE AMENDED COUNTERCLAIM

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Jane Dziemit ("Dziemit") hereby requests that this Court stay the flipping of her amended counterclaim or, in the alternative, to extend the time in which Dziemit must file an amended counterclaim in this matter. Counsel for Ms. Dziemit have field a motion to withdrawal as counsel in this matter. See, Motion of Attorneys Yurko and Fioravanti and Yurko, Salvesen & Remz, P.C. to Withdraw as Counsel to Defendant Dziemit, Docket No. 201. Because Ms. Dziemit's counsel are seeking to withdraw their representation of her in this matter and successor counsel may seek a course of action in conflict with that of present counsel regarding the counterclaim, it is senseless for Ms. Dziemit to be required to submit an amended counterclaim at this time. As a result, Ms. Dziemit is seeking to stay the filing of her amended counterclaim pending resolution of the motion to withdraw. In the alternative Ms. Dziemit is seeking to extend the time for her to file an amended counterclaim.

Plaintiff's counsel have assented to this motion.

WHEREFORE, Defendant Dziemit respectfully request that this Court stay the filing of her amended counterclaim pending a ruling on her counsel's motion to withdraw or, in the alternative, extend the time for her to file an amended counterclaim

        Respectfully submitted,

        Defendant Jane Dziemit,

        By her attorneys,

        s/Anthony B. Fioravanti/

        _____
        Richard J. Yurko (BBO#538300)
        Anthony B. Fioravanti (BBO# 664823)
        YURKO, SALVESEN & REMZ, P.C.
        One Washington Mall, 11th Floor
        Boston, MA 02108
        (617) 723-6900

Date:  July 13, 2007

## Certificate of Conference – Rule 7.1(A)(2) Statement

The undersigned hereby certifies that on July 12, 2007, counsel for Defendant Jane Dziemit conferred with counsel for Plaintiff concerning this Motion.  Counsel for Plaintiff assented to the Motion.

        s/Anthony B. Fioravanti/
        _____

## Certificate of Service

The undersigned hereby certifies that a copy of the above motion was caused to be served on all counsel of record via the ECF filing system and on all parties not represented by counsel by first class mail on July 13, 2007.

        s/Anthony B. Fioravanti/
        _____