# FAX COVER SHEET

To:        The Honorable Judge Nathaniel M. Gorton
               617 748 9096

From:     Jane Dziemit

Date:      September 10, 2007

RE:        International Floor Crafts (Building 19) v. Jane Dziemit, et al.
               Civil Action No. 05-11654 NMG

Attached:

Letter dated September 9, 2007 to Richard J. Yurko, Esq.

(2 pages total)

Jane Dziemit
48551 Shady View Drive
Palm Desert, CA 92260

September 9, 2007

**By Fax 617 723 6905**

Richard J. Yurko, Esq.
Yurko Salvesen & Remz, P.C.
One Washington Mall, 11th Floor
Boston, MA 02108

RE: International Floor Crafts (Building 19) v. Jane Dziemit, et al.
Civil Action No. 05-11654 NMG

Dear Attorney Yurko:

On July 12, 2007, Anthony Fioravanti of your office emailed me to say the deadline to file Motion for Summary Judgment is October 13, 2007. I sent Attorney Fioravanti and you numerous emails during July, August and now September 2007 regarding extensions of time on all motions or documents due in this matter. To date, I have not received any assurances or acknowledgements from your office that anything has been extended.

It is now September 9, 2007, and the deadline date of October 13, 2007 for a Motion for Summary Judgment is quickly approaching. Please be advised that until and unless your motion to withdraw is granted, and absent the imposition of a stay in this case, I expect you to complete and file a Motion for Summary Judgment on my behalf on or before October 13, 2007.

In addition, I expect you to prosecute and/or defend this case in accordance with the obligations imposed on you as an attorney. If you fail to prosecute and/or defend this case while you are still my attorney, I will have no alternative but to seek all legal remedies available to me including but not limited to filing a grievance or starting action against you.

Please let me know by Tuesday, September 11, 2007, if your office has been granted an extension of time or whether you will be preparing a Motion for Summary Judgment which will be filed in a timely manner.

Additionally, I believe that you have been remiss in not filing a third party complaint against CCC and the Suns, and the other defendants in this matter. If I am found liable to the Plaintiff on account of the invoicing but non-delivery of merchandise, then CCC, the Suns and the other defendants, as parties which were actually responsible for the delivery, should be liable to me on an indemnification basis. Please file this third party complaint immediately, so that I am not left without a remedy against the true culprits.

Thank you for your courtesy and cooperation in this matter.

Sincerely,

*Jane Dziemit*
Jane Dziemit

Cc: The Honorable Judge Gorton
    The Honorable Judge Dein

Jane Dziemit
48551 Shady View Drive
Palm Desert, CA 92260

# FAX COVER SHEET

To:     The Honorable Judge Judith G. Dein
        617 748 9096

From:   Jane Dziemit

Date:   September 10, 2007

RE:     International Floor Crafts (Building 19) v. Jane Dziemit, et al.
        Civil Action No. 05-11654 NMG

Attached:

Letter dated September 9, 2007 to Richard J. Yurko, Esq.

(2 pages total)

Richard J. Yurko, Esq.
Yurko Salvesen & Remz, P.C.
One Washington Mall, 11th Floor
Boston, MA 02108

RE: International Floor Crafts (Building 19) v. Jane Dziemit, et al.
    Civil Action No. 05-11654 NMG

Dear Attorney Yurko: