UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC., )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>DAVID W. ADAMS, et al. )<br>)<br>Defendants. ) | Civil Action No. 05-11654-NMG |

## ASSENTED TO MOTION TO EXTEND
## THE SUMMARY JUDGMENT DEADLINE

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Jane Dziemit ("Dziemit") hereby requests that this Court extend the summary judgment deadline in this matter. Counsel for Ms. Dziemit have field a motion to withdrawal as her counsel in this matter. See, Motion of Attorneys Yurko and Fioravanti and Yurko, Salvesen & Remz, P.C. to Withdraw as Counsel to Defendant Dziemit, Docket No. 201. Because Ms. Dziemit's counsel are seeking to withdraw their representation of her in this matter and successor counsel may seek a course of action in conflict with that of present counsel regarding summary judgment, the deadline ought to be extended pending resolution of the motion to withdraw. As a result, Ms. Dziemit is seeking to stay the summary judgment deadline until 30 days after her counsel's motion to withdraw is ruled upon.

Plaintiff's counsel have assented to this motion.

WHEREFORE, Defendant Dziemit respectfully request that this Court extend the summary judgment deadline in this matter until 30 days after her counsel's motion to withdraw is ruled upon.

        Respectfully submitted,

        Defendant Jane Dziemit,

        By her attorneys,

        s/Anthony B. Fioravanti/

        _____
        Richard J. Yurko (BBO#538300)
        Anthony B. Fioravanti (BBO# 664823)
        YURKO, SALVESEN & REMZ, P.C.
        One Washington Mall, 11th Floor
        Boston, MA 02108
        (617) 723-6900

Dated: October 4, 2007

### Certificate of Conference – Rule 7.1(A)(2) Statement

The undersigned hereby certifies that on October 3, 2007, counsel for Defendant Jane Dziemit conferred with counsel for Plaintiff concerning this Motion. Counsel for Plaintiff assented to the Motion.

        s/Anthony B. Fioravanti/
        _____

### Certificate of Service

The undersigned hereby certifies that a copy of the above motion was caused to be served on all counsel of record via the ECF filing system and on all parties not represented by counsel by first class mail on October 4, 2007.

        s/Anthony B. Fioravanti/
        _____