UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC.<br>  Plaintiff | )<br>)<br>) |
| v. | ) CIVIL ACTION NO. 05CV11654-NMG<br>) |
| DAVID W. ADAMS, *et al*<br>  Defendants | )<br>) |

**PLAINTIFF'S STATUS REPORT RE: CRIMINAL STATE COURT PROCEEDINGS**

  Plaintiff International Floor Crafts, Inc. ("IFC"), in response to the Court's Order that the parties file a Status Report on or before November 30, 2007 regarding the status of the criminal state court proceedings, reports as follows:

  1.  The criminal cases against David Adams and Tyrone Williams remain open. They are in the discovery stage. A court appearance on discovery matters is scheduled for November 20, 2007. No trial date has been set with regard to trial of either defendant.

  2.  The criminal cases against David Sun and Paul Sun remain open. There is a status date for them on February 4, 2008.

  3.  Defendant Michael Brown has been sentenced. His sentence was three years probation, community service, and a fine of $5,000.

            Plaintiff
            International Floor Crafts, Inc.
            By its Attorneys,

            */s/ James B. Krasnoo*
            James B. Krasnoo (BBO#279300)
            jkrasnoo@krasnooklehm.com
            Paul J. Klehm (BBO#561605)
            pklehm@krasnooklehm.com
            Benjamin L. Falkner (BBO#667951)
            bfalkner@krasnooklehm.com
            Krasnoo | Klehm LLP
            23 Main Street, Suite Six
            Andover, MA  01810

## CERTIFICATE OF SERVICE

I, James B. Krasnoo, Esq., hereby certify that I have served a copy of the within document upon all counsel of record via ECF on November 21, 2007.

/s/ *James B. Krasnoo*
James B. Krasnoo