IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC., )<br>)<br>    Plaintiff,    )<br>v.                          )<br>)<br>DAVID W. ADAMS, *et al.*,    )<br>)<br>    Defendants.    ) | Civil Action<br>File No.05-11654-NMG |

**<u>NOTICE OF APPEARANCE</u>**

Please enter the appearance of Neil S. Cohen, Esq. of Neil S. Cohen, P.C. for the Defendant Jane Dziemit in the above-captioned matter.

> Respectfully submitted,
> By her attorney,
> NEIL S. COHEN, P.C.
>
>
> <u>/s/ Neil S. Cohen         </u>
> NEIL S. COHEN, BBO NO. 561173
> Eleven Beacon Street
> Suite 625
> Boston, MA 02108
> (617) 367-0070

Dated:1/15/08