UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 05CA11654-NMG ) |
| DAVID W. ADAMS, *et al.*, | ) ) |
| Defendants. | ) |

**PARTIALLY ASSENTED TO MOTION TO EXTEND TIME FOR DISCOVERY, DISPOSITIVE MOTIONS AND TRIAL DATE THIRTY (30) DAYS.**

Defendant/Plaintiff in counterclaim, Jane Dziemit hereby moves for additional time for discovery, dispositive motions and to extend the trial date thirty (30) days. In support of her motion, Ms. Dziemit states as follows:

1. Attorney for Defendant/Plaintiff in counterclaim entered his appearance in the present case on Wednesday, January 16, 2008;

2. Due to the number of documents involved in the present case, Attorney for Defendant/Plaintiff in counterclaim requires a short extension to review the file to determine if a dispositive Motion is appropriate;

3. Plaintiff is only seeking a short thirty (30) day extension;

4. Counsel for Plaintiff has assented to extend the deadline for discovery **only**;

5. Counsel for Defendant Adams has agreed to **both** extensions;

6. Counsel for Defendant Mitchell has no position on extending either time period; and

7. Despite diligent attempts Attorney for Defendant Tyrone Williams could not be reached.

**WHEREFORE**, Defendant/Plaintiff in counterclaim, Jane Dzeimit, hereby respectfully Requests this Honorable Court to allow this Assented to Motion to Extend

Time for Discovery and Dispositive Motions Thirty (30) Days to March 1st, 2008, and the

trial to June 9, 2008.

                                                  Respectfully Submitted,
                                                  Counsel for the Plaintiff,

                                                  /s/ Neil S. Cohen, Esq.
                                                  Neil S. Cohen, Esquire (BBO# 561173)
                                                  **NEIL S. COHEN, P.C.**
                                                  Eleven Beacon Street, Suite 625
                                                  Boston, MA 02108
                                                  (617) 367-0070

**ASSENTED TO ON BOTH EXTESNIONS**
**COUNSEL FOR DEFENDANT,**
**DAVID ADAMS,**


/s/ Isaac Peres, Esq.
Isaac Peres, Esq.
Law Offices of Isaac Peres
50 Congress Street
Boston, MA 02109
(617) 722-0094


**ASSENTED TO ON THE EXTESNION OF DISCOVERY ONLY:**
**COUNSEL FOR THE PLAINTIFF:**


/s/ Paul J. Klehm, Esq.
James B. Krasnoo, Esq. (BBO #279300)
Paul J. Klehm, Esq. (BBO# 561605)
**Law Offices of James B. Krasnoo**
23 Main Street
Andover, MA 01810


**NO POSITION ON EITHER EXTENSION,**
**COUNSEL FOR DEFENDANT**
**RONALD MITCHELL,**

  /s/ Frederic Grant, Jr., Esq.
Frederic D. Grant, Jr. Esq.
727 Atlantic Avenue, Second Floor
Boston, MA 02111
(617) 357-6555

**UNABALE TO REACH VIA TELEPHONE, FAX OR**
**E-MAIL, COUNSEL FOR DEFENDANT**
**TYRONE WILLIAMS**


_____
Robert M. Xifaras
5 Dover Street
Suite 101
New Bedford, MA 02740
(508) 999-9640

Dated: January 23, 2008

**Certificate of Conference – Rule 7.1(A)(2) Statement**

The undersigned hereby certifies that on or about January 23, 2008, counsel for the Defendant/Plaintiff in counterclaim conferred with counsel for Plaintiff and almost all Counsel for Defendants concerning this motion. Counsel for Plaintiff assents to the discovery extension only. Counsel for Defendant Adams assents to both extensions. Counsel for Defendant Mitchell has no position. Counsel for Defendant Williams could not be reached.

_____
Neil S. Cohen, Esq.
**NEIL S. COHEN, P.C.**
Eleven Beacon Street, Suite 625
Boston, MA 02108

**Certificate of Service**

The undersigned hereby certifies that a copy of the above motion was caused to be served on all counsel of record via the ECF filing system and on all parties not represented by counsel by first class mail on January 23, 2008.

_____
Neil S. Cohen, Esq.
**NEIL S. COHEN, P.C.**
Eleven Beacon Street, Suite 625
Boston, MA 02108