UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 05CA11654-NMG ) |
| DAVID W. ADAMS, *et al.*, | ) ) |
| Defendants. | ) |

**DEFENDANT'S SECOND ASSENTED TO MOTION TO EXTEND TIME FOR DISCOVERY, DISPOSITIVE MOTIONS AND TRIAL DATE SIXTY (60) DAYS.**

Defendant/Plaintiff in counterclaim, Jane Dziemit hereby moves for additional time for discovery, dispositive motions and to extend the trial date sixty (60) days. In support of her motion, Ms. Dziemit states as follows:

1. As the Court is aware, Attorney for Defendant/Plaintiff in counterclaim entered his appearance in the present case on Wednesday, January 16, 2008;

2. Plaintiff filed a Partially Assented to Motion to extend the discovery and trial date deadlines thirty (30) days on January 23, 2008;

3. To date the Court has not ruled on the Motion;

4. Since filing the Original Motion the parties have been diligently working on scheduling four depositions, with three of them scheduled to take place on or before February 21, 2008;

5. Unfortunately due to scheduling conflicts all the depositions will not be completed until after March 1st, 2008, leaving little time for the preparing and filing of Dispositive Motions;

6. Plaintiff's counsel is now assenting to the extending the discovery and Dispositive Motion deadline and also agrees to Continue the Trial until after July 14, 2008; co-counsel for plaintiff, Attorney Krasnoo, who will be trying the case with Attorney Klehm, will be unavailable and out of the country from May 29, 2008 through until approximately July 6, 2008;

7. As before, Counsel for Defendant Mitchell has no position on extending either time period;

8. As before counsel for Adams assents to both extensions; and

9. Despite diligent attempts Attorney for Defendant Tyrone Williams could not be reached.

**WHEREFORE**, Defendant/Plaintiff in counterclaim, Jane Dzeimit, respectfully Requests this Honorable Court to allow this Assented to Motion to Extend Time for Discovery and Dispositive Motions sixty (60) days to March 30th, 2008, and the Trial to any time after July 14, 2008.

Respectfully Submitted,
Counsel for the Defendant,

/s/ Neil S. Cohen, Esq.
neilcohenlaw@yahoo.com
Neil S. Cohen, Esquire (BBO# 561173)
**NEIL S. COHEN, P.C.**
Eleven Beacon Street, Suite 625
Boston, MA 02108
(617) 367-0070

**ASSENTED TO ON BOTH EXTESNIONS
COUNSEL FOR DEFENDANT,
DAVID ADAMS,**

/s/ Isaac Peres, Esq.
Isaac Peres, Esq.
Law Offices of Isaac Peres
50 Congress Street
Boston, MA 02109
(617) 722-0094

**ASSENTED TO ON BOTH EXTENSIONS:**

**COUNSEL FOR THE PLAINTIFF:**


/s/ Paul J. Klehm, Esq.
James B. Krasnoo, Esq. (BBO #279300)
Paul J. Klehm, Esq. (BBO# 561605)
**Krasnoo & Klehm, LLP**
23 Main Street
Andover, MA 01810


**NO POSITION ON EITHER EXTENSION,
COUNSEL FOR DEFENDANT
RONALD MITCHELL,**



_____
Frederic D. Grant, Jr. Esq.
727 Atlantic Avenue, Second Floor
Boston, MA 02111
(617) 357-6555

**UNABALE TO REACH VIA TELEPHONE, FAX OR
E-MAIL, COUNSEL FOR DEFENDANT
TYRONE WILLIAMS**



_____
Robert M. Xifaras
5 Dover Street
Suite 101
New Bedford, MA 02740
(508) 999-9640

Dated: January 23, 2008

**Certificate of Conference – Rule 7.1(A)(2) Statement**

The undersigned hereby certifies that on or about February 7, 2008, counsel for the Defendant/Plaintiff in counterclaim conferred with counsel for Plaintiff and almost all Counsel for Defendants concerning this motion. Counsel for Plaintiff assents to the both extensions. Counsel for Defendant Adams assents to both extensions. Counsel for Defendant Mitchell has no position. Counsel for Defendant Williams could not be reached.

/S/ Neil S. Cohen
Neil S. Cohen, Esq.
**NEIL S. COHEN, P.C.**
Eleven Beacon Street, Suite 625
Boston, MA 02108

**Certificate of Service**

The undersigned hereby certifies that a copy of the above motion was caused to be served on all counsel of record via the ECF filing system and on all parties not represented by counsel by first class mail on February 7, 2008.

/S/ Neil S. Cohen
Neil S. Cohen, Esq.
**NEIL S. COHEN, P.C.**
Eleven Beacon Street, Suite 625
Boston, MA 02108