UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC. )<br>    Plaintiffs                                  )<br>                                                )<br>v.                                               ) CIVIL ACTION NO. 05CA11654-NMG<br>                                                )<br>DAVID W. ADAMS, *et al*               )<br>    Defendants                              ) | |

**DEFENDNAT JANE DZIEMIT'S REQUEST FOR LEAVE TO FILE SUMMARY JUDGEMENT MEMORANDUM IN EXCESS OF TWENTY (20) PAGES**

      Pursuant to Local Rule 7.1(B)(4), Defendant Jane Dziemit hereby requests leave to file a Summary Judgment Memorandum in excess of twenty (20) pages. As grounds for this request, Ms. Dziemit states that the facts out of which the Memorandum arise are both voluminous and complicated, (taking up sixty-four (64) paragraphs and twenty (20) pages in the Plaintiff's Amended Complaint) and will require a precise recitation. Ms. Dziemit will move for Summary Judgment on all five (5) counts against her, each of which will require substantial attention to the applicable law and the application of such law to the circumstances of the present case. Ms. Dziemit's argument in favor of Summary Judgment includes deposition testimony from multiple witnesses, which will considerably lengthen the Memorandum.

      WHEREFORE, Ms. Dziemit respectfully requests leave of this court to file a Summary Judgment Memorandum in excess of twenty (20) pages.

        Respectfully Submitted,
        Counsel for the Defendant,

        _____
        Neil S. Cohen, Esquire (BBO# 561173)
        **NEIL S. COHEN, P.C.**
        Eleven Beacon Street, Suite 625
        Boston, MA 02108
        (617) 367-0070

Dated: March 3, 2008

**Certificate of Conference – Rule 7.1(A)(2) Statement**

The undersigned hereby certifies that on or about March 3, 2008, counsel for the Defendant/Plaintiff in counterclaim conferred with counsel for Plaintiff and almost all Counsel for Defendants concerning this motion. Counsel for Plaintiff assents to the Motion. Counsel for Defendant Adams assents to the Motion. Counsel for Defendant Mitchell assents to the Motion. Counsel for Defendant Williams could not be reached.

/S/ Neil S. Cohen
Neil S. Cohen, Esq.
**NEIL S. COHEN, P.C.**
Eleven Beacon Street, Suite 625
Boston, MA 02108

**Certificate of Service**

The undersigned hereby certifies that a copy of the above motion was caused to be served on all counsel of record via the ECF filing system and on all parties not represented by counsel by first class mail on March 3, 2008.

/s/ Neil S. Cohen
Neil S. Cohen, Esq.
**NEIL S. COHEN, P.C.**
Eleven Beacon Street, Suite 625
Boston, MA 02108