UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS


INTERNATIONAL FLOOR CRAFTS, INC. )
      Plaintiffs                      )
                                     )
v.                                 ) CIVIL ACTION NO. 05CA11654-NMG
                                   )
DAVID W. ADAMS, *et al*          )
      Defendants                 )


## JANE DZIEMIT'S
## MOTION FOR SUMMARY JUDGMENT


Pursuant to Federal Rules of Civil Procedure, Rule 56 and Local Rule 56.1, as

well as this Court's February 11th, 2008 scheduling order, defendant Jane Dziemit

("Dziemit") hereby moves for summary judgment in its favor and against plaintiff

International Floor Crafts, Inc. on all relevant Counts alleged in its Amended Complaint,

on the grounds that there is no genuine issue of material fact and that Dziemit is entitled

to the judgment in its favor as a matter of law.

This motion is supported by the deposition testimony of all relevant witnesses, the

Affidavits of Jane Dziemit and Ronald Mitchell and the papers already on file in this case

as well as by Dziemit's Statement of Undisputed Facts in Support of its Motion for

Summary Judgment and its Memorandum of Law in Support of its Motion for Summary

Judgment which are filed herewith.

DATED at Boston, Massachusetts, this 14th day of March, 2008.


                              Respectfully Submitted,
                              Counsel for the Defendant,

/s/ Neil S. Cohen, Esq.
neilcohenlaw@yahoo.com
Neil S. Cohen, Esquire (BBO# 561173)
**NEIL S. COHEN, P.C.**
Eleven Beacon Street, Suite 625
Boston, MA 02108
(617) 367-0070


**Certificate of Conference – Rule 7.1(A)(2) Statement**

The undersigned hereby certifies that on or about March 13, 2008, counsel for the

Defendant/Plaintiff in counterclaim conferred with counsel for Plaintiff concerning this

motion.  No agreement as to the Disposition of the case could be reached.


/S/ Neil S. Cohen
Neil S. Cohen, Esq.
**NEIL S. COHEN, P.C.**
Eleven Beacon Street, Suite 625
Boston, MA 02108


**Certificate of Service**

The undersigned hereby certifies that a copy of the above motion was caused to
be served on all counsel of record via the ECF filing system and on all parties not
represented by counsel by first class mail on March 14, 2008.


/S/ Neil S. Cohen
Neil S. Cohen, Esq.
**NEIL S. COHEN, P.C.**
Eleven Beacon Street, Suite 625
Boston, MA 02108

- 3 -

## LOCAL RULE 7.1 CERTIFICATION

The undersigned certifies that in her opinion, based upon all other conferences with plaintiff Lorraine Wanham, *pro se*, a good faith attempt to resolve or narrow the issues addressed in this motion would be futile.  The plaintiff is *pro se*, has not agreed with the undersigned on any issue, and cannot be expected to agree with the undersigned to resolve any issue addressed in this motion.

/s/ Neil S. Cohen
Neil S. Cohen

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 14th day of March, 2008, the above document filed through the ECT system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and a paper copy will be sent this day to those indicated as non-registered participants by first class mail, postage prepaid.

/s/ Neil S. Cohen
Neil S. Cohen