UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC. )<br>    Plaintiffs,                            )<br>                                       )<br>v.                                       ) CIVIL ACTION NO. 05CA11654-NMG<br>                                       )<br>DAVID W. ADAMS, *et al.,*            )<br>    Defendants.                    ) | |

## MOTION TO REQUEST AN ORAL HEARING

NOW COMES, Defendant Jane Dziemit, who moves the Court to set a date for an oral hearing concerning the Defendant's Motion for Summary Judgment, at the Court's earliest convenience.

                                          Respectfully submitted
                                          Defendant, Jane Dziemit
                                          By her Attorney,

                                          /s/ Neil S. Cohen
                                          Neil S. Cohen, Esq. (BBO#561173)
                                          neilcohenlaw@yahoo.com
                                          **NEIL S. COHEN, P.C.**
                                          Eleven Beacon Street, Suite 625
                                          Boston, MA 02108
                                          (617) 367-0070

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 14th day of March, 2008, the above document filed through the ECT system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and a paper copy will be sent this day to those indicated as non-registered participants by first class mail, postage prepaid.

      /s/ Neil S. Cohen
      Neil S. Cohen