UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC.<br>Plaintiff,<br><br>v.<br><br>DAVID W. ADAMS, *et al*,<br>Defendants. | )<br>)<br>)<br>) Civil Action No. 05-11654-NMG<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S OPPOSITION TO COUNSEL'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL TO DEFENDANT RONALD E. MITCHELL**

Plaintiff International Floor Crafts, Inc. ("IFC") hereby oppose Motion of Frederic D. Grant, Jr. and William A. Brown for Leave to Withdraw as Counsel to Defendant Ronald E. Mitchell, in the absence of the immediate filing of a notice of appearance by successor counsel on behalf of Mitchell, pursuant to Local Rule 83.5.2(c) where (1) a motion in which IFC seeks to continue the deposition of Defendant Mitchell (Docket No. 215), who recently waived his privilege against self-incrimination, remains pending, (2) on March 19, 2008, before the filing of the motion to withdraw, IFC's counsel requested that Defendant Mitchell answer pending interrogatories in light of his waiver of the privilege, (3) in the event that this Court orders Mitchell to submit to a continued deposition, the scheduling and taking of that deposition will, in all likelihood, proceed more smoothly if Mitchell is represented by counsel who is familiar with the circumstances and complexities surrounding this case, (4) IFC should not be forced to suffer any potential difficulties in dealing with Mitchell on a *pro se* basis where, through no fault of IFC (or apparently Mitchell's own counsel), Mitchell has waived his privilege against self-incrimination, (5) a motion for summary judgment filed by Defendant Jane Dziemit (Docket No.

212), which relies heavily upon an affidavit obtained from Defendant Mitchell, remains pending, and (5) the within matter is currently scheduled for trial.

In the event that that this Court is inclined to grant the motion to withdraw, IFC respectfully requests (1) that this Court order Attorneys Grant and Brown to remain counsel to Defendant Mitchell until such time as the continued deposition of Defendant Mitchell (if ordered) is completed, and (2) that this Court order Attorneys Grant and Brown to provide IFC in writing the last known residential address and telephone number of Defendant Ronald Mitchell.

**WHEREFORE**, for the above reasons, Plaintiff IFC respectfully requests that this Court DENY the motion to withdraw of counsel to Defendant Mitchell.

In the alternative, IFC respectfully requests (1) that this Court order Attorneys Grant and Brown to remain counsel to Defendant Mitchell until such time as the continued deposition of Defendant Mitchell (if ordered) is completed, and (2) that this Court order Attorneys Grant and Brown to provide IFC in writing the last known residential address and telephone number of Defendant Ronald Mitchell.

                                             Plaintiff
                                             International Floor Crafts, Inc.
                                             By Its Attorneys,

                                             */s/ Paul J. Klehm*
                                             James B. Krasnoo
                                             *james@krasnooklehm.com*
                                             Paul J. Klehm
                                             *pklehm@krasnooklehm.com*
                                             Krasnoo/Klehm LLP
                                             23 Main Street, Suite One
                                             Andover, MA  01810
                                             (978) 475-9955

Dated:   March 20, 2008

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served upon the attorney(s) of record or upon each party not represented by an attorney via ECF or via first class mail, postage pre-paid, on March 20, 2008.

                                              */s/ Paul J. Klehm*
                                              Paul J. Klehm