UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC., | . | CIVIL ACTION |
| Plaintiff, | . | NO.  05-11654-NMG |
| | . | |
| v. | . | |
| | . | |
| DAVID W. ADAMS, et al., | . | |
| | . | |
| Defendants. | . | |

**RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE DEPOSITION OF RONALD MITCHELL AND TO EXTEND TIME TO RESPOND TO JANE DIZIEMIT'S MOTION FOR SUMMARY JUDGMENT**

While record counsel to defendant Ronald E. Mitchell comprehends plaintiff's desire to obtain the deposition testimony of Ronald Mitchell, if Mitchell has waived his fifth amendment privilege against self-incrimination, the position of record counsel is still more difficult under the circumstances.  Plaintiff's Motion[1] is founded on an affidavit of Ronald Mitchell, prepared and filed by a co-defendant, without review, prior notice or communication with record counsel to defendant Mitchell.  Record counsel learned of the filing from counsel to the plaintiff at the literal moment of the expiration of the extended deadlines for completion of discovery and the filing of dispositive motions. See the Motion of Frederic D. Grant, Jr. and William A. Brown for Leave to Withdraw as Counsel to Defendant Ronald E. Mitchell, filed on March 19, 2008 ("Counsel's Motion").  Record counsel are obliged to withdraw under the difficult circumstances outlined in their

---

[1] Plaintiff's Motion (1) for Leave to Continue Deposition of Defendant Ronald Mitchell Where his Recent Affidavit Waived his Privilege Against Self-Incrimination Which He Invoked at His Deposition, and (2) to Extend Time for IFC to Submit Opposition to Dziemit's Summary Judgment Motion, dated March 17, 2008 (the "Plaintiff's Motion").

motion (to which Mitchell has assented), and are unable to respond to Plaintiff's Motion for the reasons outlined in Counsel's Motion.

As was noted in the recent proceedings on withdrawal of Jane Dziemit's original counsel, this is a civil action, involving individuals "capable, should the need arise, of representing [themselves]." Ronald Mitchell is fully as capable as Jane Dziemit of responding to the procedural and practical issues posed by the present motion, and should be allowed to do so, after determination of Counsel's Motion.[2]

| | |
|---|---|
| FREDERIC D. GRANT, JR. | WILLIAM A. BROWN |
| /s/ Frederic D. Grant, Jr. | /s/ William A. Brown |
| Frederic D. Grant, Jr. | William A. Brown |
|   BBO No. 543115 |   BBO No. 061280 |
| 727 Atlantic Avenue, 2nd floor | 31 Milk Street, Suite 501 |
| Boston, Massachusetts  02111 | Boston, Massachusetts  02109 |
| (617) 357-6555 | (617) 482-1001 |
| grant@grantboston.com | w.brownesq@verizon.net |
| Dated:  March 21, 2008 | Dated:  March 21, 2008 |

CERTIFICATE OF SERVICE

I, Frederic D. Grant, Jr., hereby certify that I served the foregoing document this 21st day of March, 2008 by causing a true and correct copy of the same to be sent to appearing counsel by the Case Management/Electronic Case Files system (CM/ECF) and by First Class U.S. Mail, postage prepaid, to the persons so indicated:

Mr. Ronald E. Mitchell                                                                   **By U.S. Mail**
5 Mansfield Grove Road, Apt. 146
East Haven, Conn.  06512

Neil S. Cohen, Esquire
Eleven Beacon Street, Suite 625
Boston, Mass.  02108
   (counsel to defendant Jane Dziemit)

---

[2] As he has evinced an ability to work with Jane Dziemit, and her successor counsel, to the exclusion of his own record counsel.

- 2 -

James B. Krasnoo, Esquire
Paul J. Klehm, Esquire
Krasnoo Klehm LLP
23 Main Street
Andover, Mass.  01810
   (Counsel to the plaintiffs)

Isaac H. Peres, Esquire
Law Office of Isaac H. Peres
50 Congress Street, Suite 225
Boston, Mass.  02109
   (Counsel to defendant David W. Adams)

William A. Brown, Esquire
31 Milk Street, Suite 501
Boston, Mass.  02109
   (Co-counsel to defendant Ronald E. Mitchell)

Robert Xifaras, Esquire                                              **By U.S. Mail**
5 Dover Street, Suite 101
New Bedford, Mass.  02740
   (counsel to defendant Tyrone Williams)

Paul V. Kelly, Esquire
Kelly, Libby & Hoopes, P.C.
175 Federal Street
Boston, Mass.  02110
   (counsel to defendant Michael E. Brown)

John Thorpe Richards, Jr., Esquire
Trout Cacheris, PLLC
1350 Commonwealth Avenue, N.W., Suite 300
Washington, D.C. 20030
   (counsel to defendants CCC International, Inc, David D. Sun and Paul Sun)

Peter B. Krupp, Esquire
Lurie and Krupp, LLP
One McKinley Square
Boston, Mass.  02109
   (counsel to defendants CCC International, Inc, David D. Sun and Paul Sun)

                              /s/ Frederic D. Grant, Jr.
                              Frederic D. Grant, Jr.