UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC. )<br>　　Plaintiff　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)<br>DAVID W. ADAMS, *et al*　　　　　　　)<br>　　Defendants　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　) | CIVIL ACTION NO. 05CA11654-NMG |

**PLAINTIFF'S *PARTIALLY ASSENTED TO* MOTION TO EXTEND TIME FOR IFC TO FILE
OPPOSITION TO DZIEMIT'S SUMMARY JUDGMENT MOTION FROM
MARCH 28, 2008 TO AND INCLUDING MAY 1, 2008**

Plaintiff International Floor Crafts, Inc. ("IFC") hereby moves this Court to extend the time within which IFC may file its opposition to Defendant Jane Dziemit's motion for summary judgment (Doc. Nos. 211-213), and related materials, from March 28, 2008 to and including May 1, 2008 because of the pendency of IFC's motion for leave to take the continued deposition of Defendant Ronald Mitchell (Doc. No. 215), because of the time needed to prepare an appropriate opposition to the motion for summary judgment in this complex matter and because of the press of other business.

As a part of the relief sought in its motion for leave to take the continued deposition of Defendant Mitchell, IFC requested an extension of the time to file its opposition to the motion for summary judgment. Out of an abundance of caution, IFC seeks the extension of the time to file its opposition to May 1, 2008 regardless of whether this Court grants IFC leave to continue Defendant Mitchell's deposition.

IFC's counsel, Paul Klehm, attended an all-day seminar in New Hampshire on March 25, 2008, and will take two depositions on March 27, 2008.

**WHEREFORE**, for the above reasons, Plaintiff International Floor Crafts, Inc. respectfully requests that this Court GRANT the within motion and extend the time within which IFC may file its opposition, and related materials, to Defendant Jane Dziemit's motion for summary judgment from March 28, 2008 to and including May 1, 2008.

The Plaintiff
International Floor Crafts, Inc.
By Its Attorneys,

*/s/ Paul J. Klehm*
James B. Krasnoo (BBO# 279300)
jkrasnoo@krasnooklehm.com
Paul J. Klehm (BBO# 561605)
pklehm@krasnooklehm.com
Benjamin Falkner (BBO# 667951)
bfalkner@krasnooklehm.com
Krasnoo|Klehm, LLP
23 Main Street, Suite 6
Andover, MA 01810
(978) 475-9955

Dated: March 27, 2008

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

On March 24, 2008, I forwarded the within proposed motion (without reference to the partial assent, and without corrections to the third paragraph) to Attorney Neil Cohen, counsel to Defendant Dziemit, Attorney Frederic Grant, counsel to Defendant Mitchell, and to Attorney Isaac Peres, counsel to Defendant Adams via email. On March 26, 2008, I attempted to reach Attorney Xifaras, counsel to Defendant Williams, but his telephone number is not in service. On March 24, 2008, Attorney Grant gave his assent via email. On March 26, 2008, Attorney Cohen gave his assent via telephone, in exchange for Plaintiff's counsel's agreement not to object to Attorney Cohen's effort to file a reply, if necessary. I did not hear back from Attorney Peres.

                                                            */s/ Paul J. Klehm*  
                                                            Paul J. Klehm

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record or upon each party not represented by an attorney via ECF or via first class mail, postage pre-paid, on March 27, 2008. I will cause Attorney Xifaras to be served via first class mail, postage, prepaid.

                                                            */s/ Paul J Klehm*  
                                                            Paul J. Klehm