UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC. )<br>     Plaintiffs,                 )<br>                                          )<br>v.                                     ) CIVIL ACTION NO. 05CA11654-NMG<br>                                          )<br>DAVID W. ADAMS, *et al.,*            )<br>     Defendants.                ) | |

### **DEFENDANT, JANE DZIEMIT'S LIMITED OPPOSITION TO PLAINTIFF'S REQUEST TO CONTINUE THE TRIAL BEYOND THE JULY 21, 2008 TRIAL DATE**

      Defendant, Jane Dzeimit, hereby files her Limited Opposition to Plaintiff's Request to Continue the Trial Date beyond July 21, 2008. In support hereof, Defendant Dziemit shows this Honorable Court as follows:

      1.     As the Court is aware, Defendant's counsel entered his Appearance on January 16, 2008; on January 23, 2008, counsel filed a Motion with the Court seeking additional time to complete discovery and file any dispositive motions by March 30, 2008. Defendant's counsel also sought to continue the trial date until after July 14, 2008.

      2.     The Court granted, in part, Defendant's Motion, allowing defendant until March 14, 2008, in which to complete discovery and file her Motion for Summary Judgment. The Court denied defendant's request to move the trial from May until a date after July 14, 2008.

      3.     Thereafter, discovery was vigorously pursued, three depositions were taken and Dziemit did, in fact, file her Motion for Summary Judgment on March 14, 2008.

4. In accordance with Local Rule 7.1(b)(2), plaintiff under ordinary circumstances, would have had to file its Opposition by March 28, 2008; instead, plaintiff followed Defendant's Motion for Summary Judgment with Motions to re-open Mitchells' Deposition (Doc. 215) and a Motion for Extension of Time to File and Opposition (Doc. 219), to which defendant's counsel assented.

5. Plaintiff's counsel then waited more than a month to file the latest Motion to Extend the time to file his Opposition to Plaintiff's Motion for Summary Judgment on May 1, 2008. Plaintiff's counsel never bothered to contact the Court nor Defendant's counsel concerning the outstanding Motions until April 23, 2008, when he sent an e-mail to defendant's counsel concerning another extension. At that time, Plaintiff's counsel stated he intended to call the Court Monday, April 28, 2008.

6. On Monday, April 28, 2008, defendant's counsel took it upon himself to contact the Court and left a voicemail message. Defendant's counsel did not contact the Court until either April 29th or 30th. The May 1, 2008 Motion (Doc. 221) followed.

7. Prior to Plaintiff's most recent Motion, Defendant's counsel during the Rule 7.1(a)(1) conference offered to allow plaintiff until May 20, 2008 to file his Opposition. In other words, defendant's attorney was assenting to allowing plaintiff almost **ten weeks** total time to file its Opposition.

9. While drafting this Opposition, defendant's counsel received, via e-mail, the Court's Rulings on the previous Motions making much of what defendant wished to address moot.

10. Consequently, defendant is filing this limited Motion in Opposition to that portion of Plaintiff's Motion (Doc. 221) requesting to continue the trial date beyond the July 21, 2008 date.

11. Defendant, who is essentially a homemaker and caretaker of her children, intends to travel to Boston, if there is a trial, leaving the children's father to care for her them. If the trial were continued beyond July 21, 2008, it would create a substantial hardship on defendant, since defendant's children will be on summer vacation during the trial as it stands currently.

**WHEREFORE,** Defendant, Jane Dziemit respectfully requests that the Court deny that portion of plaintiff's Motion (Doc. 221) requesting a trial date beyond July 21, 2008.

Respectfully Submitted,
Counsel for the Defendant,
Jane Dziemit


/s/ Neil S. Cohen, Esq.
neilcohenlaw@yahoo.com
Neil S. Cohen, Esquire (BBO# 561173)
**NEIL S. COHEN, P.C.**
Eleven Beacon Street, Suite 625
Boston, MA 02108
(617) 367-0070

## Certificate of Service

      The undersigned hereby certifies that a copy of the above motion was caused to be served on all counsel of record via the ECF filing system and on all parties not represented by counsel by first class mail on May 2, 2008.

    /S/ Neil S. Cohen
Neil S. Cohen, Esq.
**NEIL S. COHEN, P.C.**
Eleven Beacon Street, Suite 625
Boston, MA 02108