UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC. )<br>    Plaintiff )<br>     )<br>v. )<br>     )<br>DAVID W. ADAMS, *et al* )<br>    Defendants )<br>     ) | CIVIL ACTION NO. 05CA11654-NMG |

**PLAINTIFF'S MOTION TO ENLARGE TIME FOR PLAINTIFF TO DEPOSE
DEFENDANT MITCHELL FROM SEVEN TO
<u>FOURTEEN HOURS OF TESTIMONY</u>**

Plaintiff International Floor Crafts, Inc. ("IFC") hereby moves this Court, pursuant to Fed.R.Civ.P. 30(d)(2), to extend the time within which IFC's counsel may depose Defendant Ronald Mitchell from seven hours to fourteen hours where (1) on May 2, 2008, this Court ordered that IFC may take the deposition of Defendant Mitchell (who had previously exercised his Fifth Amendment privilege at his deposition before recently providing an affidavit in connection with the motion for summary judgment filed by Defendant Jane Dziemit)(*see* Doc. No. 222),  (2) Fed.R.Civ.P. 30(d)(2) limits a deposition to seven hours, and provides that a court "must allow additional time consistent with Rule 26(b)(2) if needed for a fair examination of the deponent…," (3) IFC's counsel asked questions of Mitchell during the deposition at which he exercised his Fifth Amendment privilege to all questions except for his name;  the deposition lasted the bulk of the day and the transcript is 218 pages long, (4) now that Defendant Mitchell must answer the questions posed to him, IFC's counsel anticipates that the deposition will take at least twice as long, especially where many, if not most, of Defendant Mitchell's responses are

likely to provoke further questions, and (5) IFC's counsel seeks to inquire in detail of Mr. Mitchell regarding various transactions which are the subject of the within matter and, additionally, regarding the affidavit recently submitted by Defendant Mitchell.

  **WHEREFORE**, for the above reasons, Plaintiff International Floor Crafts, Inc. respectfully requests that this Court extend the time within which IFC's counsel may depose Defendant Ronald Mitchell from seven hours to fourteen hours.

|  |  |
|---|---|
|  | The Plaintiff<br>International Floor Crafts, Inc.<br>By Its Attorneys, |
|  | */s/ Paul J. Klehm*<br>James B. Krasnoo (BBO#279300)<br>*jkrasnoo@krasnooklehm.com*<br>Paul J. Klehm (BBO#561605)<br>*pklehm@krasnooklehm.com*<br>Krasnoo|Klehm LLP<br>23 Main Street<br>Andover, MA 01810 |
| Dated: May 13, 2008 | (978) 475-9955 |

## LOCAL RULE 7.1(A)(2) STATEMENT

  On May 7, 2008, I forwarded a draft of the within motion via email to Attorney Frederic Grant, counsel to Defendant Ronald Mitchell, Attorney Neil Cohen, counsel to Defendant Jane Dziemit, and Attorney Isaac Peres, counsel to Defendant David Adams. I also attempted to email the motion to Attorney Robert Xifaras, counsel to Defendant Tyrone Williams, but I am not certain whether he received it. Attorney Xifaras' telephone number, upon information and belief, has been disconnected. I have not heard back from Attorney Peres regarding the motion (although I did receive an email from Attorney Peres on an unrelated issue). On May 8, 2008, Attorney Cohen informed me via email that he would not assent to the motion. Attorney Grant has informed me that his client opposes the deposition exceeding seven hours. Attorney Cohen, with whom I spoke by telephone today, has informed me that his client opposes the motion. Attorney Cohen stated, to the best of my recollection, that he may be willing to go along with ten hours, but Plaintiff's counsel informed Attorney Cohen that Plaintiff is not willing to seek only ten hours. Attorney Cohen stated that he would be filing an opposition to the motion.

            */s/ Paul J. Klehm*
            Paul J. Klehm

**CERTIFICATE OF SERVICE**

I, Paul J. Klehm, Esq., hereby certify that I have served a copy of the within document upon all counsel of record not served via ECF and upon all parties not represented by counsel by first class mail, postage pre-paid, on May 13, 2008.

*/s/ Paul J. Klehm*_____
Paul J. Klehm
