UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

_____
INTERNATIONAL FLOOR CRAFTS, INC.  )
    Plaintiff                                        )
                                                              )
v.                                                           )
                                                              )
DAVID W. ADAMS, *et al*                  )  CIVIL ACTION NO. 05CA11654-NMG
    Defendants                                 )
_____)

**PLAINTIFF INTERNATIONAL FLOOR CRAFTS, INC.'S MOTION TO SUBMIT
MEMORANDUM IN EXCESS OF TWENTY PAGES**

    Plaintiff International Floor Crafts, Inc. ("IFC") hereby moves, pursuant to L.R. 7.1(B)(4) for leave to submit a Memorandum of Law in excess of twenty pages where greater than twenty pages are required to respond to the thirty page Memorandum submitted by Defendant Dziemit [Doc. No. 213].[1] Therefore, IFC respectfully requests leave to file its Memorandum of Law in

---

[1] Out of an abundance of caution, IFC notes that Plaintiff International Floor Crafts. Inc.'s Response To Defendant Jane Dziemit's Statement of Material Facts [Doc. No. 212] And Plaintiff's Concise Statement Of Further Material Facts, which, for the convenience of the Court, includes Defendant's alleged facts set forth in Doc. No. 212, exceeds twenty pages.  IFC further notes that Defendant's alleged facts consume approximately eight pages of IFC's thirty-three page Response.

excess of twenty pages.

**WHEREFORE**, Plaintiff International Floor Crafts, Inc. respectfully requests that this Court GRANT this motion.

                                           Plaintiff
                                           International Floor Crafts, Inc.
                                           By Its Attorneys,

                                           */s/ Paul J. Klehm*
                                           Paul J. Klehm (BBO# 561605)
                                           pklehm@krasnooklehm.com
                                           James B. Krasnoo (BBO# 279300)
                                           jkrasnoo@krasnooklehm.com
                                           Benjamin L. Falkner (BBO# 667951)
                                           bfalkner@krasnooklehm.com
                                           Krasnoo | Klehm LLP
                                           23 Main Street, Suite Six
                                           Andover, MA  01810
                                           (978) 475-9955)

## LOCAL RULE 7.1 CERTIFICATION

       I have been informed by my associate, Benjamin L. Falkner, Esq. that on June 6, 2008, he telephoned Neil Cohen, Esq. and left a voicemail message indicting that IFC sought to exceed the twenty page limit in its Memorandum in opposition to Defendant Dziemit's Motion For Summary Judgment.  Attorney Falkner informed Attorney Cohen that he was not aware of exactly by how many pages IFC's Memorandum would exceed the page limit.  I have not yet heard back from Attorney Cohen.

                                           /s/ Paul J. Klehm
                                           Paul J. Klehm

## CERTIFICATE OF SERVICE

       I hereby certify that a true copy of the above document was served upon the attorney(s) of record or upon each party not represented by an attorney via ECF or via first class mail, postage pre-paid, on June 6, 2008.

                                           */s/ Paul J Klehm*
                                           Paul J. Klehm