UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC. )<br>    Plaintiff )<br>)<br>v. )<br>)<br>DAVID W. ADAMS, *et al* )<br>    Defendants )<br>) | CIVIL ACTION NO. 05CA11654-NMG |

**PLAINTIFF INTERNATIONAL FLOOR CRAFTS, INC.'S OPPOSITION TO
DEFENDANT JANE DZIEMIT'S MOTION FOR SUMMARY JUDGMENT**

    Plaintiff International Floor Crafts, Inc. ("IFC") hereby opposes the motion of Defendant Jane Dziemit for summary judgment where there are several genuine issues of material fact which preclude an award of summary judgment in favor of Dziemit and against IFC on all counts of IFC's amended complaint.

    Plaintiff relies upon, and incorporates herein, IFC's Memorandum of Law, IFC's Responses to Dziemit's Concise Facts And Further Material Facts, and the Affidavit of Paul J. Klehm, Esq. filed herewith.

    **WHEREFORE**, Plaintiff International Floor Crafts, Inc. respectfully requests that this Court DENY the motion of Defendant Jane Dziemit for summary judgment.

    Plaintiff
    International Floor Crafts, Inc.
    By Its Attorneys,


    */s/ Paul J. Klehm*
    Paul J. Klehm (BBO# 561605)
    pklehm@krasnooklehm.com
    James B. Krasnoo (BBO# 279300)
    jkrasnoo@krasnooklehm.com
    Benjamin L. Falkner (BBO# 667951)
    bfalkner@krasnooklehm.com

Krasnoo | Klehm LLP
23 Main Street, Suite Six
Andover, MA  01810
(978) 475-9955)

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was served upon the attorney(s) of record or upon each party not represented by an attorney via ECF or via first class mail (except for counsel to Defendant Williams, postage pre-paid, on June 6, 2008.

                                      */s/ Paul J Klehm*
                                      Paul J. Klehm