Exhibit 2

11-13-02

# REMCO

PO Box 120221
East Haven, CT 06512
(203) 468-9544

NO'

+1 8X10

DISCOUNT!

| Date | Invoice No. | Order No. |
|------|-------------|-----------|
| October 30, 2002 | 20021030 | 6551 |

| Bill to | Ship to |
|---------|---------|
| International Floor Crafts, Inc.<br>319 Lincoln Street<br>Hingham, MA 02043 | Building 19, Warehouse #3<br>One King Street<br>New Bedford, MA 02746 |

| Quantity | Description | Unit Price | Total |
|----------|-------------|------------|-------|
| 280 | 5 x 8 Berber Bound | ✓ $15.00 | $4,200.00 |
| 280 | 6 x 9 Berber Bound | ✓ $21.00 | $5,880.00 |
| 280 | 8 x 10 Berber Bound | ✓ $41.00 | $11,480.00 |
| 280 | 9 x 12 Berber Bound | ✓ $53.50 | $14,980.00 |
| 280 | 4 x 6 Berber Bound | ✓ $7.00 | $1,960.00 |
| | | | |
| | These are delivered prices    Total Due | | $38,500.00 |

+1

OK TO pay
Pay as invoiced

CORP. _____

1/4  R350

DOR ACCT # _____

ICE NO. 20021030

E 10-30-02

$ 38,500.00 (770.00)
37730.00

DATE 11-14-02

RIBUTION 451000

Price/Qty ok     11-13-02

ank you for your order.

11/13/02