UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC. )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>DAVID W. ADAMS, *et al*, )<br>    Defendants. )<br> ) | CIVIL ACTION NO.<br>05-cv-11654-NMG |

**PLAINTIFF INTERNATIONAL FLOOR CRAFTS, INC.'S MOTION FOR LEAVE TO FILE AFFIDAVIT OF PAUL J. KLEHM, ESQ. APPROXIMATELY ONE HOUR LATE**

Plaintiff International Floor Crafts, Inc. ("IFC") hereby moves this Court, out of an abundance of caution, for leave to file the Affidavit of Paul J. Klehm, Esq. (Doc. No. 230) approximately one hour late where (1) IFC filed its motion, responses and memorandum in opposition to Defendant Dziemit's on a timely basis (before 6:00 p.m.), see *Electronic Filing Administrative Procedures* Rule G, (2) while electronically filing the Affidavit of Paul J. Klehm, Esq., and the exhibits, counsel realized that various exhibits needed to be redacted to obliterate home addresses and bank account numbers, see Doc. No. 230, (3) Attorneys Klehm and Falkner then redacted the materials as quickly as possible, and (4) then proceeded to file the affidavit and exhibits.

**WHEREFORE**, for the above reasons, IFC respectfully requests that this Court grant IFC leave to file its Affidavit of Paul J. Klehm, Esq. (Doc. No. 230) approximately one hour late.

        Plaintiff
International Floor Crafts, Inc.
By Its Attorneys,


*/s/ Paul J. Klehm*
Paul J. Klehm (BBO# 561605)
pklehm@krasnooklehm.com
James B. Krasnoo (BBO# 279300)
jkrasnoo@krasnooklehm.com
Benjamin L. Falkner (BBO# 667951)
bfalkner@krasnooklehm.com
Krasnoo | Klehm LLP
23 Main Street, Suite Six
Andover, MA  01810
(978) 475-9955

Dated:  June 6, 2008

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

    I, Paul J. Klehm, Esq., hereby certify that, on June 6, 2008, I left telephone messages for Attorney Neil Cohen, counsel to Defendant Dziemit, Attorney Frederic Grant, counsel to Defendant Ronald Mitchell, and Defendant Isaac Peres, counsel to Defendant David Adams regarding the within motion.  I did not attempt to contact Attorney Xifaras, who is not actively involved in this matter, and whose telephone number has been disconnected.

        */s/ Paul J. Klehm*
        Paul J. Klehm

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney(s) of record or upon each party not represented by an attorney via ECF or via first class mail, postage pre-paid (not including Attorney Xifaras), on June 6, 2008.

        */s/ Paul J. Klehm*
        Paul J. Klehm