UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC.<br>    Plaintiff,<br><br>v.<br><br>DAVID W. ADAMS, *et al*,<br>    Defendants. | CIVIL ACTION NO.<br>05-cv-11654-NMG |

## AMENDED CERTIFICATE OF SERVICE

I, hereby certify that a true copy of the documents listed below was served upon Robert M. Xifaras, Esq., Robert M. Xifaras, P.C., 5 Dover Street, Suite 101, New Bedford, MA 02740 by first class mail, postage prepaid on June 9, 2008.

1. Plaintiff International Floor Crafts, Inc.'s Motion To Submit Memorandum In Excess Of Twenty Pages [Doc. No. 226]

2. Plaintiff International Floor Crafts, Inc.'s Opposition To Defendant Jane Dziemit's Motion For Summary Judgment [Doc. No. 227]

3. Plaintiff International Floor Crafts, Inc.'s Response To Defendant Jane Dziemit's Statement Of Material Fact [Doc. No. 212] And Plaintiff's Concise Statement Of Further Material Facts – [Doc. No. 228]

4. Plaintiff International Floor Crafts, Inc.'s Memorandum Of Law In Opposition To Defendant Jane Dziemit's Motion For Summary Judgment [Doc. No. 211] – [Doc. No. 229]

5. Affidavit of Paul J. Klehm, Esq. (with Exhibits A through T) [Doc. 230]

This Certificate Of Service amends the Certificate of Service filed with the above-listed documents on June 6, 2008.

                                                 */s/ Paul J. Klehm*
                                                 Paul J. Klehm

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney(s) of record or upon each party not represented by an attorney via ECF and upon Robert M. Xifaras, Esq., Robert M. Xifaras, P.C., 5 Dover Street, Suite 101, New Bedford, MA 02740 via first class mail, postage pre-paid on June 9, 2008.

                                          */s/ Paul J. Klehm*
                                          Paul J. Klehm