UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC. )<br>  Plaintiff, )<br> )<br>v. )<br> )<br>DAVID W. ADAMS, *et al*, )<br>  Defendants. )<br> ) | CIVIL ACTION NO.<br>05-cv-11654-NMG |

**PLAINTIFF INTERNATIONAL FLOOR CRAFTS, INC.'S
MOTION FOR LEAVE TO FILE EXHIBIT K TO
AFFIDAVIT OF PAUL J. KLEHM, ESQ. [DOC. NO. 230]**

  Plaintiff International Floor Crafts, Inc. ("IFC") hereby moves this Court for leave to submit Exhibit K to the Affidavit of Paul J. Klehm, Esq., [Doc. No. 230], which was filed on June 6, 2008 in support of IFC's Opposition To Defendant Dziemit's Motion For Summary Judgment for the reasons set forth below:

  1.  In discovery, Defendant Dziemit produced Exhibit K, a copy of which is attached hereto as **Exhibit 1**, and marked the document Confidential.

  2.  On November 29, 2006, the Court granted a Motion to Approve a Stipulated Protective Order Governing Discovery of Confidential Information [Docket No. 172].

  3.  On June 6, 2008, IFC filed an Affidavit of Paul J. Klehm, Esq. [Doc. No. 230], which omitted Exhibit K thereof because the document was marked Confidential.

  4.  On June 9, 2008, counsel to Defendant Dziemit informed IFC's counsel that IFC's counsel could file the exhibit without the need to seek to seal the exhibit.

5.  Plaintiff IFC therefore respectfully requests that this Court grant IFC leave to file Exhibit K to the Affidavit of Paul J. Klehm, Esq.

**WHEREFORE**, for the above reasons, IFC respectfully requests that this Court grant IFC leave to file Exhibit K of the Affidavit of Paul J. Klehm, Esq.

> Plaintiff
> International Floor Crafts, Inc.
> By Its Attorneys,
>
> */s/ Paul J. Klehm*
> Paul J. Klehm (BBO# 561605)
> pklehm@krasnooklehm.com
> James B. Krasnoo (BBO# 279300)
> jkrasnoo@krasnooklehm.com
> Benjamin L. Falkner (BBO# 667951)
> bfalkner@krasnooklehm.com
> Krasnoo | Klehm LLP
> 23 Main Street, Suite Six
> Andover, MA  01810
> (978) 475-9955

Dated:  June 9, 2008

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.1(A)(2)

On June 9, 2008, I spoke by telephone with Neil Cohen, counsel to Defendant Jane Dziemit regarding the within motion.  Attorney Cohen stated, in essence, that IFC's counsel did not need to file a motion to seal the exhibit.  I informed him that I would file the motion described herein.

> */s/ Paul J. Klehm*
> Paul J. Kehm

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record or upon each party not represented by an attorney via ECF or via first class mail, postage pre-paid on June 9, 2008.

> */s/ Paul J. Klehm*
> Paul J. Klehm

Exhibit K

Exhibit 1

CONFIDENTIAL

| date | PO | Inv # | Inv date | date receive | Gross | Net | | Dave | RM | JD | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/10/99 | 14,400 - | 25399 | | 7/19/99 | | 10,000 | | | #855 1072 - | 528 | |
| 7/2/99 | 20,025 - | 25727 | | 8/12/99 | | 22,250 | | | #855 1112.50 | 1112.50 | |
| 8/27/99 | 32,811.75 | 27171 | | 10/1/99 | | 36,457.50 | | | #853 1203.10 | 2442.65 | |
| 9/28/99 | 34,276.50 | 27947 | | 11/5/99 | | 38,085 | | | #853 1256.81 | 2551.70 | |
| 10/13/99 | 25,000 - | | | | | | | 1218 wire 10,797.07 | #653 3411.72 | 2981.04 | |
| 11/18/99 | 25,000 | 4707 | | 1/19/00 | | 41,550.04 | | wire 12/1/00 10,140.34 | 098 3353.07 | 2915.28 | |
| 12/1/99 | 25,000 | | | 2/24/00 | | 40,474 | | RM check 9279 | 3279.69 | | |
| 1/21/00 | 25,000 | 5416 5417 | | 4/12/00 | | 28224 - | | * 4573 | #192 4990.32 | | went to 3/16 *50,000 - |
| 3/3/00 | 25,000 | 5496 | | 4/10/00 | | 10,820.57 | | | | 4133.67 | |
| 3/16/00 | 50,000 - | paid back | see below | | | | | | | | |
| | | | | | | | | | | | |
| 4/6/00 | 25,000 - | 5503 | | 5/2/00 | | 39788 | | * 8648. | #214 3224.16 | 2865.92 | * went to 3/16 50,000 |
| 4/14/00 | 25,000 | 5552 | | 6/19/00 | | 40,131.00 | | * 8955 | #102 3251.88 | 2890.56 | * went to 5/16 50,000 |
| 5/5/00 | 25,000 | 5560 | D6090 | | | 42,355.60 | | * 10,836.60 | #108 3432.15 | 3050.80 | * went to 5/16 50,000 |
| 6/22/00 | 25,000 | 5637 | | 8/17 | | 38318 | | * 7455 | #134 3105 | 2760.00 | * went to 3/16 50,000 |
| 7/3/00 | 25,000 | 5640 | | 8/24 | | 39768 | | * 8698 | | 2865.92 | * went to 3/16 50,000 |
| 8/3/00 | 25,000 | 5743 | | 10/13 | | | | * 8698 | #193 3224.15 | 2865.92 | * went to 3/16 wire 25,000 |



CONFIDENTIAL

| Date | Amount | PO | Inv Date | date rec | Gross | Net | Dave | RM | JD | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/1/00 | 25,000 | 5756 | | 11/29/00 | | 41,904.80 | * 12,490.80 | #168 3395.61 | 3018.92 | * 10/23/00 wire 25,000 |
| 10/17/00 | 5,000 | | | | | | | | | |
| 10/23/00 | 25,000 ✓ | | | | | | | 3136.48 | | |
| 10/24/00 | 25,000 | 5831 | | 1/22/01 | | | * 5980 | #189 3136.08 | 3833.72 | * 10/23/00 w/re 25,000 |
| 10/30/00 | 25,000 | | | | | | | | | |
| 11/7/00 | 20,000 - | back 20,000 | | 11/20/00 | | | | | | |
| 12/6/00 | 25,000 - | 5834 | | 2/2/01 | | | 7480 total * | #114 3288.00 | | $831.20 went to 10/23 wire 5000 went to 45,000 |
| 12/19/00 | 20,000 - | | | | | | | | | |
| 01/03/01 | 45,000 - | | | | | | | | | |
| 01/24/01 | 20,000 | 5874 | | 4/2/01 | | 40,474 | 8040 - | #151 5191 | 991 w/5331/01 wire | |
| 2/2/01 | 20,000 | 5880 | D111 0051 | | | 39,430.30 | 12,189 - | 33,255 | 3983.27 | |
| 2/9/01 | 18,955.75 | 5488 | Invoice from CCC ✓ | | | | * 7000 | #257-12,035.21 2625.66 | | * 7000 went to 45,000 |
| 2/12/01 | 24,560 | 5818 | | | | | 7000 | #257-12,635.21 3195.45 | | * 7000 went to 45,000 |
| 2/28/01 | 24,318.40 | 5880 | | | | | 7000 | #143 7340 should 3704 | 3575 | 7000 went to 45,000 |

✓ 6814.10 to 1/3 prom note

CONFIDENTIAL

| Date | | PO | Inv Date | date rec | Gross | Net | | Dave | Bill | JD | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/14/01 | 20,000 | 5990 | | | | 41,904.80 | | #954 13,403 14,208 | 3463.50 | 4235.24 | |
| 3/28/01 | 21,701.60 | 5895 | D010137 | CCC Invoice | | 29,034.46 | | #D 21,683.00 2000 | #131 22,330.85 | | *2000 went to 45,000 |
| 4/4/01 | 15,984 | | | 4/17/01 | | 50,205.40 | | 5000* | #151 5191.20 | | *5000 to 45,000 |
| | 20,000 | Kevin | D01040 | | | | | | mo 24,560 | | |
| 5/14/01 | 32,775 45,049 | 5938 | | | | 45,049.53 | check 992 | 32775.16 4000* | 3724.48 | 4550.93 | *4000 went to 45000 |
| 5/9/01 | #121 5000 | | | | | | | | | | |
| 5/23/01 | 20,000 | 6001 | | 8/29 | | 39,513.80 | #1002 23205- out | | #1002 3265.92 | | |
| 5/23/01 | 10,000 | | | | | | | | | | |
| 7/6/01 | 10,000 | 6038 | | | | 42,973 | | | #1012 3536.65 | | |
| 7/23/01 | Gave Bill check 37,124.40 | 5953 | | 8/9/01 | | 47,927.55 | | *37,124.40 2000 | #1001 b/t 6065.75 3961.35 | 4841.64 | *2000 went to 45,000 |
| 8/25/01 | #1002 20,000 | 6116 | | 11/9/01 | | 40,748.40 | | *2000 + 11,264- check#1007 5536- | check#1007 3345.48 3112.92 | 4116. | *2000 went to 45000 |
| 9/3/01 | #122 25,000 | 6033 | 10016 | 12/12/01 | | 38,416 | | *2000 + 5536- | check/bill 8624.42 3112.92 | 2763.04 | *2000 S.A. to us |
| 10/18/01 | 36,034.40 27,443.80 | 6073 | | 10/23/01 | | 70,197.20 | | sep outs #124 101,039.40 | #1006 3581.50 | 3581.50 | *2000 to 15000 25,000 - 10/13 |
| 10/18/01 | #128 25,000 | 25,000 | | 10/23/01 | | | | | | | |
| 10/18/01 | #1005 25,000 | 6073 | | | | | | | | | |
| 10/14/01 | #1009 14,960 | 6023 | | 11/19/01 | | 16,160 | | | #1010 850 | 850 | |
| | | | | | | | | | | | |
| 10/5 | | 6033 | | 11/15/01 | | | | | | | |

| | | PO | Inv date | receive date | Gross | Net | | Dave | RM | JD | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/8/01 | 25,000 ✓ | check 1007 | | | | | | | | | |
| 12/13/01 | #1013-RM 25,000 ✓ | 6246 | | | | | | | | | |
| 1/2/02 | ct comm 0991 RM 25,000 ✓ | | | | | | | | | ct comm dep - RM check 370s 88 | |
| 2/28/02 | 25,000 | 6306 | | | | | | | | | |
| 5/2/02 | 10,000 | 6314 | | | | | | | | | |
| 5/14/02 | 10,000 20,000 ✓ | ↓ 6375 JD per check | | | | | | | | | |
| 6/1/02 | 33,000 | | | | | | | | | | |
| 9/13/02 | 12,500 - | JD check 603 | return 9/24/02 #119 RM $4,500 to CCL | | | | | | | | |
| 10/15/02 | 15,000 | 6551 | | | | | | | | | |
| 11/12/02 | cash 7500 | 6556 | | | | | | | | | |
| 12/9/02 | 7500 | #536 JD 6597 | | | | | | | | | |
| 12/20/02 | 14,321 | 6630 | | | | | | | | | |

|  |  | Inv | Inv date | receive date | Gross | Net |  | D | RM | J |  |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |  |
| 1/22/03 | #106 equity line 7500 ✓ |  |  |  |  |  |  |  |  |  |  |
| 2/10/03 | 7500 ✓ | #645 JD ✓ |  | 3/8/03 #224 RM 10,738.22 ? |  |  |  |  |  |  |  |
| 2/25/03 | 7500 ✓ | #609 JD ✓ |  | #176 ✓ 3/13/03 | 7500 |  |  |  |  | 2321.10 – | #175 |
| 3/10/03 | 25,000 | –#1181 3/17/04 25000 ✓ |  |  |  |  |  |  |  |  |  |
| 3/13/03 | 15,000 | #108 60778 ✓ |  |  |  |  |  |  |  |  |  |
| 3/31/03 | 16,580 – |  |  | #198 RM ✓ 4/8/03  16,580 |  |  |  |  |  | 567.08 |  |
| 4/7/03 | 7000 #920829 ✓ |  |  |  |  |  |  |  |  |  |  |
| 4/8/03 | 13,650 ✓ #602 |  |  |  |  |  |  |  |  |  |  |
| 6/15/03 | cost - 7500 |  |  | #224 RM ✓ $3238.22 10,738.22 | went to 33,000 loan ✓ |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
| 7/13/03 | cash 7500 |  |  |  |  |  |  |  |  |  |  |
|  |  | deposit 4/3/04 25,000 ✓ |  |  |  |  |  |  |  |  |  |
| 7/26/03 | 25,000 |  |  |  |  |  |  |  |  |  |  |