UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC.<br>    Plaintiff,<br><br>v.<br><br>DAVID W. ADAMS, *et al*,<br>    Defendants. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO.<br>)  05-cv-11654-NMG<br>)<br>)<br>)<br>) |

### PLAINTIFF'S RULE 26(a)(3) PRETRIAL DISCLOSURES

Plaintiff International Floor Crafts, Inc., by and through undersigned counsel, hereby files its Pretrial Disclosures pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and Local Rule 16.5(C). In order to comply with Electronic Case Filing Procedures, Paragraph K, Plaintiff shall omit the street addresses from the addresses contained herein, but will forward another version of the Pretrial Disclosures to the parties via first class mail which includes the street addresses.

**A(1).   Plaintiff expects the following witnesses to present evidence:**

    1.    William Elovitz
           c/o International Floor Crafts, Inc.
           Hingham, MA
           (781) 749-6900

    2.    John Durant
           c/o International Floor Crafts, Inc.
           Hingham, MA
           (781) 749-6900

    3.    William Gemme
           c/o International Floor Crafts, Inc.
           Hingham, MA
           (781) 749-6900

    4.    Nicolas Adler-Duthe
           c/o International Floor Crafts, Inc.

        Hingham, MA
        (781) 749-6900

5.    Defendant David W. Adams
       Wilmington, MA
       (978) 694-9474

6.    Defendant Tyrone Williams
       New Bedford, MA

7.    Defendant Ronald Mitchell
       East Haven, Connecticut
       (203) 468-9544

8.    Defendant Jane Dziemit
       Palm Desert, CA

**2).    Plaintiff may call the following witnesses, if the need arises:**

9.    Anthony Maresca
       Palm Desert, CA

10.   Dianne Spignesi
       Connecticut
       Or Apopka, FL  32712

11.   Russell Bubas, President
       Data Quest Investigations, Ltd
       Boston, MA
       (617) 437-0030

12.   Robert O'Neill
       Data Quest Investigations, Ltd
       Boston, MA
       (617) 437-0030

13.   Carol F. Mauriello
       Regional Express, LLC
       West Haven, CT
       (203) 932-0123

14.   Executor of the Estate of Defendant Kevin Britto
       New York, NY 10011

15.   Defendant Michael E. Brown
       Dalton, Georgia
       (706) 226-2409

16. Agatha Esposito
    East Haven, Connecticut
    (203) 467-4250

17. David Sun
    Fairfax Station, VA  22039
    (703) 690-9689

18. John Sun
    Centreville, VA  20120

19. Paul Sun
    Fairfax Station, VA  22039
    (703) 690-2351

20. Rick Finley
    Cleveland, OH area

21. Linda Adams
    Wilmington, MA
    (978) 694-9474

22. Barbara Adams
    c/o International Floor Crafts, Inc.
    Hingham, MA
    (781) 749-6900

23. Richard Nichols
    Hingham, MA
    (781) 749-6900

24. Stacy Grace
    c/o International Floor Crafts, Inc.
    Hingham, MA
    (781) 749-6900

26. Keeper of Records
    Citizens Bank
    Lawrence, MA  01840

27. Ms. Sandra J. Anderson
    Citizens Bank
    Lawrence, MA  01840

28. Keeper of Records
    JP Chase Morgan Bank
    Lowell, MA  01851

30. [Omitted]

31. Keeper of Records
    Chinese Carpet Center, Inc. d/b/a CCC International
    Lorton, VA

32. Keeper of Records
    CCC International, Inc.
    Lorton, VA

33. Keeper of Records
    Lowell Five Cent Savings Bank
    Lowell, Massachusetts.

34. Keeper of Records
    Wachovia Bank, National Association,
    One Wachovia Center, Charlotte, NC

35. Keeper of Records
    Bank of America
    Charlotte, NC

36. Keeper of Records
    People's Bank
    Bridgeport, CT

37. Keeper of Records
    First Union National Bank
    Charlotte, PA

38. Keeper of Records
    Mansfield Rug
    East Haven, Connecticut

39. Keeper of Records
    Dalton Padding
    Dalton, Georgia

40. Keeper of Records
    Empire Weavers
    Rockville, Maryland

41. Keeper of Records
    REMCO
    East Haven, Connecticut

42. Chris Jenkins
    Address unknown

43. Susan Brown
    Dalton, GA  30720

44. Thomas Dion
    Norwood, MA

45. Keeper of Records
    15 Holmes Properties, LLC
    New Haven, CT  06512

47. Keeper of Records
    283 Forbes Properties, LLC
    New Haven, CT  06512

48. Keeper of Records
    Dimitry Properties, LLC
    New Haven, CT  06512

49. Keeper of Records
    Lia's Choice, LLC
    New Haven, CT  06512

50. Keeper of Records
    Wyvern Group, LLC
    New Haven, CT  06512

51. Keeper of Records
    2575 State Street, LLC
    New Haven, CT  06512

52. Mark Souto
    former Building 19 employee

53. Keeper of Records
    International Floor Crafts, Inc.
    Hingham, MA

54. Keeper of Records
    Building 19, Inc.
    Hingham, MA
    (781) 749-6900

55. Keeper of Records
    Data Quest Ltd.
    Boston, MA
    (617) 437-0030

56. James Clark
    c/o International Floor Crafts, Inc.
    Hingham, MA
    (781) 749-6900

57. Deborah Myers
    c/o International Floor Crafts, Inc.
    Hingham, MA
    (781) 749-6900

58. Mark Rosenblit, Esq.,
    W. Hartford, CT

59. Keeper of Records
    Bank of America
    Legal Order Processing
    Utica, NY

60. Robert Walsh
    Director of Financial Accounting
    Building 19
    Hingham, MA
    (781) 749-6900

61. Joanne Cameron
    Former Director of Loss Prevention
    Building 19
    Lives in Hull, MA

62. Bienvenido Perez
    Warehouse
    Building 19
    Hingham, MA
    (781) 749-6900

63. Kathy Whittaker
    Former employee Building 19
    Lives in East Freetown, MA

64. Carol Bonnville
    Building 19
    Hingham, MA
    (781) 749-6900

65. Michel Blais
    Building 19
    Hingham, MA
    (781) 749-6900

66. Marjorie Langan
    Building 19
    Hingham, MA
    (781) 749-6900

67. Any and all witnesses listed on any defendant's Pretrial Disclosures.

68. Any and all witnesses who are necessary to lay a proper foundation for the admission of any document or tangible thing.

69. Any and all witnesses necessary for rebuttal or impeachment of any witness called by any defendant.

Plaintiff reserves its right to supplement this list of witnesses up to and including the time of trial with reasonable notice to counsel.

**B.     Designation of Witnesses Whose Testimony Plaintiff Expects to Present by Deposition**

On February 13, 2006, the Court granted Plaintiff's motion for leave to take the immediate deposition of Kevin Britto in order to perpetuate his testimony [Doc. No. 128]. On March 1, 2007, Plaintiff filed a Suggestion of Apparent Death of Defendant Britto. [Doc. No. 192]. Plaintiff intends to present at trial the transcript of deposition of decedent Kevin Britto, taken on March 7, 2006, March 10, 2006, and May 31, 2006.

In the event that Defendant Jane Dziemit or Defendant Ronald Mitchell, both of whom reside outside of Massachusetts, do not appear at trial, Plaintiff intends to present their respective depositions at trial. Plaintiff may also seek to introduce portions of the deposition of Tyrone Williams, if he successfully asserts the Fifth Amendment privilege at trial.

**C(1).   Plaintiff expects to introduce the following exhibits at trial:**

7

(See **Exhibit A** attached hereto.)

**C(2).** **Plaintiff may introduce the following exhibits at trial, if the need arises:**

(See **Exhibit B** attached hereto.)

          Plaintiff
          International Floor Crafts, Inc.
          By Its Attorneys,

          */s/ Paul J. Klehm*
          Paul J. Klehm (BBO# 561605)
          pklehm@krasnooklehm.com
          James B. Krasnoo (BBO# 279300)
          jkrasnoo@krasnooklehm.com
          Benjamin L. Falkner (BBO# 667951)
          bfalkner@krasnooklehm.com
          Krasnoo | Klehm LLP
          23 Main Street, Suite Six
          Andover, MA  01810
          (978) 475-9955

Dated:  June 9, 2008

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was served upon the attorney(s) of record or upon each party not represented by an attorney via ECF or via first class mail, postage pre-paid on June 9, 2008.

          */s/ Paul J. Klehm*
          Paul J. Klehm

**EXHIBIT A**
DOCUMENTS WHICH PLAINTIFF EXPECTS TO OFFER

|     | Doc Nos. | Description of documents |
| --- | --- | --- |
| 1 | 1666-1693 | Checks, purchase orders, invoices, Key-rec documents re: REMCO dated 1999-2000 |
| 2 | 24-86 | Front and backs of checks from International Floor Crafts, Inc. to REMCO from 1999 to 2001 |
| 3 | 1519-1549 | Checks, purchase orders, invoices, Key-rec documents re: REMCO dated 2000 |
| 4 | 359-389 | Checks, purchase orders, invoices, Key-rec documents re: REMCO dated 2000-2001 |
| 5 | 297-330 | Checks, purchase orders, invoices, Key-rec documents re: Mansfield Rug Co dated 2001-2002 |
| 6 | 238-296 | Checks, purchase orders, invoices, Key-rec documents re: REMCO dated 2001-2003 |
| 7 | 693-792 | Checks, purchase orders, invoices, FedEx Tracking documents (some signed by J. Dziemit) Key-rec documents re: REMCO dated 2002-2003 |
| 8 | 587-671 | Checks, purchase orders, invoices, Key-rec documents re: REMCO dated 2003 |
| 9 | 972-975 | purchase orders, invoices, Key-rec documents re: REMCO dated 2004 |
| 10 | 529-533 | Checks, invoices, Key-rec documents re: REMCO dated 2005 |
| 11 | 2410-2417 | Front and backs of checks from International Floor Crafts, Inc. to REMCO dated 2003 and 2005 |
| 12 | 1572-1582 | Checks, purchase orders, invoices, Key-rec documents re: Mansfield Rug Co dated 2000 |
| 13 | 1550-1568 | Checks, purchase orders, invoices, Key-rec documents re: Mansfield Rug Co dated 2000 |
| 13A | 672-692 | Checks, purchase orders, invoices, Key-rec documents re: Mansfield Rug Co. dated 2002 |
| 14 | 793-804 | Checks, purchase orders, invoices, Key-rec documents re: Mansfield Rug Co. dated 2003 |
| 14A | 976-985 | purchase orders, invoices, Key-rec documents re: Mansfield Rug Co dated 2004 |
| 15 | 567-571 | purchase orders, invoices, Key-rec documents re: Mansfield Rug Co. dated 2005 |
| 16 | 1705-1711 | FedEx documents re: track shipments detailed results showing package signed by J. Dziemit 1/27/03, 1/28/03 |
| 17 | 1810 | 1999-2005 list of amounts re: CCC International, Dalton Padding, Empire Weavers, Mansfield Rug, REMCO |
| 18 | 20276 | Spreadsheet years 1995-2005 re: CCC International, Dalton Padding, Empire Weavers, Mansfield Rug, REMCO |

| 19 | 1703 | List of Vendor Purchasees 1/1/04-1/29/05 re: CCC International, Empire Weavers, Mansfield Rug, Dalton Padding, REMCO |
|---|---|---|
| 20 | 1702 | One page note |
| 21 | 1855-1858 | Fax cover sheet from Bill Gemme to Mike Brown dated 5/9/05 re: bill of lading for attached list of invoices (2 pages re: Dalton Padding, Empire Weavers) |
| 22 | 1859-1861 | Fax cover sheet from Bill Gemme to David at CCC dated 5/5/05 re: bill of ladings for attached list of invoices (1 page re: CCC International) |
| 23 | 20169 | Invoice Register from 2/1/03 to 12/31/03 re: Mansfield Rug Co |
| 24 | 20170 | Invoice Register from 2/1/03 to 12/31/03 re: REMCO |
| 25 | 20174 | Invoice Register from 2/1/03 to 12/31/03 re: Mansfield Rug |
| 26 | 20175 | Invoice Register from 2/1/03 to 12/31/03 re: REMCO |
| 27 | 20179 | Invoice Register from 2/1/03 to 12/31/03 re: Mansfield Rug Co |
| 28 | 20180 | Invoice Register from 2/1/03 to 12/31/03 re: REMCO |
| 29 | M 3055 | 1st page of Ron Mitchell's transaction records |
| 30 | M 2800 | Dziemit's resignation letter |
| 31 | M 2823 | Sales and Use tax return |
| 32 | M 2852-2876 | Wire transfer forms |
| 33 | M 2877-2878 | Handwritten records |
| 34 |  | Mitchell's handwritten transaction records |
| 35 | 572, 573, 575 | Bills of Lading |
| 36 |  | Fax of Bill of Lading from Ron Mitchell to IFC |
| 37 |  | Exhibits 1-10 to deposition of Jane Dziemit |
| 38 |  | Exhibits 1-49 of Deposition of Ronald Mitchell |
| 39 | M 25-207 | Mitchell Business Records |
| 40 |  | Mitchell bank statements and checks |
| 41 |  | IFC Investigation Documents |
| 42 |  | Purchase orders, invoices, checks and other documents re; REMCO transactions |
| 43 |  | Purchase orders, invoices, checks and other documents re: Mansfield Rug transactions |
| 44 |  | Checks from REMCO bank account |
| 45 |  | Checks from Dziemit bank account |
| 46 |  | Checks from Mitchell bank account |
| 47 | M2502-2633 | Mitchell's check registers |
| 48 |  | Checks made payable to cash |
| 49 |  | Dziemit's bank records and checks |
| 50 | 1783-1790 | Facsimile records for 508-991-7771 from 2/11/05-6/27/05 |
| 51 | 2223 | Mansfield Rug Co invoice dated 3/25/05 |
| 52 | 2271-2274 | Purchase orders re: REMCO dated 2003 and 2005 |
| 53 | DZ 298-305, 315, 321 | Redacted ledgers |
| 54 | DZ 316-320 | Oversized ledger |

| 55 | | Checks from IFC to REMCO, Mansfield Rug |
| 56 | | Dziemit's transaction records |

**EXHIBIT B**
DOCUMENTS WHICH PLAINTIFF MAY OFFER

| Doc Nos. | Description of documents |
|---|---|
| 1-2 | Note from Kevin Britto dated 1/16/06 |
| 3-5 | David Adams employment records |
| 6 | Memo from David at CCCI to Nick Adler dated August 17, 2005 re: China Energy Decorative Material Co., Ltd. |
| 20-21 | Facsimile Cover Sheet from Paul D. Sun, CCCI to Jim Clark dated July 25, 2005 and Personal Guaranty form for William Elovitz |
| 22-23 | Facsimile Cover Sheet from Paul D. Sun, CCCI to Mr. John Durant and Mr. Bill Elovitz dated August 2, 2005 and Personal Guarantee form for Mr. William Elovitz's signature |
| 87 | Front and back of check from International Floor Crafts, Inc. to Dave Adams dated 12/3/98 |
| 88-124 | Front and back of checks from International Floor Crafts, Inc. to Kevin Britto dated 1995-1997 |
| 125-157 | Front and backs of checks from International Floor Crafts, Inc. to CCC International dated 1995-1999 |
| 158-161 | Front and back of checks from International Floor Crafts, Inc. to Dalton Padding dated 1997-1998 |
| 162-167 | Front and back of checks from International Floor Crafts, Inc. to Empire Weavers dated 1997-1998 |
| 168-169 | Empire Weavers Invoices to International Floor Craft dated 11/2000 |
| 170-193 | Key-Rec documents re: Shipper Georgia Rug Mills, Calhoun, GA |
| 195-209 | Purchase Orders, Invoices, Key-Rec documents re: Empire dated 2000 |
| 210-237 | Checks, purchase orders, invoices, Key-rec documents re: CCCI dated 2000-2001 |
| 331-339 | Checks, purchase orders, invoices, Key-rec documents re: Empire Weavers Rug Co dated 2000-2001 |
| 340-349 | Checks, purchase orders, invoices, Key-rec documents re: CCCI dated 2000 |
| 350-358 | Checks, purchase orders, invoices, Key-rec documents re: Dalton Padding dated 2000 |
| 390-443 | Checks, purchase orders, invoices, Bill of Lading, Key-rec documents re: Empire Weavers dated 2004-2005 |
| 444-450 | Checks, purchase orders, invoices, Bill of Lading, Key-rec documents re: Dalton Padding dated 2005 |
| 451-528 | Checks, purchase orders, invoices, Bill of Lading, Key-rec documents re: CCC International dated 2004-2005 |
| 546-566 | Checks, invoices, purchase orders, Bill of Lading, Key-rec documents re: CCC International dated 2003-2005 |
| 577-586 | purchase orders, invoices, Bill of Lading, Key-rec documents re: |

|  | Dalton Padding dated 2005 |
|---|---|
| 805-808 | Checks, purchase orders, invoices, Key-rec documents re: Empire Weavers dated 2003 |
| 809-945 | Checks, purchase orders, invoices, Key-rec documents re: CCC International dated 2003 |
| 946-971 | Checks, purchase orders, invoices, Bill of Lading, Key-rec documents re: Empire Weavers dated 2004 |
| 986-1244 | Purchase Orders, Invoices, Key-rec documents of CCC International dated 2004 |
| 1245-1337 | Front and backs of checks from International Floor Crafts to CCC International, Empire Weavers, Dalton Padding, REMCO, Dave Adams, Mansfield Rug Co., dated 1999-2005 |
| 1338 | Check from Michael Brown to The Brain Tumor Society dated 6/1/05 |
| 1339-1518 | Front and backs of checks from International Floor Crafts to CCC International, Empire Weavers, Dalton Padding, REMCO, Dave Adams, Mansfield Rug Co., dated 1998-2005 |
| 1569-1571 | Check and notes re: David Adams consulting dated August, 2000 |
| 1583-1604 | Checks, purchase orders, invoices, Key-rec documents re: Dalton Padding dated 1999 (includes note from Britto) |
| 1605-1665 | Checks, purchase orders, invoices, speed letter, freight bill, packing lists, Bill of Lading, Key-rec documents re: CCCInternational dated 1999 |
| 1694-1695 | WinFax PRO Cover Page from Ron Mitchell to Nick Adler dated 3/25/03 re: price quotes |
| 1696-1697 | WinFax PRO Cover Page from Ron Mitchell to Nick Adler dated 4/10/02 re: price quotes |
| 1698 | Memo from Dave Adams to Nick Adler dated 5/7/01 re: price quotes |
| 1699 | Memo from Dave Adams to Nick Adler dated 7/9/01 re: list from REMCO |
| 1700-1701 | Two page memo from Dave Adams to Nick Adler re: list of items to order from Empire |
| 1704 | Rug & Oriental Carpet Importers: Machine and Handmade Area Rugs – CCC International |
| 1712 | Note re: Fedex per Ron to Jane Dzimit dated 1/27/03 |
| 1713-1722 | Front and back of checks from International Floor Crafts, Inc. to CCC International, Empire Weavers, Mansfield Rug Co. dated 2000 and 2004 |
| 1723-1733 | purchase orders, invoices re: Dalton Padding dated 2005 |
| 1734-1764 | Invoices, purchase orders, bills of lading, IFC credit forms, invoices from Ideal Trans. Co., Inc., Key-rec documents re: CCC International dated 2005 |
| 1765-1776 | Check stubs, purchase orders, invoices re: Empire Weavers dated 2005 |
| 1777-1782 | Various photographs |

| 1811-1812 | Purchase orders re: CCC International dated 2005 |
| --- | --- |
| 1855-1858 | Fax cover sheet from Bill Gemme to Mike Brown dated 5/9/05 re: bill of lading for attached list of invoices (2 pages re: Dalton Padding, Empire Weavers) |
| 1859-1861 | Fax cover sheet from Bill Gemme to David at CCC dated 5/5/05 re: bill of ladings for attached list of invoices (1 page re: CCC International) |
| 1862-1874 | Fax cover page from Bill Gemme to Dan at Robert Weller re: bill of lading for 3 invoices dated 5/9/05 and bills of lading from Robert Weller Corporation |
| 1875-1882 | Fax from Mike Brown at Dalton Padding to Bill Gemme dated 5/11/05 re: bills of lading and bills of lading from Dalton Padding |
| 1883-1895 | Fax from Mike Brown – Empire Weavers to Bill Gemme dated 5/05 re: 13 pages – 12 bills of lading, bills of lading from Empire Weavers |
| 1896-1904 | Fax from David Sun at CCC International to Bill Gemme dated 5/9/05 attaching bills of lading from CCC International to Building 19 dated March, 2005 |
| 1905-1912 | Fax from David Sun at CCC International to Bill Gemme dated 5/10/05 attaching bills of lading from CCC International to Building 19 dated February and March, 2005 |
| 1913-1916 | Fax from David Sun at CCC International to Bill Gemme dated 4/26/05 attaching bill of lading from CCC International to Building 19 dated 3/28/05 |
| 1917-1925 | Fax from David Sun at CCC International to Bill Gemme dated 5/9/05 attaching bills of lading from CCC International to Building 19 dated March, 2005 |
| 1926-1938 | Fax from Mike Brown – Empire Weavers to Bill Gemme dated 5/05 re: 13 pages – 12 bills of lading, bills of lading from Empire Weavers |
| 1939-1946 | Fax from David Sun at CCC International to Bill Gemme dated 5/10/05 attaching bills of lading from CCC International to Building 19 dated February and March, 2005 |
| 1947 | IFC Inventory FY2005 dated 5/11/05 |
| 2198-2199 | Invoice and purchase order re: Dalton Padding dated January, 1998 |
| 2200-2201 | Key-rec document and receipt of goods from Griptex Industries to CCC International dated 1998 |
| 2202-2205 | Faxes to and from Wendy from Bob at Building #19, Inc dated 2/23/98 and 2/24/98 re: non-skid from Dalton Padding |
| 2206-2209 | List – Light Maxi (Omni), Heavy Aire (ultra); "To Stores", "WH Count" and "Total" |
| 2210 | Document – Attn: Bob Walsh 2 pages 2/25/09 Dalton Pad. With list |
| 2211-2222 | Invoices, purchase orders, Key-rec documents, checks re: Dalton Padding dated 1997 |
| 2224-2270 | Checks, invoices, purchase orders, packing lists, bills of lading re: Empire Weavers dated 1997-1999 |

| 2275-2409 | Checks, invoices, purchase orders, packing lists, bills of lading re: CCC International dated 1997-1999 |
|---|---|
| 1-62 | Data Quest Ltd – International Floor Craft, Building 19, Investigation 5/27/05 |
| 20001-20060 | International Floor Crafts, Inc. General Ledger GL Activity Report – Summary 2/1/04 thru 1/29/05 |
| 20061-20107 | G/L Invoice Register 1/1/04 to 1/29/05 |
| 20108-20112 | General Ledger GL Activity Report – Summary 1/4/04-1/31/04;2/1/04-1/29/05 |
| 20113-20136 | IFC PO Details for various departments 5/2/04 and 4/30/05 |
| 20137-20159 | International Floor Crafts, Inc. Invoice Register, All YTD Activity; various run dates and sys dates |
| 20160-20164 | Invoices and purchase orders re: Bray's Carpet & Rug dated 2005 |
| 20165-20166 | Hand written lists re: United Auctions |
| 20167 | IFC Inventory FY2005 |
| 20168 | Invoice register from 2/1/03 to 12/31/03 re: CCC International |
| 20171-20172 | Invoice register from 2/1/03 to 12/31/03 re: CCC International |
| 20173 | Invoice register from 2/1/03 to 12/31/03 re: Empire Weavers |
| 20176 | Invoice register from 2/1/03 to 12/31/03 re: CCC International |
| 20177 | Invoice register from 2/1/03 to 12/31/03 re: Dalton Padding |
| 20178 | Invoice register from 2/1/03 to 12/31/03 re: Empire Weavers |
| 20181 | Comparison of IFC Inventory – Stores at Retail – YE '04 to '03 |
| 20182-20188 | RGIS Inventory Specialists, Building #19, Inc., Dept Summary Report dated 1/31/05 |
| 20189-20239 | RGIS Inventory Specialists, Building #19, Inc., Dept Summary Report various dates February, 2005 |
| 20240 | Warehouse Inventory Remnants 2/1/05 |
| 20241-20252 | CCC International invoices December, 2004-January, 2005 |
| 20253-20259 | Empire Weavers invoices December, 2004-January, 2005 |
| 20264-20272 | Various departments Warehouse Inventory 2/1/05 |
| 20273 | Spreadsheets vendor purchases 1/1/04 – 1/29/05; final retail 12/03, purchase 2/04-1/05, purchases 1/04 |
| 20275 | Spreadsheet of stores EOM December 2003 |
| 20277 | Year End Inventory Worksheet, December 2003, Ro lave Jan 03-Dec 03 |
| 20278 | Comparison of IFC Inventory, Stores at Retail, YE '04 to '03 |
| 20279 | YE Dec 2000 INV Summary |
| 20280 | IFC Inventory 12/31/05 Warehouse |
| 20281 | IFC Store Inventory December 31, 2005 at Retail less Consignment Rugs |
| 20293-20295 | Memo to All Stores Managers and Rug Departments from Bob Walsh dated 12/18/00 re: Floor Plans for IFC Year End Inventory |
| 20300-20310 | Personnel Records of Kevin Britto |
| 20345-20348 | Various telephone message slips for Jim from Ron Mitchell |
| 20349 | Notes re: 5/24/05, 5/25/05 and 6/2/05 phone calls re: Mike Brown |

|  |  |
|---|---|
|  | and Ron Mitchell |
| 20350-20353 | I.F.C. Year End Inventory Instructions |
| 20354-20356 | Memo from Bob Walsh to All Store Managers and Rug Departments dated 12/18/00 re: Floor Plans for IFC Year End Inventory |
| 20357 | Rug Inventory YE December 2007; Year End Inventory 1/2/08 and 1/4/08 |
| 20361-20362 | IFC Inventory 1/3/08-1/4/08 |
| 20363 | Conversion Worksheet and Chart for Square Feet Items Broadloom, padding, in/out door carpet, vinyl, etc. |
| 20364-20371 | RGIS Inventory Specialists Building #19, Inc. Area/Section Summary Report, Area/Section/Dept Summary Report, Dept. Summary Report all dated 1/4/08 |
| 20372-20379 | Telephone records for 508-991-7771 dated 2/11/05 – 6/27/05 |
| 572-575, 131 | Mansfield Rug/REMCO Bill of Lading |
| DZ 10-25 | Checks signed by Dziemit |
| DZ 41-42 | Check No. 224 (Mitchell to Dziemit) |
| DZ 61-69 | Checks to Ron Mitchell |
| DZ 70-82 | Checks signed by Dziemit |
| DZ 85-116 | Letter from Rosenblitz dated 10/14/05 |
| DZ 117-118 | Documents re: check for $25,300 |
| DZ 120-122 | Checks to Dziemit |
| DZ 43-58 | Dziemit tax documents |
| DZ 59-60 | Dziemit tax documents |
| DZ 103-116 | Dziemit tax documents |
| DZ 205-209 | Mitchell chart (missing 1st page) |
| DZ 210-258 | Dziemit checks to Mitchell |
| DZ 260-268 | REMCO/CCC International documents |
| DZ 269-271, 290, 291, 305-314 | Checks from Ron Mitchell to Jane Dziemit or CT Commercial Lender |
| DZ 272, 278, 289 | REMCO Purchase Order |
| DZ 273, 292, 293, 294, 295 | Che from Jane Dziemit to Ron Mitchell |
| DZ 274 | Check from Jane Dziemit to REMCO |
| DZ 275 | Check to Cash |
| DZ 276-277, 287, 288 | CCC International Invoices |
| DZ 279-286 | Multiple checks |
| DZ 322-328 | Bentley Mortgage Bank records |
| DZ 329 | Chase records |
| DZ 330 | Bank Boston records for LJAMP |
|  | Deposition Transcripts of Kevin Britto |
|  | Deposition Transcript of Jane Dziemit |
|  | Deposition Transcript and deposition exhibits of Tyrone Williams |
|  | Deposition Transcript of Ron Mitchell |
| DZ 331-332 | Documents re: Wire 10/13/99 |

| DZ 333-336 | Documents re: Wire 11/18/99 |
| --- | --- |
| DZ 337-338 | Documents re: Wire 12/1/99 |
| DZ 339-466 | Various checks and records produced by Jane Dziemit |
| DZ 467-471 | e-mail with attached Mitchell statement |
| M 3-12, 13 | "To Whom It May Concern" documents |
| M 1, 2, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 155, 156-161, 162 | "Agreement for Sale of Goods" documents |
| M 2798 | 2001 1099 for Spignesi |
| M 2844 | 2005 1099 for Britto |
|  | Peoples Bank wire transfer authorization |
|  | People's Bank Signature Cards |
| M 1000-2499 | People's Bank and Citizens' statements and checks |
| M 2986 | Transfer application |
| M 163-164 | Tax documents |
| M 2808 | Chart |
|  | Tax returns of David Adams |
|  | Note from Kevin Britto to Mike Brown (handwritten) |
|  | Note from Kevin Britto to the Suns (handwritten) |
|  | Any and all Affidavits of Jane Dziemit |
| M 2636-2799, 2804-2851 | Ron Mitchell's tax records |
| M 2879-3188 | Misc. business records produced by Mitchell |
|  | Documents relating to transactions involving Dalton Padding |
|  | Documents relating to transactions involving Empire Weavers |
|  | Documents relating to transactions involving CCC International |
|  | Any and all Affidavits of Ronald Mitchell |
|  | Jane Dziemit's Answers to Interrogatories |
|  | Ron Mitchell's Answers to Interrogatories |
|  | Documents produced in response to KOR People's Bank subpoena re: Ron Mitchell |
|  | Documents produced in response to KOR Bank of America subpoena re: Kevin Britto |
|  | Documents produced in response to KOR Lowell Five subpoena re: David Adams |
|  | Documents produced in response to KOR Citizens Bank subpoena re: David Adams |
|  | Any any exhibit marked at any deposition |
|  | Any and all pleadings and attachments thereto |
|  | Any and all deposition transcripts, to the extent admissible under the Rules of Evidence |
|  | Any and all documents or other exhibits listed in any parties' automatic disclosures |
|  | Any and all documents necessary to rebut exhibits, testimony, and/or |

|   | |
|---|---|
|   | other evidence offered by any defendant |
|   | Any and all documents necessary to impeach or cross-examine any witness |
|   | Death Certificate of Kevin Britto |
|   | Voicemail left by Mitchell for Williams |
|   | Handwritten notes of Bill Gemme |
|   | Purchase orders, invoices, checks and other documents re: Dalton Padding transactions |
|   | Purchase orders, invoices, checks and other documents re: Empire Weavers transactions |
|   | Purchase orders, invoices, checks and other documents re: CCC International transactions |
|   | Purchase orders listing Tony Maresca as contact person |
|   | Bills of lading, invoices pertaining to other vendors |
|   | General inventory documents |
|   | Expense reimbursement sheets pertaining to Adams |

Plaintiff reserves the right to supplement this list of documents or other exhibits up to and including the time of trial with reasonable notice to counsel.