UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC. )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>DAVID W. ADAMS, *et al*, )<br>    Defendants. )<br>) | CIVIL ACTION NO.<br>05-cv-11654-NMG |

**EXHIBIT K TO AFFIDAVIT OF PAUL J. KLEHM, ESQ.**
**LEAVE TO FILE GRANTED ON JUNE 11, 2008**

See attached **Exhibit K** to Affidavit of Paul J. Klehm, Esq. per order of the Court dated June 11, 2008.

                                      Plaintiff
                                      International Floor Crafts, Inc.
                                      By Its Attorneys,

                                      */s/ Paul J. Klehm*
                                      Paul J. Klehm (BBO# 561605)
                                      pklehm@krasnooklehm.com
                                      James B. Krasnoo (BBO# 279300)
                                      jkrasnoo@krasnooklehm.com
                                      Benjamin L. Falkner (BBO# 667951)
                                      bfalkner@krasnooklehm.com
                                      Krasnoo | Klehm LLP
                                      23 Main Street, Suite Six
                                      Andover, MA  01810
                                      (978) 475-9955

Dated:  June 11, 2008

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney(s) of record or upon each party not represented by an attorney via ECF or via first class mail, postage pre-paid on June 11, 2008.

                                           */s/ Paul J. Klehm*
                                           Paul J. Klehm

*Exhibit K*

CONFIDENTIAL

| Date | PO | Inv # | Inv date | date receive | Goods | Net | Date | RM | JD | |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/10/99 | 14,400 - | 25399 | | 7/19/99 | | 16,000 | | #855 1072 - | 528 | |
| 7/2/99 | 20,025 - | 25727 | | 8/12/99 | | 22,250 | | #855 1112.50 | 1112.50 | |
| 8/27/99 | 32,811.25 | 27171 | | 10/1/99 | | 36,457.50 | | #858 1208.10 | 2442.65 | |
| 9/28/99 | 34,276.50 | 27947 | | 11/5/99 | | 38,085 | | #853 1256.81 | 2551.70 | |
| 10/13/99 | 25,000 - | | | | | | 1218 wire 10,797.07 | #853 3411.72 | 2981.04 | |
| 11/18/99 | 25,000 | 4707 | | 1/19/00 | | 41,550.04 | wire 1/21/00 10,140.34 | 098 3353.67 | 2915.28 | |
| 12/1/99 | 25,000 | | | 2/24/00 | | 46,474 | RM check 9299 | 3279.69 | | went to 3/16 *50,000 - |
| 1/21/00 | 25,000 | 5416 5417 | | 4/12/00 | | 28224 - | * 4523 | #192 4990.32 | | |
| 3/3/00 | 25,000 | 5496 | | 4/10/00 | | 10,820.57 | | | 4133.67 | |
| 3/16/00 | 56,000 - | paid back | see below | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| 4/6/00 | 25,000 - | 5503 | | 5/2/00 | | 39788 | * 8648 | #214 3224.16 | 2865.92 | * went to 3/16 50,000 |
| 4/14/00 | 25,000 | 5552 | | 6/19/00 | | 40,131.00 | * 8988 | #101 3251.88 | 2890.56 | * went to 5/16 50,000 |
| 5/5/00 | 25,000 | 5600 | D00?0 | | | 42,355.00 | * 10,836.60 | #158 3432.15 | 5050.20 | * went to 5/16 50,000 |
| 6/22/00 | 25,000 | 5637 | | 8/17 | | 38318 | * 7453 | #134 3105 | 2760.00 | * went to 3/16 50,000 |
| 7/13/00 | 25,000 | 5640 | | 8/24 | | 39788 | 8698 | | 2765.02 | * went to 3/16 50,000 |
| 8/3/00 | 25,000 | 5743 | | 8/23 | | | * 8698 | #30 3224.? | 2865.92 | * went 5/12/03 25,000 |
| | | | | | | | | | | |



CONFIDENTIAL

| | | PO | Inv Date | date rec | Gross | Net | | Dave | RM | JD | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/1/00 | 25,000 | 5756 | | 11/29/00 | | 41,904.80 | * | 12,490.80 | #168 3395.61 | 3012.92 | * 10/23/00 wire 25,000 |
| 10/17/00 | 5,000 | | | | | | | | | | |
| 10/23/00 | 25,000 ✓ | | | | | | | | 3136.08 | | |
| 10/24/00 | 25,000 ✓ | 5831 | | 1/22/01 | | | * | 5980 | #189 3136.08 | 3853.72 | * 10/25/00 wire 25,000 |
| 10/30/00 | 25,000 | | | | | | | | | | |
| 11/7/00 | 20,000 - | back 20,000 | | 11/20/00 | | | | | | | |
| 12/6/00 | 25,000 - | 5834 | | 2/2/01 | | | | 7480 total * | #114 3288.60 | | $831.20 went to 10/23 wire 5000 went to 45,000 |
| 12/19/00 | 20,000 - | | | | | | | | | | |
| 01/03/01 | 45,000 - | | | | | | | | | | |
| 01/24/01 | 20,000 ✓ | 5894 | | 4/2/01 | | 40,494 ✓ | | 8040 - | #151 5191.2" | | |
| 2/2/01 | 30,000 | 5880 | D111005 | | | 39,430.30 | | 12,188 - | 991 10/33/01 wire 33,253" | 3983.27 | * 7000 went to 45,000 |
| 2/9/01 | 18,955.75 | 5488 | Invoice wm CCC ✓ | | | | * | 7000 | #257-12,035.21 2625.68 | | * 7000 went to 45,000 |
| 2/12/01 | 24,560 | 5818 | | | | | | 7600 | #257-12,635.21 3195.45 | | |
| 2/28/01 | 24,318.40 | 5880 | | | | | | 7000 ✓ | #143 2840 ✓ total 3105.53 | 3875.62 | 3000 went to 45,000 |

✓ 6814.10 to 1/3 prom note

| Date | | PO | Inv Date | date rec | Gross | Net | | Dave | RHH | JD | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/14/01 | 20,000 | 5990 | | | | 41,904.82 | | #994 13,403 14,208 | 3463.55 | 4235.24 | |
| 3/28/01 | 21,701.60 | 5895 | D010137 | CCC Invoice | | 29,034.46 | WD | #131 21,683.02 2000 | 22,320.89 | | *went to 45,000  *5000 to 45,000 |
| 4/4/01 | 15,984 | | | 4/17/01 | | 50,205.40 | | 5000* | #151 5191.20 | | |
| ... | 20,000 | Kevin | D01040 | | | | | mo 29,560 | | | |
| 5/4/01 | 32,775.18 45,049.53 | 5938 | | | | 45,049.53 | check 992 | 32775.16 4000* | 3924.48 | 4550.93 | *4000 went to 45000 |
| 5/9/01 | #121 5000 | | | | | | | | | | |
| 5/23/01 | 20,000 | 6001 | | 8/29 | | 39,513.00 | | #1002 23,205 out | #1002 3205.92 | | |
| 5/23/01 | 10,000 | | | | | | | | | | |
| 7/6/01 | 10,000 | 6038 | | | | 42,372 | | | #1012 3536.45 | | |
| 7/23/01 | Gave RH check 37,124.40 | 5933 | | 8/9/01 | | 47,927.55 | | *37,124.40 2000 | #1001 3161.35 | 4841.64 | *2000 went to 45,000 |
| 8/25/01 | #1002 20,000 | 6116 | | 11/9/01 | | 40,248.40 | | *2000+ 11,264 - check 07 | #1007 3345.98 | 416 | *2000 went to 45000 |
| 9/3/01 | #122 25,000 | 6033 | | 12/12/01 | | 38,416 | | *2000+ 5536 - | check 1011 6071.42 3112.92 | 2762.04 | *2000 to 45 |
| 10/18/01 | 36,034.40 27,443.80 | 6043 | sent # 10060 | 10/23/01 | | 70,199.00 | sep | pd 61,034.40 | #1006 3581.50 | 3581.50 | *2000 to 45,000 25,000 - 10/13 |
| 10/18/01 | #128 25,000 | 25,000 | | 10/22/01 | | | | | | | |
| 10/18/01 | #1005 25,000 | 6073 | | | | | | | | | |
| 10/14/01 | #1009 14,960 | 6072 | | 11/9/01 | | 16,160 | | | #1010 850 | 850 | |
| 10/1 | | 6053 | | 12/13/01 | | | | | | | |

CONFIDENTIAL

| | | PO | Inv date | receive date | Gross | Net | | Dave | RM | JD | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/8/01 | 25,000 ✓ | check 1007 | | | | | | | | | |
| 12/13/01 | #1013 - RM 25,000 ✓ | 6246 | | | | | | | | | |
| 1/2/02 | ct commiss 0991 RM 25,000 ✓ | | | | | | | | | ct comm dep-RM check 3705 88 | |
| 2/28/02 | 25,000 | 6306 | | | | | | | | | |
| 5/2/02 | 10,000 | 6314 | | | | | | | | | |
| 5/14/02 | 10,000 20,000 ✓ | ↓ 6575 JD per check | | | | | | | | | |
| 6/1/02 | 33,000 | | | | | | | | | | |
| 9/13/02 | 12,500 ✓ | JD check 003 | return 9/24/02 #119 RM $12,500 to CCL | | | | | | | | |
| 10/15/02 | 15,000 | 6551 | | | | | | | | | |
| 11/12/02 | cash 7500 | 6556 | | | | | | | | | |
| 12/9/02 | 7500 | #7530 JD 6597 | | | | | | | | | |
| 12/20/02 | 14,321 | 6630 | | | | | | | | | |

|  |  | Pav | Inv date | receive date | Gross | Net |  | D | RM | J |  |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |  |
|  | $10k — equityline |  |  |  |  |  |  |  |  |  |  |
| 1/22/03 | 7500 ✓ |  |  |  |  |  |  |  |  |  |  |
| 2/10/03 | 7500 ✓ | #645 JD ✓ |  | 7/8/03 #224 -RM 10,737.22 ? |  |  |  |  |  |  |  |
| 2/25/03 | 7500 ✓ | #609 JD ✓ |  | 3/13/03 #156 ✓ 7500 |  |  |  |  |  | 2321.10 – #175 |  |
| 3/10/03 | 25,000 | #1181 3/12/04 25000 ✓ |  |  |  |  |  |  |  |  |  |
| 3/13/03 | 15,000 | #108 – ep ✓ |  |  |  |  |  |  |  |  |  |
| 3/31/03 | 16,580 – |  |  | #198 –RM ✓ 4/6/03 16,580 |  |  |  |  |  | 567.08 |  |
| 4/7/03 | 7000 | #920820T ✓ |  |  |  |  |  |  |  |  |  |
| 4/8/03 | 13,650 ✓ | #1002 |  |  |  |  |  |  |  |  |  |
| 6/5/03 | cost — 7500 |  |  | #224 RM 10,737.22 | $8238.22 went to 33,000 loan ✓ |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
| 7/13/03 | mtg. 7500 |  |  |  |  |  |  |  |  |  |  |
|  |  | deposit 4/3/04 25,000 ✓ |  |  |  |  |  |  |  |  |  |
| 7/26/03 | 25,000 |  |  |  |  |  |  |  |  |  |  |