UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 05CA11654-NMG ) |
| DAVID W. ADAMS, *et al.*, | ) ) |
| Defendants. | ) |

**DEFENDANT, JANE DZIEMIT'S MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT**

Defendant/Plaintiff in counterclaim, Jane Dziemit pursuant to Local Rule 7.1(b)(3) hereby requests Leave of Court in Order to File a Reply Brief to Plaintiff's Opposition to Plaintiff's Motion for Summary Judgment and shows the Court as follows:

1. Defendant filed her Motion for Summary Judgment on March 14, 2008;

2. Attached to Defendant's Motion for Summary Judgment was an Affidavit of co-Defendant Ronald Mitchell;

3. Plaintiff moved the Court to re-open the Deposition of Ronald Mitchell, said Motion being allowed with an Order that the Mitchell Deposition be taken no later than May 23, 2008. The Court further allowed Plaintiff until June 6, 2008 to file its Opposition to Defendant's Motion for Summary Judgment;

5. Defendant's counsel received Plaintiff's Opposition on June 6, 2008 which included in it numerous references to the Deposition of Ronald Mitchell in support of its position that there remain material issues of fact for a jury's consideration;

6. Defendant seeks to address plaintiff's assertions and support her Motion for Summary Judgment with her own references to Mitchell's Deposition;

7. Counsel for Plaintiff has no position concerning Defendant's request to file a reply brief.

8. Counsel for Defendant Adams has no objections concerning Defendant's request to file a reply brief;

9. Counsel for Defendant Mitchell has not responded concerning Defendant Dziemit's request; and

10. Counsel for Defendant Williams has not responded concerning Defendant Dziemit's request.

**WHEREFORE**, Defendant/Plaintiff in counterclaim, Jane Dzeimit, hereby respectfully Requests this Honorable Court to allow her fourteen (14) days from the filing of this Motion to file a short Reply Brief addressing certain assertions made by plaintiff and incorporating excerpts from the Mitchell Deposition.

>
> Respectfully Submitted,
> Counsel for the Defendant,
> Jane Dziemit
>
>
> /s/ Neil S. Cohen, Esq.
> Neil S. Cohen, Esquire (BBO# 561173)
> **NEIL S. COHEN, P.C.**
> Eleven Beacon Street, Suite 625
> Boston, MA 02108
> (617) 367-0070

Dated: June 10, 2008

## Certificate of Conference – Rule 7.1(A)(2) Statement

The undersigned hereby certifies that on or about June 10, 2008, counsel for the Defendant/Plaintiff in counterclaim conferred with counsel for Plaintiff and Counsel for Defendants concerning this motion. Counsel for Plaintiff has no position concerning Defendant Dziemit's Motion. Counsel for Defendant Adams has no objections. Counsel for Defendant Mitchell has not responded. Counsel for Defendant Williams has not responded.

/s/ Neil S. Cohen
Neil S. Cohen, Esq.
**NEIL S. COHEN, P.C.**
Eleven Beacon Street, Suite 625
Boston, MA 02108

## Certificate of Service

The undersigned hereby certifies that a copy of the above motion was caused to be served on all counsel of record via the ECF filing system and on all parties not represented by counsel by first class mail on June 11, 2008.

/s/ Neil S. Cohen
Neil S. Cohen, Esq.
**NEIL S. COHEN, P.C.**
Eleven Beacon Street, Suite 625
Boston, MA 02108