UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC. )
    Plaintiffs,                         )
                                          )
v.                                     ) CIVIL ACTION NO. 05CA11654-NMG
                                          )
DAVID W. ADAMS, *et al.,*            )
    Defendants.                       )

**DEFENDANT, JANE DZIEMIT'S, RULE 26(a)(3) PRE-TRIAL DISCLOSURES**

       Defendant, Jane Dziemit, by and through her attorney hereby files her Pre-Trial Disclosures pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and Local Rule 16.5(c). In order to comply with Electronic Case Filing Procedures, Paragraph K, Defendant shall omit the street addresses from the addresses contained herein, but will forward another version of the Pretrial Disclosures to the parties via facsimile and first class mail which includes the street address.

A(1). **Defendant, Jane Dziemit expects to call the call witnesses to present evidence:**

    1.      Defendant Jane Dziemit
             Palm Desert, CA

    2.      Defendant Ronald Mitchell
             East Haven, CT

    3.      Defendant Tyrone Williams
             New Bedford, MA

    4.      Defendant David W. Adams
             Wilmington, MA

    5.      William Gemme
             c/o International Floor Crafts, Inc.
             Hingham, MA

      6.     William Elovitz
              c/o International Floor Crafts, Inc.
              Hingham, MA

      7.     John Durant
              c/o International Floor Crafts, Inc.
              Hingham, MA

      8.     Nicolas Adler-Duthe
              c/o International Floor Crafts, Inc.
              Hingham, MA

(2) **Defendant may call the following witnesses, if the need arises:**

      9.     Diane Spignesi
              Connecticut or Apopka, FL

      10.    Defendant Michael E. Brown
              Dalton, Georgia

      11.    David Sun
             Fairfax Station, VA

      12.    Paul Sun
             Fairfax Station, VA

      13.    Robert O'Neill
              Data Quest Investigations, Ltd.
              Boston, MA

      14.    Defendant reserves the right call any witness listed on plaintiff's Pre-Trial Disclosures or any co-defendant's Pre-Trial Disclosures.

      15.    Defendant reserves the right to call any witness for the purposes of impeachment and/or rebuttal.

**B. Designation of Witness Whose Testimony Plaintiff Expects to Present by Deposition**

Defendant seeks to introduce at trial the transcript of the deposition of Kevin Britto, who is deceased, taken on March 7, 2006, March 10, 2006 and May 31, 2006. Defendant also reserves the right to introduce the Deposition of Ronald Mitchell, who is a Connecticut resident, should he not appear at trial.

**C(1)  Defendant expects to introduce the following Exhibits as trial:**

1. Exhibit 1, from Deposition of William Elovitz;

2. Exhibits 1-6, from the Deposition of William Gemme;

3. Any Affidavit executed by William Gemme, including, but not limited to the one attached to Plaintiff's Verified Complaint;

4. Exhibit 1, from the Deposition of John Durant;

5. Exhibits 1-49 from the Deposition of Ronald Mitchell;

6. Exhibit 1-10 from the Deposition of Jane Dziemit;

7. Any Affidavit executed by Jane Dziemit; and

8. Affidavit of Ronald Mitchell, executed in March, 2008.

**C(2)  Defendant May Offer the Following Documents at trial:**

1. Any document plaintiff produced in response to defendant's Request for Production of Documents;

2. Any document Co-Defendant Ronald Mitchell Produced in response to plaintiff's Request for Production of Documents;

3. Any Purchase Order, corresponding invoice, and checks issued by plaintiff, Remco, Mitchell or Dziemit for any Remco transaction between 1999-2003;

4. Copies of any checks forwarded to CCC from Remco, Dziemit or Mitchell

5. Any other evidence offered by plaintiff or any co-defendant;

6. Any and all documents necessary to impeach, cross-examine any witness who appear to testify at trial; and

7. Affidavit of Robert O'Neill, Data Quest Investigations.

Defendant reserves the right to supplement this list up to and including time of trial with reasonable notice

>Defendant, Jane Dziemit,
>By her Attorney,
>
>/s/ Neil S. Cohen, Esq.
>neilcohenlaw@yahoo.com
>Neil S. Cohen, Esquire (BBO# 561173)
>**NEIL S. COHEN, P.C.**
>Eleven Beacon Street, Suite 625
>Boston, MA 02108
>(617) 367-0070

Dated: June 21, 2008

## Certificate of Service

The undersigned hereby certifies that a copy of the above motion was caused to be served on all counsel of record via the ECF filing system and on all parties not represented by counsel by first class mail on June 21, 2008.

>/S/ Neil S. Cohen
>Neil S. Cohen, Esq.
>**NEIL S. COHEN, P.C.**
>Eleven Beacon Street, Suite 625
>Boston, MA 02108