UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC. )
    Plaintiffs,                              )
                                          )
v.                                        ) CIVIL ACTION NO. 05CA11654-NMG
                                          )
DAVID W. ADAMS, *et al.*,          )
    Defendants.                )

**<u>DEFENDANT, JANE DZIEMIT'S, MOTION FOR LEAVE TO FILE PRE-TRIAL
DISCLOSURES PURSUANT TO RULE 26(a)(3) LATE</u>**

NOW COMES, Jane Dziemit, by and through counsel and hereby files this, her Motion for Leave to File her Pre-Trial Disclosures Late and shows the Court as follows:

1. Counsel for Defendant reviewed the Federal Rules of Civil Procedure prior to the filing deadline and noted that the rules provided that Pre-Trial Disclosures should be filed thirty (30) days in advance of trial or by June 21, 2008 and calendared it accordingly;

2. Counsel for Defendant also reviewed local Rules, specifically local Rule 16.5 (C), but misread the rule and realizes that he should have filed his Pre-Trial Disclosures thirty (30) days before the Pre-Trial Conference on July 9, 2008;

3. Counsel for Defendant's respectfully requests that his inadvertent misreading of the local Rule should not be held against his client;

4. Furthermore, defendant's counsel was out of town, in Atlanta for depositions at the time the June 9, 2008 deadline occurred and would have needed to seek a brief extension had he realized the deadline fell on that date and not the later date;

5. Upon discovering his error, defendant's attorney contacted plaintiff's attorney and informed him that he would submit his Pre-Trial Disclosures with this Motion; and

6. Plaintiff will be not be prejudiced if this Honorable Court allows Defendant's Motion as the witnesses defendant lists and most of the documents, are already listed in Plaintiff's Pre-Trial Disclosures.  At the time of filing this Motion, trial is still thirty (30) days away.

**WHEREFORE,** Defendant respectfully requests that this Honorable Court Allow Defendant's Motion for Leave to File her Pre-Trial Disclosures Pursuant to Rule 26(a)(3) Late.

    Respectfully submitted,
    Defendant, Jane Dziemit,
    By her Attorney,

    /s/ Neil S. Cohen, Esq.
    neilcohenlaw@yahoo.com
    Neil S. Cohen, Esquire (BBO# 561173)
    **NEIL S. COHEN, P.C.**
    Eleven Beacon Street, Suite 625
    Boston, MA 02108
    (617) 367-0070

Dated: June 21, 2008

## Certificate of Service

      The undersigned hereby certifies that a copy of the above motion was caused to be served on all counsel of record via the ECF filing system and on all parties not represented by counsel by first class mail on June 21, 2008.

    /S/ Neil S. Cohen
Neil S. Cohen, Esq.
**NEIL S. COHEN, P.C.**
Eleven Beacon Street, Suite 625
Boston, MA 02108