UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC. )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>DAVID W. ADAMS, *et al*, )<br>    Defendants. ) | CIVIL ACTION NO.<br>05-cv-11654-NMG |

**PLAINTIFF INTERNATIONAL FLOOR CRAFTS, INC.'S MOTION *IN LIMINE* TO DISMISS COUNTS II AND III OF DEFENDANT JANE DZIEMIT'S COUNTERCLAIM AND TO EXCLUDE ANY EVIDENCE SUBMITTED IN SUPPORT OF SAID COUNTERCLAIM AT TRIAL**

Plaintiff International Floor Crafts, Inc. ("IFC") hereby moves this Court *in limine* to dismiss Counts II and III of Defendant Jane Dziemit's counterclaim and to exclude any evidence submitted in support of said Counterclaim at trial. IFC relies upon the following:

1. On June 15, 2006, Defendant Dziemit filed an answer and a four-count Counterclaim, asserting in Count I, a counterclaim for Intentional Interference With Advantageous Relations, in Count II, a counterclaim for Intentional Misrepresentation, in Count III, a counterclaim for Negligent Misrepresentation, and in Count IV, a counterclaim for Declaratory Judgment [Doc. No. 156].

2. On June 26, 2006, IFC filed a motion to dismiss the Counterclaim, or, in the alternative, for a more definite statement [Doc. No. 159].

3. On February 28, 2007, the Court dismissed Counts I and IV of the Counterclaim and ordered Dziemit to file a more definite statement as to Counts II and III by March 13, 2007 [Doc. No. 190].

4. On March 12, 2007, the deadline for filing a more definite statement as to Counts II and III of the Counterclaim was extended until two weeks after the completion of a mediation [*See* Electronic Order granting [Doc. No. 194] Motion for Extension of Time To Amend].

5. On October 9, 2007, the Court granted Dziemit a stay of the need to file the more definite statement until after her prior counsel's motion to withdraw was resolved [*See* Electronic Order granting [Doc. No. 204] Motion for Extension of Time To File].

6. On December 12, 2007, the Court granted Dziemit's prior counsel's motion to withdraw [Doc. No. 206].

7. More than six months have passed, and Dziemit has never filed a more definite statement as to Counts II and III of the Counterclaim.

8. To allow Dziemit now to file a more definite statement or to submit evidence at trial with respect to Counts II and III of her Counterclaim would greatly and unfairly prejudice IFC because discovery is closed and the case stands on the eve of trial.

9.  Therefore, for all the foregoing reasons, IFC respectfully requests that this Court dismiss Counts II and III of Dziemit's Counterclaim and exclude any evidence submitted in support of said Counterclaim at trial.

**WHEREFORE**, for all the foregoing reasons, Plaintiff International Floor Crafts, Inc. respectfully requests that this Court GRANT the within motion *in limine* and DISMISS Counts II and III of Defendant Jane Dziemit's Counterclaim and EXCLUDE any evidence submitted in support of said Counterclaim at trial.

> Plaintiff
> International Floor Crafts, Inc.
> By Its Attorneys,
>
> */s/ Paul J. Klehm*
> Paul J. Klehm (BBO# 561605)
> pklehm@krasnooklehm.com
> James B. Krasnoo (BBO# 279300)
> jkrasnoo@krasnooklehm.com
> Benjamin L. Falkner (BBO# 667951)
> bfalkner@krasnooklehm.com
> Krasnoo | Klehm LLP
> 23 Main Street, Suite Six
> Andover, MA  01810
> (978) 475-9955

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record or upon each party not represented by an attorney via ECF or via first class mail, postage pre-paid on July 2, 2008.

> */s/ Paul J. Klehm*
> Paul J. Klehm