UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC.<br>Plaintiff,<br><br>v.<br><br>DAVID W. ADAMS, *et al*,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.<br>05-cv-11654-NMG |

**PLAINTIFF'S REQUEST FOR VOIR DIRE OF PROSPECTIVE JURORS**

Plaintiff International Floor Crafts, Inc. hereby moves this Honorable Court to permit counsel for the plaintiffs, or that the Court itself, examine prospective jurors for the purpose of determining the person's indifference as to other matters peculiarly and specially related to the trial of this case.

1. Have you been encouraged not to sit on a jury by any person either at work or at home?

2. If the Court were to order stricken some testimony which somehow came before you, could you impartially discard that information from your deliberations?

3. During deliberations, if you formed an opinion, would you keep an open mind and listen to the opinion of others?

4. If other jurors were of a different opinion than you, would you be willing to change your opinion to conform to theirs?

5. If you come to the conclusion that the plaintiffs had proven any or all of their claims by a preponderance of the evidence, and you found that a majority of the jurors believed otherwise, would you change your verdict only because you were in the minority?

6. Have you or any members of your immediate family or close friends ever had any dealings whatsoever with any of the named Defendants or the named Plaintiff?

7. Have you or any members of your immediate family or close friends ever had any experience with any Building 19 store?

8. Have you ever worked in a warehouse?

9. Do you think it is worse to steal from an individual than from a corporation?

10. Have you or any members of your immediate family or close friends ever been in the business of buying or selling rugs, remnants, padding or woodflooring?

11. Are you a member of an organization known as "the Democracy School"?

12. Do you have any reservations about serving on a jury in a case that involves allegations of multi-million dollar fraud?

13. Are you or any member of your immediate family or close friends employed or have you or any member of your immediate family or close friends been employed as loan officers or mortgage brokers?

14. Are you or any member of your immediate family or close friends employed or have you or any member of your immediate family or close friends been employed as a broker?

15. Is there anything about the nature of the plaintiff's allegations against the defendants which would make it difficult for you to render a fair and impartial verdict?

16. Are you a sole proprietor or owner of a business which would be financially hurt by your sitting on this jury?

17. Do you have small children for whom your being away while on this jury would result in a hardship to you or your family?

18. Do you have any animosity toward corporations?

19. Do you believe that all corporations make too much money?

20. Do you have any personal difficulties which you feel may affect your ability to concentrate upon the case before you?

21. Is there anything in any of the questions that I have asked you which causes doubt in your mind as to your ability to reach a verdict based upon the evidence offered in this Courtroom alone?

22. Do you have any personal difficulties which you feel may affect your ability to concentrate upon the case before you?

23. Please describe your hobbies and tell us the magazines, periodicals and newspapers to which you subscribe or which you read.

24. Please tell us the television and/or radio stations you watch and the T.V. broadcasters to whom you listen and from whom you receive your news broadcasts.

25. In what recreational activities do you engage?

Plaintiff further moves that such questions as noted herein or otherwise posed to the jury be done in a series of at least three (3) questions before the jurors are asked for a positive response. Counsel states that jurors may be reluctant to notify the court of their answers to questions relating to interest and bias when a single question is asked and a response required.

The method proposed by counsel obviates any requirement of the venire person to answer specific questions and declare himself or herself as to any particular inquiry. Counsel notes that some of the posed questions, because of plaintiff's need to obtain a fair and impartial jury, intrude upon potential jurors' private beliefs and personal experiences, the disclosure of which could expose the jurors to personal embarrassment.

                                           Plaintiff
                                           International Floor Crafts, Inc.
                                           By Its Attorneys,

                                           */s/ Paul J. Klehm*
                                           Paul J. Klehm (BBO# 561605)
                                           pklehm@krasnooklehm.com
                                           James B. Krasnoo (BBO# 279300)
                                           jkrasnoo@krasnooklehm.com
                                           Benjamin L. Falkner (BBO# 667951)
                                           bfalkner@krasnooklehm.com
                                           Krasnoo | Klehm LLP
                                           23 Main Street, Suite Six
                                           Andover, MA  01810
                                           (978) 475-9955

**CERTIFICATE OF SERVICE**

     I hereby certify that a true copy of the above document was served upon the attorney(s) of record or upon each party not represented by an attorney via ECF or via first class mail, postage pre-paid on July 2, 2008.

                                           */s/ Paul J. Klehm*
                                           Paul J. Klehm