UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC. )<br>  Plaintiff, )<br>)<br>v. )<br>)<br>DAVID W. ADAMS, *et al*, )<br>  Defendants. )<br>) | CIVIL ACTION NO.<br>05-cv-11654-NMG |

**PLAINTIFF INTERNATIONAL FLOOR CRAFTS, INC.'S MOTION *IN LIMINE* TO SEQUESTER ALL NON-PARTY WITNESSES**

  Plaintiff International Floor Crafts, Inc. hereby moves this Court to order that all non-party witnesses be sequestered and separated during the within jury trial.

            Plaintiff
            International Floor Crafts, Inc.
            By Its Attorneys,

            */s/ Paul J. Klehm*
            Paul J. Klehm (BBO# 561605)
            pklehm@krasnooklehm.com
            James B. Krasnoo (BBO# 279300)
            jkrasnoo@krasnooklehm.com
            Benjamin L. Falkner (BBO# 667951)
            bfalkner@krasnooklehm.com
            Krasnoo | Klehm LLP
            23 Main Street, Suite Six
            Andover, MA  01810
            (978) 475-9955

**CERTIFICATE OF SERVICE**

  I hereby certify that a true copy of the above document was served upon the attorney(s) of record or upon each party not represented by an attorney via ECF or via first class mail, postage pre-paid on July 2, 2008.

            */s/ Paul J. Klehm*
            Paul J. Klehm