UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

. . . . . . . . . . . . . . . .

INTERNATIONAL FLOOR CRAFTS, INC.
        Plaintiff,

v.

DAVID W. ADAMS, et al.,
        Defendants,

. . . . . . . . . . . . . . . .

CIVIL ACTION
NO. 05-11654-NMG

## AGREEMENT FOR JUDGMENT
## AGAINST DEFENDANT RONALD MITCHELL ONLY

Plaintiff International Floor Crafts, Inc. and the defendant Ronald E. Mitchell hereby agree that judgment shall enter herein for plaintiff against defendant Mitchell ONLY in the sum of $3,267,616.58. The parties hereto waive (1) all rights to appeal with regard to the within agreement for judgment only and (2) all notices otherwise required by Fed.R.Civ.P. 77 with regard to the within agreement for judgment only.

IFC continues to pursue its remaining claims against the remaining parties.

Plaintiff
International Floor Crafts, Inc.
By its attorneys,

/s/ Paul J. Klehm
James B. Krasnoo (BBO #279300)
Paul J. Klehm (BBO #561605)
Krasnoo Klehm LLP
23 Main Street, Suite Six
Andover, MA 01810
(978) 475-9955
jkrasnoo@krasnooklehm.com
pklehm@krasnooklehm.com

Dated: 7/3/08

Defendant
Ronald E. Mitchell

Ronald E. Mitchell
Ronald E. Mitchell
5 Mansfield Grove Road, Apt. 146
East Haven, Conn. 06512

Dated: July 1, 2008

By his attorney,

/s/ Frederic D. Grant, Jr. *(By PJK with permission)*
Frederic D. Grant, Jr.
 BBO No. 543115
727 Atlantic Avenue, 2nd floor
Boston, Massachusetts 02111
(617) 357-6555
grant@grantboston.com

Dated: July 2, 2008

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record or upon each party not represented by an attorney via ECF or via first class mail, postage pre-paid, on July 3, 2008.

/s/ *Paul J. Klehm*
Paul J. Klehm