UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BUILDING #19, INC. AND<br>INTERNATIONAL FLOOR CRAFTS, INC.,<br><br>Plaintiffs<br><br>v.<br><br>DAVID W. ADAMS, ET AL.,<br><br>Defendants. | CIVIL ACTION<br>NO. 05-11654-NMG |

**SECOND SUGGESTION OF BANKRUPTCY BY
DEFENDANT DAVID W. ADAMS**

The Defendant, David W. Adams, hereby notifies the Court and the parties to this action that he has filed a Chapter 7 petition in bankruptcy in the United States Bankruptcy Court for the District of Massachusetts, Docket No. 08-14965.

DAVID W. ADAMS

By his Attorney,


_____/s/ Isaac H. Peres_____
Isaac H. Peres, BBO #545149
92 State Street, 8th Floor
Boston, MA 02109
(617) 722-0094

2

CERTIFICATE OF SERVICE

       I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those as non registered participants on July 7, 2008.

                             /s/ Isaac H. Peres_____
                             Isaac H. Peres