UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC. )
    Plaintiffs, )
    )
v. ) CIVIL ACTION NO. 05CA11654-NMG
    )
DAVID W. ADAMS, *et al.,* )
    Defendants. )

### **DEFENDANT, JANE DZIEMIT'S, *MOTION IN LIMINE NO. 1***

NOW COMES, Jane Dziemit, by and through counsel and hereby files this, her *Motion in Limine No.1* and respectfully requests that this Honorable Court exclude or, in the alternative limit plaintiff's counsel commenting, referencing arguing, or eliciting testimony concerning one check Dziemit forwarded to Mitchell and shows the Court as follows:

1. Counsel for Plaintiff amongst other circumstantial evidence will be seeking to introduce evidence concerning one check that Ms. Dziemit wrote to Ronald Mitchell for $85,000.00 at the end of 2001;

2. Mitchell then wrote a corresponding check payable to REMCO for the exact same amount on the same date;

3. Defendant anticipates that plaintiff will attempt to suggest that this $85,000.00 payment represented a buyout or some other payment when Ms. Dziemit ended her partnership with REMCO;

4. During Mitchell's Deposition, Mitchell could not recall what the meaning of the deposit and the check written for the same amount were, but testified it was not for Dziemit to hide any funds;

5. Mitchell further testified that he may be able to identify the purpose of the two checks if he could consult with Dziemit or see other documents;

6. Dziemit hereby requests that this Honorable Court limit plaintiff's use of these particular checks and exclude counsel's ability to argue, comment or suggest that this particular transaction was for the purpose of Dziemit "hiding" funds without providing other documents or other evidence that such was, in fact, the case.

**WHEREFORE,** Defendant respectfully requests that this Honorable Court limit Plaintiff's use of the aforementioned checks in 2001 and exclude plaintiff from arguing, commenting or suggesting that Dzimeit was seeking to "hide" funds with REMCO without producing other corroborating evidence.

                                                Respectfully submitted,
Defendant, Jane Dziemit,
By her Attorney,

/s/ Neil S. Cohen, Esq.
neilcohenlaw@yahoo.com
Neil S. Cohen, Esquire (BBO# 561173)
**NEIL S. COHEN, P.C.**
Eleven Beacon Street, Suite 625
Boston, MA 02108
(617) 367-0070

Dated: July 7, 2008

## Certificate of Service

      The undersigned hereby certifies that a copy of the above motion was caused to be served on all counsel of record via the ECF filing system and on all parties not represented by counsel by first class mail on July 7, 2008.

      /S/ Neil S. Cohen
Neil S. Cohen, Esq.
**NEIL S. COHEN, P.C.**
Eleven Beacon Street, Suite 625
Boston, MA 02108