UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

```
INTERNATIONAL FLOOR CRAFTS, INC. )
        Plaintiffs,              )
                                 )
v.                               ) CIVIL ACTION NO. 05CA11654-NMG
                                 )
DAVID W. ADAMS, et al.,          )
        Defendants.              )
```

## DEFENDANT, JANE DZIEMIT'S, *MOTION IN LIMINE NO. 3*

NOW COMES, Jane Dziemit, by and through counsel and hereby files this, her *Motion in Limine No. 3* and respectfully requests that counsel for plaintiff be excluded from arguing, referencing, commenting or eliciting testimony that co-defendant Ronald Mitchell entered into an Agreement for Judgment with Plaintiff and shows the Court as follows:

1. Plaintiff and co-defendant Ronald Mitchell recently (on July 2, 2008) entered into an agreement for Judgment in the amount of $3,267,616.58 (doc. 245);

2. Defendant anticipates that plaintiff may attempt to introduce this fact to the jury during the trial of this matter;

3. Furthermore, defendant Mitchell executed a "Supplemental Agreement" which, inter alia, settled plaintiff's claim with him in exchange for entering into the Agreement for Judgment;

4. In accordance with Rule 408, evidence of settlement is excluded if offered for the purpose of proving liability for or the amount of a claim;

5. Plaintiff could only offer such evidence in order to show the witness had some bias or prejudice, negating a contention of undue delay or an effort to obstruct a criminal investigation, none of which are present here;

6. Defendant Dziemit who has maintained her innocence of the underlying scheme since the outset of this litigation would be highly prejudiced should Mitchell's Agreement for Judgment and/or Supplemental Agreement be allowed to be paraded before the jury. *See also* Morea v. Cosco, 644 N.E.2d 822 (1996).

**WHEREFORE,** Defendant respectfully requests that this Honorable Court exclude plaintiff from arguing, referencing, commenting or introducing evidence concerning Mitchell's Supplemental Agreement and/or Agreement for Judgment. Defendant further expects to file a more comprehensive trial brief on this issue.

>Respectfully submitted,
>Defendant, Jane Dziemit,
>By her Attorney,
>
>/s/ Neil S. Cohen, Esq.
>neilcohenlaw@yahoo.com
>Neil S. Cohen, Esquire (BBO# 561173)
>**NEIL S. COHEN, P.C.**
>Eleven Beacon Street, Suite 625
>Boston, MA 02108
>(617) 367-0070

Dated: July 7, 2008

## Certificate of Service

The undersigned hereby certifies that a copy of the above motion was caused to be served on all counsel of record via the ECF filing system and on all parties not represented by counsel by first class mail on July 7, 2008.

/S/ Neil S. Cohen
Neil S. Cohen, Esq.
**NEIL S. COHEN, P.C.**
Eleven Beacon Street, Suite 625
Boston, MA 02108