UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC. )<br>    Plaintiffs,                            ) <br>                                                 ) <br> v.                                                ) CIVIL ACTION NO. 05CA11654-NMG <br>                                                 ) <br> DAVID W. ADAMS, *et al.*,            ) <br>     Defendants.                     ) | |

**DEFENDANT, JANE DZIEMIT'S, *MOTION IN LIMINE NO. 4,*
*DEFENDANT'S REQUEST FOR VOIR DIRE*__**

NOW COMES, Jane Dziemit, by and through counsel and hereby files this, her *Motion in Limine No. 4*, *Defendant's Request for Voir Dire,* so that counsel for defendant or the Court could identify potential juror bias prior to empanelment of this matter. As such Defendant submits the following Voir Dire questions:

1.    Do any of you believe it is easier to commit a crime against a large corporation than it is to commit one against an individual?

2.    Do any of you believe that an individual has a greater responsibility to detect wrongdoing than a corporation?

3.    Do any of you have the opinion that corporations are more sophisticated than individuals and, therefore, are in a better position to detect a crime being perpetrated against it more than individual would be?

4.    Do any of you have an opinion negative or positive of Building 19?

5.    Do any of you shop at any Building 19 store regularly?

6.    Have any of you ever been sued by a large corporation?

7.    Have any of you ever sued another person or a company for fraud?

8. Do any of you have opinion negative or positive of mortgage brokers or lenders?

9. Do any of you in either your business or personal affairs ever write a check payable to "cash"?

10. Do any of you have a bumper sticker on your automobile?

11. Have any of you ever done business with an employee of a company who made representations to you that you later found out were not true?

12. Have any of you ever placed your trust in someone you were doing business with and then found out the representations that person made were untrue?

13. Have any of you ever loaned money to a friend to help them start a business?

14. Have you ever borrowed money from a friend to help you start a business?

15. Have any of you ever received a check from either an individual or a business that you accepted in good faith and deposited it into your bank account only to find out that the check was forwarded to you under false pretences?

16. Do you believe that if a person is doing business with a criminal that they are more likely to be involved in that person's criminal activity?

17. Do you believe that an individual could be doing business with a criminal and not know about any criminal activity?

Notwithstanding plaintiff's suggestion as to the method, defendant respectfully submits that questions be posed one at a time and any one in which the answer is in the affirmative the potential juror may be brought up to side bar where further inquiry may be made from the Court or attorneys.

        Respectfully submitted,
        Defendant, Jane Dziemit,
        By her Attorney,


        /s/ Neil S. Cohen, Esq.
        neilcohenlaw@yahoo.com
        Neil S. Cohen, Esquire (BBO# 561173)
        **NEIL S. COHEN, P.C.**
        Eleven Beacon Street, Suite 625
        Boston, MA 02108
        (617) 367-0070

Dated: July 7, 2008

## Certificate of Service

     The undersigned hereby certifies that a copy of the above motion was caused to be served on all counsel of record via the ECF filing system and on all parties not represented by counsel by first class mail on July 7, 2008.

        /S/ Neil S. Cohen
        Neil S. Cohen, Esq.
        **NEIL S. COHEN, P.C.**
        Eleven Beacon Street, Suite 625
        Boston, MA 02108