UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC. )
    Plaintiffs,                            )
                                          )
v.                                          ) CIVIL ACTION NO. 05CA11654-NMG
                                          )
DAVID W. ADAMS, *et al.*,           )
    Defendants.                      )

**DEFENDANT, JANE DZIEMIT'S, *MOTION IN LIMINE NO. 5, CONCERNING CHECKS PAYABLE TO CASH***

NOW COMES, Jane Dziemit, by and through counsel and hereby files this, her *Motion in Limine No. 5, Concerning Checks Payable to Cash* and respectfully requests that counsel for plaintiff be excluded from arguing, referencing, commenting or eliciting testimony that co-defendant Ronald Mitchell made checks payable to cash in order to hide funds:

1. In its Opposition to Defendant's Motion for Summary Judgment, referenced several checks (approximately twelve) that Mitchell made payable to cash during the several years he and Dziemit were partners;

2. Defendant anticipates that plaintiff will attempt to attach improper motive to these checks, even though these checks were produced during the ordinary course of discovery, were processed through the banking system, were between Dzimeit and Mitchell and had absolutely nothing to do with Plaintiff;

3. Furthermore, when asked about these checks during his deposition, Mitchell was only showed the checks themselves without supporting documentation and he testified repeatedly that if had information or other documents he could identify what the checks were for in each instance;

4. Plaintiff seeks to utilize Mitchell's admittedly poor business practice to the prejudice of Dziemit, where the checks in and of themselves have little probative value; and

5. The checks represent a tiny fraction of all checks REMCO issued and less than five percent of Remco's invoices to plaintiff.

**WHEREFORE,** Defendant respectfully requests that this Honorable Court exclude plaintiff from arguing, referencing, commenting or introducing evidence of improper motive or attempt to hide funds by Dziemit due to Mitchell's writing checks to cash.

    Respectfully submitted,
    Defendant, Jane Dziemit,
    By her Attorney,


    /s/ Neil S. Cohen, Esq.
    neilcohenlaw@yahoo.com
    Neil S. Cohen, Esquire (BBO# 561173)
    **NEIL S. COHEN, P.C.**
    Eleven Beacon Street, Suite 625
    Boston, MA 02108
    (617) 367-0070

Dated: July 7, 2008

## Certificate of Service

      The undersigned hereby certifies that a copy of the above motion was caused to be served on all counsel of record via the ECF filing system and on all parties not represented by counsel by first class mail on July 7, 2008.

      /S/ Neil S. Cohen
Neil S. Cohen, Esq.
**NEIL S. COHEN, P.C.**
Eleven Beacon Street, Suite 625
Boston, MA 02108