UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

INTERNATIONAL FLOOR CRAFTS, INC.
Plaintiff,

v.

DAVID W. ADAMS, *et al*,
Defendants.

CIVIL ACTION NO.
05-cv-11654-NMG

**PLAINTIFF INTERNATIONAL FLOOR CRAFTS, INC.'S OPPOSITION TO DEFENDANT, JANE DZIEMIT'S, MOTION *IN LIMINE* NO. 1 [DOC. NO. 248]**

Plaintiff International Floor Crafts, Inc. ("IFC") hereby opposes Defendant, Jane Dziemit's, Motion *In Limine* No. 1 [Doc. No. 248], where evidence concerning a check in the amount of $85,000 forwarded by Dziemit to Ronald Mitchell is relevant and probative evidence of Dziemit's knowledge and involvement in REMCO and in the wider fraudulent scheme to defraud IFC. IFC relies upon the following:

1. Three days before Dziemit resigned as a partner of Remco, Mitchell received the sum of $85,000 from Maresca and Dziemit. (*See* Deposition of Ronald Mitchell ("Dep. Mitchell"), an excerpt of which is attached as **Exhibit A-1** to the Affidavit of Paul J. Klehm, Esq. ("Aff. Klehm"), attached hereto as **Exhibit A**, at p. 212, ln. 3-6; *see also* excerpt of Mitchell's check ledger which is attached as **Exhibit A-2** to Aff. Klehm; *see also* redacted copy of Dziemit's letter of resignation from the partnership which is attached as **Exhibit A-3** to Aff. Klehm).

2. On December 28, 2001, Mitchell wrote a check in the amount of $85,000 from his personal account to REMCO. (*See* **Exhibit A-2**; *see also* Check No. 754, in the amount of

$85,000.00, from Ronald Mitchell to Remco, a redacted copy of which is attached as **Exhibit A-4** to Aff. Klehm).

3. Mitchell denies that Dziemit was trying to hide any funds. (*See* Dep. Mitchell, 213, ln. 18-21).

4. Even so, Mitchell testified that there would be no reason why Dziemit would make any deposits into Mitchell's personal account, and he agreed that it is rather strange that Mitchell does not know what he did with the $85,000. (*See* Dep. Mitchell, p. 213, ln. 6-11, p. 215, ln. 4-7).

5. Dziemit continued to make advances to, or on behalf of, REMCO after the partnership ended. (*See* Dep. Mitchell, p. 207, ln. 17, p. 208, ln. 8).

6. From a review of Mitchell's records, it appears that Dziemit made at least fifteen advances to, or on behalf of REMCO, after the partnership ended. (*See* copy of Mitchell's Records, attached as **Exhibit A-5** to Aff. Klehm).

7. Until December 18, 2003, Mitchell continued to send Dziemit funds. (*See* Dep. Mitchell, p. 207, ln. 17-21; *see also* **Exhibit A-5**).

8. Evidence relating to an $85,000.00 transaction coinciding with Dziemit's withdrawal from her partnership in REMCO, a transaction about which Mitchell claims to have no memory, is directly relevant to and highly probative of IFC's claims that Dziemit was an active and knowing participant in REMCO and the wider fraudulent scheme. Such a large payment is unusual, to say the least, and the fact that Mitchell has no memory of the transaction is highly suspect. Moreover, the evidence is necessary to rebut Dziemit's claims that she was a mere moneylender to REMCO and Mitchell.

9. Relevant evidence should only be excluded "if its probative value is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury, or

by considerations of undue delay, waste of time, or needless presentation of cumulative evidence." Fed. R. Evid. 403.

10.    Dziemit has not identified any way in which evidence regarding the above-referenced transaction is unfairly prejudicial, would confuse the issues, or mislead jury, nor has she identified any considerations of undue delay, waste of time or needless presentation of cumulative evidence.

11.    Moreover, assuming *arguendo* the existence of any such concerns, Dziemit has not explained how the probative value of the evidence is "substantially outweighed" by such concerns.

12.    Because the evidence is relevant and highly probative, and because the concerns of unfair prejudice are low (and unidentified by Dziemit), IFC respectfully requests that the Court deny Dziemit's motion *in limine*.

**WHEREFORE**, for all the foregoing reasons, Plaintiff International Floor Crafts, Inc. respectfully requests that this Court DENY Defendant, Jane Dziemit's, Motion *In Limine* No. 1 [Doc. No. 248].

Plaintiff
International Floor Crafts, Inc.
By Its Attorneys,

*/s/ Paul J. Klehm*
Paul J. Klehm (BBO# 561605)
pklehm@krasnooklehm.com
James B. Krasnoo (BBO# 279300)
jkrasnoo@krasnooklehm.com
Benjamin L. Falkner (BBO# 667951)
bfalkner@krasnooklehm.com
Krasnoo | Klehm LLP
23 Main Street, Suite Six
Andover, MA  01810
(978) 475-9955

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney(s) of record or upon each party not represented by an attorney via ECF or via first class mail, postage pre-paid on July 8, 2008.

*/s/ Paul J. Klehm*
Paul J. Klehm

**Exhibit A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC.<br>Plaintiff,<br><br>v.<br><br>DAVID W. ADAMS, *et al*,<br>Defendants. | CIVIL ACTION NO.<br>05-cv-11654-NMG |

**AFFIDAVIT OF PAUL J. KLEHM, ESQ.**

I, Paul J. Klehm, Esq., under oath, depose and state as follows:

1. I am counsel to Plaintiff International Floor Crafts, Inc. I am an attorney licensed to practice law in the Commonwealth of Massachusetts since 1992, and in the United States District Court for the District of Massachusetts since 1993.

2. I have caused to be attached hereto true and genuine copies (with portions redacted) of the following documents:

**Exhibit A-1** Excerpts of the Deposition of Ronald Mitchell;

**Exhibit A-2** Excerpt of Mitchell's check ledger;

**Exhibit A-3** Dziemit's letter of resignation from the partnership;

**Exhibit A-4** Check No. 754, in the amount of $85,000.00, from Ronald Mitchell to Remco; and

**Exhibit A-5** Excerpt of Mitchell's Records (not a complete copy of Exhibit 38).

Signed under the pains and penalties of perjury this 8th day of July, 2008.

*/s/ Paul J. Klehm*
Paul J. Klehm

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney(s) of record or upon each party not represented by an attorney via ECF or via first class mail, postage pre-paid on July 8, 2008.

*/s/ Paul J. Klehm*
Paul J. Klehm

Exhibit A-1

ORIGINAL

VOLUME: II
PAGES: 1-260
EXHIBITS: 37-49

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Civil Action No. 05CA11654-NMG

INTERNATIONAL FLOOR CRAFTS, INC.,
Plaintiff,

vs.

DAVID W. ADAMS, ET AL,
Defendants.

DEPOSITION OF RONALD MITCHELL, a witness called on behalf of the Plaintiff, pursuant to the provisions of the Federal Rules of Civil Procedure, before Jill Shepherd, Registered Professional Reporter, CSR, CLR and Notary Public, in and for the Commonwealth of Massachusetts, at the offices of Krasnoo Klehm, 23 Main Street, Andover, Massachusetts, on Friday, May 16, 2008, commencing at 10:05 a.m.

profit-sharing we already discussed?

A. There's no -- I'm trying to think of the word. There's no -- we didn't have a building. We didn't have tables and chairs. This was a partner in name only.

Q. Okay. Go ahead.

A. If you want me to expand. Initially, her reasoning for becoming a partner was just to protect her interests. If I dropped dead -- I have had a history of heart problems -- she could finish up whatever needed to be done. I don't even really remember her specific reason for resigning. I don't recall. It really meant nothing to me either way.

Q. Were you disappointed that she resigned?

A. No.

Q. Did you continue to send her any funds from any of your dealings with David Adams after she resigned?

MR. COHEN: Objection to form.

A. Yes.

Q. Why?

A. She was still involved.

Q. So what was her relationship to Remco after

she resigned?
A. Still a person I got capital from. If I'm allowed to look at Exhibit 38...
Q. Please do.
A. What I'm doing is, as long as there was money sent to her from me, she was still involved with it. And I'm up to the last time I sent money to Jane was 12/18/03.
Q. Okay. So earlier, when you talked about her being a partner from 2000 to '03, and you amended it to 1999 to '03, do you still say she was a partner from 1999 to 2003?
A. I don't know how to answer that. Obviously, Exhibit 47 says she resigned as a partner, and whatever that means, it means. But she still earned money up until the date I just gave you.
Q. In '02 and '03, did you give her a 1099?
A. Yes.
Q. Does the name at the bottom of that letter on Exhibit 47, sir, of John Villano -- do you see that?
A. That's the name of her accountant.
Q. Just give me one second.

stands for Tony and Jane?
A. Yes.
Q. Okay. Will you agree with me that you received the sum of $85,000 from Tony and Jane in or around December 28, 2001?
A. Yes.
Q. Will you agree with me that you then wrote a check on that same day for $85,000?
A. Yes.
Q. Okay. And will you also agree with me, I'm referring you to page 1785 of Exhibit 40, that you then endorsed the check, "Remco, for deposit only"?
A. Yes.
Q. And what's that account number for?
A. I don't know. This number there [indicating]?
Q. Yes.
A. 2202. I don't know.
Q. And the account number we've been talking about is 2202561980; is that correct?
A. I don't know. It almost doesn't make sense.
Q. Have you completed your answer?
A. Yes. I don't know.

Q. Did you have any CDs at People's Bank?
A. I've never had a CD in my life.
Q. Did you recall doing anything with $85,000 at the end of 2001?
A. No.
Q. Do you agree with me that it's rather strange --
A. Yes.
Q. -- that you would not know what you did with $85,000?
A. Yes.
Q. Okay. You also know -
A. I mean, I showed it coming in and going out. That is not even my writing.
Q. Oh. Whose writing is that?
A. I don't know.
Q. Okay.
A. It is my not handwriting is what I'm saying.
Q. Is it possible that Jane Dzeimit was seeking to hide some funds with Remco?
A. Hide from -- no.
Q. Okay. Do you have any idea now looking at these issues about the $85,000 as to why it was that three days later she resigned?

correct, that this check came from your personal account?

A. Yes.

Q. And is there any reason why Jane Dzeimit would make any deposits into your personal account for $85,000?

A. Not that I can recall.

Q. Have you ever personally had $85,000 in your bank account?

A. No. No. That, I would remember.

Q. You took the funds that were in your personal account and sent them over to Remco; is that correct?

A. I show a deposit of 85,000 and check 754 for 85,000.

Q. The handwriting on the "pay to the order of" and the dollar amount portion of the check is yours, of 754?

A. Yes.

(Mr. Adler leaves room.)

Q. Did Jane Dzeimit ever loan you any money in order to pay your taxes?

A. Not that I recall.

Q. Did she ever provide you with any funds at

Exhibit "A-2"

| Date | Check No. | Description | Deposit | Amount | ✓ | Fee | Balance |
|---|---|---|---|---|---|---|---|
| 12/11 | 742 | ~~Chris Mitchell~~ VOID | | 50 00 | ✓ | | 2068 8 |
| 12/11 | 744 | Cheryl Jordan | | 100 00 | ✓ | | 1868 8 |
| 12/16 | 745 | Dianne Spignesi | | 12,460 00 | ✓ | | 1408 8 |
| 12/20 | 746 | SCGC | | 35 62 | ✓ | | 1141 8 |
| 12/26 | 748 | * ~~SNET~~ MISSING? WAS Really 450 | | ~~70 04~~ | ✓ | | 744 4 |
| 12/26 | 750 | CTI | | 56 15 | ✓ | | 618 4 |
| 12/26 | 752 | Verizon Wireless | | 39 00 | ✓ | | 554 |
| 12/27 | 753 | SNET | | 70 04 | ✓ | | 547 |
| 12/28 | 754 | Remco | | 85,000 00 | ✓ | | |
| 1/3/02 | 755 | ~~George Derosa~~ Adjust Balance | | 75 00 | ✓ | | 188 |
| 1/10/02 | | | 1952 10 | | ✓ | NC | 2040 |

REMEMBER TO RECORD AUTOMATIC PAYMENTS / DEPOSITS ON DATE AUTHORIZED.

PLEASE BE SURE TO DEDUCT ANY PER CHECK CHARGES OR SERVICE CHARGES THAT MAY APPLY TO YOUR ACCOUNT.

| DATE | CHECK NUMBER OR P.B.P. | DESCRIPTION OF TRANSACTION | DEPOSIT AMOUNT (+) | CHECK OR P.B.P. AMOUNT | ✓ T | FEE (-) | NEW BALANCE 2110 |
|---|---|---|---|---|---|---|---|
| 1/14 | 758 | Collector of TAXES - E. Haven car | | 166 96 | ✓ | | 1943 |
| 1/14 | 759 | CTI | | 59 18 | ✓ | | 1814 |
| 1/14 | 761 | AT+T Broadband | | 67 22 | ✓ | | 1664 |
| 1/15 | | Trans. From Savings | 5000 00 | | ✓ | — | 5389 |
| 1/15 | [illegible] | [illegible] | 70 80 | [illegible] | ✓ | FP | 5413 |
| 1/5 | 764 | Dianne Spignesi Bal 260 — | | 150 00 | ✓ | | 1263 |
| 1/25 | 766 | People's BANK m/c | | 70 35 | ✓ | | 192 |
| | | DANA | 2700 00 | | ✓ | — | |
| 1/28 | | Trans. From Savings | 1500 00 | | ✓ | — | 1892 |
| 1/29 | 769 | Dan Goodison Feb Rent | | 1,000 00 | ✓ | | 592 |
| 2/7 | 771 | Paralyzed Vets | | 5 00 | ✓ | | 520 |

002527

Exhibit "A-3"

Jane Dziemit
155 Huntington Road
New Haven, CT 06512
(203) 466-1191
(203) 466-1194

TO: Ronald Mitchell
FROM: Jane Dziemit
DATE: December 31, 2001
RE: REMCO

Jane Dziemit

Effective December 31, 2001, I resign as partner of Remco. You now have full ownership of Remco.

Cc: State of Connecticut
IRS
John Villano, CPA

EXHIBIT 47
DATE 5/6/08
Mitchell
J. SHEPHERD

Exhibit "A-4"

RON MITCHELL
PH. 203-468-9544

51-7218/2211
1280004706

753

DATE 12/27/01

PAY TO THE ORDER OF SNET $ 70 04/

Seventy and 04/100 DOLLARS

people's bank
CONNECTICUT

MEMO

Ron Mitchell

⑆221172186⑆ 706⑈ 0753 ⑈0000007004⑈

RON MITCHELL
PH. 203-468-9544

51-7218/2211
1280004706

749

DATE 12/26/01

$ 69 79/xx

PAY TO THE ORDER OF United Illuminating

Sixty Nine and 79/100 DOLLARS

people's bank
CONNECTICUT

MEMO

Ron Mitchell

⑆221172186⑆ 706⑈ 0749 ⑈0000006979⑈

RON MITCHELL 50 11 1200
PH. 203-468-9544

51-7218/2211
1280004706

12-31-01 754

DATE 12/28/01

$ 85,000 00/xx

PAY TO THE ORDER OF Remco

Eighty Five Thousand and 00/100 DOLLARS

people's bank
CONNECTICUT

MEMO

Ron Mitchell

⑆221172186⑆ 706⑈ 0754 ⑈0008500000⑈

METCALF DRUG STORE # 00000
DEPOSIT ONLY TO ACCOUNT
7258927

PEOPLES BANK
010111653 00 01-02-02

>102100918<
RETURN CHECKS TO
>102100918<
NORWEST BANK COLORADO, N.A.
CENTRALIZED RETURNS
>102100918<

FOR DEPOSIT ONLY
AMERICAN PAYMENT SYS. AGENT FOR
1 United Illuminating Co.
ABA 011900452
CT0012 12/27/2001 11:00 AM
TS=2410 $=273
TR=141

Webster Bank
Waterbury, CT

PEOPLES BANK0906
020016834 0906 00

0111-0048-1
020280750 0111-0048-1
020280750 12-31-01

DEC 28 01

PEOPLES BANK2300
010102792 2300 00

remco
for deposit only

EXHIBIT A-3

22,258.88

Kevin Britto
374 New Boston Rd.
Acushnet, MA. 02743
FAX # 508 991 7771

Compass Bank ONE
ONE Compass Place
New Bedford, MA 02740
ABA # 211 370 299 508 984 6000
Acct # 024 510 08552

CCC FAX # 703 550 0297

Ext 280 Jim Clark (payables) Debbie Meyers (Assistant) (Paul)

Hill 781 749 6900
Campbell also → 3691 FAX #

Dave Adams
978 973 5997
Cell Phone

Tyrone 508 991 7769
FAX 508 991 7771

Hill Campbell

| | | | | | ME | TONY |
|---|---|---|---|---|---|---|
| (99) #1 | # 25399 | 6/8 | 16,000 PD Bank check 14,400 (1600) | | 1120.00 | 480.00 |
| (99) #2 | 25727 | 6/28 | 22,250.00 PD 20,025 Bank (2225) | | 1112.50 | 1112.5 |
| (99) #3 | 27171 | 8/25 | 36,457.50 PD 32,811.75 WT (3,645.75) | @ 1/3 | 2,430.50 | |
| (99) #4 | 27947 | 9/27 | 38,085.00 PD WT 34,276.50 (3,808.50) | | 2,539.00 | |

Total from start → 7202.00 Total of ...

9/8 split #5 # 4697 11/17 43,129.00 PD 10/13 35,000 — ME 3411.72 — TAXED IN 99

#6 4707 1/3/00 42,398.00 Pd. — ME 3353.47

#7 4719 2/4/00 41,300.00 Pd. — ME 3279.69

17,247.06 TOTAL

2001 TAXES FOR DAVE
35,482.00
- 6,000.00
29,482.00
- 2,000.00 3/21 INV.
27,482.00
- 2,000.00 4/18 INV.
25,482.00
- 95.80 4/25 INV.
25,386.20
- 2000.00 5/30 INV.
23,386.20
- 1,000.00 6/12 + 6/30 INV.
22,386.20
- 3,000
19,386.20
- 5,000
14,386.20
- 2,000.00

Oct 13, 99
Nov 15, 99
Dec 1, 99
1/21/00 25,000
25,000 OUT
3/3 25,000 OUT
4/10 25,000 OUT
4/14 25,000 OUT
6/26

TAX 2001
8386 11/22
3000
5386 DUE

PD.

| | | | ME |
|---|---|---|---|
| 5416 | 3/14/00 | 40,000 | 4490 |
| 5417 | 3/14/00 | 33,800 | |
| 5496 | 3/31/00 | 41,041 | |
| 5503 | 4/14/00 | 45,600 | ME 3271.10 |
| 5552 | 6/1/00 | 40,950 | 3251.35 |
| 5611 | 6/22/00 | 43,200 | 3432.15 |

10/20 TONY LOAN 26,000.00
10/26 8698.00
11/29 10440 80
Bal 6811.20

EXHIBIT 38
DATE 5/16/08
Mitchell
J. SHEPHERD

6811.20
5980.00 — 1/22/01
831.20
831.20 2/3/01
—0—
6648

| Date | Sent $ | Amount | PO # | Inv # | Date | RON | T+J | DAU |
|---|---|---|---|---|---|---|---|---|
| 8/17 | 25,000 | | 5743 | D01030 | 10/6 | 3224.16 | 2865.92 | 8698. |
| 9/1 | End 2000 25,000 | | 5756 | D01107 | 11/9/00 | 3395.61 | 3018.32 | 10,490. |
| 10/26 (3 split 2000) | 25,000 | 38,725 | 5831 | D010101 | 1/4 | 3136.68 | 3833.72 | 5980 |
| 12/7 | 25,000 | 40,600 | 5834 | D010202 | 1/16 | 3288.60 | 4019.40 | 7480 |
| 1/23 | 20,000 | 41,300 | 5874 | D011106 | 3/13 | 3345.80 | 4088.70 | 804[illegible] |
| 1/24 | —0— | 32,415.94 | 5488 | D010103 | 1/24 | 2625.66 | 3209.14 | 7000 18,932 |
| 1/25 | —0— | 39,450.00 | 5818 | D010104 | 1/25 | 3195.45 | 3905.55 | 7000 Sent 24 |
| 2/2/01 | 20,000 | 40,[illegible].00 | 5880 | D110051 | 5/1 | 3259.04 | 3983.27 | 12,188 |
| 2/12/01 | —0— | 39,148.80 | 5883 | D011105 | 2/28 | 3170.97 | 3875.63 | 7000 Sent 24 |
| 3/14/01 | 20,000 | 42,760.00 | 5990 | D010618 | 6/18 | 3463.56 | 4233.24 | [illegible] |
| 3/28/01 | —0— | 29,627.00 | Kevin | D010137 | 3/28 | 2197.26 | 2685.64 | 2000 21,701 |
| 3/29/01 | —0— | 51,230.00 | 5895 | D010140 | 3/29 | 4149.63 | 5071.77 | 5000 15,984 |
| 5/9/01 | [illegible] Tony 25,000 | 40,320.00 | 6001 | D110806 | 8/6 | 3265.92 | 3991.68 | 12,256 |
| 5/14/01 | —0— | 45,968.95 | 5938 | D10550 | 6/4 | 3723.48 | 4550.93 | 400 327 |
| 5/23/01 (Kevin) | [illegible] 10,000 Tony 20,000 | 43,650.00 | 6038 | D110810 | 8/13 | 3536.65 | 4321.35 | Fo[illegible] |
| 7/9/01 | Tony Sent 20,000 Dave got 6,000 | 41,580.00 | 6116 | D111022 | 10/22 | 3367.98 | 4116.42 | 13 |
| 7/23/01 | —0— | 48,905.50 | 5953 | D110723 | 8/10 | 3961.35 | 4841.64 | Day |
| 8/30/01 (Kevin) | 23,000 Tony gave me 25,000 back | 39,200 | 6133 | D111020 | 11/19 | 3112.92 | 2767.04 | 75 |
| 10/2/01 | —0— | 71,630.00 | 6073 | D111001 | | 3581.50 | 3581.50 | 36,0 |
| 10/15/01 | —0— End 2001 | 17,000.00 | 6027 | D111016 | | 850.00 | 850.00 | 14,[illegible] |
| 11/13/01 (Kevin got 20,000) | 25,000 | 42,630.00 | D.A. | 200204 | 2/4 | 3385.52 | 3009.18 | 10,3 |
| 12/11/01 (10-7 Split) | For me 25,000 | 42,000 | 6246 | 200222 | 3/22 | 2594.12 | 3705.88 | 9,8 |
| [illegible] | | | | | | | | |
| 1/2/02 | 25,000 Split | ALL PAID | | | | | | |
| | 2/28 9,000 Paid back owes 16,000 | 6,000 Paid back 3/22 inv. | | | | 10,000 owed Paid 4/18 invoice | | |
| 2/28/02 | 25,000 | 36,260 | 6306 | 2002418 | 4/18 | 2879.47 | 2559.53 | 5,[illegible] |

002338

* NO UP FRONT 2002

Remco

| RON | T+J | Dave | |
|---|---|---|---|
| 3385.52 | 3009.18 | 10,382.90 | |
| 2594.12 | 3705.88 | 9860.00 | |
| 2879.47 | 2559.53 | 5095.80 | |
| 3474.26 | 3088.24 | 11312.50 | |
| 2227.50 | 2227.50 | 19,800.00 | |
| 3502.06 | 3112.94 | 11603.00 | |
| 2902.00 | 2902.00 | 9480.00 | I Sent 15,000 |
| 2401.40 | 2401.40 | 8188.00 | |
| 526.57 | 526.57 | 4680.56 | |
| 3301.94 | 2935.04 | 19511.40 | |
| 2859.40 | 2859.40 | 26912.00 | |
| 1471.80 | 1308.26 | 1323.92 | |
| 31,526.04 | 30635.94 | 138,150.08 | |

LAST YEAR

| | | |
|---|---|---|
| 57,231.00 | 67,926 | 363,245 |
| 3057.35 | 2717.65 | 11,955 (Less 5000.00) |
| 1740.31 | 1546.94 | 3189.45 |
| 1596.29 | 1418.89 | 1683.83 |
| 1811.05 | 1609.81 | 3928.73 |
| 39,731.01 | 37,929.23 | 158907.09 |
| | | − 16087 |
| | | 142820 |
| | | 21866 |
| | | 120954 |
| | | − 4378 |
| | | 116,576 |

Monday, October 10, 2005 12:22 PM

10/20 Tony 36,000.00
11/25 8,648.00
11/25 10,490.50
Bal 6,811.20

651.20
5980.00 — 1/22/01
831.20
831.20 2/13/01
—0—

33,000
6648

| Date | Sent $ | Amount | PO# | Inv# | Due | Ron | T+J | Dave |
|---|---|---|---|---|---|---|---|---|
| 8/17 | 25,000 | | 5753 | D010902 | 10/3 | (3324.97) | 2360.70 | 8698.50 |
| 9/11 (End 2000) | 25,000 | | 5756 | D01009 | 1/2 | (3395.10) | 3018.32 | 10,490.80 |
| 10/24 | 25,000 | 38,725 | 5851 | D01011 | 1/4 | (3136.68) | 3833.72 | 5980.00 |
| 12/7 | 25,000 | 40,600 | 5834 | D010203 | 1/16 | (3258.60) | 4019.40 | 7480.00 |
| 1/23 | 20,000 | 41,300 | 5874 | PO11106 | 3/13 | (3345.30) | 4088.70 | 8040.00 |
| 1/24 | —0— | 32,415.94 | 5488 | D010103 | 1/24 | (2625.56) | 3300.44 | 7000.00 |
| 1/25 | —0— | 39,750.00 | 5818 | D010104 | 1/25 | (3195.45) | 3905.55 | 7000.00 |
| 2/2/01 | 20,000 | 40,235.00 | 5880 | D110051 | 5/1 | (3259.04) | 3983.37 | 12,188 |
| 2/12/01 | —0— | 39,148.00 | 5883 | D011105 | 2/26 | (3170.97) | 3875.63 | 7000.00 Sent 24,348 |
| 3/14/01 | 20,000 | 40,760.00 | 5990 | D010618 | 6/18 | (3463.56) | 4233.24 | 14,308 |
| 3/28/01 | —0— | 29,637.00 | Kevin | D010137 | 3/28 | (2197.26) | 2685.64 | 3000.00 21,701 |
| 3/29/01 | —0— | 51,230.00 | 5895 | D010140 | 3/29 | (4149.63) | 5071.77 | 5000.00 15,489 |
| 5/9/01 | 25,000 | 40,320.00 | 6001 | D110806 | 8/6 | (3265.92) | 3991.68 | 12,356 |
| 5/14/01 | —0— | 45,968.95 | 5938 | D10550 | 5/4 | (3723.48) | 4550.93 | 4000 327 |
| 5/23/01 | 20,000 | 43,650.00 | 6038 | D110810 | 8/13 | (3536.65) | 4321.35 | 1,100 |
| 7/9/01 | 20,000 | 41,580.00 | 6116 | D110022 | 10/22 | (3367.98) | 4116.42 | 13 |
| 7/23/01 | —0— | 48,905.50 | 5953 | D110723 | 8/10 | (3961.35) | 4841.64 | |
| 8/30/01 | 23,000 | 39,200 | 6133 | D110020 | 11/19 | (3112.92) | 3762.48 | 75 |
| 10/2/01 | —0— | 71,630.00 | 6073 | D111001 | | (3581.50) | 3581.50 | 36 |
| 10/15/01 (End 2001) | —0— | 17,000.00 | 6027 | D111016 | | (850.00) | (850.00) | 14.9 |
| 11/15/01 | 25,000 | 42,630 | P.A. | D00204 | 2/4 | (3383.52) | 3007.15 | 10,36 |
| 12/11/01 | 35,000 | 42,000 | 6246 | | | (2544.12) | 3705.53 | 9.2 |

Kevin

Tony gave me 25,000

ALL PAID

| Date | Sent $ | Amount | PO# | Inv# | Due | Ron | T+J | Dave |
|---|---|---|---|---|---|---|---|---|
| 1/2/02 | 25,000 | | | | | | | |
| 2/28/02 | 25,000 | 36,260 | 6306 | D020418 | 4/18 | (2879.47) | 2569.53 | 5,095 |

DZIEMIT.0205

Monday, October 10, 2005 12:22 PM

| | Wire Date | $ Sent | Amount | P.O. # | Inv. # | Bill Date | [illegible] | T+J | D.[illegible] |
|---|---|---|---|---|---|---|---|---|---|
| | | | 43,750 | 6393 | 2002805 | 8/5 | (3474.24) | 3058.27 | 11,312.[illegible] |
| 02 | 4/11/02 | 24,800 | 24,750 | 6308 | 2002425 | 4/25 | (2227.50) | 2227.50 | 19,800 |
| 02 | 4/25/02 | -0- | 44,100 | 6454 | 2002295 | 9/6 | 3500.00 | 3112.59 | 11,603 |
| 02 | 5/10/02 | (20,000) 25,000.00 | 25,800 | 6314 | 2002524 | 5/20 | 2902.00 | 2902.00 | 9,480.00 |
| 02 | 5/17/02 | 20,000 For two [illegible] | 23,460 | 6375 | 2002612 | 6/12 | 2401.40 | 2401.40 | 8,188.[illegible] |
| 02 | [illegible] | | 5850.20 | 6340 | 2002619 | 6/20 | 526.[illegible] | 526.53 | 4680.[illegible] |
| 02 | 6/20/02 | -0- Ron Sent | 24,780 | 6381 | 2002631 | 6/27 | 3301.94 | 2935.04 | 19,501.46 |
| 02 | 6/25/02 | 15,000.00 | 16,800 | 6380 | 2002632 | 6/18 | | | |
| 02 | 6/27/02 | -0- | 33,640 | 6267 | 2002627 | 6/27 | 2859.40 | 2859.40 | 26,90[illegible] |
| 2003 | 9/21/02 | 25,000 (33,700) | 40,040 | 6630 | 20021220 | 12/20 | 3179.65 | 2826.35 | [illegible] |
| 2003 | 9/13/02 | 25,000 | 40,040 | 6639 | 3100 | 1/10/03 | 3179.62 | [illegible] | [illegible] |
| 02 | 9/20/02 | 14,659 24 sent (Hongs 15,345) | 18,533.43 | 6462 | 2002920 | 9/30 | 1471.84 | 1308.38 | 1303.[illegible] |
| 02 | 10/15/02 | 20,000 | 38,500 | 6551 | 20021030 | 10/30 | 3057.35 | 2717.65 | 11,955.[illegible] |
| 02 | 10/21/02 | 15,000 I sent | 21,415.02 | 6543 | 20021021 | 10/21 | 1740.31 | 1546.94 | 3189.[illegible] |
| 02 | 11/9/02 | 7500 T+J 15,000 For 7500 7500 [illegible] | 20,101.[illegible] | 6556 | 2002111[illegible] | 11/11 | 1596.[illegible] | 1418.91 | 3653.[illegible] |
| 2002 | 12/9/02 | 15,000. | 22,805.76 | 6597 | 20021209 | 12/9 | 1811.05 | 1609.81 | 3133.[illegible] |
| | 12/31 | 33,[illegible] 1/2 | 47,460.00 | 6677 | 03305 | 3/10 | 3768.55 | 3350.12 | 10,749.85 |
| | 1/7/03 | 15,000 1/2 | 21,766.15 | 6635 | 3108 | 1/9/03 | 1728.65 | 1536.50 | 7,617.[illegible] |
| | 1/22/03 | 15,000 1/2  44,930 | 23,881.26 | 6659 | 3130 | 1/30/03 | 1896.45 | 1685.79 | 4821.[illegible] |
| | | | ~~[illegible]~~ | ~~6828~~ | ~~3770~~ | ~~7/7/03~~ | 3413.17 | 3033.86 | 10,673.[illegible] |
| | 1/31/03 | 25,000.00 | 22,491.[illegible] | D.A. | 3214 | 2/14/03 | 1786.05 | 1587.55 | 3607.[illegible] |
| | 2/10/03 | 15,000 1/2 | 28,229.50 | 6703 | 3[illegible]2 | 3/13 | 2241.74 | 1992.64 | 8,430.[illegible] |
| | 2/25 | 15,000 7,500 T+J 7,500 I sent | | | | | | | |
| | 3/10 | 25 { 10,000 I sent 15,000 T+J | | | | | | | |
| | 3/21 | 16,580.00 T+J sent | 18,148.00 | 6721 | 3326 | 3/21 | 637.96 | 567.08 | -0- |
| | | | 23,300.[illegible] | 6772 | 3529 | 5/29 | 1850.25 | 1644.71 | -0- |
| 6 days late | 3/31 | 4,420 I sent | | | | | | | |
| | 4/1 | 3,000 I sent 7,000 T+J | | | | | | | |
| | | | 4,276.[illegible] | 6716 | 3328 | 3/28 | 1142.83 | 1015.85 | 2032.58 |
| | 3/28 | -0- | | | | | | | |
| | 4/9 | 13,650 T+J sent | 28,737.50 | 6759 | 3506 | 5/6/03 | 2282.[illegible] | 2028.[illegible] | [illegible] |

Monday, October 10, 2005 12:22 PM

353 35.05

| Wire Date | $ Sent | Amount | PL # | Inv # | Bill Date | Ron | T+J | Dave |
|---|---|---|---|---|---|---|---|---|
| 6/5/03 | 7500 me<br>7500 T+J | 24,596.09 | 6777 | 3617 | 6/17/03 | 1952.74 | 1735.76 | 5,409.70 |
| 7/10/03 | 7500 NELSON<br>7500 | 21,875 | 7083 | 3109 | 10/9/03 | 1737.13 | 1544.13 | -0- |
| 7/26/03 | 25,000 Kevin | | | | | | | |
| 8/15 | -0- | 40,140 | 6843 | 3815 | 8/15/03 | 3187.79 | 2833.41 | 6909.39 (K) |
| 11/3 | -0- | ~~23,421.55~~<br>17,204.25 | 7066 | 31103 | 11/3/03 | 1366.33 | 1214.41 | -0- |

END OF 2003

| Wire Date | $ Sent | Amount | PL # | Inv # | Bill Date | Ron | T+J | Dave |
|---|---|---|---|---|---|---|---|---|
| 12/18/03 | -0- | 33,275.00 | 6853 | 31218 | 12/18/03 | (2348.32)<br>3327.50 | (2642.17)<br>3327.50 ? | (K) |
| 8/16/04 | Cost of goods 9313 | 15,750 | ~~7179~~ | 42326 | 8/16/03 | 3159 | — | 3159 (K) |

End of 2004

START 2005

| Wire Date | $ Sent | Amount | PL # | Inv # | Bill Date | Ron | T+J | Dave |
|---|---|---|---|---|---|---|---|---|
| 4/3/05 | 10,000 | 26,475 | 7769 | 52201 | 3/23/05 | 5,295.00 | — | 2,96.50 (K) |

# Remco 2001 (Orders Without Up Front $)

| Invoice Date | Inv. # | PO # | Invoice Amount | RonMade | TTJMade | DaveMade |
|---|---|---|---|---|---|---|
| 1/24/01 | D010103 | 5488 | 32,415.94 | 2625.66 | 3209.14 | 25,932.75 |
| 1/25/01 | D010104 | 5818 | 39,450.32 | 3195.45 | 3905.55 | 31,560.00 |
| 2/12/01 | D011105 | 5883 | 39,148.00 | 3170.97 | 3875.63 | 31,318.40 |
| 3/28/01 | D010137 | Kevin | 29,627.00 | 2197.26 | 2685.64 | 23,701.60 |
| 3/29/01 | D010140 | 5895 | 51,230.00 | 4149.63 | 5071.77 | 40,984.00 |
| 5/17/01 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 7/23/01 | D110723 | 5953 | 48,905.50 | 3961.35 | 4841.64 | 39,124.40 |
| 10/2/01 | D111001 | 6073 | 71,630.00 | 3581.50 | 3581.50 | 63,034.40 |
| 10/15/01 | D111016 | 6027 | 17,000.00 | 850.00 | 850.00 | 14,960.00 |
| | | | 375,375.39 | 27,455.30 | 32,571.90 | 307,390.71 |

DZIEMIT.0208

REMCO 2001 (Not Including No UpFront Orders)

| Amount Sent | Invoice Amount | Inv. Date | PO# | Ron Made | TKJ Made | Dave Made |
|---|---|---|---|---|---|---|
| 10/26/00 25,000 | 38,725 | 1/4/01 | 5831 | 3136.68 | 3833.72 | 5,980.00 |
| 12/7/00 25,000 | 40,600 | 1/16/01 | 5834 | 3288.60 | 4019.40 | 7,480.00 |
| 1/23/01 20,000 | 41,300 | 3/13/01 | 5874 | 3345.30 | 4088.70 | 13,040.00 |
| 2/2/01 20,000 | 40,235 | 5/1/01 | 5880 | 3259.04 | 3983.27 | 12,188.00 |
| 3/14/01 20,000 | 42,760 | 6/18/01 | 5990 | 34[illegible]3.56 | 4233.24 | 14,208.00 |
| 5/9/01 25,000 | 40,320 | 8/6/01 | 6001 | 3265.92 | 3991.68 | 7,256.00 |
| 5/23/01 20,000 | 43,650 | 8/10/01 | 6038 | 3535.65 | 4321.35 | 14,920.00 |
| 7/9/01 20,000 | 41,580 | 10/22/01 | 6116 | 3367.98 | 4116.42 | 13,264.00 |
| | 329,170 | | | 26,662.75 | 32,587.78 | 88,336.00 |

DZIEMIT.0209

4500.00

| | Inv. Date | Inv. # | PO# | Amount | After Discount | |
|---|---|---|---|---|---|---|
| 8/10 Sent 18,000 | 10/26/00 | 3234 | 5755 | 44,000 | 43,120.00 - 18,000.00 = 25,120.00 - 4500.00 = 20,620.00 | 20,620.00 - 6000.00 = 14,620.00 - 5000.00 = 9,620.00 |
| END OF 2000 | | | | 4500 | | |
| 10/4/00 Sent 25,000.00 | 1/29/01 | 3365 | 5839 | 42,950.00 | 42,091.00 | 22,000.00 |
| | | | | | | 42,091.00 - 29,500.00 = 12,691.00 - 4464.00 = 8127 Sent |

START 2001 4500

25,000.00 Still owes 4464.00

11/20/00 ~~28,260.00~~ Dave Has after all the stuff on 10/26/00 Invoice Plus He Owes 4464.00

2/2/01 Sent Dave 6,000 From 11,200 Loan | 2/19/01 | 3412 | Dave Adams | 40,225.00 | 39,430.30 - 9,124.00 Dave owes = 30,306.30 | Paid Dave 8000.00

4500

| 2/16/01 Sent 25,000.00 | 4/3/01 | 3521 | 5873 | 40,600 4/20 | 39,788.00 - 29,500.00 = 10,288 | 10,288 to Dave - 2,000 for Loan = 8,288 |
|---|---|---|---|---|---|---|

4500

~~Sent Kevin 7000.00 / Kept From 2340.00 / 11,000 Loan 4660.00~~ ~~Dave owes As of 3/1/01 9,124.00~~ Paid

| | | | | | After Discount | |
|---|---|---|---|---|---|---|
| 3/8/01 Sent 25,000.00 | 5/7/01 | 3622 | 5881 | 40,690.00 5/25 | 39,876.20 | 10,376.00 to Dave |

4500

~~8/27/01 Loan 8000.00~~
~~less 1845.00~~
~~6155.00 Balance~~
~~- 2000.00 From Inv. 3521~~
~~4155.00~~
~~- 405.00 Paid Commissions~~
~~3750 - Balance~~
~~984 - From Renee~~
~~2766 Balance~~

Paid 15,000 Paid From Renee

D02877

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/23 Sent 25,000.00 | 7/3 | 3678 | 5994 | 44,150.00 7/20 | 43,267 | 13,767 to Dave - 6,800 Rec Loans = 6,974 - 365 = 6,609 Sent to Dave |
| 5/30 Sent 25,000.00 | 9/3 | 3812 | 6101 | 41,720.00 9/19 | 40,885.60 | 11,385.60 Dave |
| 6/20 Sent 22,000.00 | 10/2 | 3944 | 6109 | 40,600.00 10/31 | 39,788.00 | 10,288 To Dave |
| 7/23 Sent 25,800.00 | 1/8/02 | 4112 | 6142 | 42,425 1/28 | 41,576.50 | 12,076 to Dave |
| 9/21 Sent 25,000 | 2/21 | 4138 | 6197 | 42,000 3/12 | 41,160.00 | 11,660 to Dave |

4500 4500 END 2001 4500 4500

10/24 INV.# DI11001 EXTRA TO RON 3,000.00
11/13 INV # DI11016 EXTRA " " 680.00

| | | Inv Date | Invoice# | PO# | Inv Amount | After Discount | RON | Dave |
|---|---|---|---|---|---|---|---|---|
| 22,000 to Kevin | 10/24 Sent 25,000.00 | 6/3 | 4229 | 6319 | 46,410.00 | 45,481.80 | 4500 | 15,981.80 |
| | 1/15/02 Sent 10,000; 1/28 Sent 15,000 | 6/15 | 4240 | 6376 | 43,946.00 | 43,067.08 | 4500 | 13,567.08 |
| | 3/14 Sent 25,000 | 8/16 | 4359 | 6444 | 40,600.00 | 39,788 | 4500 | 10,288.00 |
| | 6/21 Sent 25,000 (15,000 to Kevin) | 11/25 | 4462 | 6590 | 43,050.00 | 42,189 | 4500 | 12,689 |
| | END 2002 | | | | | | | |
| | 7/9 Sent 25,000 | 2/11/03 | 4550 | 6667 | 39,720 | 38,925.60 | 4500 | 9,425.60 |
| | 9/4 Sent 25,000 | 4/1/03 | 4628 | 6717 | 40,810.00 | 39,993.80 | 4500 | 10,493 |
| 25,000 | 11/26 Sent 7,000; 12/4 Sent 7,000 to Kevin; 12/18 Sent 11,000 to Kev | 8/22 | 4779 | 7019 | 39,050 | 38,269 | 4500 | 8,769 |
| | SENT 10,000 TO KEVIN | | | | | | | |
| | END 2003 | | | | | | 1782 Towards Loan | |
| | 4/28 Sent 25,000 | 4/22/04 | 6812 | 6995 | 31,920 | 31,281.60 | 4500 | Tony Paid 25,000 |
| | 9/23 Sent 25,000 | 8/9/04 | 6989 | 7371 | 36,960.00 | 36,220 | 6283 | 25,000 Tony Paid 2500 Dave |

| Wire Date | $ Sent | Amount | PO # | Inv # | Bill Date | Ron | T+J | Dave |
|---|---|---|---|---|---|---|---|---|
| 6/5/03 | 7500 me<br>7500 T+J | 24,590.00 | 6777 | 3617 | 6/17/03 | 1952.74 | 1735.76 | 5,409.70 |
| 7/10/03 | 7500 me 15,000<br>7500 [illegible] | 21,875 | 7083 | 3109 | 10/9/03 | 1737.13 | 1544.12 | — 0 — |
| 7/26/03 | 25,000 Kevin | | | | | | | |
| 8/15 | — 0 — | 40,140.00 | 6843 | 3815 | 8/15/03 | 3187.59 | 2833.41 | 6709.20 (K) |
| 11/3 | — 0 — | ~~23,421.55~~<br>17,204.25 | 7066 | 31103 | 11/3/03 | 1366.02 | 1214.41 | — 0 — |
| | | END OF 2003 | | | | | | |
| 12/18/03 | — 0 — | 33,275.00 | 6853 | 31218 | 12/18/03 | (2348.92)<br>3327.50 | (2642.43)<br>3327.50 | ? (K) |
| 6/16/04 | Cost of Goods 9313 | 15,950 | ~~7179~~ | 42326 | 8/16/03 | 3159 | — | 3159 (K) |
| | | End of 2004 | | | | | | |
| | | START 2005 | | | | | | |
| 4/3/05 | 10,000 | 26,475 | 7769 | 52201 | 3/23/05 | 5,295.00 | — | 20,650.50 (K) |

25,945.50
15,650.50
295.00

#12333

| | Wire Date | $ Sent | Amount | PO # | INV. # | Bill Date | Ron | T+J | Dave |
|---|---|---|---|---|---|---|---|---|---|
| 02 | 4/11/02 | 24,860 | 43,750 | 6393 | 20028005 | 8/5 | (3474.26) | 3088.24 | 11,312.50 |
| 02 | 4/25/02 | -0- | 24,750 | 6308 | 2008425 | 4/25 | (2227.50) | 2227.50 | 19,800 |
| 02 | 5/10/02 | (20,000) 25,000.00 | 44,100 | 6454 | 2002295 | 9/6 | 3502.86 | 3112.94 | 11,603 |
| 02 | 5/17/02 | 20,000.00 | 25,800 | 6314 | 2002524 | 5/20 | 2902.00 | 2902.10 | 9,480 |
| 02 | For Two Glass Orders | | 23,460 | 6375 | 2002612 | 6/12 | 2401.40 | 2401.40 | 8188 |
| 02 | 6/20/02 | -0- | 5850.70 | 6340 | 2002619 | 6/20 | 526.56 | 526.57 | 4680 |
| 02 | 6/25/02 | Ron Sent 15,000.00 | 24,780 | 6381 | 2002631 | 6/27 | 3301.94 | 2935.04 | 19,511 |
| 02 | | | 16,800 | 6382 | 2002632 | 6/28 | | | |
| 02 | 6/27/02 | -0- | 33,640 | 6267 | 2002627 | 6/27 | 2859.40 | 2859.40 | 26,912 |
| 03 | 8/26/02 | 25,000 (23,700) | 40,040 | 6630 | 20021220 | 12/20 | 3179.65 | 2826.35 | 8233 |
| 03 | 9/13/02 | 25,000 | 40,040 | 6634 | 3106 | 1/6/03 | 3179.65 | 2826.35 | 8233 |
| 02 | 9/20/02 | 14,059 Ron Sent | 18,533.65 | 6462 | 2002920 | 9/20 | 1471.80 | 1308.26 | 1323 |
| 02 | 10/15/02 | Tom 15 Ron 5 20,000 | 38,500 | 6551 | 20021030 | 10/30 | 3057.35 | 2717.65 | 11,95[illegible] |
| 02 | 10/21/02 | Ron Sent 16,000 | 21,915.00 | 6543 | 20021021 | 10/21 | 1740.31 | 1546.94 | 3189 |
| 02 | 11/9/02 | 7500 Tom ~~15,000~~ Ron 7500 | 20101.00 | 6556 | 20021111 | 11/11 | 1596.36 | 1418.51 | 1683 |
| 02 | 12/9/02 | 7500 each 15,000 | 22,805.70 | 6597 | 20021209 | 12/9 | 1811.05 | 1609.81 | 3928 |
| | 12/31 | 28,642 1/2 1/2 | 47,460.00 | 6677 | 03305 | 3/10 | 3768.88 | 3350.12 | 10,749 |
| | 1/7/03 | 15,000 1/2 1/2 | 21,768.15 | 6635 | 3108 | 1/8/03 | 1728.65 | 1536.50 | 3067 |
| | 1/22/03 | 16,000 1/2 1/2 | 23,881.20 | 6659 | 3130 | 1/30/03 | 1896.45 | 1685.[illegible] | 4821 |
| | 1/31/03 | 25,000.00 | 42,980 ~~[illegible]~~ | ~~6822~~ | ~~3770~~ | ~~7/7/03~~ | 3413.12 | 3033.88 | 10,672 |
| | 2/10/03 | 15,000 1/2 1/2 | 22,491.00 | D.A. | 3214 | 2/14/03 | 1786.05 | 1587.60 | 3067 |
| | 2/28 | 15,000 7500 T+S 7500 Ron | 28,229.30 | 6703 | 30312 | 3/13 | 2241.74 | 1992.64 | 8,43[illegible] |
| | 3/10 | 25 10,000 I Sent 15,000 T+S | | | | | | | |
| | 3/21 | T+J Sent 16,580.00 | 18,148.00 | 6721 | 3326 | 3/21 | 637.96 | 567.08 | -0- |
| Glass Cert | 3/31 | 4,420 I Sent | 23,300.00 | 6772 | 3529 | 5/29 | 1850.29 | 1644.71 | -0- |
| | 4/1 | 8,000 I Sent 7000 T+S | | | | | | | |
| | 3/28 | -0- | 4,276.80 | 6716 | 3328 | 3/28 | 1142.83 | 1015.83 | 2032 |
| | 4/9 | T+J Sent 13,650 | 28,737.50 | 6759 | 3506 | 5/6/03 | 2282.10 | 2028.57 | 10,2[illegible] |