UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC. | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 05-cv-11654-NMG |
| | ) | |
| DAVID W. ADAMS, *et al*, | ) | |
| Defendants. | ) | |

**PLAINTIFF INTERNATIONAL FLOOR CRAFTS, INC.'S OPPOSITION TO
DEFENDANT, JANE DZIEMIT'S, MOTION *IN LIMINE* NO. 5, CONCERNING
CHECKS PAYABLE TO CASH [DOC. NO. 252]**

Plaintiff International Floor Crafts, Inc. ("IFC") hereby opposes Defendant, Jane

Dziemit's, Motion *In Limine* No. 5, Concerning Checks Payable to Cash [Doc. No. 252], where

evidence concerning checks made payable to cash by Ronald Mitchell is relevant and probative

evidence of Dziemit's knowledge and involvement REMCO's illicit business practices and in the

wider fraudulent scheme to defraud IFC.  IFC relies upon the following:

1.     At times, Mitchell wrote checks to cash in connection with REMCO.  (*See*

Deposition of Ronald Mitchell ("Dep. Mitchell"), an excerpt of which is attached as **Exhibit A**

to the Affidavit of Paul J. Klehm, Esq. ("Aff. Klehm"), filed herewith, at p. 133, ln. 21-23).  He

believes he made checks payable to cash for Dziemit.  (Dep. Mitchell, p. 134, ln. 2-4).

2.     Mitchell admits that it is not good business practice to make a check payable to

cash from a business account. (Dep. Mitchell, p. 134, ln. 8-11; see copies of various checks made

payable to cash contained in **Exhibit B** to Aff. Klehm).

3.     Dziemit signed a check made payable to cash in the amount of $15,000 from the

REMCO account. (Dep. Mitchell, p. 137, ln. 9 – p. 139, ln. 16).

4.     On May 10, 2002, Mitchell wrote two checks made payable to cash from the REMCO account – one for $20,000 and another for $10,000.  (See **Exhibit B**, at p.1699). Mitchell thought the funds may have been used for wire transfers, but he admitted that the checks looked suspicious.  (Dep. Mitchell, p. 142, ln. 11 – p. 143, ln. 2).  Mitchell denied that he was trying to make it more difficult to trace where funds went. (Dep. Mitchell, p. 143, ln. 2-7). Mitchell acknowledged that he could have arranged for wire transfers without having to write checks to cash.  (Dep. Mitchell, p. 143, ln. 8-13).

5.     Mitchell acknowledges that he had not previously worked with checks made payable to cash in any previous business that he had performed in padding or rugs, and he acknowledged that the checks payable to cash represented a change in his practice.  (Dep. Mitchell, p. 145, ln. 9-14).

6.     In another check made payable to cash – this one in the amount of $6,000 and from Mitchell's personal account, Dziemit indorsed the check.  (See **Exhibit B** to Aff. Klehm, at pp. 1741-1742; Dep. Mitchell, p. 147, ln. 6-11, 14-16).  Mitchell denied knowing the reason for the check.  (Dep. Mitchell, p. 147, ln. 12-13).  Mitchell stated that he did not recall Dziemit ever making any personal loans to him.  (Dep. Mitchell, p. 147, ln. 17-19).

7.     In addition to the checks made payable to cash, Mitchell signed numerous checks in large amounts (in the thousands of dollars), made payable to Citizens Bank, Dziemit and Forbes Property Management, a company associated with Dziemit.  (**Exhibit B**).  Mitchell could not explain why he wrote checks payable to cash. (Dep. Mitchell, p. 138, ln. 11- p. 148, ln. 23). A brief review of documents produced by Mitchell demonstrate that, from both his personal and REMCO account, Mitchell issued checks payable to "cash" (some of which were indorsed by Dziemit) totaling in excess of $133,282.64.  (Copies of Checks, attached as **Exhibit C** to Aff. Klehm).

8.      Evidence concerning a checks made payable to cash by Ronald Mitchell is directly relevant and probative evidence of Dziemit's knowledge and involvement in REMCO's illicit business practices and in the wider fraudulent scheme to defraud IFC.  Her endorsement of checks made out to cash shows her participation in and knowledge of this suspicious business practice.  Such large payments, payable only to cash are unusual, to say the least, and even Mitchell admits that his frequent use of such checks was suspicious.  *See, e.g.*, *United States v. Smith*, 223 F.3d 554, 577 (7th Cir. 2000) (evidence of large cash and money order transactions, along with other evidence, helped support money laundering conviction); *United States v. Reiss*, 186 F.3d 149, 152-153 (2d Cir. 1999) (suspicious financial transactions support finding that funds were criminally obtained drug proceeds); *United States v. Carucci*, 364 F.3d 339, 347 (1st Cir. 2004) ("[A] suspiciously structured financial transaction can constitute circumstantial evidence of money-laundering").  Moreover, the evidence is necessary to rebut Dziemit's claims that she believed that Remco was a legitimate business.

9.      Despite Dziemit's mere assertions that the checks were between her and Mitchell and, therefore, did not concern IFC, the very fact that the checks were made payable to cash has obscured the ability to trace the funds.  It would be helpful to the jury, in assessing Dziemit's claims that she was a moneylender by trade, to evaluate Mitchell's, Dziemit's and Remco's business practices, including the use of checks made payable to cash.

10.     Relevant evidence should only be excluded "if its probative value is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury, or by considerations of undue delay, waste of time, or needless presentation of cumulative evidence."  Fed. R. Evid. 403.

11.     Dziemit has not identified any way in which evidence regarding the above-referenced transactions is unfairly prejudicial, would confuse the issues, or mislead jury, nor has

she identified any considerations of undue delay, waste of time or needless presentation of cumulative evidence.

12.    Moreover, assuming *arguendo* the existence of any such concerns, Dziemit has not explained how the probative value of the evidence is "substantially outweighed" by such concerns.

13.    Because the evidence is relevant and highly probative, and because the concerns of unfair prejudice are low (and unidentified by Dziemit), IFC respectfully requests that the Court deny Dziemit's motion *in limine*.

**WHEREFORE**, for all the foregoing reasons, Plaintiff International Floor Crafts, Inc. respectfully requests that this Court DENY Defendant, Jane Dziemit's, Motion *In Limine* No. 5, Concerning Checks Payable To Cash [Doc. No. 252].

Plaintiff
International Floor Crafts, Inc.
By Its Attorneys,

*/s/ Paul J. Klehm*
Paul J. Klehm (BBO# 561605)
pklehm@krasnooklehm.com
James B. Krasnoo (BBO# 279300)
jkrasnoo@krasnooklehm.com
Benjamin L. Falkner (BBO# 667951)
bfalkner@krasnooklehm.com
Krasnoo | Klehm LLP
23 Main Street, Suite Six
Andover, MA  01810
(978) 475-9955

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record or upon each party not represented by an attorney via ECF or via first class mail, postage pre-paid on July 8, 2008.

*/s/ Paul J. Klehm*
Paul J. Klehm

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC. )<br>　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　　　)<br>v. 　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>DAVID W. ADAMS, *et al*, 　　　　)<br>　　　Defendants. 　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　) | CIVIL ACTION NO.<br>05-cv-11654-NMG |

**AFFIDAVIT OF PAUL J. KLEHM, ESQ.**

I, Paul J. Klehm, Esq., under oath, depose and state as follows:

1.　　　I am counsel to Plaintiff International Floor Crafts, Inc.  I am an attorney licensed to practice law in the Commonwealth of Massachusetts since 1992, and in the United States District Court for the District of Massachusetts since 1993.

2.　　　I have caused to be attached hereto true and genuine copies (with portions redacted) of the following documents:

**Exhibit A**　　　Excerpts of the Deposition of Ronald Mitchell;

**Exhibit B**　　　Copies of Various Checks Made Payable to Cash; and

**Exhibit C**　　　Copies of Various Checks Made Payable to Cash.

Signed under the pains and penalties of perjury this 8th day of July, 2008.

*/s/ Paul J. Klehm*
Paul J. Klehm

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney(s) of record or upon each party not represented by an attorney via ECF or via first class mail, postage pre-paid on July 8, 2008.

*/s/ Paul J. Klehm*
Paul J. Klehm

*Exhibit "A"*

ORIGINAL

VOLUME:       II
PAGES:        1-260
EXHIBITS:     37-49

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05CA11654-NMG

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC., | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| DAVID W. ADAMS, ET AL, | ) |
| Defendants. | ) |

DEPOSITION OF RONALD MITCHELL, a
witness called on behalf of the Plaintiff,
pursuant to the provisions of the Federal
Rules of Civil Procedure, before Jill
Shepherd, Registered Professional Reporter,
CSR, CLR and Notary Public, in and for the
Commonwealth of Massachusetts, at the offices
of Krasnoo Klehm, 23 Main Street, Andover,
Massachusetts, on Friday, May 16, 2008,
commencing at 10:05 a.m.

1    Q.   Okay.

2    A.   I should have, but I have to think.

3    Q.   When the funds came to you, would you then

4         deposit them in your Citizens account?

5    A.   Yes.

6    Q.   And then you would make a disbursement to

7         David Adams from that account, correct?

8    A.   Correct.

9    Q.   For the full amount that Jane Dzeimit had

10        given you, correct?

11   A.   Correct.

12   Q.   And sometimes that was done by a wire

13        transfer, correct?

14   A.   Correct.

15   Q.   Other times did you write out checks to cash?

16   A.   To go to who?

17   Q.   Well, that's my next question.

18             Were there times during this process

19        that you would issue checks to cash?

20   A.   Not that I recall.

21   Q.   Do you remember issuing any checks to cash as

22        part of this process?

23   A.   I do, but I don't remember why.  I think if I

24        made a check to cash -- and I'm not

1  completely sure what I'm saying is the
2  truth -- if I made a check to cash, it would
3  have been to Jane. I don't think I ever did
4  one to Dave Adams.
5  Q. Why did you make checks payable to cash for
6     Jane?
7  A. I don't recall.
8  Q. Would you agree with me that it's not good
9     business practice to make a check payable to
10    cash from an account for a business?
11 A. Yes.
12 Q. Were you trying to hide something?
13 A. No.
14 Q. Some of these checks that are made payable to
15    cash, I represent to you are for large
16    amounts and several thousands of dollars.
17         Does that refresh your recollection
18    as to issuing some checks to Jane Dzeimit in
19    cash?
20 A. I said I probably did. I don't remember
21    amounts.
22 Q. But do you remember the amounts getting up to
23    the tens of thousands?
24 A. No.

1       break?

2   A.  No.

3   Q.  Okay.

4           MR. KLEHM:  Fred, while he's looking

5       that over, can I talk to you for a second?

6           We can go off the record for just a

7       second.

8               (Short recess.)

9   Q.  Okay.  Sir, have you had an opportunity to

10      look through exhibit -- I can't read the

11      number -- 40?

12  A.  40.

13  Q.  Have you had an opportunity to look through

14      it?

15  A.  Yes.

16  Q.  And each time when the signature Ron Mitchell

17      appears, is that your signature?

18  A.  Yes.

19  Q.  And each time the signature appears of Jane

20      Dzeimit, does that appear to you to be her

21      signature?

22          MR. COHEN:  Objection.  Lack of

23      foundation.

24          MR. KLEHM:  All right.  I withdraw

1   the question.

2 Q. Do you recognize the signature of Jane

3   Dzeimit?

4 A. Yes.

5 Q. You've seen it several times before today?

6 A. Yes.

7 Q. Are you able to tell me whether or not where

8   her signature appears on these documents,

9   whether it is indeed hers?

10 A. I believe it is.

11 Q. Okay.  So we got into this issue about

12   Exhibit 40 when I asked you about checks to

13   cash.  I want to direct your attention to

14   page 1557.  If you look at the bottom

15   right-hand corner.

16 A. 1557.

17 Q. Five or -- three or four pages in.

18 A. Oh, okay.  I have it.

19 Q. All right.  The first check is a check for

20   $15,000 made payable to cash; do you see

21   that?

22 A. Yes.

23 Q. What was that check for?

24 A. On the preceding page where the backside of

1    the check is showing, that check was endorsed

2    by Jane Dzeimit, correct?

3  Q.  Okay.

4         MR. COHEN:  I think it's the

5    subsequent page.

6  Q.  I think you mean 1558 is supposed to be the

7    back side.

8  A.  Okay.  The $15,000 endorsed by Jane --

9    without other records, I don't know what it's

10   for.  I mean, obviously it has to do with the

11   case, but specifically what it's for, I don't

12   know.  I could take the date, put it up

13   against my records and be able to tell you.

14  Q.  Is there any reason why you didn't write in

15   the memo portion what that $15,000 was for?

16  A.  I don't know why I didn't.

17  Q.  Are you able to tell me now, having had an

18   opportunity to look at Exhibit 40, any of the

19   reasons why you would have checks issued

20   payable to cash?

21  A.  Do any of them have like an invoice number

22   or -- let me try to find another cash one.

23  Q.  Sir, let me try to help you along.  My

24   associate has earmarked all of the ones made

1     payable to cash.

2              MR. FALKNER: Not all.

3              MR. KLEHM: Not all. Okay.

4  Q.  The ones that we have marked cash, ones that

5     are made payable to cash, do not appear to

6     have anything in the memo portion of the

7     check.

8  A.  None of them?

9  Q.  Not the ones I have seen. But let me ask you

10    a different question.

11          Did you, as part of your practice

12    and procedure when issuing a check from

13    Remco, or on behalf of Remco, tend to put

14    something in the memo section as to what it

15    was for?

16          MR. COHEN: Objection.

17  Q.  You can answer.

18  A.  I would usually try to. I have never been --

19    I don't know what the proper word is. I do

20    and I don't. I don't have a reason why.

21  Q.  Let's look at page 1699 in that same set of

22    documents.

23  A.  Page?

24  Q.  1699. It looks like this [indicating].

1       MR. COHEN:   The page with Sylvester

2       at the top.

3   A.  I don't have page numbers on the top of mine.

4   Q.  Bottom right-hand corner.  May I get you the

5       page?

6   A.  Please.

7   Q.  Might save some time.  Do you see page 1699?

8       Do you see that page?

9   A.  Yes.

10  Q.  There are three checks made payable to cash

11      on that page; do you see those?

12  A.  Yes.

13  Q.  Do you know why on the same day in May

14      of 2002 you would write a check to cash in

15      the amount of $20,000 and then a separate one

16      to cash in the amount of $10,000 from the

17      Remco account?

18  A.  Not without looking at my records.  I'm sure

19      I could tell you if I could match it up to my

20      records.

21  Q.  Well, what possible thing could you have used

22      these checks for?

23  A.  I don't know.

24  Q.  Okay.  Well, if you were going to be using

1 those funds to make a wire transfer to -- I

2 will stop talking.  Go ahead, if you thought

3 of something.

4 A. That may be the answer.

5 Q. Okay.  So you would use these -- write checks

6 to cash that would later be used for a wire

7 transfer?

8 A. I'm not saying I know that as a fact.  I'm

9 saying that's a possibility.  I would have to

10 match it up to something.

11 Q. Okay.  But why would you write the check

12 payable to cash as opposed to some other

13 entity when making a wire transfer?

14 A. That's People's Bank, isn't it?  Yeah.

15 Again, I don't know this to be the factual

16 answer, but it would have just been for wire

17 transfers, that I have some memory of a -- I

18 would write the check to cash and they would

19 wire transfer the money to Dave.  I'm not

20 saying that that's definitely what that is

21 for.  I'm sure I could find out.  I'm almost

22 positive I could find out.  It wasn't done to

23 mislead anything.

24 Q. Would you agree with me it looks rather

1       suspicious?

2    A.   Yes.

3    Q.   Were you trying to make it harder for people

4         to trace where the funds went?

5    A.   No.  No.  I really think it has something to

6         do with the wire transfers, but I'm not

7         positive of that.

8    Q.   Okay.  Will you agree with me you could have

9         worked out wire transfers without having to

10         write checks to cash?

11    A.   Yes, but it might have been a way to expedite

12         it at the bank.  I'd be more than happy, if

13         possible, to get back to you on that.

14    Q.   What records would you look at to determine

15         where the funds were going, this cash?

16    A.   Possibly in my checkbook.  Possibly in those

17         records that you have in discovery.

18    Q.   What would you do with these checks made

19         payable to cash?

20    A.   I don't understand -- you know, how to answer

21         that question.  If I don't know what they

22         were for...

23    Q.   If we look at page 1700, you see that you

24         endorsed at least the top two checks,

1    correct?

2  A.   Yes.

3  Q.   All right.  And you brought them to People's

4       Bank; is that true?

5  A.   Yes.

6  Q.   So did you go into People's Bank and walk out

7       of People's Bank with $20,000 plus $10,000 in

8       cash with regard to these two checks?

9  A.   Again, I'm not positive, I may have taken

10      money from that account, wrote it to cash and

11      then sent a wire transfer to Dave out of --

12      take the money and give it to Citizens and

13      sent it to Dave Adams in a wire transfer.

14 Q.   Why wouldn't you send wires from People's?

15 A.   At some point in time -- this just came to

16      me -- we went from -- we did wire transfers

17      for a while, and Dave said you could just --

18      that wasn't the case here though.  What I

19      would do is write a check, because he opened

20      a Citizens account, and I would write a check

21      at my Citizens Bank that went directly into

22      his account, and the access to the money was

23      immediate.  It was always, you know, trying

24      to figure out how to expedite getting money

1        to Dave so he could buy carpet.

2   Q.   So is it your testimony that the checks made

3        payable to cash were so the funds could be

4        deposited in David Adams' Citizens Bank

5        account immediately?

6   A.   No.  That's a possibility.  I would have to

7        look.  I don't want to answer something I'm

8        not sure of.

9   Q.   In any of the previous business that you had

10       done in padding and rugs, had you worked with

11       checks made payable to cash?

12  A.   No.

13  Q.   So this was a change in your practice?

14  A.   Yes.

15  Q.   Do you know why with regard to page 1699 why

16       you would write out two separate checks, one

17       for 20- and one for 10,000?

18  A.   No, not off the top of my head.

19  Q.   Do you know --

20  A.   I don't.  What's strange is I don't even

21       remember having checks with a cat on it.

22       Obviously, that's me.

23  Q.   Down at the bottom, there's a check for

24       $95.80; do you see that?

1  A.  Yes.

2  Q.  And if you look at the next page, it was

3      signed by Anthony Maresca.

4  A.  Yes, I see that.

5  Q.  Do you know what that was for?

6  A.  No.

7  Q.  And that was made payable to cash as well?

8  A.  Yes.

9  Q.  Now, let's go to page 1727.

10 A.  (Witness complies.)

11 Q.  There's two checks made payable to cash there

12     as well, correct?

13 A.  Yes.

14 Q.  And the bottom one is for $24,860; is that

15     accurate?

16 A.  Yes, and I have the answer to that.  It was a

17     wire transfer.

18 Q.  So that one was a wire transfer; is that

19     correct?

20 A.  Correct.

21 Q.  Now, could you just tell me again why you had

22     to make a check payable to cash in order to

23     do a wire transfer.

24 A.  I'm not saying I -- I'm not absolutely sure I

```
 1          did.  I think it's a possibility, but I don't
 2          remember.
 3   Q.     Let's go to the page 1741.  I believe it's
 4          two pages down.
 5   A.     Okay.
 6   Q.     There's a check made payable to cash for
 7          6,000; do you see that?
 8   A.     Yes.
 9   Q.     And if you look at the next page, that check
10          was endorsed by Jane Dzeimit, correct?
11   A.     Correct.
12   Q.     Do you know what that was for?
13   A.     No.
14   Q.     Okay.  That's out of your personal account;
15          is that correct?
16   A.     Yes.
17   Q.     Did Jane Dzeimit ever make any personal loans
18          to you?
19   A.     Not that I recall.
20   Q.     So why would you be writing her a check from
21          your personal account for $6,000?
22   A.     I don't know.
23   Q.     Now --
24   A.     It's possible -- again, I don't know -- I
```

1      think given some time, I could figure it out.

2      I don't know.

3  Q.  Okay. Excuse me one second. Okay. Let's

4      jump down to page 1852. There's two checks

5      there made payable to cash and one's for

6      $7,500 and one's for approximately 2,000; do

7      you see that?

8  A.  Yes.

9  Q.  And you endorsed the back of those checks,

10     correct?

11 A.  Correct.

12 Q.  What were those checks for?

13 A.  I have no idea.

14 Q.  And the next page, there's a check made

15     payable to cash for $19,000; do you see that?

16 A.  Yes.

17 Q.  These checks, the funds from these checks

18     made payable to cash, when you endorsed the

19     check, would you receive cash, actual

20     physical cash?

21 A.  I don't know. I'm sorry. But I -- I mean,

22     we're talking five years ago, and I'm sure I

23     can find out.

24 Q.  But even five years ago, many people would

*Exhibit B Part 1*

RON MITCHELL
PH: 203-459-9544

51-7218/2211
1280004706

645

4428   DATE 4435/3PO/07-01

PAY TO THE
ORDER OF   Dan Goodison                    $ 1,000 00/xx

One Thousand and 00/100                    DOLLARS

**people's bank**
C O N N E C T I C U T

MEMO _____   *Ron Mitchell*   MP

⑆221172186⑆   706⑈ 0645   ⑆0000100000⑈

---

RON MITCHELL 231  11  1100   51-7218/2211
1280004706   05-18-01   647

DATE 6/15/01

PAY TO THE
ORDER OF   Diane Spignesi                  $ 3233 00/xx

Three Thousand Two Hundred Thirty Three and 00/100  DOLLARS

**people's bank**
C O N N E C T I C U T

MEMO _____   *Ron Mitchell*   MP

⑆221172186⑆   706⑈ 0647   ⑆0000323300⑈

---

RON MITCHELL   51-7218/2211
1280004706   648

DATE 6/15/01

PAY TO THE
ORDER OF   D. M. V.                        $ 7 50/xx

Seven and 50/100                           DOLLARS

**people's bank**
C O N N E C T I C U T

MEMO Boat Registration   *Ron Mitchell*   MP

⑆221172186⑆   706⑈ 0648   ⑆0000000750⑈

EXHIBIT 40
DATE 5/16/08
Mitchell
J. SHEPHERD

UH: 443



**RON MITCHELL**

DATE 3/8/01

PAY TO THE ORDER OF __FAST__        $ 60 00/...

Sixty and 00/100        DOLLARS

**people's bank**
C O N N E C T I C U T

MEMO _____

⑆ 221172186⑆        706⑈ 0594  ⑇0000006000⑈

---

**RON MITCHELL**
PH. 203-468-9544
51-7218/2211
1280004706        589

03-07-01

FAST        DATE 3/1/00

PAY TO THE ORDER OF __Dianne Spignesi__        $ 6,000 00/=

Six Thousand and 00/100        DOLLARS

**people's bank**
C O N N E C T I C U T

MEMO _____

⑆ 221172186⑆        706⑈ 0589  ⑇0000600000⑈

---

**RON MITCHELL**
PH. 203-468-9544
51-7218/2211
1280004706        583

.9 .11 3400 DATE 2/28/01 07-01

PAY TO THE ORDER OF __Dept. of Veterans Affairs__        $ 6 00/=

Six and 00/100        DOLLARS

**people's bank**
C O N N E C T I C U T

MEMO 689 046 363841-Mitch

⑆ 221172186⑆        706⑈ 0583  ⑇00000006000⑈

---

**RON MITCHELL**
PH. 203-468-9544
4 204 30253  23  030504-7218/2211 76655098  586
1280004706

3490  309  03-07-01
DATE 2/28/01

PAY TO THE ORDER OF __Cardiac Specialists__        $ 25 00/=

Twenty Five and 00/100        DOLLARS

**people's bank**
C O N N E C T I C U T

MEMO _____

⑆ 706⑈ 0586  ⑇00000002500⑈

**RON MITCHELL**
PH. 203-468-9544

51-7218/2211
1280004706

560

DATE 1/24/01

PAY TO THE ORDER OF George DeRosa                    $ 200 00

Two Hundred and 00/100                    DOLLARS

**people's bank**
C O N N E C T I C U T

Ron Mitchell

MEMO

⑆221172186⑆    ⑈4706⑈ 0560  ⑆000000020000⑆

---

**RON MITCHELL**
PH. 203-468-9544

51-7218/2211
1280004706

565

DATE 1/30/01

PAY TO THE ORDER OF USA Group Loan Services                    $ 50 00

Fifty and 00/100                    DOLLARS

**people's bank**
C O N N E C T I C U T

Ron Mitchell

MEMO

⑆221172186⑆    ⑈4706⑈ 0565  ⑆0000005000⑆

---

**RON MITCHELL**
PH. 203-468-9544

51-7218/2211
1280004706    02-05-0561

DATE 1/27/01

PAY TO THE ORDER OF Dave Adams                    $ 400 00

Four Hundred and 00/100                    DOLLARS

**people's bank**
C O N N E C T I C U T

PAID 24-3 FEB    2 2001

Ron Mitchell

MEMO Remco Super Bowl Donation

⑆221172186⑆    ⑈4706⑈ 0561  ⑆0000040000⑆





001557







**RONALD E MITCHELL**
**D/B/A REMCO**

134

5I-7011/2111
279

Date 11/22/02

Pay to the
Order of   Jane Dziemer                         $ 18,000 00

eighteen thousand 00/100                          Dollars

**CITIZENS BANK**
Connecticut

For return of principal          Ron Mitchell

⑆211170114⑆    5727⑆    0134 ⑈000018000000⑈

---

**RONALD E MITCHELL**
**D/B/A REMCO**

133

5I-7011/2111
279

Date 11/22/02

Pay to the
Order of   CT Commercial Lenders               $ 2717 65

two thousand seven hundred seventeen            Dollars
+ 65/100

**CITIZENS BANK**
Connecticut

For                              Ron Mitchell

⑆211170114⑆    5727⑆    0133 ⑈00002717 65⑈

---

**RONALD E MITCHELL**
**D/B/A REMCO**

132

5I-7011/2111
279

Date 11-20-02

Pay to the
Order of   Diane Spignesi                        $ 87.00

Eighty - seven and no/100                         Dollars

**CITIZENS BANK**
Connecticut

For                              Ronald E Mitchell

⑆211170114⑆    5727⑆    0132 ⑈000000870 0⑈

RONALD E MITCHELL
D/B/A REMCO

113

51-7011/2111
279

Date 9/3/02

Pay to the Order of  Robert Torre                                    $ 500 00/xx

Five Hundred and 00/100                                      Dollars

CITIZENS BANK
Connecticut

For _____

Ron Mitchell

⑆211170114⑆ ███████ 5727⑈  0113 ⑆000050000⑆

---

RONALD E MITCHELL
D/B/A REMCO

114

51-7011/2111
279

Date 9/4/02

Pay to the Order of  David Adams                                     $ 29,288 00

Twenty Nine Thousand Two Hundred Eighty Eight and 00/100    Dollars

CITIZENS BANK
Connecticut

For _____

Ron Mitchell

⑆211170114⑆ ████ 5727⑈  0114 ⑆0002928800⑆

---

RONALD E MITCHELL
D/B/A REMCO

112

51-7011/2111
279

Date 8/26/02

Pay to the Order of  Jane Dziemit                                    $ 5300 00

Five Thousand Three Hundred and 00/100                      Dollars

CITIZENS BANK
Connecticut

For LOAN Payment

Ron Mitchell

⑆211170114⑆ 2████ 5727⑈  0112 ⑆000053000⑆







RONALD E MITCHELL
D/B/A REMCO

119

51-7011/2111
279

Date 9/24/02

Pay to the Order of ___ CT Commercial Lenders ___ $ 12,500.00

Twelve Thousand Five Hundred and 00/100 ___ Dollars

CITIZENS BANK
Connecticut

For Return of Advance for Goods

Ron Mitchell   MP

⑆211170114⑆   5727⑆   0119   ⑈0001250000⑈

---

RONALD E MITCHELL
D/B/A REMCO

116

51-7011/2111
279

Date 9/11/02

Pay to the Order of ___ Jane Dziemit ___ $ 2,000.00

Two Thousand and 00/100 ___ Dollars

CITIZENS BANK
Connecticut

For LOAN

Ron Mitchell   MP

⑆211170114⑆   5727⑆   0116   ⑈0000200000⑈

---

RONALD E MITCHELL
D/B/A REMCO

120

51-7011/2111
279

Date 9/24/02

Pay to the Order of ___ Jane Dziemit ___ $ 5300.00

Five Thousand Three Hundred and 00/100 ___ Dollars

CITIZENS BANK
Connecticut

For ___

Ron Mitchell   MP

⑆211170114⑆   5727⑆   0120   ⑈0000530000⑈









RONALD E MITCHELL
D/B/A REMCO                                        118
                                    Date 9/24/02    51-7011/2111
                                                    279

Pay to the
Order of   CT Commercial                    $ 3112 94

Three Thousand one Hundred Twelve + 94/100 Dollars

CITIZENS BANK
Connecticut

For _____         Ron Mitchell

⑆211170114⑆   ⬛⬛⬛7.27⑈   0118 ⑆0000311294⑆

---

RONALD E MITCHELL
D/B/A REMCO                                        121

                                    Date 9/24/02    51-7011/2111
                                                    279

Pay to the
Order of   Dave Adams                       $ 6303 00

Six Thousand Three Hundred Three + 0%/100 Dollars

CITIZENS BANK
Connecticut

For _____         Ron Mitchell

⑆211170114⑆   ⬛⬛⬛7.27⑈   0121 ⑆0000630300⑆







**RON MITCHELL**
PH. 203-468-9544

51-7218/2211
1280004706

850

DATE 7/10/02

PAY TO THE ORDER OF  David Adams      $ 6000 00

Six Thousand and 00/100      DOLLARS

**people's bank**
C O N N E C T I C U T

MEMO

Ron Mitchell

⑈2211721186⑈      ⑈706⑈ 0850    ⑈0000600000⑈

---

**RON MITCHELL**
PH. 203-468-9544

51-7218/2211
1280004706

853

DATE 7/16/02

PAY TO THE ORDER OF  Dianne Spignesi      $ 9,500 00

Nine Thousand Five Hundred and 00/100  DOLLARS

**people's bank**
C O N N E C T I C U T

MEMO

Ron Mitchell

⑈2211721186⑈      ⑈706⑈ 0853    ⑈0000950000⑈

---

**RON MITCHELL**
PH. 203-468-9544

51-7218/2211
1280004706

843

DATE 7/1/02

PAY TO THE ORDER OF  SNET      $ 70 31/4

Seventy and 31/100      DOLLARS

**people's bank**
C O N N E C T I C U T

MEMO

Ron Mitchell

⑈2211721186⑈      ⑈706⑈ 0843    ⑈000007031⑈

0111-0048-1
040324888 0111-0048-1
040324888 PEOPLES BANK2604

010168101 2604 00 07-11-02

For Deposit Only

CITIZENS
130493407

07/16/02
0212-0409-5
Superior Savings Bank
06450002

0111-0048-1
010344667 0111-0048-1
010344667 07-16-02

PEOPLES BANK4000

010241692 4000 00 07-16-02

211703563
TELLER NO.0012
211703563
JUL 15 '02

Diane Spagnea

FLEET
249 133 8 99

PEOPLES BANK8902

010050384 0902 00 07-05-02

314 2034689544831    NHV 05
>0111906571< FLEET BANK
SBC/SNET TELCO # 0000646378

RONALD E MITCHELL
D/B/A REMCO

103

Date 7/29/02

51-7011/2111
279

Pay to the Order of _Jane Dziemit_

$ 8300 00

_Eight Thousand Three Hundred and 0/00_ Dollars

CITIZENS BANK
Connecticut

For _Loan Payment_

Ron Mitchell

⑈211170114⑈      5727⑈   0103  ⑈000830000⑈

---

RONALD E MITCHELL
D/B/A REMCO

109

Date 8/20/02

51-7011/2111
279

Pay to the Order of _David Adams_

$ 3,000 00

_Three Thousand and 0/00_ Dollars

CITIZENS BANK
Connecticut

For _____

Ron Mitchell

⑈211170114⑈      5727⑈   0109  ⑈0000300000⑈

---

RONALD E MITCHELL
D/B/A REMCO

107

Date 8/13/02

51-7011/2111
279

Pay to the Order of _David Adams_

$ 2,000 00

_Two Thousand and 0/00_ Dollars

CITIZENS BANK
Connecticut

For _____

Ron Mitchell

⑈211170114⑈      727⑈   0107  ⑈0000200000⑈

HH1004







001055

RONALD E MITCHELL
D/B/A REMCO

102

51-7011/2111
279

Date 7/29/02

Pay to the Order of _CT. Commercial Lenders_    $ 5,794 44/100

_Five Thousand Seven Hundred Ninety Four + 44/100_ Dollars

CITIZENS BANK
Connecticut

For _Commission_    Ron Mitchell

⑆211170114⑆    5727⑈    0102    ⑆0000579444⑆

---

RONALD E MITCHELL
D/B/A REMCO

101

51-7011/2111
279

Date 7/27/02

Pay to the Order of _David Adams_    $ 28,123 00/—

_Twenty Eight Thousand One Hundred Twenty Three and 00/100_ Dollars

CITIZENS BANK
Connecticut

For _____    Ron Mitchell

⑆211170114⑆    5727⑈    0101    ⑆00028123000⑆

---

RONALD E MITCHELL 40239655  18  2419  2436  08-06-02
D/B/A REMCO

104

51-7011/2111
279

Date 8/5/02

Pay to the Order of _CASH_    $ 3,000 00/

_Three Thousand and 00/100_    Dollars

CITIZENS BANK
Connecticut

For _____    Ron Mitchell

⑆211170114⑆    5727⑈    0104    ⑆0000300000⑆





001007



RONALD E. MITCHELL
DBA REMCO

115

Date 6/21/02

Pay to the order of: Citizens BANK     $ 6,213 41/74

Six Thousand Two Hundred Thirteen and 41/74 Dollars

people's bank
CONNECTICUT
peoples.com

Ron Mitchell



RONALD E. MITCHELL
DBA REMCO

111

Date 6/10/02

Pay to the order of: CT. Commercial Lenders     $ 2902 00

Two Thousand Two and 0/100 Dollars

people's bank
CONNECTICUT
peoples.com

Date Inv# 2002524

Ron Mitchell



RONALD E. MITCHELL
DBA REMCO

112

Date 6/10/02

Pay to the order of: JANE Dziemit     $ 11,000 00

Eleven Thousand and 00/100 Dollars

people's bank
CONNECTICUT
peoples.com

Ron Mitchell

0111-0048-1
010375285  0111-0048-1
CITIZENS BANK 4002
020084864  2601 01 05-24-02

CITIZENS 2776/01/161/02
RIVERSIDE RI 061XXXX
0115001204

FRB-PHILA.******MIXED
110029309  0310-0004-0
110029309  06-12-02

0111-0048-1
010336172  0111-0048-1
010336 PEOPLES BANK 4000

010185524  4000  CITIZENS
RIVERSIDE RI 061XXX
0115001204

Connecticut
Commercial
sole vendors 3

FRB-PHILA.******MIXED
110029310  0310-0004-0
110029310  06-12-02

0111-0048-1
010336173  0111-0048-1
010336 PEOPLES BANK 4000

010185525  4000  CITIZENS
RIVERSIDE RI 061XXX
0115001204

Direct

Exhibit B Part 2



RON MITCHELL
PH. 203-468-9544
51-7218/2211
1280004706
834
DATE 6/4/02
PAY TO THE ORDER OF George Perota    $ 50 00
Fifty and 00/100    DOLLARS
people's bank
CONNECTICUT
MEMO
Ron Mitchell
⑈2211721861: 4706⑈ 0834 ⑈000000 5000⑈



RON MITCHELL    14 11 3300 51-7218/2211 06-05-02 828
PH. 203-468-9544    1280004705
DATE 5/31/02
PAY TO THE ORDER OF Dan Goodison    $ 1,000 00/xx
One Thousand and 00/100    DOLLARS
people's bank
CONNECTICUT
MEMO June 02 Rent
Ron Mitchell
⑈2211721861: 4706⑈ 0828 ⑈0000 100000⑈



RON MITCHELL
PH. 203-468-9544    321 14 3200 3214 06-25-02
51-7218/2211
1280004706
837
DATE 6/25/02
PAY TO THE ORDER OF David Adams    $ 15,000 00
Fifteen Thousand and 00/100    DOLLARS
people's bank
CONNECTICUT
MEMO
Ron Mitchell
⑈2211721861: 4706⑈ 0837 ⑈0001500000⑈

PEOPLES BANK1950

020032734 1950 00 06-11-02

WEBSTER BANK
X2111741101<
06102002
1972 04166 10001529832<

For Deposit...

0111-0048-1
030237014 0111-0048-1
030237014 06-05-02

PEOPLES BANK2700

0710300874 2700 00 06-05-02

015000518 0098 06-04-02 01 2034

0111-0048-1 ANK2501
020901321 0111-0048-1
020301321 2500 00 06-26-02

CITIZENS 2706/91/141/002
RIVERSIDE RI 04258002
0415001204

For Deposit Only







001099





P.B. BPT,CT 0163

>221172186<

020216711 [illegible] 0299 14 05-10-02

MAY 10 2002

PEOPLE'S BANK 221172186

0123456-178

P.B. BPT,CT 0163

>221172186<

020216711 0017810299 14 05-10-02

MAY 10 2002

PEOPLE'S BANK 221172186

0123456-178

P.B. BPT,CT 0163

>221172186<

MAY 10 2002

PEOPLE'S BANK 221172186

VISA

[redacted]

2/03

001727



001728







001741





030411354           300  51-7218  2  03-04-0293
                         2211

2/28/02
Date

PAY to the ORDER of   JANE DZICK              $ 8,009 18/xx

Eight Thousand Nine and 00/xx              DOLLARS

peoples bank

Ronald E Mitchell

MEMO

⑈221

---

51-7218          94
2211

DATE 2/28/02

PAY TO THE ORDER OF   Peoples BANK              $ 27,382 00/xx

Twenty Seven Thousand Three Hundred Eighty Two 00/xx   DOLLARS

people's bank
CONNECTICUT

Ronald E Mitchell

MEMO

⑈221172186⑈



peoples bank

⑈221172186⑈









U01784

PEOPLES B
010111655          00.01-02-02

PEOPLES BANK0906
020016834  0906.00

0111-0048-1
020280750  0111-0048-1
020280750 ,12-31-01

PEOPLES BANK2300
010102792  2300.00

remco
for deposit only



**RON MITCHELL**
PH. 203-468-9544

51-7218/2211
1280004706

747

DATE 12/26/01

PAY TO THE ORDER OF ___ Peoples Bank ___ $ 327 36/00

Three Hundred Twenty Seven and 36/100 DOLLARS

**people's bank**
C O N N E C T I C U T

MEMO ___

Ron Mitchell

⑈:221172186⑈  ⑈706⑈ 0747 ⑈000003273⑈

---

**RON MITCHELL**
PH. 203-468-9544

51-7218/2211
1280004706

748

DATE 12/26/01

PAY TO THE ORDER OF ___ Dept of Veterans Affairs ___ $ 4 50/00

Four and 50/100 DOLLARS

**people's bank**
C O N N E C T I C U T

MEMO SS# 046 36 3841

Ron Mitchell

⑈:221172186⑈  ⑈706⑈ 0748 ⑈0000000450⑈

---

**RON MITCHELL**
PH. 203-468-9544

51-7218/2211
1280004706

745

159 11 3400 3400 12-19-01

DATE 12/16/01

PAY TO THE ORDER OF ___ Tiffany Spignesi ___ $ 12,460 00/00

Twelve Thousand Four Hundred Sixty and 00/100 DOLLARS

**people's bank**
C O N N E C T I C U T

MEMO Pay Back 12,000 of 21,000 + 460 Interest

Ron Mitchell

⑈:221172186⑈  ⑈706⑈ 0745 ⑈0001246000⑈

0222 0446 122701    12253   554514010484419i CRCD 10004458

P.B. BPT CT 0103
>2311721G5<
010184893 0690010218 14 12-27-01

0000000450   1 841MITCH** 1053 003 12312001 VA 023
FLEET
061000052
DEPOSIT TERM
ABSENCE OF ENDORSEMENT
BANK OF AMERICA
6000 FELDWOOD ROAD
ATLANTA GEORGIA
PEOPLES BANK0926 061000052
010167828 0926 00 01-02-02

12/19/01
0212-0400-5
419
065169742
0111-0048-1
040005459 0151 B 2500
040005459 12-19-01
010176569 2500 00

001793

RONALD E MITCHELL
D/B/A REMCO

254

51-7011/2111
279

Date 12/11/03

Pay to the Order of: For bes Property Managment     $ 5187 00

Five Thousand one Hundred Eighty Seven     Dollars
+ 00/00

CITIZENS BANK
Connecticut

For _____     Ron Mitchell

1:211170114: _____ 5727 0254 000051870 0

---

RONALD E MITCHELL
D/B/A REMCO

251

51-7011/2111
279

Date 11/25/03

Pay to the Order of: For bes Property Mgt     $ 1214 41

one thousand two fourteen 41     Dollars

CITIZENS BANK
Connecticut

For _____     Ron Mitchell

1:211170114: _____ 5727 0251 000012144 1

---

RONALD E MITCHELL
D/B/A REMCO

253

51-7011/2111
279

Date 12/2/03

Pay to the Order of: Ron Mitchell     $ 6,000 00

Six Thousand and 00/00     Dollars

CITIZENS BANK
Connecticut

For _____     Ron Mitchell

1:211170114: _____ 5727 0253 000600000 0













001852





001853



RON MITCHELL
PH. 203-468-9544

51-7218 / 2211
1280004706

1061

DATE 9/18/03

PAY TO THE ORDER OF ___CASH___                                     $ 19,000

_Nineteen Thousand and 00/00_ _____ DOLLARS

people's bank
CONNECTICUT
peoples.com

Ron Mitchell

MEMO _____

---

RON MITCHELL
PH. 203-468-9544

51-7218 / 2211
1280004706

1062

DATE 9/20/03

PAY TO THE ORDER OF ___Robert Torre___                            $ 1,000 00

_One Thousand and 00/00_ _____ DOLLARS

people's bank
CONNECTICUT
peoples.com

Ron Mitchell

MEMO _____

---

RON MITCHELL
PH. 203-468-9544

51-7218 / 2211
1280004706

1053

DATE 9/1/03

PAY TO THE ORDER OF ___Alba Santiago___                           $ 100 00

_One Hundred and 00/00_ _____ DOLLARS

people's bank
CONNECTICUT
peoples.com

Ron Mitchell

MEMO _____





001855

Exhibit "B" Part 5

RONALD E MITCHELL
D/B/A REMCO
244
51-7011/2111
279

Date 10/15/03

Pay to the
Order of Citizens bank                    $ 5,000

Five Thousand and 00/100                    Dollars

CITIZENS BANK
Connecticut

Ron Mitchell

For _____

⑆211170114⑆  5727⑈  0244  ⑈0000500000⑈

---

RONALD E MITCHELL
D/B/A REMCO
242
51-7011/2111
279

Date 9/23/03

Pay to the
Order of Forbes Property Management        $ 8,000 00

Eight Thousand and 00/100                  Dollars

CITIZENS BANK
Connecticut

Ron Mitchell

For _____

⑆211170114⑆  5727⑈  0242  ⑈0000800000⑈

---

RONALD E MITCHELL
D/B/A REMCO
243
51-7011/2111
279

Date 9/30/03

Pay to the
Order of Citizens Bank                     $ 100 00

ONE Hundred and 00/100                     Dollars

CITIZENS BANK
Connecticut

Ron Mitchell

For New Account

⑆211170114⑆  5727⑈  0243  ⑈0000010000⑈

001803







RONALD E MITCHELL
D/B/A REMCO
241
51-7011/2111
279

Date 9/18/03

Pay to the
Order of   Citizens BANK                               $ 3,540.00

Three Thousand Five Hundred Forty + 00/100   Dollars

CITIZENS BANK
Connecticut

Ron Mitchell

For

⑆211170114⑆          5727⑈   0241  ⑆0000354000⑆

GUARDIAN SAFETY YELLOW WYE

---

RONALD E MITCHELL
D/B/A REMCO
240
51-7011/2111
279

Date 9/18/03

Pay to the
Order of   Citizens BANK                               $ 15,000.00

Fifteen Thousand + 00/100   Dollars

CITIZENS BANK
Connecticut

Ron Mitchell

For

⑆211170114⑆          5727⑈   0240  ⑆0001500000⑆

GUARDIAN SAFETY YELLOW WYE

---

RONALD E MITCHELL
D/B/A REMCO
236
51-7011/2111
279

Date 9/8/03

Pay to the
Order of   Citizens Bank                               $ 5367.00

Five Thousand Three Hundred Sixty Seven   Dollars
+ 00/100

CITIZENS BANK
Connecticut

Ron Mitchell

For

⑆211170114⑆          5727⑈   0236  ⑆0000536700⑆

GUARDIAN SAFETY YELLOW WYE







RONALD E MITCHELL
D/B/A REMCO

233

Date 9/1/03

51-7011/2111
279

Pay to the
Order of Judicial Bureau                    $ 284 00

Two Hundred Eighty Four and 00/100                    Dollars

CITIZENS BANK
Connecticut

Ron Mitchell

For 1525669

⑆211170114⑆          5727⑈    0233  ⑆00000 28400⑆

---

RONALD E MITCHELL
D/B/A REMCO

237

Date 9/8/03

51-7011/2111
279

Pay to the
Order of Citizens Bank                    $ 24,600 00

Twenty-Four Thousand Six Hundred and 00/100                    Dollars

CITIZENS BANK
Connecticut

Ron Mitchell

For

⑆211170114⑆          5727⑈    0237  ⑆0002460000⑆

---

RONALD E MITCHELL    KMC
D/B/A REMCO

232

Date 8/28/03

51-7011/2111
279

Pay to the
Order of Citizens Bank                    $ 10,000 00

Ten Thousand and 00/100                    Dollars

CITIZENS BANK
Connecticut

Ron Mitchell

For

⑆211170114⑆          5727⑈    0232  ⑆000 1000000⑆







001871

239

RONALD E MITCHELL
D/B/A REMCO

Date 9/11/03

51-7011/2111
279

Pay to the Order of Forbes Property Management    $ 5367 36/100

Five Thousand Three Hundred Sixty Seven + 36/100 Dollars

CITIZENS BANK
Connecticut

Ron Mitchell

For

1:2111701140:    5727    0239    0000053676

---

235

RONALD E. MITCHELL
D/B/A REMCO

Date 9/4/03

51-7011/2111
279

Pay to the Order of Forbes Property Management    $ 2833 41/100

Two Thousand Eight Hundred Thirty Three + 41/100 Dollars

CITIZENS BANK
Connecticut

Ron Mitchell

For Invoice 3815

1:2111701140:    5727    0235    0000283341

---

234

RONALD E MITCHELL
D/B/A REMCO

Date 9/8/03

51-7011/2111
279

Pay to the Order of Forbes Property Management    $ 9,000 00/100

Nine Thousand and 00/100 Dollars

CITIZENS BANK
Connecticut

Ron Mitchell

For

1:2111701140:    5727    0234    0000900000

RONALD E MITCHELL
D/B/A REMCO

238

51-7011/2111
279

Date 9/8/03

Pay to the
Order of ___Forbes Property Management___   $ 1342 00

One Thousand Three Hundred Forty Two _____ Dollars

CITIZENS BANK
Connecticut

For _____

Ron Mitchell

⑆211701114⑆ 5727⑈ 0238 ⑆000013420⑈

GUARDIAN SAFETY YELLOW WRT





001887

0330622907
08292003
0111-0048
ENT=0856 TPC=0828 PX=12

CITIZENS 6391/91/141/022
RIVERSIDE RI 08992000

PEOPLES BANK2602
020080446 2602 00 06-29-03

**RONALD E MITCHELL**
**D/B/A REMCO**

231

Date 8/15/03

51-7011/2111
279

Pay to the Order of _Forbes Property Managment_ | $ 8500 00

_Eighty-Five Hundred and 00/00_ Dollars

**CITIZENS BANK**
Connecticut

For _____

_Ron Mitchell_

⑈211170114⑈ 5727⑈ 0231 ⑈00008500000⑈

---

**RONALD E MITCHELL**
**D/B/A REMCO**

228

Date 7/26/03

51-7011/2111
278

Pay to the Order of _Forbes Property Management Corp_ $ 8406.78

_eight thoosand four hundred six 78/100_ Dollars

**CITIZENS BANK**
Connecticut

For _PO 3770 | Inv 7/7/03_

_Ron Mitchell_

⑈211170114⑈ 5727⑈ 0228 ⑈00008406.78⑈

---

**RONALD E MITCHELL**
**D/B/A REMCO**

227

Date 7/26/03

51-7011/2111
279

Pay to the Order of _Citizens Bank_ | $ 25,000 00

_Twenty-Five Thousand and 00/00_ Dollars

**CITIZENS BANK**
Connecticut

For _____

_Ron Mitchell_

⑈211170114⑈ 5727⑈ 0227 ⑈0002500000⑈

---

**RONALD E MITCHELL**
**D/B/A REMCO**

229

CYDL 13193555 |
01/26/06 Date 7/26/03

51-7011/2111
279

Pay to the Order of _CASH_ | $ 101.00

_One hundred one_ XX/00 Dollars

**CITIZENS BANK**
Connecticut

For _____

_Ron Mitchell_

⑈211170111⑈

001892





RONALD E MITCHELL
D/B/A REMCO                                                    224

Date 7/8/03                                    51-7011/2111
                                                                    279

Pay to the
Order of   JANE OZIEMIT                          $ 10,738 22

Ten Thousand Seven Hundred Thirty Eight   Dollars
                                                          + 22/100

CITIZENS BANK
Connecticut

For                                    Ron Mitchell

⑆211170114⑆ ████5727⑆ 0224 ⑈000107382⑇



RONALD E MITCHELL
D/B/A REMCO          CTDL#073347885
                         X 7/19/05     Date 6/27/03     51-7011/2111
                                                                    279
                                                                          218

Pay to the
Order of   CASH                              $ 470 00

Four Hundred Seventy and 00/100   Dollars

CITIZENS BANK
Connecticut

For                                    Ron Mitchell

⑆211170114⑆ ████5727⑆ 0218 ⑈000004700⑇



RONALD E MITCHELL        MC
D/B/A REMCO                                                    219

                                    Date 6/27/03     51-7011/2111
                                                                    279

Pay to the
Order of   Citizens Bank                     $ 3,000 00

Three Thousand and 00/100   Dollars

CITIZENS BANK
Connecticut

For                                    Ron Mitchell

⑆211170114⑆ ████5727⑆ 0219 ⑈0000300000⑇



RONALD E MITCHELL
D/B/A REMCO

225

MW

Date 7/10/03

51-7011/2111
279

Pay to the
Order of _Citizens Bank_    $ 15,000 00

_Fifteen Thousand and 00/00_    Dollars

**CITIZENS BANK**
Connecticut

For _____

Ron Mitchell

⑈211170114⑈    5727⑈    0225 ⑈0001500000⑈

---

RONALD E MITCHELL
D/B/A REMCO

223

Date 7/8/03

51-7011/2111
279

Pay to the
Order of _Forbes Property Managment_    $ 2,817 70/xx

_Two Thousand Eight Hundred Seventeen + 70/00_ Dollars

**CITIZENS BANK**
Connecticut

For _____

Ron Mitchell

⑈211170114⑈    5727⑈    0223 ⑈0000281770⑈

---

RONALD E MITCHELL
D/B/A REMCO

226

Date 7/24/03

51-7011/2111
279

Pay to the
Order of _Citizens Bank_    $ 5300 00

_Five Thousand Three Hundred and 00/00_ Dollars

**CITIZENS BANK**
Connecticut

For _____

Ron Mitchell

⑈211170114⑈    5727⑈    0226 ⑈0000530000⑈







*Exhibit "B" Part 4*



215

RONALD E MITCHELL
D/B/A REMCO

Date 6/5/03

51-7011/2111
278

Pay to the
Order of  Citizens Bank                                    $ 7500.00

Seventy Five Hundred and 00/100                        Dollars

CITIZENS BANK
Connecticut

Ron Mitchell

For

⑆211170114⑆      5727⑈   0215  ⑆000007500000⑈

---

212

RONALD E MITCHELL
D/B/A REMCO      510157125 18 3316 3344 06-04-03

Date 6/2/03

51-7011/2111
278

Pay to the
Order of  Forbes Property Management            $ 4,068.97/H

Four Thousand Sixty Eight and 97/100            Dollars

CITIZENS BANK
Connecticut

Ron Mitchell

For

⑆211170114⑆      5727⑈   0212  ⑆000040687⑈

---

213

RONALD E MITCHELL
D/B/A REMCO      510157122 18 3316 3344 06-04-03

Date 6/2/03

51-7011/2111
279

Pay to the
Order of  Jane Dziemit                          $ 20,151.44/H

Twenty Thousand one Hundred Fifty one
4 44/100                                         Dollars

CITIZENS BANK
Connecticut

Ron Mitchell

For

⑆211170114⑆      5727⑈   0213  ⑆000020151⑈







RONALD E MITCHELL
D/B/A REMCO

217

51-7011/2111
279

Date 6/24/03

Pay to the
Order of   JANE DZIEMIT                           $ 7000 00/XX

Seven Thousand and 00/100                         Dollars

CITIZENS BANK
Connecticut

For _____                              Ron Mitchell

⑆211170114⑆    5727⑈    0217 ⑆0000070000⑆

GUARDIAN SAFETY YELLOW WYE

---

RONALD E MITCHELL
D/B/A REMCO

216

51-7011/2111
279

Date 6/24/03

Pay to the
Order of   Forbes Property Management              $ 1644 71/XX

Sixteen Hundred Forty Four and 71/100              Dollars

CITIZENS BANK
Connecticut

For _____                              Ron Mitchell

⑆211170114⑆    727⑈    0216 ⑆0000164471⑆

GUARDIAN SAFETY YELLOW WYE

UU1933







**Check 1:**

RON MITCHELL
PH. 203-468-9544
51-7218/2211
1280004706
971

DATE 3/20/03

PAY TO THE ORDER OF Kevan Kennedy                    $ 25⁰⁰

Twenty-Five and 00/100                         DOLLARS

**people's bank**
CONNECTICUT
peoples.com

MEMO Happy Birthday        Ron Mitchell

⑆22117 2186⑆ 4706⑈ 0971 ⑈0000002500⑈

**Check 2:**

RON MITCHELL
PH. 203-468-9544
51-7218/2211
1280004706
978

DATE 3/31/03

PAY TO THE ORDER OF Lincoln Life                    $ 9,000⁰⁰

Nine Thousand and and 00/100                    DOLLARS

**people's bank**
CONNECTICUT
peoples.com

MEMO 96-93665899        Ron Mitchell

⑆22117 2186⑆ 4706⑈ 0978 ⑈0000900000⑈

**Check 3:**

RON MITCHELL
PH. 203-468-9544
51-7218/2211
1280004706
966

DATE 3/10/03

PAY TO THE ORDER OF CASH                    $ 5,000⁰⁰

Five Thousand and 00/100                    DOLLARS

**people's bank**
CONNECTICUT
peoples.com

MEMO        Ron Mitchell

⑆22117 2186⑆ 4706⑈ 0966 ⑈0000500000⑈

001939

_Kevin Kennedy_

FLEET

PEOPLES BANK2201
0100070332 2201 00 04-03

PEOPLES BANK0906
0100088421 0906 00 04-03

FOR DEPOSIT ONLY
FIRST ENDORSEMENT
GUARANTEED
DESPITE ITS ABSENCE
NORWEST BANK
INDIANA, N.A.
FORT WAYNE INDIANA

0111-0048-1  0111-0048-1
540327971  0111-0048-1
540327971  03-11-03

PEOPLES BANK2703
020612435 2703 00 03-11-03

4599

001940

RONALD E MITCHELL
D/B/A REMCO

183

Date 3/31/03

51-7011/2111
279

Pay to the
Order of  Jane Dziemit                         $ 17,149 96/100

Seventeen Thousand one Hundred Forty Nine + 96/100 Dollars

CITIZENS BANK
Connecticut

For _____                    Ron Mitchell

⑆211170114⑆   5727⑈   0183 ⑆000174149 6⑆

---

RONALD E MITCHELL
D/B/A REMCO

185

Date 4/1/03

51-7011/2111
279

Pay to the
Order of  Jane Dziemit                         $ 12,424 28/100

Twelve Thousand Four Hundred Twenty Four + 28/100 Dollars

CITIZENS BANK
Connecticut

For _____                    Ron Mitchel

⑆211170114⑆   5727⑈   0185 ⑆000124242 8⑆

---

RONALD E MITCHELL
D/B/A REMCO

530144404  18 4320 4331  04-10-03  198

Date 4/8/03

51-7011/2111
279

Pay to the
Order of  Jane Dziemit                         $ 16,580 00/100

Sixteen Thousand Five Hundred Eighty + 0/100 Dollars

CITIZENS BANK
Connecticut

For _____                    Ron Mitchell

⑆211170114⑆   5727⑈   0198 ⑆000165800 0⑆







RONALD E MITCHELL
D/B/A REMCO

179

51-7011/2111
279

Date 3/28/03

Pay to the
Order of  Citizens Bank                              $ 16,580 00

Sixteen Thousand Five Hundred Eighty and 00/100 Dollars

CITIZENS BANK
Connecticut

For _____        Ron Mitchell

⑆211170114⑆ ⬛⬛⬛5727⑈   0179  ⑈000165800 0⑆

---

RONALD E MITCHELL
D/B/A REMCO

180

51-7011/2111
279

Date 3/28/03

Pay to the
Order of  Citizens BANK                              $ 10,000 00

Ten Thousand and 00/100                    Dollars

CITIZENS BANK
Connecticut

For _____        Ron Mitchell

⑆211170114⑆ ⬛⬛⬛5727⑈   0180  ⑈000100000 0⑆

---

RONALD E MITCHELL
D/B/A REMCO

181

51-7011/2111
279

Date 3/31/03

Pay to the
Order of  Citizens Bank                              $ 4420 00

Four Thousand Four Hundred Twenty + 00/100 Dollars

CITIZENS BANK
Connecticut

For _____        Ron Mitchell

⑆211170114⑆ ⬛⬛⬛5727⑈   0181  ⑈000044200 0⑆







RONALD E. MITCHELL
D/B/A REMCO    530205992    18-3300   3304   02-05-03    158
                                                         51-7011/2111
                                                         279
                                            Date 8/3/03

Pay to the
Order of  Forbes Property Managment Group, LLC   $ 6,623 08/xx

Six Thousand Six Hundred Twenty Three + 08/00 Dollars

CITIZENS BANK
Connecticut
                                            Ron Mitchell

For_____
:211170116:          727   0158  000006623108



RONALD E. MITCHELL
D/B/A REMCO                                  159
                                            51-7011/2111
                                            279
                                   Date 1/31/03

Pay to the
Order of  Jane Duemit            $ 10,800 00/xx

Ten Thousand Eight Hundred and 00/00 Dollars

CITIZENS BANK
Connecticut
                                   Ron Mitchell

For_____
:211170116:          727   0159  000010800000



RONALD E. MITCHELL
D/B/A REMCO                                  160
                                            51-7011/2111
                                            279
                                   Date 1/31/03

Pay to the
Order of  Citizens Bank          $ 25,000 00/xx

Twenty-Five Thousand and 00/00 Dollars

CITIZENS BANK
Connecticut
For D. A. Act # 113 58 3164        Ron Mitchell

:211170116:          5727   0160  000025000000







002048

RONALD E MITCHELL
D/B/A REMCO

161
51-7011/2111
279

Date 2/10/03

Pay to the
Order of Citizens Bank                    $ 15,000 00/xx

Fifteen Thousand and 00/100                         Dollars

CITIZENS BANK
Connecticut

Ron Mitchell

For _____

⑈211170144⑈      5727⑈    0161 ⑈000150000⑈

---

RONALD E MITCHELL
D/B/A REMCO

165
51-7011/2111
279

Date 2/19/03

Pay to the
Order of Forbes Property Management        $ 2650 01/xx

Two Thousand Six Hundred Fifty and 01/100        Dollars

CITIZENS BANK
Connecticut

Ron Mitchell

For _____

⑈211170144⑈      5727⑈    0165 ⑈0000265001⑈

---

RONALD E MITCHELL
D/B/A REMCO

166
51-7011/2111
279

Date 2/19/03

Pay to the
Order of Jane Dziemit                        $ 7500 00/xx

Seven Thousand Five Hundred and 00/100        Dollars

CITIZENS BANK
Connecticut

Ron Mitchell

For _____

⑈211170144⑈      5727⑈    0166 ⑈000075000⑈

002049







002050

Exhibit "C" Part 1



**RON MITCHELL**
PH. 203-468-9544

51-7218/2211
1280004708

666

DATE 7/9/01

PAY TO THE ORDER OF _JACK ESPOSITO_  $ 250 00

_Two Hundred Fifty and 00/100_  DOLLARS

**people's bank**
C O N N E C T I C U T

MEMO _____

⑈221172186⑈  06⑈ 0666  ⑈0000025000⑈

---

**RON MITCHELL**
PH. 203-468-9544

630  11  5100  8  07-27-0

51-7218/2211
1280004708

676

DATE 7/24/00

PAY TO THE ORDER OF _CASH_  $ 1,000 00

_One Thousand and 00/100_  DOLLARS

**people's bank**
C O N N E C T I C U T

MEMO _____

⑈221172186⑈  06⑈ 0676  ⑈0000100000⑈

---

**RON MITCHELL**
PH. 203-468-9544

51-7218/2211
1280004708

674

DATE 7/24/01

PAY TO THE ORDER OF _United Illuminating_  $ 82 27/100

_Eighty-Two and 27/100_  DOLLARS

**people's bank**
C O N N E C T I C U T

MEMO _____

⑈221172186⑈  06⑈ 0674  ⑈0000008227⑈

1111433

PEOPLES BANK0904
020055945 0904 00 07-25-01

0110001384
FLEET-HA WALDEN, MA. 24
3926 125 78 90 9720801
010761755

0111-0048-1
010261630
0102615B0-0111-0048-1
0102615B0 075 294842301
010103363 2301 00

PEOPLES BANK0904
010018192 0904 00 0 -27-01

RONALD E MITCHELL
D/B/A REMCO                                                          140

Date 12/9/02                     51-7011/2111
                                                                    279

Pay to the
Order of_ CASH                                    $ 15,000.00

Fifteen Thousand and 00/100                           Dollars

CITIZENS BANK
Connecticut

For_____        Ron Mitchell

⑆211170114⑆          0140  ⑈0001500000⑈

---

RONALD E MITCHELL  0146925 18 5400 5416 12-06-02      137
D/B/A REMCO
                                   Date 12/5/02        51-7011/2111
                                                       279

Pay to the
Order of_ CT. Commercial Lenders      $ 1418.89

One Thousand Four Hundred Eighteen and 89/100   Dollars

CITIZENS BANK
Connecticut

For Inv# 2002111        Ron Mitchell

⑆211170114⑆          0137  ⑈000014188⑈

---

RONALD E MITCHELL  0146926 18 5400 5416 12-06-02      139
D/B/A REMCO
                                   Date 12/8/02        51-7011/2111
                                                       279

Pay to the
Order of_ Jane Dziemit              $ 236.50

two hundred thirty six 50/100   Dollars

CITIZENS BANK
Connecticut

For ticket        Ron Mitchell

⑆211170114⑆          0139  ⑈00000 236 50⑈

001557







RONALD E MITCHELL
D/B/A REMCO

130

Date 11/15/02

Pay to the Order of: CASH

$ 6,955.00

Six Thousand Nine Hundred Fifty Five + 00/100 Dollars

CITIZENS BANK
Connecticut

Ron Mitchell

For



RONALD E MITCHELL 10246465 18 3100 3101 11-13-02

128

Date 11/8/02

Pay to the Order of: JANE DZIEMIT

$ 3300.00

Thirty Three Hundred and 00/100 Dollars

CITIZENS BANK
Connecticut

Ron Mitchell

For



RONALD E MITCHELL 10246467 18 3100 3101 11-13-02

127

Date 11/8/02

Pay to the Order of: CT Commercial Lenders

$ 1546.94

Fifteen Hundred Forty Six and 94/100 Dollars

CITIZENS BANK
Connecticut

Ron Mitchell

For



**RONALD E MITCHELL**
**D/B/A REMCO**
129

Date 11/9/02

51-7011/2111
279

Pay to the
Order of _Citizens Bank_ $ 15,000 00

_Fifteen Thousand and 00/100_ Dollars

**CITIZENS BANK**
Connecticut

For _____

Ron Mitchell

⑈211701141⑈ 279        22711   0129  000150000⑈

**RONALD E MITCHELL**
**D/B/A REMCO**
135

Date 11/26/02

51-7011/2111
279

Pay to the
Order of _CASH_ $ 7,000 00

_Seven Thousand and 00/100_ Dollars

**CITIZENS BANK**
Connecticut

For _____

Ron Mitchell

⑈211701141⑈ 2711   0135  0000700000⑈





001586

RONALD E MITCHELL
D/B/A REMCO

126

51-7011/2111
279

Date 10/23/02

Pay to the
Order of ___GASH___ $ 5,000.00

Five Thousand and 00/100 Dollars

CITIZENS BANK
Connecticut

For _____

Ron Mitchell

⑆211170114⑆ ▓▓▓▓ 0126 ⑈0000500000⑈

GUARDIAN®/SAFETY YELLOW WYE

©Clarke American

---

RONALD E MITCHELL
D/B/A REMCO

125

51-7011/2111
279

Date 10/18/02

Pay to the
Order of ___Dianne Spignesi___ $ 4,750.00
510402355 11-0200 9607 18

Four Thousand Seven Hundred fifty Dollars

CITIZENS BANK
Connecticut

For Balance 4500.00

Ron Mitchell

⑆211170114⑆ ▓▓▓▓ 27⑈ 0125 ⑈0000475000⑈

GUARDIAN®/SAFETY YELLOW WYE

©Clarke American





001602

RONALD E MITCHELL
D/B/A REMCO

102

51-7011/2111
279

Date 7/29/02

Pay to the Order of CT. Commercial Lenders    $ 5,794 44/100

Five Thousand Seven Hundred Ninety Four + 44/100 Dollars

CITIZENS BANK
Connecticut

For Commission +

Ron Mitchell

⑈211170114⑈    27⑈    0102    ⑈00005794444⑈

---

RONALD E MITCHELL
D/B/A REMCO

101

51-7011/2111
279

Date 7/27/02

Pay to the Order of David Adams    $ 28,123 00/100

Twenty Eight Thousand One Hundred Twenty Three and 00/100 Dollars

CITIZENS BANK
Connecticut

For

Ron Mitchell

⑈211170114⑈    27⑈    0101    ⑈00028123300⑈

---

RONALD E MITCHELL A0239655 18 2419 2436 08-06-02
D/B/A REMCO

104

51-7011/2111
279

Date 8/5/02

Pay to the Order of CASH    $ 3,000 00/100

Three Thousand and 00/100 Dollars

CITIZENS BANK
Connecticut

For

Ron Mitchell

⑈211170114⑈    27⑈    0104    ⑈00000300000⑈







0993

DATE 7/5/02

PAY TO THE
ORDER OF  Jane Dziemit                    $ 16,300.00

Sixteen Thousand Three Hundred and 00/100                  DOLLARS

CITIZENS BANK
Connecticut

FOR  LOAN Repayment                       Ron Mitchell

⑈000993⑈ ⑈211170111⑈ ⬛⬛⬛⬛⬛ 27⑈ ⑈000163000⑈

---

0992

DATE 7/5/02

PAY TO THE
ORDER OF  CT Commercial Lenders           $ 3927.91

Two Thousand Nine Hundred Twenty Seven and 91/100            DOLLARS

CITIZENS BANK
Connecticut

FOR  Commercial Loan 200 2613 / 2002619   Ron Mitchell

⑈000992⑈ ⑈211170111⑈ ⬛⬛⬛⬛ 27⑈ ⑈000392791⑈

---

0991

DATE 7/3/02

PAY TO THE
ORDER OF  CASH                            $ 5,000.00

Five Thousand and 00/100                  DOLLARS

CITIZENS BANK
Connecticut

FOR                                       Ron Mitchell

⑈000991⑈ ⑈211170111⑈ ⬛⬛⬛⬛ 27⑈ ⑈000500000⑈



















P.B. BPT,CT 0163
>221172186<
020216711 ... 0299 14 05-10-02
MAY 10 2002
PEOPLE'S
221172186

0123456-178 0163
>221172186<
020216711 0017810299 14 05-10-02
-10299-
MAY 10 2002
PEOPLE'S BANK
221172186

0123456-178
P.B. BPT,CT 0163
>221172186<
... 14 08-10-...
MAY 10 2002
PEOPLE'S BANK
221172186

[redacted]
VISA 99 ... 1/26/06
2/03

001728

RON MITCHELL 28 11 5200    51-7218/2211    03-15-02 795
PH. 203-468-9544    1280004706

DATE 3/13/02

PAY TO THE
ORDER OF CASH                                    $ 6,000.00

Six Thousand and 00/100                          DOLLARS

people's bank
CONNECTICUT

Ron Mitchell

MEMO

⑆221172186⑆    706⑆ 0795  ⑆000060000⑆

---

RON MITCHELL    51-7218/2211    793
PH. 203-468-9544    1280004706
5 MANSFIELD GROVE RD., FOUR BEACHES 146
EAST HAVEN, CT  06512    DATE 3/12/02

PAY TO THE
ORDER OF AT+T Broadband                          $ 67.82

Sixty-Seven and 82/100                           DOLLARS

people's bank
CONNECTICUT

Ron Mitchell

MEMO

⑆221172186⑆    706⑆ 0793  ⑆00000067222⑆

---

RON MITCHELL    51-7218/2211    791
PH. 203-468-9544    1280004706

DATE 3/12/02

PAY TO THE
ORDER OF Cardiac Specialists P.C.                $ 25.00

Twenty-Five and 00/100                           DOLLARS

people's bank
CONNECTICUT

Ron Mitchell

MEMO

⑆221172186⑆    706⑆ 0791  ⑆00000002500⑆

001741

0111-0048-1
020311528 0111-0048-1
020311528 03-15-02
PEOPLES BANK2602

010153749 2602 00 03-15-02

CITIZENS BANK
RIVERSIDE RI 03/19/02
*0911500123*
202312057

46256 6753 626 03 *12356*  562                           6753

2307 123  0 90 0322002          >011300571<
16500103105                     46256  60017
04732 0590 0131 012  PEOPLES BANK0911 4
                    010082944  0911  00  03-22-02

ASTOR OVAL
44103641
BROADBAND
892076953

PEOPLES BANK091

010075309  0911  00 03-20-02

PAY TO THE ORDER OF
FLEET BANK
FAIRFIELD, OH 06490-5900
FOR DEPOSIT ONLY
CARDING SPECIALISTS, P.C.

011000138
FLEET ...

001742

RONALD E MITCHELL
D/B/A REMCO

154

Date 1/16/03

51-7011/2111
279

Pay to the
Order of  CASH

$ 1646 64

Sixteen Hundred Forty Six and 64/100 ———— Dollars

CITIZENS BANK
Connecticut

For _____

Ron Mitchell

⑈:2111701114⑈       27⑈   0154  ⑈00004646644⑈

---

RONALD E MITCHELL
D/B/A REMCO

157

Date 1/22/03

51-7011/2111
279

Pay to the
Order of  CASH

$ 7500 00

Seven Thousand Five Hundred + 00/100 ———— Dollars

CITIZENS BANK
Connecticut

For _____

Ron Mitchell

⑈:2111701114⑈       727⑈   0157  ⑈000075000 0⑈

---

RONALD E MITCHELL
D/B/A REMCO

148

Date 12/28/02

51-7011/2111
279

Pay to the
Order of  David Adams

$ 2,000 00

Two Thousand and 00/100

CITIZENS BANK
Connecticut

For _____

Ron Mitchell

⑈:2111701114⑈       727⑈   0148  ⑈0000200000 0⑈

002054







RONALD E MITCHELL
D/B/A REMCO          520322905 18 1200 1215 12-30-02        147

Date 12/28/02                51-7011/2111
                                             279

Pay to the
Order of  JANE OZIEMIT                              $ 12,886 00/XX

Twelve Thousand Eight Hundred Eighty Six +00/XX Dollars

CITIZENS BANK
Connecticut

For _____          Ron Mitchell  MP

⑆211170114⑆     27⑈     0147  ⑆0001288600⑆

---

RONALD E MITCHELL
D/B/A REMCO          520322907 18 1200 1215 12-30-02        146

Date 12/28/02                51-7011/2111
                                             279

Pay to the
Order of  CT Commercial Lenders                    $ 1609 81/XX

Sixteen Hundred Nine and 81/00                     Dollars

CITIZENS BANK
Connecticut

For _____          Ron Mitchell  MP

⑆211170114⑆     27⑈     0146  ⑆0000160981⑆

---

RONALD E MITCHELL
D/B/A REMCO                                                149

Date 12/31/02                51-7011/2111
                                             279

Pay to the
Order of  CASH                                     $ 14,321 00/XX

Fourteen Thousand Three Hundred Twenty One +00/XX Dollars

CITIZENS BANK
Connecticut

For _____          Ron Mitchell  MP

⑆211170114⑆     27⑈     0149  ⑆0001432100⑆









RONALD E MITCHELL
D/B/A REMCO                                                                  153

Date 1/16/03                                    51-7011/2111
                                                                                279

Pay to the
Order of   David Adams                                    $ 3,286 00

Three Thousand Two Hundred Eighty Six and 00/100 Dollars

CITIZENS BANK
Connecticut

For _____        Ron Mitchell        MP

⑆211170114⑆        27⑈    0153   ⑈0000328600⑈

---

RONALD E MITCHELL
D/B/A REMCO                                                                  156

Date 1/7/03                                     51-7011/2111
                                                                                279

Pay to the
Order of   CASH                                          $ 5,000 00

Five Thousand and 00/100                          Dollars

CITIZENS BANK
Connecticut

For   Kevin _____        Ron Mitchell        MP

⑆211170114⑆        27⑈    0156   ⑈0000500000⑈

---

RONALD E MITCHELL
D/B/A REMCO                                                                  152

Date 1/7/03                                     51-7011/2111
                                                                                279

Pay to the
Order of   Ron Mitchell                                  $ 7500 00

Seventy-five Hundred and 00/100                   Dollars

CITIZENS BANK
Connecticut

For _____        Ron Mitchell        MP

⑆211170114⑆        27⑈    0152   ⑈0000750000⑈





