UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

_____
BUILDING #19, INC. and                )
INTERNATIONAL FLOOR CRAFTS, INC.  )
    Plaintiffs                            )
                                              )
v.                                              )
                                              )
DAVID W. ADAMS, *et al*            ) CIVIL ACTION NO. 05CA11654-NMG
    Defendants                          )
_____)

**PLAINTIFF'S REQUEST FOR DEFAULT AND MOTION FOR ENTRY OF
DEFAULT JUDGMENT AGAINST DEFENDANT TYRONE WILLIAMS**

    Plaintiff International Floor Crafts, Inc. (hereinafter, "IFC") hereby moves this Court pursuant to Fed.R.Civ.P. 55(b)(2) for the entry of a default and a default judgment in favor of IFC and against Defendant Tyrone Williams where (1) neither Defendant Williams nor his counsel of record, Robert Xifaras, have participated in the within matter for approximately one year or more, (2) IFC's counsel has made numerous efforts to contact Attorney Xifaras via email[1], regular mail, telephone[2] and certified mail[3], over approximately the past year, but IFC's counsel has received no communications from

---

[1] On March 12, 2008, the Court noted on the docket that efforts to reach Xifaras via email and telephone were unsuccessful.

[2] As of the last attempt to reach Xifaras by telephone at his business number, the telephone number was not in service (the telephone number has been out of service for many months, based upon previous efforts to reach Xifaras via telephone). IFC does have an alternate email address for Xifaras, which IFC's counsel has used on numerous occasions. While none of the emails to that address have been returned, IFC has received no responses to those emails.

[3] IFC recently sent a letter to Xifaras via regular mail and certified mail, return receipt requested, attempting to inform Xifaras of the July 9, 2008 Pretrial Conference. The certified mail was returned undelivered. Most, if not all, of the mailings that IFC's counsel has mailed to Xifaras have not been returned to the office of IFC's counsel.

Attorney Xifaris[4], (3) neither Defendant Williams nor Attorney Williams attended the Final Pretrial Conference on July 9, 2008, (4) on November 29, 2006, this Court granted IFC's motion to compel Defendant Williams to produce certain documents, and, to the best of the recollection of Attorney Paul Klehm, counsel to IFC, Defendant Williams has failed to produce same [See Doc. No. 166], and (5) Defendant Williams and Attorney Xifaras failed to appear at the Mediation before Mag. J. Dein on January 5, 2007.

On July 11, 2008, Attorney Klehm spoke by telephone with Attorney Michael A. Vitali, who informed Attorney Klehm that Attorney Vitali is court-appointed to represent Mr. Williams in his criminal case. Attorney Vitali stated that he does not represent Mr. Williams in the within matter, and Attorney Vitali stated that he did not know who, if anyone, does represent Mr. Williams in the within matter.

IFC hereby submits an Affidavit of Paul J. Klehm, Esq.

**WHEREFORE**, for the above reasons, Plaintiff International Floor Crafts, Inc. respectfully requests that this Court GRANT the within motion and enter a default and a default judgment in favor of Plaintiff International Floor Crafts, Inc. and against Defendant Tyrone Williams.

> The Plaintiff
> International Floor Crafts, Inc.
> By Its Attorneys,
>
> */s/ Paul J. Klehm*
> Paul J. Klehm (BBO#561605)
> pklehm@krasnooklehm.com
> James B. Krasnoo (BBO#279300)
> jkrasnoo@krasnooklehm.com
> Krasnoo|Klehm LLP
> 23 Main Street, Suite Six

---

[4] At one point, approximately one year ago, Attorney Klehm, counsel to IFC, received a telephone call from a woman representing herself as calling on behalf of Attorney Xifaras. She conveyed an apology from Xifaras for his lack of involvement, she promised that Xifaras would become involved in the matter again. To the best of Attorney Klehm's recollection, he has heard nothing further from Xifaris.

|  |  |
|---|---|
| Dated: July 14, 2008 | Andover, MA  01810<br>(978) 475-9955 |

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

      On July 11, 2008, I informed Attorney Neil Cohen that I would be filing the within motion.  On July 11, 2008, to the best of my recollection, I informed Attorney Michael Vitali, Mr. Williams' court-appointed criminal defense lawyer (who does not represent Mr. Williams in this matter), that I would be serving a motion for default judgment upon Mr. Williams directly.  On July 12, 2008, I sent an email to Attorney Peres alerting him that I would be filing the within motion.

                                                            /s/ Paul J. Klehm
                                                           Paul J. Klehm

### CERTIFICATE OF SERVICE

      I, Paul J. Klehm, Esq., hereby certify that I have served a copy of the within document upon all counsel of record and upon all parties not represented by counsel by ECF on July 14, 2008.  I have also forwarded a copy of the within document to the following individuals via first class mail, postage pre-paid:

Mr. Tyrone Williams
171 Smith Street
New Bedford, MA   02740

Michael A. Vitali, Esq.
Pavlos & Vitali
142 Main Street
Brockton, MA  02301

Robert Xifaras, Esq.
5 Dover Street, Suite 101
New Bedford, MA   02740

                                                              /s/ Paul J. Klehm
                                                              Paul J. Klehm

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

BUILDING #19, INC. and )
INTERNATIONAL FLOOR CRAFTS, INC. )
    Plaintiffs )
)
v. )
)
DAVID W. ADAMS, *et al* ) CIVIL ACTION NO. 05CA11654-NMG
    Defendants )

## AFFIDAVIT OF PAUL J. KLEHM, ESQ.

I, Paul J. Klehm, Esq., under oath, depose and state as follows:

1. I am counsel to Plaintiff International Floor Crafts, Inc. in the within matter. I am an attorney licensed to practice in the U.S. District Court for the District of Massachusetts since 1993.

2. To my knowledge, neither Defendant Tyrone Williams nor his counsel of record, Robert Xifaras, have participated in the within matter for approximately one year or more

3. I have made numerous efforts to contact Attorney Xifaras via email[1], regular mail, telephone[2] and certified mail[3], over approximately the past year, but I have received no communications from Attorney Xifaris.[4]

---

[1] On March 12, 2008, the Court noted on the docket that efforts to reach Xifaras via email and telephone were unsuccessful.

[2] As of the last attempt to reach Xifaras by telephone at his business number, the telephone number was not in service (the telephone number has been out of service for many months, based upon previous efforts to reach Xifaras via telephone). IFC does have an alternate email address for Xifaras, which I have used on numerous occasions. While none of the emails to that address have been returned, IFC has received no responses to those emails.

4.     On July 11, 2008, I spoke by telephone with Attorney Michael A. Vitali, who informed me that Attorney Vitali is court-appointed to represent Mr. Williams in his criminal case.  Attorney Vitali stated that he does not represent Mr. Williams in the within matter, and Attorney Vitali stated that he did not know who, if anyone, does represent Mr. Williams in the within matter.

5.     Upon information and belief, Defendant Williams is not an infant or incompetent person.

6.     I have no knowledge to suggest that Defendant Tyrone Williams is in the military service of the United States or its Allies as defined in the Soldier's and Sailor's Civil Rights Act of 1940, as amended.

Signed under the pains and penalties of perjury this 14th day of July, 2008.

/s/ Paul J. Klehm
Paul J. Klehm

---

[3] IFC recently sent a letter to Xifaras via regular mail and certified mail, return receipt requested, attempting to inform Xifaras of the July 9, 2008 Pretrial Conference.  The certified mail was returned undelivered.  Most, if not all, of the mailings that I have mailed to Xifaras have not been returned my office.

[4] At one point, approximately one year ago, I received a telephone call from a woman representing herself as calling on behalf of Attorney Xifaras.  She conveyed an apology from Xifaras for his lack of involvement, she promised that Xifaras would become involved in the matter again.  To the best of my recollection, I heard nothing further from Xifaris.

**CERTIFICATE OF SERVICE**

      I, Paul J. Klehm, Esq., hereby certify that I have served a copy of the within document upon all counsel of record and upon all parties not represented by counsel by ECF on July 14, 2008.  I have also forwarded a copy of the within document to the following individuals via first class mail, postage pre-paid:

Mr. Tyrone Williams
171 Smith Street
New Bedford, MA   02740

Michael A. Vitali, Esq.
Pavlos & Vitali
142 Main Street
Brockton, MA  02301

Robert Xifaras, Esq.
5 Dover Street, Suite 101
New Bedford, MA  02740

                                                      /s/ Paul J. Klehm
                                                      Paul J. Klehm