UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC. )<br>　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　　　　　)<br>v. 　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　)<br>DAVID W. ADAMS, *et al*, 　　　　　　　)<br>　　　Defendants. 　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　) | CIVIL ACTION NO.<br>05-cv-11654-NMG |

**NOTICE OF ALLOWANCE OF MOTION FOR RELIEF FROM STAY PERTAINING
TO DEFENDANT DAVID ADAMS**

　　　　Plaintiff International Floor Crafts, Inc. hereby gives notice to the Court that, on July 15, 2008, the United States Bankruptcy Court for the District of Massachusetts granted a motion for relief from stay pertaining to Defendant David Adams.  (*See* **Exhibit A**).

　　　　　　　　　　　　　　　　　　　　　　　　Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　International Floor Crafts, Inc.
　　　　　　　　　　　　　　　　　　　　　　　　By Its Attorneys,

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Paul J. Klehm*
　　　　　　　　　　　　　　　　　　　　　　　　Paul J. Klehm (BBO# 561605)
　　　　　　　　　　　　　　　　　　　　　　　　pklehm@krasnooklehm.com
　　　　　　　　　　　　　　　　　　　　　　　　James B. Krasnoo (BBO# 279300)
　　　　　　　　　　　　　　　　　　　　　　　　jkrasnoo@krasnooklehm.com
　　　　　　　　　　　　　　　　　　　　　　　　Benjamin L. Falkner (BBO# 667951)
　　　　　　　　　　　　　　　　　　　　　　　　bfalkner@krasnooklehm.com
　　　　　　　　　　　　　　　　　　　　　　　　Krasnoo | Klehm LLP
　　　　　　　　　　　　　　　　　　　　　　　　23 Main Street, Suite Six
　　　　　　　　　　　　　　　　　　　　　　　　Andover, MA  01810
　　　　　　　　　　　　　　　　　　　　　　　　(978) 475-9955

**CERTIFICATE OF SERVICE**

　　　　I hereby certify that a true copy of the above document was served upon the attorney(s) of record or upon each party not represented by an attorney via ECF or via first class mail, postage pre-paid on July 15, 2008.  I will send cause a copy to be sent to Attorney Xifaris via first class mail on July 16, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Paul J. Klehm*
　　　　　　　　　　　　　　　　　　　　　　　　Paul J. Klehm

## UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
### Proceeding Memorandum/Order of Court

In Re: David W. Adams and Linda M. Adams      Case Number: 08-14965      Ch: 7

**MOVANT/APPLICANT/PARTIES:**
#8 Motion of International Floor Crafts, Inc. for Relief from Stay Re: to Continue with United States District Court Litigation (G. Cruickshank) (Objections due 7/14/08)

**OUTCOME:**

#8 __X__ Granted ____Denied ____Approved ____Sustained
____Denied ____Denied without prejudice ____Withdrawn in open court ____Overruled
____OSC enforced/released
____Continued to:_____ For:_____
____Formal order/stipulation to be submitted by:_____ Date due:_____
____Findings and conclusions dictated at close of hearing incorporated by reference
____Taken under advisement: Brief(s) due_____ From_____
                            Response(s) due_____ From_____
____Fees allowed in the amount of: $_____ Expenses of: $_____
____No appearance/response by:_____
____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

No response or objection filed. A separate order was entered.

IT IS SO NOTED:                          IT IS SO ORDERED:

                                         /s/ Joan N. Feeney
_____                  _____ Dated: 7/15/2008
Courtroom Deputy                         Joan Feeney, U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
### Proceeding Memorandum/Order of Court

In Re: David W. Adams and Linda M. Adams   Case Number: 08-14965   Ch: 7

**MOVANT/APPLICANT/PARTIES:**
Doc# 12 Motion with certificate of service filed by Creditor International Floor Crafts, Inc. to Appear Telephonically Re: [8] Motion filed by Creditor International Floor Crafts, Inc. for Relief from Stay to Continue with United States District Court Lit

**OUTCOME:**
\_\_\_\_Granted \_\_\_\_Denied \_\_\_\_Approved \_\_\_\_Sustained
\_\_\_\_Denied \_\_\_\_Denied without prejudice \_\_\_\_Withdrawn in open court \_\_\_\_Overruled
\_\_\_\_OSC enforced/released
\_\_\_\_Continued to:_____ For:_____
\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_Taken under advisement: Brief(s) due_____From_____
                               Response(s) due_____From_____
\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_No appearance/response by:_____
\_\_\_\_DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Granted.

IT IS SO NOTED:                          IT IS SO ORDERED:

                                         /s/ Joan N. Feeney
_____                  _____ Dated: 7/9/2008
Courtroom Deputy                         Joan Feeney, U.S. Bankruptcy Judge