UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 05CA11654-NMG |
| DAVID W. ADAMS, *et al.,* | ) ) | |
| Defendants. | ) | |

**DEFENDANT JANE DZIEMIT'S OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE VOLUME II OF KEVIN BRITTO'S DEPOSITION**

Now Comes, Defendant, Jane Dziemit and hereby requests that Plaintiff's Motion to Exclude Volume II of the Kevin Britto Deposition be Dined for the following reasons:

1.  As the Court is aware, Kevin Britto, one of the masterminds behind the scheme giving rise to this lawsuit was deposed over six hours, of which plaintiff intends to play more than two and one half hours at trial (both counsel have worked diligently to redact portions of the videotape)

2.  Defendant anticipates that Plaintiff will argue that Volume II does not constitute a question and answer, but simply a statement by Mr. Britto; defendant submits, however, that counsel for plaintiff noted on the record that Britto had a statement and then asked "Why don't you tell us what statement you wanted to make, go ahead and make it".

3.  Mr. Britto then made a short statement of about one minute.  The rest of the deposition comprised plaintiff's attorney and the witness disagreeing concerning whether the witness had to continue; plaintiff will be unable to cite any case precedent to exclude plaintiff's attorney's question and Britto's answer which is in the form of his statement, but it does answer counsel's inquiry; and

4.  Finally, Britto's statement, like all his other testimony constitutes and admission under Rule 801(d); defendant, in the alternative would agree to redact all other portions of the volume II except Mr. Britto's statement.

**WHEREFORE,** defendant requests that plaintiff's Motion to Exclude Volume II

of Britto's Deposition be Denied.

Respectfully Submitted,
Counsel for the Plaintiff,

/s/ Neil S. Cohen, Esq.
Neil S. Cohen, Esquire (BBO# 561173)
neilcohenlaw@yahoo.com
**NEIL S. COHEN, P.C.**
Eleven Beacon Street, Suite 625
Boston, MA 02108
(617) 367-0070

## Certificate of Service

The undersigned hereby certifies that a copy of the above motion was caused to be served on all counsel of record via the ECF filing system and on all parties not represented by counsel by first class mail on July 16, 2008.

/s/ Neil S. Cohen
Neil S. Cohen, Esq.
BBO # 561173
**NEIL S. COHEN, P.C.**
Eleven Beacon Street, Suite 625
Boston, MA 02108