UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC. )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>DAVID W. ADAMS, *et al*, )<br>    Defendants. )<br> ) | CIVIL ACTION NO.<br>05-cv-11654-NMG |

**PLAINTIFF INTERNATIONAL FLOOR CRAFTS, INC.'S MOTION TO AMEND THE AMENDED COMPLAINT TO ASSERT A CLAIM IN COUNT II AGAINST DEFENDANT ADAMS FOR VIOLATION OF 18 U.S.C. §1962(d) IN ADDITION TO CLAIM FOR COMMON LAW CONSPIRACY TO VIOLATE R.I.C.O. ACT**

Plaintiff International Floor Crafts, Inc. ("IFC") hereby moves this Court for leave to amend the Amended Complaint [Doc. No. 88], as amended by this Court's order granting Plaintiff International Floor Crafts, Inc.'s Motion To Amend The Amended Complaint To Assert A Claim In Count II Against Defendants Dziemit And Williams Only For Violation Of 18 U.S.C. §1962(D) In Addition To Claim For Common Law Conspiracy To Violate R.I.C.O. Act [Doc. No. 253], in order to assert the same claim against Defendant Adams, for violation of 18 U.S.C. §1962(d), in addition to the claim for common law conspiracy to violate the Racketeer-Influenced And Corrupt Organizations Act in Count II of the Amended Complaint:

1. IFC incorporates the reasons set forth in Plaintiff International Floor Crafts, Inc.'s Motion To Amend The Amended Complaint To Assert A Claim In Count II Against Defendants Dziemit And Williams Only For Violation Of 18 U.S.C. §1962(D) In Addition To Claim For Common Law Conspiracy To Violate R.I.C.O. Act [Doc. No. 253].

2. In that motion, IFC did not seek to amend the complaint as to Adams as IFC recognized that, on the day of the filing of that motion, Defendant Adams filed a Second Suggestion of Bankruptcy [Doc. No. 247]. In light of the automatic stay, IFC sought only, at that

time, to amend Count II against Defendants Dziemit and Williams.  IFC reserved the right to seek to amend Count II as to Defendant Adams.

3.	At the Pretrial Conference in the within matter, the Court granted IFC's motion as to Defendants Dziemit and Williams.

4.	On July 15, 2008, the United States Bankruptcy Court for the District of Massachusetts granted IFC's motion for relief from stay pertaining to Defendant David Adams. *See* [Doc. No. 261].

5.	Therefore, IFC respectfully requests that this Court grant IFC leave to amend the Amended Complaint [Doc. No. 88] in order to assert a claim in Count II, against Defendants Dziemit and Williams only, for violation of 18 U.S.C. §1962(d) in addition to the claim for common law conspiracy to violate the Racketeer-Influenced And Corrupt Organizations Act, as proposed in Plaintiff International Floor Crafts, Inc.'s Motion To Amend The Amended Complaint To Assert A Claim In Count II Against Defendants Dziemit And Williams Only For Violation Of 18 U.S.C. §1962(D) In Addition To Claim For Common Law Conspiracy To Violate R.I.C.O. Act [Doc. No. 253], and applicable to Defendant David Adams.

**WHEREFORE**, for all the foregoing reasons, Plaintiff International Floor Crafts, Inc. respectfully requests that this Court GRANT the within motion and GRANT IFC leave to amend the Amended Complaint [Doc. No. 88] in order to assert a claim in Count II, against Defendants David Adams, for violation of 18 U.S.C. §1962(d) in addition to the claim for common law


conspiracy to violate the Racketeer-Influenced And Corrupt Organizations Act, as proposed in [Doc. No. 253], and applicable to Defendant David Adams.

                                      Plaintiff
                                      International Floor Crafts, Inc.
                                      By Its Attorneys,

                                      */s/ Benjamin L. Falkner*
                                      Paul J. Klehm (BBO# 561605)
                                      pklehm@krasnooklehm.com
                                      James B. Krasnoo (BBO# 279300)
                                      jkrasnoo@krasnooklehm.com
                                      Benjamin L. Falkner (BBO# 667951)
                                      bfalkner@krasnooklehm.com
                                      Krasnoo | Klehm LLP
                                      23 Main Street, Suite Six
                                      Andover, MA  01810
                                      (978) 475-9955

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true copy of the above document was served upon the attorney(s) of record or upon each party not represented by an attorney via ECF or via first class mail, postage pre-paid on July 16, 2008.

                                      */s/ Benjamin L. Falkner*
                                      Benjamin L. Falkner