UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC.<br>　　　Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| DAVID W. ADAMS, *et al*<br>　　　Defendants | ) CIVIL ACTION NO. 05CA11654-NMG<br>)<br>) |

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of Plaintiff's Request For Default And Motion For Entry Of Default Judgment Against Tyrone Williams [Doc. No. 258] and Affidavit of Paul J. Klehm, Esq. [Doc. No. 258-2] were served upon Mr. Tyrone Williams, 60 Deane Street, New Bedford, MA 02746 via first class mail, postage prepaid on July 17, 2008.

　　　　　　　　　　　　　　　　　　　　*/s/ Paul J. Klehm*
　　　　　　　　　　　　　　　　　　　　Paul J. Klehm

Dated:  July 17, 2008