UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC. )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>DAVID W. ADAMS, *et al*, )<br>    Defendants. )<br>) | CIVIL ACTION NO.<br>05-cv-11654-NMG |

**NOTICE OF ORDER GRANTING MOTION FOR RELIEF FROM STAY
PERTAINING TO DEFENDANT DAVID ADAMS**

Plaintiff International Floor Crafts, Inc. hereby gives notice to the Court that, on July 15, 2008, the United States Bankruptcy Court for the District of Massachusetts entered the attached Order granting relief from stay pertaining to Defendant David Adams. (*See* **Exhibit A**).

                                            Plaintiff
                                            International Floor Crafts, Inc.
                                            By Its Attorneys,

                                            */s/ Paul J. Klehm*
                                            Paul J. Klehm (BBO# 561605)
                                            pklehm@krasnooklehm.com
                                            James B. Krasnoo (BBO# 279300)
                                            jkrasnoo@krasnooklehm.com
                                            Benjamin L. Falkner (BBO# 667951)
                                            bfalkner@krasnooklehm.com
                                            Krasnoo | Klehm LLP
                                            23 Main Street, Suite Six
                                            Andover, MA  01810
                                            (978) 475-9955

**CERTIFICATE OF SERVICE**

       I hereby certify that a true copy of the above document was served upon the attorney(s) of record or upon each party not represented by an attorney via ECF or via first class mail, postage pre-paid on July 17, 2008.  I will send cause a copy to be sent to Attorney Xifaris via first class mail on July 17, 2008.

                                            */s/ Paul J. Klehm*
                                            Paul J. Klehm

*Exhibit A*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BANKRUPTCY DIVISION

| | |
|---|---|
| In Re: | ) |
| | ) |
| DAVID W. ADAMS | ) Chapter 7 |
| Debtor | ) Case No. 08-14965-JNF |
| | ) |

### ORDER GRANTING RELIEF FROM STAY

The cause having come before me upon the Motion of International Floor Crafts, Inc. for Relief From the Automatic Stay (the "Moving Party") imposed pursuant to 11 U.S.C. §362(a), after due and sufficient notice, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that:

The Automatic Stay imposed under said §362(a) be and hereby is lifted, and the Moving Party may proceed in respect to the liquidation of this Claim and litigation against the Debtor, (including any amendment to said Complaint) Civil Action No. 05-CA-11654-NMG in the United States District Court for the District of Massachusetts. Any collection efforts on any judgment, including any action under 11 U.S.C. 523(a) that the Moving Party may obtain, can only be pursued in this Court.

Dated July 15, 2008

Joan N. Feeney,
Bankruptcy Judge