UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BUILDING #19, INC. AND<br>INTERNATIONAL FLOOR CRAFTS, INC.,<br><br>    Plaintiffs<br><br>v.<br><br>DAVID W. ADAMS, ET AL.,<br><br>    Defendants. | CIVIL ACTION<br>NO. 05-11654-NMG |

## PROTECTIVE ORDER

Attorney Isaac H. Peres is required to appear before this Court for a jury trial beginning on July 21, 2008 which is likely to continue for a week to 10 days.

Dated: July 18, 2008

_/s/ Nathaniel M. Gorton_
Nathaniel M. Gorton
United States District Judge