UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BUILDING #19, INC. AND )<br>INTERNATIONAL FLOOR CRAFTS, INC., )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>DAVID W. ADAMS, ET AL., )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 05-11654-NMG |

## PROTECTIVE ORDER

Attorney Benjamin L. Falkner, is required to appear before this court for a jury trial beginning on July 21, 2008, which is likely to continue for a week to 10 days.

Dated: July 22, 2008

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge