UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BUILDING #19, INC. AND<br>INTERNATIONAL FLOOR CRAFTS, INC.,<br><br>Plaintiffs<br><br>v.<br><br>DAVID W. ADAMS, ET AL.,<br><br>Defendants. | CIVIL ACTION<br>NO. 05-11654-NMG |

## PROTECTIVE ORDER

Attorney Paul Klehm is required to appear before this court for an ongoing jury trial on Tuesday July 29, 2008.

Dated: July 24, 2008

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge