UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC.    )<br>    Plaintiff,    )<br>    )<br>v.    )<br>    )<br>DAVID W. ADAMS, *et al*,    )<br>    Defendants.    )<br>    ) | CIVIL ACTION NO.<br>05-cv-11654-NMG |

### PLAINTIFF'S SUPPLEMENTAL PROPOSED JURY INSTRUCTION

Plaintiff International Floor Crafts, Inc. hereby respectfully proposes the following supplemental jury instruction.

**Willful Blindness Instruction**

[Y]ou may infer that a person had knowledge from circumstantial evidence or evidence showing willful blindness by that person.  Willful blindness exists when a person, whose suspicion has been aroused[,] deliberately fails to make further inquiries.  If you find that a person had a strong suspicion and someone withheld important facts, yet shut his or her eyes for fear of what he or she would learn, you may conclude that the person acted knowingly.

*United States v. Cunan*, 152 F.3d 29, 40 n. 8 (1998).

    Plaintiff
    International Floor Crafts, Inc.
    By Its Attorneys,

    */s/ Paul J. Klehm*
    Paul J. Klehm (BBO# 561605)
    pklehm@krasnooklehm.com
    James B. Krasnoo (BBO# 279300)
    jkrasnoo@krasnooklehm.com
    Benjamin L. Falkner (BBO# 667951)
    bfalkner@krasnooklehm.com
    Krasnoo | Klehm LLP
    23 Main Street, Suite Six
    Andover, MA  01810
    (978) 475-9955

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true copy of the above document was served upon the attorney(s) of record or upon each party not represented by an attorney via ECF on July 25, 2008.

                                    */s/ Paul J. Klehm*
                                    Paul J. Klehm