UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC. )<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAVID W. ADAMS, *et al*, )<br>Defendants. )<br>) | CIVIL ACTION NO.<br>05-cv-11654-NMG |

**PLAINTIFF'S PROPOSED SPECIAL JURY VERDICT FORM**

**I.     Racketeer Influenced and Corrupt Organizations Act (David Adams)**

1.     Did the Defendant David Adams maintain, invest, or participate in, or conspire to maintain, invest, or participate in, the conduct of the affairs of an enterprise engaged in, or which affected, interstate commerce through a pattern of racketeering activity?

Yes _____ No _____

If your answer to Question 1 is "Yes," please go to Question 2.
If your answer to Question 1 is "No," please go to Question 5.

2.     Did Defendant David Adams commit, or agree to commit, two or more racketeering acts in violation of the mail fraud and/or the wire fraud statutes to further the affairs of the enterprise?

Yes _____ No _____

If your answer to Question 2 is "Yes," please go to Question 3.
If your answer to Question 2 is "No," please go to Question 5.

3.     Did Defendant David Adams' conduct cause damage to Plaintiff International Floor Crafts, Inc.?

Yes _____ No _____

If your answer to Question 3 is "Yes," please go to Question 4.
If your answer to Question 3 is "No," please go to Question 5.

      4.      Please state, in words and numbers, the amount of money that you find fairly and adequately compensates the Plaintiff International Floor Crafts, Inc. for its damages.

_____
(Amount in Words)

_____
(Amount in Numbers)

After filling in both amounts, please go to Question 5.

## II.    Racketeer Influenced and Corrupt Organizations Act (Jane Dziemit)

      5.      Did the Defendant Jane Dziemit maintain, invest, or participate in, or conspire to maintain, invest or participate in, the conduct of the affairs of an enterprise engaged in, or which affected, interstate commerce through a pattern of racketeering activity?

Yes _____ No _____

If your answer to Question 5 is "Yes," please go to Question 6.
If your answer to Question 5 is "No," please go to Question 9.

      6.      Did Defendant Jane Dziemit commit, or agree to commit, two or more racketeering acts in violation of the mail fraud and/or the wire fraud statutes to further the affairs of the enterprise?

Yes _____ No _____

If your answer to Question 6 is "Yes," please go to Question 7.
If your answer to Question 6 is "No," please go to Question 9.

      7.      Did Defendant Jane Dziemit's conduct cause damage to the Plaintiff International Floor Crafts, Inc.?

Yes _____ No _____

If your answer to Question 7 is "Yes," please go to Question 8.
If your answer to Question 7 is "No," please go to Question 9.

      8.      Please state, in words and numbers, the amount of money that you find fairly and adequately compensates the Plaintiff International Floor Crafts, Inc. for its damages.

_____
(Amount in Words)

_____
(Amount in Numbers)

After filling in both amounts, please go to Question 9.

### III.   M.G.L. 93A  (David Adams)

9. Was the Defendant David Adams engaged in trade or commerce in his dealings with Plaintiff International Floor Crafts, Inc.?

Yes _____  No _____

If your answer to Question 9 is "Yes," please go to Question 10.
If your answer to Question 9 is "No," please go to Question 14.

10. Did the Defendant David Adams engage in any unfair or deceptive act or practice toward the Plaintiff International Floor Crafts, Inc.?

Yes _____  No _____

If your answer to Question 10 is "Yes," please go to Question 11.
If your answer to Question 10 is "No," please go to Question 14.

11. Did any unfair or deceptive act or practice by Defendant David Adams cause damage to Plaintiff International Floor Crafts, Inc.?

Yes _____  No _____

If your answer to Question 11 is "Yes," please go to Question 12.
If your answer to Question 11 is "No," please go to Question 14.

12. Please state, in words and numbers, the amount of money that you find fairly and adequately compensates Plaintiff International Floor Crafts, Inc. for its damages.

_____
(Amount in Words)

3

_____
(Amount in Numbers)

After filling in both amounts, please go to Question 13.

13.  Was any unfair or deceptive act or practice by Defendant David Adams willful or knowing?

Yes _____  No _____

Please go to Question 14.

**IV.   M.G.L. c. 93A  (Jane Dziemit)**

14.  Was the Defendant Jane Dziemit engaged in trade or commerce in her dealings with Plaintiff International Floor Crafts, Inc.?

Yes _____  No _____

If your answer to Question 14 is "Yes," please go to Question 15.
If your answer to Question 14 is "No," please go to Question 19.

15.  Did the Defendant Jane Dziemit engage in any unfair or deceptive act or practice toward Plaintiff International Floor Crafts, Inc.?

Yes _____  No _____

If your answer to Question 15 is "Yes," please go to Question 16.
If your answer to Question 15 is "No," please go to Question 19.

`     16.  Did any unfair or deceptive act or practice by Defendant Jane Dziemit cause damage to Plaintiff International Floor Crafts, Inc.?

Yes _____  No _____

If your answer to Question 16 is "Yes," please go to Question 17.
If your answer to Question 16 is "No," please go to Question 19.

17.  Please state, in words and numbers, the amount of money that you find fairly and adequately compensates Plaintiff International Floor Crafts, Inc. for its damages.

_____
(Amount in Words)

_____
(Amount in Numbers)

After filling in both amounts, please go to Question 18.

18.   Was any unfair or deceptive act or practice by Defendant Jane Dziemit willful or knowing?

Yes _____ No _____

Please go to Question 19.

### V.   Fraud (David Adams)

19.   Did the Defendant David Adams make any knowing or reckless misrepresentation of material fact to Plaintiff International Floor Crafts, Inc.?

Yes _____ No _____

If your answer to Question 19 is "Yes," please go to Question 20.
If your answer to Question 19 is "No," please go to Question 22.

20.   Did any misrepresentation by Defendant David Adams cause damage to Plaintiff International Floor Crafts, Inc.?

Yes _____ No _____

If your answer to Question 20 is "Yes," please go to Question 21.
If your answer to Question 20 is "No," please go to Question 22.

21.   Please state, in words and numbers, the amount of money that you find fairly and adequately compensates Plaintiff International Floor Crafts, Inc. for its damages.

_____
(Amount in Words)

_____
(Amount in Numbers)

After filling in both amounts, please go to Question 22.

## VI. Fraud (Jane Dziemit)

  22. Did the Defendant Jane Dziemit make any knowing or reckless misrepresentation of material fact to Plaintiff International Floor Crafts, Inc.?

Yes _____ No _____

  If your answer to Question 22 is "Yes," please go to Question 23.
  If your answer to Question 22 is "No," please go to Question 25.

  23. Did any misrepresentation by Defendant Jane Dziemit cause damage to Plaintiff International Floor Crafts, Inc.?

Yes _____ No _____

  If your answer to Question 23 is "Yes," please go to Question 24.
  If your answer to Question 23 is "No," please go to Question 25.

  24. Please state, in words and numbers, the amount of money that you find fairly and adequately compensates Plaintiff International Floor Crafts, Inc. for its damages.

_____<br>
(Amount in Words)

_____<br>
(Amount in Numbers)

  After filling in both amounts, please go to Question 25.

## VII. Breach of Fiduciary Duty (David Adams)

  25. Did Defendant Adams breach a fiduciary duty to International Floor Crafts, Inc.?

Yes _____ No _____

  If your answer to Question 25 is "Yes," please go to Question 26.
  If your answer to Question 25 is "No," please sign the verdict slip and return to the courtroom.

  26. Did the breach of fiduciary duty produce an injury to Plaintiff International Floor Crafts, Inc.?

Yes _____ No _____

If your answer to Question 26 is "Yes," please go to Question 27.
If your answer to Question 26 is "No," please sign the verdict slip and return to the courtroom.

27. Please state, in words and numbers, the amount of money that you find fairly and adequately compensates Plaintiff International Floor Crafts, Inc. for its damages.

_____
(Amount in Words)

_____
(Amount in Numbers)

**Sign the verdict slip, and return to the courtroom.**

_____
Foreperson of the Jury