UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 05CA11654-NMG ) |
| DAVID W. ADAMS, *et al.*, | ) ) |
| Defendants. | ) |

### DEFENDANT, JANE DZIEMIT'S PROPOSED SUPPLEMENTAL JURY INSTRUCTIONS

Defendant, Jane Dziemit, hereby respectfully submits her Proposed Jury Instructions.

Respectfully Submitted,
Counsel for the Defendant,

/s/ Neil S. Cohen, Esq.
Neil S. Cohen, Esquire (BBO# 561173)
neilcohenlaw@yahoo.com
**NEIL S. COHEN, P.C.**
Eleven Beacon Street, Suite 625
Boston, MA 02108
(617) 367-0070

### Certificate of Service

The undersigned hereby certifies that a copy of the above motion was caused to be served on all counsel of record via the ECF filing system and on all parties not represented by counsel by first class mail on July 25, 2008.

/s/ Neil S. Cohen
Neil S. Cohen, Esq.
neilcohenlaw@yahoo.com

Plaintiff's Proposed Jury Instruction No. 10:

The burden of proof is on the plaintiff to prove each and every essential element of her claim by preponderance of all the credible evidence. If the evidence should fail to establish any one of the essential elements of the plaintiff's claims, or if the evidence is equally balanced as to any of the essential elements of the plaintiff's claims, then you must find for the defendant.

Borelli vs. Top Value Enterprises, 356 Mass. 110, 113 (1969); Kenney vs. Sears Roebuck & Co., 355 Mass. 604 (1969).