CIVIL CASE NO: __05-11654__

TITLE: __International Floor Crafts, Inc.,__ VS. __David Adams, et al.,__

## JURY PANEL

| | |
|---|---|
| 01. Lourenco Pires | 07. Deanna Pollizotti |
| 02. Pamela Pomeroy | 08. Kevin Esler |
| 03. Robert Toperoff | 09. Lissa Rudnick |
| 04. Wynne Zseto | 10. Brandon Mondejar |
| 05. Joan Coakley | 11. |
| 06. Debra Blanchette | 12. |
| ALT. #1 | ALT. #2 |
| ALT. #3 | ALT. #4 |

## WITNESSES

| PLAINTIFF/GOVT. | DEFENDANT |
|---|---|
| 01. William Gemme | 01. |
| 02. Video deposition of Britto | 02. |
| 03. Ronald Mitchell | 03. |
| 04. David Sun | 04. |
| 05. Jane Dziemit | 05. |
| 06. Nicolas Adler-Dothe | 06. |
| 07. CEO of IFC - William Elovitz | 07. |
| 08. David Adams | 08. |
| 09. | 09. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |

(jury&wit.lst - 09/92)