United States District Court
District of Massachusetts

```
INTERNATIONAL FLOOR CRAFTS,   )
INC.,                         )
                              )
         Plaintiff,           )   Civil Action No.
                              )   05-11654-NMG
    v.                        )
                              )
DAVID ADAMS and JANE DZIEMIT, )
                              )
         Defendants.          )
                              )
```

**VERDICT FORM**

I. **RACKETEERING INFLUENCED AND CORRUPT ORGANIZATIONS ACT**

**Question 1a**   Did the defendant, David Adams, engage in a pattern of racketeering activity in order to a) acquire or maintain an interest in an enterprise engaged in interstate commerce or b) participate in the conduct of the affairs of an enterprise engaged in interstate commerce?

Yes ✓_____     No _____

**Question 1b**   Did the defendant, David Adams, conspire to engage in any of the conduct described in Question 1a?

Yes ✓_____     No _____

**Question 2a**   Did the defendant, Jane Dziemit, engage in a pattern of racketeering activity in order to a) acquire or maintain an interest in an enterprise engaged in interstate commerce or b) participate in the conduct of the affairs of an enterprise engaged in interstate commerce?

Yes ✓_____     No _____

**Question 2b**    Did the defendant, Jane Dziemit, conspire to engage in any of the conduct described in Question 2a?

Yes _____    No ___✓___

## II. FRAUD

**Question 3**    Did the defendant, David Adams, make any knowing or reckless misrepresentation of material fact, on which the plaintiff reasonably relied to its detriment?

Yes ___✓___    No _____

**Question 4**    Did the defendant, Jane Dziemit, make any knowing or reckless misrepresentation of material fact, on which the plaintiff reasonably relied to its detriment?

Yes ___✓___    No _____

## III. BREACH OF FIDUCIARY DUTY

**Question 5**    Did the defendant, David Adams, breach a fiduciary duty that he owed to the plaintiff, International Floor Crafts, Inc.?

Yes ___✓___    No _____

IF YOU ANSWERED "YES" TO ANY PART OF QUESTIONS 1 - 5 PROCEED TO QUESTION 6.
IF YOU ANSWERED "NO" TO ALL PARTS OF QUESTION 1 - 5 YOUR DELIBERATIONS ARE COMPLETE.


## IV. DAMAGES

**Question 6**   Enter below (in words and in numbers) the amount of **compensatory damages** you award to the plaintiff for its injuries caused by the misconduct of:

A) the defendant, David Adams **(Enter damages here ONLY IF you answered "YES" to any part of questions 1, 3 or 5).**

(words) _Five Million dollars_

(numbers) $ _5,000,000.00_

B) the defendant, Jane Dziemit **(Eenter damages here ONLY IF you answered "YES" to any part of questions 2 or 4).**

(words) _Two Hundred Fifty Thousand_

(numbers) $ _250,000.00_

**YOUR DELIBERATIONS ARE COMPLETE. THE FOREPERSON WILL SIGN THE VERDICT FORM AND NOTIFY THE MARSHALL IN WRITING.**

Dated: _7/30/08_      Jury Foreperson: _[signature] Lorenco A. Pires_

Your Honor

We Reached The Verdict

Foreman
Lourenço R. Pires
7/30/08

Your Honor

Does "Willful blindness" standard apply to knowing participation in racketeering as it does to fraud?

Thanks
Foreman
L Pires

No, because to prove engagement in racketeering activities requires proof of an intentional act, not simply a knowing act, whereas "willful blindness" is sufficient to establish that an act was done knowingly.

Judge N.M. Gorton
July 29, 2008; 4:10 p.m.

Your Honor

Can we have 5 copies of Charge To the Jury Pages 13 Thru 24 inclusive

Thanks

Foreman

L Piñes

You have been provided with one copy of the charge as to which I have cautioned you not to dwell on any particular portion if you review it at all. One copy will have to suffice. Please continue with your deliberations

Judge N.M. Gorton, USDJ
Tues, July 29, 2008
2:15 p.m.