UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FLOOR CRAFTS, INC. )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>DAVID W. ADAMS, *et al*, )<br>    Defendants. )<br>) | CIVIL ACTION NO.<br>05-cv-11654-NMG |

**PLAINTIFF INTERNATIONAL FLOOR CRAFTS, INC.'S NOTICE OF
WITHDRAWAL OF DOCUMENT NO. 284**

Plaintiff International Floor Crafts, Inc. ("IFC") hereby gives notice of its withdrawal of its Motion For Ruling on Jury Verdict as to Damages (Document No. 284) where (1) in two places in both Paragraph 6 and the "Wherefore clause" of Doc. No. 284, IFC erroneously wrote "IFC" where "Adams" should have appeared, and (2) IFC has filed a corrected/revised version of the motion (Doc. No. 285). IFC respectfully requests a ruling on Doc. No. 285 at the appropriate time.

**WHEREFORE**, Plaintiff International Floor Crafts, Inc. hereby withdraws Document No. 284 only.

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney(s) of record (not including Attorney Xifaras) or upon each party not represented by an attorney (not including Defendant Williams) via ECF or via first class mail, postage pre-paid on August 8, 2008.

                                                        */s/ Paul J. Klehm*
                                                        Paul J. Klehm